UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

                v.

SEAN COMBS

-------------------------------------------------------X

NOTICE OF APPEARANCE

Crim. No. 24-CR-542

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Marc Agnifilo, Esq., of Agnifilo Intrater LLP, 445 Park Avenue, 7th Floor, New York, NY 10022 an attorney duly admitted to practice in this Court, is appearing for the Defendant SEAN COMBS in the above-captioned matter.

_____
Marc Agnifilo, Esq.
Agnifilo Intrater LLP
445 Park Avenue, 7th Floor
New York, NY 10022
Tel: (646) 205-4352
marc@agilawgroup.com

Dated:    September 17, 2024
             New York, NY