UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

      - v. -

SEAN COMBS,

                     Defendant.

------------------------------------------------------------- x

24-CR-542 (ALC)

**AMENDED ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-18-24

ANDREW L. CARTER, JR., District Judge:

    A Bail Appeal Hearing is set for **September 18, 2024** at **3:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            September 17, 2024

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**