# EXHIBIT 4

Tuesday, September 17, 2024 at 00:36:56 Eastern Daylight Time

**Subject:** Re: Sean Combs
**Date:** Monday, March 18, 2024 at 1:35:36 PM Eastern Daylight Time
**From:** Marc Agnifilo
**To:** emily.johnson@usdoj.gov, mitzi.steiner@usdoj.gov
**CC:** Zach Intrater, Teny Geragos

Hello AUSAs Johnson and Steiner –

Just following up on the email from last Wednesday. If you have a few minutes to touch base, I would really appreciate it. There is a situation that I would like to bring to your attention. Thank you. Marc

Marc Agnifilo
Agnifilo Intrater LLP
445 Park Avenue, 7th Fl.
New York, NY 10022
marc@agilawgroup.com
www.agilawgroup.com

**From:** Marc Agnifilo <marc@agilawgroup.com>
**Date:** Wednesday, March 13, 2024 at 4:33 PM
**To:** emily.johnson@usdoj.gov <emily.johnson@usdoj.gov>, mitzi.steiner@usdoj.gov <mitzi.steiner@usdoj.gov>
**Subject:** Sean Combs

Good afternoon AUSAs Johnson, Steiner and Smyser (I apologize AUSA Smyser, I could not find your email address)

My name is Marc Agnifilo and I represent Sean Combs in connection with your investigation. I know we have never met, but I would like to speak with you and provide you with information that has come to my attention over the last couple of weeks. My cell phone is 917.399.9742. Thank you. I look forward to meeting you.

Marc