# EXHIBIT 6

Tuesday, September 17, 2024 at 00:44:55 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | Re: Mr. Combs Travel |
| **Date:** | Wednesday, August 21, 2024 at 10:51:45 AM Eastern Daylight Time |
| **From:** | Teny Geragos |
| **To:** | Steiner, Mitzi (USANYS), Smyser, Madison (USANYS), Johnson, Emily (USANYS) 2, Foster, Meredith (USANYS) |
| **CC:** | Marc Agnifilo |

Good morning, Mr. Combs is no longer traveling to New York this week.

Teny R. Geragos
Agnifilo Intrater LLP
www.agilawgroup.com

sent from my iPhone

**From:** Teny Geragos <teny@agilawgroup.com>
**Sent:** Friday, August 16, 2024 11:18:55 AM
**To:** Steiner, Mitzi (USANYS) <Mitzi.Steiner@usdoj.gov>; Smyser, Madison (USANYS) <Madison.Smyser@usdoj.gov>; Johnson, Emily (USANYS) 2 <Emily.Johnson@usdoj.gov>; Foster, Meredith (USANYS) <Meredith.Foster@usdoj.gov>
**Cc:** Marc Agnifilo <marc@agilawgroup.com>
**Subject:** Re: Mr. Combs Travel

Good morning, all:

Mr. Combs will not be flying this week, instead, he will be flying to New York on August 21st and leaving on August 25th.

Thanks,
Teny

**From:** Teny Geragos <teny@agilawgroup.com>
**Date:** Thursday, August 8, 2024 at 3:04 PM
**To:** Steiner, Mitzi (USANYS) <Mitzi.Steiner@usdoj.gov>, Smyser, Madison (USANYS) <Madison.Smyser@usdoj.gov>, Johnson, Emily (USANYS) 2 <Emily.Johnson@usdoj.gov>, Foster, Meredith (USANYS) <Meredith.Foster@usdoj.gov>
**Cc:** Marc Agnifilo <marc@agilawgroup.com>
**Subject:** Re: Mr. Combs Travel

Good evening, all – Mr. Combs will be traveling to New York next week. I will let you know the exact date when I have it.

Teny

1 of 4

**From:** Steiner, Mitzi (USANYS) <Mitzi.Steiner@usdoj.gov>
**Date:** Monday, July 8, 2024 at 3:50 AM
**To:** Teny Geragos <teny@agilawgroup.com>, Smyser, Madison (USANYS) <Madison.Smyser@usdoj.gov>, Johnson, Emily (USANYS) 2 <Emily.Johnson@usdoj.gov>, Foster, Meredith (USANYS) <Meredith.Foster@usdoj.gov>
**Cc:** Marc Agnifilo <marc@agilawgroup.com>
**Subject:** RE: Mr. Combs Travel

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Received, thanks.

---

**From:** Teny Geragos <teny@agilawgroup.com>
**Sent:** Sunday, July 7, 2024 9:22 PM
**To:** Steiner, Mitzi (USANYS) <MSteiner@usa.doj.gov>; Smyser, Madison (USANYS) <MSmyser@usa.doj.gov>; Johnson, Emily (USANYS) 2 <EJohnson2@usa.doj.gov>; Foster, Meredith (USANYS) <MFoster@usa.doj.gov>
**Cc:** Marc Agnifilo <marc@agilawgroup.com>
**Subject:** [EXTERNAL] Re: Mr. Combs Travel

Good evening all – Mr. Combs will be traveling back to Miami tomorrow via a charter plane.

Teny R. Geragos
Agnifilo Intrater LLP

445 Park Avenue, 7th Fl.
New York, NY 10022
o: (646) 205 - 4350
c: (213) 440 - 4401
teny@agilawgroup.com
www.agilawgroup.com

*admitted in NY & CA

---

**From:** Steiner, Mitzi (USANYS) <Mitzi.Steiner@usdoj.gov>
**Date:** Friday, July 5, 2024 at 6:15 PM
**To:** Teny Geragos <teny@agilawgroup.com>, Smyser, Madison (USANYS) <Madison.Smyser@usdoj.gov>, Johnson, Emily (USANYS) 2 <Emily.Johnson@usdoj.gov>, Foster, Meredith (USANYS) <Meredith.Foster@usdoj.gov>
**Cc:** Marc Agnifilo <marc@agilawgroup.com>
**Subject:** Re: Mr. Combs Travel

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks Teny.

**From:** Teny Geragos <teny@agilawgroup.com>
**Sent:** Friday, July 5, 2024 4:55:08 PM
**To:** Steiner, Mitzi (USANYS) <MSteiner@usa.doj.gov>; Smyser, Madison (USANYS) <MSmyser@usa.doj.gov>; Johnson, Emily (USANYS) 2 <EJohnson2@usa.doj.gov>; Foster, Meredith (USANYS) <MFoster@usa.doj.gov>
**Cc:** Marc Agnifilo <marc@agilawgroup.com>
**Subject:** [EXTERNAL] Re: Mr. Combs Travel

Good evening - Mr. Combs will be traveling back to LA today.

Teny R. Geragos
Agnifilo Intrater LLP
www.agilawgroup.com

sent from my iPhone

**From:** Steiner, Mitzi (USANYS) <Mitzi.Steiner@usdoj.gov>
**Sent:** Monday, July 1, 2024 1:08:05 AM
**To:** Teny Geragos <teny@agilawgroup.com>; Smyser, Madison (USANYS) <Madison.Smyser@usdoj.gov>; Johnson, Emily (USANYS) 2 <Emily.Johnson@usdoj.gov>; Foster, Meredith (USANYS) <Meredith.Foster@usdoj.gov>
**Cc:** Marc Agnifilo <marc@agilawgroup.com>
**Subject:** RE: Mr. Combs Travel

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Received, thanks Teny.

**From:** Teny Geragos <teny@agilawgroup.com>
**Sent:** Saturday, June 29, 2024 2:10 PM
**To:** Steiner, Mitzi (USANYS) <MSteiner@usa.doj.gov>; Smyser, Madison (USANYS) <MSmyser@usa.doj.gov>; Johnson, Emily (USANYS) 2 <EJohnson2@usa.doj.gov>; Foster, Meredith (USANYS) <MFoster@usa.doj.gov>
**Cc:** Marc Agnifilo <marc@agilawgroup.com>
**Subject:** [EXTERNAL] Mr. Combs Travel

Good afternoon all,

Mr. Combs is flying via a charter plane to Jackson Hole, Wyoming today until Wednesday. We'll let you know when he flies back.

Thanks,
Teny

Teny R. Geragos

Agnifilo Intrater LLP

445 Park Avenue, 7th Fl.
New York, NY 10022
o: (646) 205 - 4350
c: (213) 440 - 4401
[teny@agilawgroup.com](mailto:teny@agilawgroup.com)
[www.agilawgroup.com](http://www.agilawgroup.com)

*admitted in NY & CA

This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by attorney-client privilege or work product protection. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by attorney-client privilege or work product protection. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by attorney-client privilege or work product protection. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.