Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

### United States District Court

Southern District of New York

Caption:
United States of America v.

Sean Combs

Docket No.: 1:24-cr-542

Andrew L. Carter, Jr.
(District Court Judge)

Notice is hereby given that Sean Combs appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other ✓ Order denying release on conditions (specify) entered in this action on September 18, 2024.
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other ✓

Defendant found guilty by plea | | trial | | N/A ✓.

Offense occurred after November 1, 1987? Yes |___| No |___| N/A ✓

Date of sentence: _____ N/A ✓

Bail/Jail Disposition: Committed ✓  Not committed |  | N/A |

Appellant is represented by counsel? Yes ✓ | No |    If yes, provide the following information:

Defendant's Counsel: Alexandra A.E. Shapiro

Counsel's Address: Shapiro Arato Bach LLP
1140 Avenue of the Americas 17th Floor, New York, NY 10036

Counsel's Phone: (212) 258-4881

Assistant U.S. Attorney: Emily Johnson

AUSA's Address: US Attorney's Office, SDNY
1 St. Andrew's Plaza, New York, NY 10007

AUSA's Phone: (212) 637-2409

Signature

[Handwritten left margin: Rcpt. No: 33291  $605  9/30/24  JE]
[Stamp: FILED U.S. DISTRICT COURT 2024 SEP 30 PM S.D. OF N.Y.]

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Sep 30, 2024 2:17PM

SEAN COMBS

| Rcpt. No: 33291 | | Trans. Date: Sep 30, 2024 2:17PM | | | Cashier ID: #JE |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments**: 24CR00542 ALC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.