UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.                                                   Case No. 24-CR-542 (AS)

**NOTICE OF APPEARANCE**

SEAN COMBS,

                 Defendant.
-------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Alexandra A.E. Shapiro of Shapiro Arato Bach LLP hereby appears as counsel for Defendant Sean Combs.

I certify that I am admitted to practice in this Court.


Dated: October 10, 2024                          Respectfully submitted,

/s/ Alexandra A.E. Shapiro
Alexandra A.E. Shapiro
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas,
17th Floor
New York, NY 10036
Tel: 212-257-4881
ashapiro@shapiroarato.com

*Attorney for Defendant Sean Combs*