# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of October, two thousand twenty-four.

Before:     William J. Nardini,
              *Circuit Judge.*

---

United States of America,

    Appellee,

v.

Sean Combs, AKA Sealed Defendant 1,

    Defendant - Appellant.

---

**ORDER**

Docket No. 24-2606

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 11, 2024

    Appellant Sean Combs moves for bail and for immediate release pending disposition of the bail motion. He also requests leave to file his bail motion under seal with partial redactions.

    IT IS HEREBY ORDERED that the motion for bail is REFERRED to a three-judge panel. The request for immediate release pending decision on the bail motion by a three-judge panel is DENIED. The motion to seal is GRANTED.

                                        For the Court:
                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10-10-2024