

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 9, 2024

**BY ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Sean Combs*, 24 Cr. 542 (AS)

Dear Judge Subramanian:

    Following the defendant's motion for bail filed yesterday afternoon (*see* Dkt. No. 60), the Government respectfully submits the following schedule:

- The Government files its opposition by November 15, 2024
- A hearing scheduled for November 21 or 22, 2024, or any time thereafter convenient for the Court but avoiding the week of November 25, 2024 due to pre-planned travel

The Government has conferred with defense counsel, who have indicated that they do not object to the Government filing its opposition on November 15, 2024; that they are unavailable November 18-20, 2024; and that they request a hearing on or after November 22, 2024. Defense counsel also indicated that they wish to submit a reply brief by November 21, 2024. The Government believes that a reply brief is unnecessary, but to the extent the Court permits a reply, respectfully requests that it be filed in advance of the hearing date.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

                              By:    /s
                                   Meredith Foster / Emily A. Johnson / Christy Slavik
                                   Madison Reddick Smyser / Mitzi Steiner
                                   Assistant United States Attorneys
                                   (212) 637-2310/-2409/-1113/-2381/-2284

cc: all counsel by ECF