UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　-against-<br><br>SEAN COMBS,<br>　　　　　　　　　　Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of defendant's motion for bond (Dkt. 60) and the Government's letter-motion on scheduling (Dkt. 66).

The Government's response to defendant's motion is due on **November 15, 2024**. Defendant's reply is due on **November 20, 2024**. A hearing on defendant's motion will be held on **November 22, 2024 at 2:00 PM** in **Courtroom 15A** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 66.

SO ORDERED.

Dated: November 12, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge