# AGNIFILO
# INTRATER

November 26, 2024

**BY ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

    This short letter is in response to the Government's letter of yesterday (Dkt. 86) and updates the Court on one issue discussed at Friday's conference. Following Friday's conference, the defense located ███████████████████████████████████████ This is an important safety measure that better ensures the safety of Mr. Combs, the security detail and others.

    We have attached several photographs taken on November 25, 2024 of the building, ███████████████████████

Hon. Arun Subramanian
November 26, 2024
Page 2 of 3



A security professional is coming to the location on the morning of November 26, 2024 to assess the location, including the placing of cameras and other security measures. We have also spoken with Pre-Trial Services, which indicated that in the event Mr. Combs is granted release on conditions, it would want to inspect the location prior to Mr. Combs residing there.

In regard to the concerns raised by the Government, the stringent measures laid out in our bail proposal include, as the Court will recall, that Mr. Combs will not have access to a cell phone. Rather, the cell phone will be in the exclusive possession of the security detail, which will keep a written log of all incoming and outgoing calls, texts, messages, etc. Accordingly, all such communications will be maintained both in a written log and within the phone itself. Without getting into the merits of the Government's various allegations, these conditions address them all, while also ensuring that Mr. Combs has full

Hon. Arun Subramanian
November 26, 2024
Page 3 of 3

access to his counsel to prepare for trial and to defend the over thirty lawsuits in which he is a defendant.

    We thank the Court for the time and attention is has devoted to our application.

    Respectfully submitted,

Marc Agnifilo
Teny Geragos
AGNIFILO INTRATER
445 Park Ave., 7th Fl.
New York, NY 10022
646-205-4350
marc@agilawgroup.com
teny@agilawgroup.com

Anthony Ricco
Law Office of Anthony L. Ricco
20 Vesey Street
New York, NY 10007
(212) 791-3919
tonyricco@aol.com

Alexandra Shapiro
Shapiro Arato Bach LLP
1140 Avenue of the Americas, 17th Fl.
New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com

Anna Estevao
SHER TREMONTE LLP
90 Broad St., 23rd Fl.
New York, NY 10004
(212) 202-2600
aestevao@shertremonte.com