# AGNIFILO INTRATER

January 19, 2025

<u>VIA ECF</u>
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

      We have reviewed the Government's January 17, 2025, submission enclosing affidavits from AUSA Christy Slavik and Investigator-1. We respectfully request permission to respond to these affidavits, in further support of Combs' Motion for a Hearing (Dkt. 70), by Friday, January 24, 2025. Thank you for your consideration.

      Respectfully submitted,

      Marc Agnifilo
      Teny Geragos
      AGNIFILO INTRATER
      445 Park Ave., 7th Fl.
      New York, NY 10022
      646-205-4350
      marc@agilawgroup.com
      teny@agilawgroup.com

      Alexandra Shapiro
      Shapiro Arato Bach LLP
      1140 Avenue of the Americas, 17th Fl.
      New York, NY 10036
      (212) 257-4881
      ashapiro@shapiroarato.com

      Anna Estevao
      SHER TREMONTE LLP
      90 Broad St., 23rd Fl.
      New York, NY 10004
      (212) 202-2600
      aestevao@shertremonte.com