UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SEAN COMBS,<br>                Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court is in receipt of the Government's December 20, 2024 *ex parte* letter concerning certain investigative steps it took based on Combs's notes. Given the content of the letter, it is unclear why it cannot be shared with the defense in some form. By **January 31, 2025**, the Government should either (1) provide defendant with a letter describing—at the level of detail that is appropriate—what steps were taken; or (2) if no disclosure can be made, provide an explanation to the Court as to why.

      SO ORDERED.

Dated: January 28, 2025
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                United States District Judge