UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SEAN COMBS,<br>                    Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The pretrial conference scheduled for March 17, 2025 will now be held on **March 14, 2025 at 11:00 AM** in Courtroom 15A, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. At the conference, the Court will also arraign Mr. Combs on the superseding indictment.

      SO ORDERED.

Dated: February 11, 2025
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge