# SHER TREMONTE LLP

March 17, 2025

**BY ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Combs, 24-cr-542 (AS)*

Dear Judge Subramanian,

As discussed at the conference held on March 14, 2025, Mr. Combs requests an extension of the deadline to disclose his notice of intent to call a pharmacological expert, from March 14th to March 24th.  The government has no objection to this request.  We respectfully request that this request be granted *nunc pro tunc* to March 14, 2025.

Respectfully submitted,

Marc Agnifilo
Teny Geragos
Agnifilo Intrater LLP
445 Park Ave., 7th Fl.
New York, NY 10022
(646) 205-4350
marc@agilawgroup.com
teny@agilawgroup.com

Alexandra Shapiro
Shapiro Arato Bach LLP
1140 Avenue of the Americas, 17th Fl.
New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com

/s/Anna Estevao
Anna Estevao
Sher Tremonte LLP
90 Broad St., 23rd Fl.
New York, NY 10004
(212) 202-2600
aestevao@shertremonte.com