UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 24-CR-542 (AS) |
| SEAN COMBS, | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

For the reasons stated at the conference held on March 14, 2025, the following schedule will apply in the leadup to trial.

- Pretrial conference on **April 25, 2025 at 11:00 AM**.

- Jury questionnaires:

    o Proposed jury questionnaires must be submitted to the Court on **April 11, 2025**. The parties should meet and confer to eliminate any disputes as to the content of the questionnaires.

    o Once finalized, the Government should print 600 copies of the jury questionnaires and send them to chambers by **April 25, 2025**.

    o Jury questionnaires will be administered by the Jury Office on **April 28, 2025**, **April 29, 2025**, and **April 30, 2025** (if necessary).

    o Following the completion of jury questionnaires, the Government will copy and distribute the completed questionnaires to the defense.

    o After reviewing the completed questionnaires, the parties should meet and confer and submit four lists to the Court by **May 1, 2025 at 5:00 PM**:

        ▪ Prospective jurors that both sides agree should proceed.

        ▪ Prospective jurors that both sides agree should be excused.

        ▪ Prospective jurors that the defense (but not the Government) believes should be excused.

        ▪ Prospective jurors that the Government (but not the defense) believes should be excused.

    o If necessary, the Court will hold a conference on **May 2, 2025 at 9:00 AM** to resolve any disputes.

- Voir dire will begin on **May 5, 2025**. This will be a sequestered voir dire in the presence of the parties, with public access. Jurors will be addressed by number only.
- Peremptory strikes will be exercised on **May 9, 2025**.
- Opening statements will begin on **May 12, 2025**.

SO ORDERED.

Dated: March 18, 2025
New York, New York

ARUN SUBRAMANIAN
United States District Judge