UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SEAN COMBS,<br>      Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Government's brief opposing Combs's motion to suppress states that "the affiant learned of most of the allegedly omitted information *after* the Affidavits were submitted." Dkt. 171 at 25 (emphasis in original). Combs responds that the Court "should not accept the [G]overnment's repeated claims of ignorance without some supporting affidavit or other evidentiary foundation." Dkt. 187 at 10.

  By **Friday, April 4, 2025**, the Government should submit an affidavit from the affiant stating what (if any) of the allegedly-omitted information they were aware of at the time the warrant applications at issue were made.

  SO ORDERED.

Dated: March 25, 2025
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge