UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.

SEAN COMBS,

          Defendant.

24-cr-542 (AS)

## NOTICE OF MOTION IN LIMINE TO PRECLUDE TESTIMONY OF DR. DAWN HUGHES

PLEASE TAKE NOTICE THAT, upon the Declaration of Alexandra A.E. Shapiro Esq.,

dated April 2, 2025, the exhibits attached thereto, and the accompanying Memorandum of Law,

defendant Sean Combs, by and through his undersigned attorneys, will move this Court at the

United States Courthouse, 500 Pearl Street, New York, N.Y., 10007 at a date and time to be

determined by the Court, for an Order precluding the testimony of Dr. Dawn Hughes, and any

other relief the Court deems appropriate.

Date: April 2, 2025

/s/ Alexandra A.E. Shapiro
Alexandra A.E. Shapiro
Jason A. Driscoll
SHAPIRO ARATO BACH LLP
1140 Ave of the Americas, 17th Fl.
New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com
jdriscoll@shapiroarato.com

Marc Agnifilo
Teny Geragos
AGNIFILO INTRATER
445 Park Ave., 7th Fl.
New York, NY 10022
646-205-4350
marc@agilawgroup.com
teny@agilawgroup.com

Anna Estevao
SHER TREMONTE LLP
90 Broad St., 23rd Fl.
New York, NY 10004
(212) 202-2600
aestevao@shertremonte.com