*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

26 Federal Plaza, 37th Floor
New York, New York 10278

April 9, 2025

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Combs*, S2 24 Cr. 542 (AS)

Dear Judge Subramanian:

      The Government writes to join non-party Warner Bros. Discovery, Inc.'s motion to quash the defendant's Rule 17(c) subpoena (the "Subpoena"). (*See* Dkt. No. 219). For the reasons set forth in the movant's memorandum of law, the Subpoena exceeds the limited scope of Rule 17 and seeks to circumvent Rule 16, the Federal Rule governing discovery in criminal cases. *See U.S. v. Nixon*, 418 U.S. 683, 698-99 (1974). Indeed, the Subpoena exclusively seeks impeachment material, which is plainly not authorized by Rule 17(c). *See, e.g.*, *United States v. Xu*, No. 23 Cr. 133 (JMF), 2024 WL 4504352, at *4 (S.D.N.Y. Oct. 16, 2024) (citing "decades of cases in this Circuit reiterating, and indeed strengthening" rule that obtaining impeachment material is not a proper use of Rule 17(c)).

      Accordingly, the Government joins in Warner Bros. Discovery, Inc.'s motion and respectfully requests that the Court quash the Subpoena.

                        Respectfully submitted,

                        MATTHEW PODOLSKY
                        Acting United States Attorney

            By:   /s
                 Maurene Comey / Meredith Foster /
                 Emily A. Johnson / Christy Slavik /
                 Madison Reddick Smyser / Mitzi Steiner
                 Assistant United States Attorneys
                 (212) 637-2324/-2310/-2409/-1113/-2381/-2284

cc:    Counsel of record (by ECF)
       Thomas B. Sullivan, Esq. (by ECF)