UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SEAN COMBS,<br>      Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The defendant will be arraigned on the April 3, 2025 superseding indictment (S3) on **April 14, 2025 at 2:00 PM** in **Courtroom 26B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

  SO ORDERED.

Dated: April 14, 2025
    New York, New York

                  ARUN SUBRAMANIAN
                  United States District Judge