UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SEAN COMBS,<br><br>                    Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Court will hold a pretrial conference on **April 18, 2025 at 11:00 AM** in **Courtroom 26B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED.

Dated: April 14, 2025
       New York, New York

                                      ARUN SUBRAMANIAN
                                      United States District Judge