UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               -against-<br><br>SEAN COMBS,<br>                          Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The pretrial conference to resolve any disputes over juror questionnaire responses will be held on **May 1, 2025 at 1:00 PM** in **Courtroom 26A** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

      SO ORDERED.

Dated: April 29, 2025
       New York, New York

                                                 ARUN SUBRAMANIAN
                                                 United States District Judge