UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SEAN COMBS,<br>      Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The pending motions in limine are resolved in accordance with the Court's stated reasons on the record at the April 25, 2025 conference. To the extent that the Court reserved decision on certain motions, the Court will address the evidentiary issues raised in the context of the review of proposed exhibits and testimony.

  The Clerk of Court is respectfully directed to terminate the motions at Dkts. 203, 205, 239, 242, and 260.

  SO ORDERED.

Dated: April 29, 2025
   New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge