UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SEAN COMBS,<br>　　　　　　　　　Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Voir dire will begin on **Monday, May 5, 2025**. Counsel for both parties should report to Courtroom 26A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York at **8:30 AM** on Monday.

    SO ORDERED.

Dated:  May 2, 2025
         New York, New York

                                      ARUN SUBRAMANIAN
                                      United States District Judge