**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 24 Cr. 542 (AS) |
| SEAN COMBS, | **NOTICE OF CHANGE OF FIRM AND ADDRESS** |
| Defendant. | |

      PLEASE TAKE NOTICE that Anna Estevao, counsel for Sean Combs, files this Notice of Change of Firm and Address in the above-captioned case. Ms. Estevao's firm affiliation and contact information as of May 2, 2025 is as follows:

Anna Estevao
HARRIS TRZASKOMA LLP
156 West 56th Street, Suite 2004
New York, NY 10019
212.970.6465
aestevao@harristrz.com

All further pleadings and correspondence in this matter should be served to the above address.

2

Dated: May 2, 2025                     */s/ Anna Estevao*
                                       Anna Estevao
                                       **HARRIS TRZASKOMA LLP**
                                       156 West 56th Street
                                       Suite 2004
                                       New York, NY 10019
                                       212.970.6465
                                       aestevao@harristrz.com

                                       *Counsel for Sean Combs*