## U.S. v. Sean Combs
S3 24 Cr. 542 (AS)

Prospective Jurors Both Sides Agree Should Proceed to In-Person Voir Dire

| | | | | | |
|---|---|---|---|---|---|
| 2 | 117 | 234 | 335 | 430 | 555 |
| 4 | 118 | 239 | 336 | 431 | 560 |
| 5 | 127 | 240 | 338 | 433 | 562 |
| 6 | 131 | 242 | 339 | 437 | 565 |
| 15 | 137 | 245 | 341 | 439 | 566 |
| 20 | 143 | 247 | 342 | 440 | 572 |
| 22 | 146 | 252 | 347 | 446 | 575 |
| 25 | 149 | 255 | 352 | 454 | 578 |
| 28 | 157 | 257 | 353 | 455 | 582 |
| 29 | 160 | 261 | 357 | 456 | 583 |
| 37 | 161 | 262 | 361 | 459 | 585 |
| 48 | 163 | 263 | 364 | 466 | 591 |
| 51 | 164 | 268 | 366 | 474 | 592 |
| 52 | 165 | 275 | 367 | 479 | 598 |
| 55 | 175 | 279 | 368 | 484 | 607 |
| 58 | 180 | 281 | 370 | 485 | 610 |
| 60 | 183 | 282 | 382 | 488 | 611 |
| 61 | 184 | 288 | 385 | 491 | 612 |
| 62 | 194 | 289 | 389 | 493 | 613 |
| 63 | 199 | 292 | 390 | 496 | 618 |
| 65 | 201 | 295 | 392 | 497 | 619 |
| 70 | 204 | 300 | 402 | 502 | 620 |
| 75 | 208 | 303 | 403 | 504 | 623 |
| 81 | 210 | 304 | 404 | 517 | 625 |
| 84 | 211 | 307 | 407 | 519 | 633 |
| 88 | 216 | 316 | 408 | 522 | 634 |
| 89 | 217 | 317 | 415 | 523 | 638 |
| 92 | 218 | 319 | 417 | 524 | 639 |
| 101 | 220 | 321 | 418 | 529 | 644 |
| 106 | 222 | 324 | 422 | 532 | 645 |
| 110 | 223 | 326 | 425 | 533 | 647 |
| 112 | 227 | 327 | 426 | 536 | 649 |
| 116 | 230 | 330 | 428 | 545 | 650 |

## U.S. v. Sean Combs
S3 24 Cr. 542 (AS)

Prospective Jurors Both Sides Agree Should Proceed to In-Person Voir Dire

| |
|---|
| **654** |
| **660** |
| **661** |
| **662** |
| **663** |
| **666** |
| **667** |
| **676** |
| **677** |
| **678** |
| **681** |
| **683** |
| **686** |
| **690** |
| **691** |
| **695** |
| **696** |
| **700** |
| **702** |
| **704** |
| **705** |
| **707** |
| **711** |