UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SEAN COMBS,<br>                 Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The motion at Dkt. 236 is DENIED as moot given that the Government no longer intends to introduce the evidence at issue. The motions at Dkts. 276 and 277 are resolved in accordance with the Court's stated reasons on the record on May 5, 2025. Both motions are GRANTED in part and DENIED in part. The Clerk of Court is respectfully directed to terminate the motions at Dkts. 236, 276, and 277.

      SO ORDERED.

Dated: May 6, 2025
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge