UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SEAN COMBS,<br>                 Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court is in receipt of a motion to quash the subpoena issued to Clayton Howard. That motion and Combs's response to the motion will be docketed after the parties meet and confer over potential redactions, no later than **May 16, 2025**.

      Also by **May 16, 2025**, Howard should provide the subpoenaed materials to the Court for *in camera* review.

      SO ORDERED.

Dated: May 13, 2025
         New York, New York

                                                                    ARUN SUBRAMANIAN
                                                            United States District Judge