UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -against- | 24-CR-542 (AS) |
| SEAN COMBS, | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

The following procedures will be followed for the duration of trial. Failure to adhere to these procedures, absent a showing of good cause, will lead to the preclusion of untimely disclosed witnesses and evidence, or the waiver of untimely raised objections:

**LEGAL ISSUES ADDRESSED IN ADVANCE**

1. By **10:00 PM** each Sunday, and every trial day, the parties are required to notify the Court of any legal issues that need to be addressed the following day. This includes objections based on produced exhibits, review of materials (including 3500 material) for witnesses prepared to testify the next day, and anything else that requires attention. The parties should meet and confer prior to that deadline to narrow the issues in dispute.

**EXHIBITS**

2. By **May 19, 2025, at 8:00 AM**, a list of all admitted exhibits shall be furnished to the Court. The parties should meet and confer in advance to make sure the list is agreed upon.

3. By **8:00 AM** on each subsequent trial day, the parties shall update the admitted exhibit list daily, and submit the updated list to Chambers.

4. By **7:00 PM** on each trial day, the defendant will provide the Government with all exhibits anticipated to be used for purposes other than impeachment or to refresh a witness's recollection for the following trial day. For each Monday, the defendant will provide such exhibits to the Government by **5:00 PM** on the preceding Sunday. The Government will not show the relevant witness the exhibits disclosed in this fashion unless the Government independently planned to review such material with the witness.

**WITNESSES**

5. By **May 18, 2025** at **5:00 PM**, the Government shall furnish the list of witnesses it intends to call during the week of May 19, 2025 to the Court and the defendant. The Government should follow this practice for each subsequent week during the Government's case-in-chief.

6. By **May 19, 2025** at **8:00 AM**, the Government shall furnish a full witness list and anticipated order of witnesses to the Court. The Government may furnish its full witness list *ex parte*.

SO ORDERED.

Dated: May 17, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge