UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SEAN COMBS,<br>                    Defendant. | 24-CR-542 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

      The Court has reviewed the motion to quash the subpoena issued to Clayton Howard and Combs's response to the motion. Based on the Court's review of the materials in question and for the reasons set forth in the defendant's letter, the materials are not privileged and should be produced forthwith.

      Per the Court's previous order, *see* Dkt. 332, the motion to quash the subpoena and Combs's response to the motion shall be docketed by **May 19, 2025**.

      SO ORDERED.

Dated: May 16, 2025
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge