UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -against-<br><br>SEAN COMBS,<br>                    Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　The Court has reviewed the defense's application for a subpoena, the responses by the Government and Ms. Ventura, and the defense's response. For the reasons set forth in the Government's and Ms. Ventura's letters, the application for a subpoena is DENIED. All of the letters sent to the Court regarding this application should be docketed, with any appropriate redactions, no later than **May 27, 2025**.

　　SO ORDERED.

Dated: May 20, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge