UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -against-<br><br>SEAN COMBS,<br>                              Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

   To prepare for the jury's deliberation in this case, the Court instructs the parties as follows:

- The Government shall collect and prepare a laptop that contains all non-physical exhibits admitted—and nothing else. (The laptop shall not contain any demonstratives used or any exhibits not admitted into evidence.) The Government shall share such laptop with the defense for its review by **Monday, June 23, 2025**. The parties may add exhibits to this laptop through to the close of evidence in this case. Prior to closing arguments, the Court will require each side to confirm on the record that it has reviewed the laptop and that the laptop contains all electronic evidence admitted—and only the electronic evidence admitted.

- On or before **the date of closing arguments**, the Government shall collect and identify to the defense all physical exhibits admitted as evidence in this case. Noncontraband exhibits will be provided to jury in the jury room upon request. Any contraband admitted as evidence will remain in the courtroom for the jury's viewing there. Again, the physical evidence may be supplemented through to the completion of evidence. Prior to closing arguments, the Court will require each side to confirm on the record that the parties have gathered all physical evidence that was admitted and that it is available in the courtroom.

- On or before **the date of closing arguments**, the parties should meet and confer and submit to the Court a jointly agreed-upon list of all exhibits admitted with descriptions of each exhibit. The parties should agree upon each exhibit description. The Court will provide such a list to the jury during its deliberation to aid in its deliberations. The parties may supplement this list through to the completion of evidence.

- On or before **the date of closing arguments**, the parties should meet and confer regarding the redactions necessary for the transcript should the jury request portions of the transcript be submitted to them during deliberations. The Court recognizes that the parties will likely be unable to meet and confer on such redactions for the entire transcript. However, the

parties should do so for the witnesses that they believe the jury will most likely ask for. During deliberations, the Court expects the parties to deal with any redactions promptly, should the jury request portions of the transcript that the parties have not previously met and conferred upon.

SO ORDERED.

Dated: June 18, 2025
New York, New York

ARUN SUBRAMANIAN
United States District Judge