| | Date | Time (ET) | From | To | Detail |
|---|---|---|---|---|---|
| | **October 30, 2018 - May 29, 2022** | | | | |
| 1 | October 30, 2018 | | | | Daibes and another defendant indicted in United States District Court for the District of New Jersey for alleged fraudulent lending scheme, in United States v. Daibes, Criminal No. 18-655-SDW (D.N.J.), prosecuted by the U.S. Attorney's Office for the District of New Jersey. (GX 4D-1) |
| 2 | August 24, 2020 | 5:32 PM | **Michael Soliman** | **Robert Menendez** | Email: "David called me saying that he's working on a story – not today – about the next US Attorney short list under a new administration. The premise of his story, which will not run without him giving us the heads up, is that just like you deferred to Frank Lautenberg on US Attorney, that really even though you'll consult with Booker, the reality is that this will be your choice." and "He also says that he wants to write that this may be an opportunity for the first Hispanic to be appointed to US Attorney, especially since you're involved." and "David is also telling me that he hears 2 people are campaigning for the job: 1. Henry Klingeman 2. Philip Sellinger" and "I do think it may be good for you to suggest to Sellinger that he talks less about this, unless there's no downside in doing so. Obviously the sooner he starts 'campaigning' for it the more time others will try and muddy up his chances." (GX A408) |
| 3 | August 24, 2020 | 8:20 PM | **Robert Menendez** | **Michael Soliman** | Email: "I hope he doesn't write the Hispanic idea as it will only add pressure for me to do something which I don't intend to. I don't know that Philip is saying this to anyone because he's smarter than that." (GX A408) |
| 4 | November 10, 2020 | 8:28 PM | **Michael Soliman** | **Robert Menendez** | Signal: "Wildstein is asking about that US attorney story since election is done. If you remember he wanted to write about fact that it'll be your decision, as Cory will defer to the senior senator. He also had heard that Sellinger was a top choice (but I haven't verified that to him). We had asked him to wait until after the election. Not sure if you want me to try and delay it or shape it a certain way ...." (GX A113-1, GX A113-PH1) |
| 5 | November 10, 2020 | 8:30 PM | **Robert Menendez** | **Michael Soliman** | Signal: "Please try and delay it. I am meeting with Cory next week and I don't want him to think I'm jamming him. Very important" (GX A113-1, GX A113-PH1) |
| 6 | November 10, 2020 | 8:30 PM | **Michael Soliman** | **Robert Menendez** | Signal: "Got it. Ok" (GX A113-1, GX A113-PH1) |
| 7 | December 7, 2020 | 4:51 PM | **Philip Sellinger** | **Robert Menendez** | Text: "Bob- I hope all is well. Is there a convenient time for you and I to have a call to catch up? Thanks. Philip" (GX A118-1) |
| 8 | December 7, 2020 | 5:02 PM | **Robert Menendez** | **Philip Sellinger** | Text: "Absolutely. We need to do so. How is right now?" (GX A118-1) |
| 9 | December 7, 2020 | 5:03 PM | **Philip Sellinger** | **Robert Menendez** | Text: "Sure" (GX A118-1) |
| 10 | December 7, 2020 | 6:40 PM | **Fred Turner** | **Robert Menendez** | Text: "Sellinger has his meeting with Booker scheduled." (GX A207) |
| 11 | December 15, 2020 | 8:30 AM | **Philip Sellinger** | | Philip Sellinger travels to Washington, D.C. area (GX 12A-2)<br> |
| 12 | December 15, 2020 | 11:54 AM | **Robert Menendez** | **Fred Daibes** | Call: 1 second (GX 6A-615) |
| 13 | December 15, 2020 | 12:25 PM | **Fred Daibes** | **Robert Menendez** | Call: 34 seconds (GX 6A-615) |

*(NB: Additional name attributions: GX 1355)*

GOVERNMENT EXHIBIT 1354
23 Cr. 490 (SHS)

| | Date | Time (ET) | From | To | Detail |
|---|---|---|---|---|---|
| 14 | December 15, 2020 | 2:30-3:00 PM | | | Menendez calendar: "Meeting with Phil Sellinger" (GX 3A-17) |
| 15 | December 15, 2020 | 5:45 PM | Philip Sellinger | | Philip Sellinger travels out of Washington, D.C. area (GX 12A-2) |
| 16 | December 17, 2020 | 8:59 AM | Philip Sellinger | Robert Menendez | Voicemail: "Hey, uh, Bob, Philip Sellinger, uh, hope you're managing through the snow OK, if you could give me a call, uh, I'd appreciate it today, my um, cell is 201-259-2994.  Thanks very much.  Bye."  (GX A119, GX A119-A) |
| 17 | December 17, 2020 | 10:49 AM | Robert Menendez | Philip Sellinger | Call: 3 minutes (GX 6B-501) |
| 18 | December 17, 2020 | 3:58 PM | Robert Menendez | Michael Soliman | Signal: "Please do a little checking on Salas time as superior court judge and Prosecutor. Thanks" (GX A113-4, GX A113-PH4) |
| 19 | December 17, 2020 | 3:59 PM | Michael Soliman | Robert Menendez | Signal: "Will do. Just to be clear; you mean Suarez – Hudson?" (GX A113-4, GX A113-PH4) |
| 20 | December 17, 2020 | 4:00 PM | Michael Soliman | Robert Menendez | Signal: "The person we spoke about . . . ." (GX A113-4, GX A113-PH4) |
| 21 | December 17, 2020 | 4:00 PM | Robert Menendez | Michael Soliman | Signal: "Yes Suarez Hudson" [thumbs-up emoji added to message] (GX A113-4, GX A113-PH4) |
| 22 | December 17, 2020 | 5:44 PM | Michael Soliman | Robert Menendez | Signal: "Sent you the Suarez articles. Other than the Katie Brennan issue, and a comment about the news media, there wasn't much else I could find that sticks out but will keep searching.<br>She is a Stack person but also viewed as an ally of Donald, since she used to work at his firm. Also Sacco signed off on her because she agreed to take on Ralph Lamaparello's wife as her top aide." (GX A113-4, GX A113-PH4) |
| 23 | December 18, 2020 | 11:30 AM | Philip Sellinger | Cory Booker | Sellinger meeting with "CB" (GX 12A-3)<br> |
| 24 | December 18, 2020 | 12:16 PM | Philip Sellinger | Robert Menendez | Voicemail: "Hey Bob, this is, uh, Philip, hope you're having a good day.  Uh, whenever's convenient, I had my call with Cory, and just wanted to, uh, give you a report.  Um, thank you, bye." (GX A119, GX A119-B) |
| 25 | December 19, 2020 | 8:03 PM | Robert Menendez | Fred Daibes | Call: 2 seconds (GX 6A-615) |
| 26 | December 19, 2020 | 8:16 PM | Robert Menendez | Fred Daibes | Call: 3 seconds (GX 6A-615) |
| 27 | December 19, 2020 | 10:07 PM | Fred Daibes | Robert Menendez | Call: 1 minute, 45 seconds (GX 6A-615) |
| 28 | December 21, 2020 | 10:50 AM | Philip Sellinger | Robert Menendez | Text: "Good morning Bob. Is there a convenient time for you to catch up re my meeting with Cory? Thanks. Philip" (GX A118-1) |
| 29 | December 28, 2020 | 11:06 AM | Robert Menendez | Philip Sellinger | Text: "Good morning. Just called. Let me know times when you might be available today. Thanks" (GX A118-1) |
| 30 | December 28, 2020 | 1:27 PM | Philip Sellinger | Robert Menendez | Text: "I am available from 2-330 or 430-530. Do either time work for you. Thanks Philip." (GX A118-1) |
| 31 | December 28, 2020 | 1:29 PM | Robert Menendez | Philip Sellinger | Text: "Yes, sometime around 2:30 should work." (GX A118-1) |
| 32 | January 8, 2021 | 12:45 PM | Michael Soliman | Robert Menendez | Signal: "Wildstein has been told by 'sources' that it's Suarez" (GX A113-5, GX A113-PH5) |
| 33 | January 8, 2021 | 12:45 PM | Michael Soliman | Robert Menendez | Signal: "I think a lot of people starting to get around" (GX A113-5, GX A113-PH5) |

*(NB: Additional name attributions: GX 1355)*

| | Date | Time (ET) | From | To | Detail |
|---|---|---|---|---|---|
| 34 | January 8, 2021 | 12:46 PM | Michael Soliman | Robert Menendez | Signal: "Not sure how or what I say to keep him from writing" (GX A113-5, GX A113-PH5) |
| 35 | January 26, 2021 | 10:17 PM | Michael Soliman | Robert Menendez<br>Fred Turner | Signal:<br>"Fred also had a good idea on how to handle Phil. We can say something along the lines of  blaming it on the White House.  Without further explanation.  If we need to. "They asked us to make more than one recommendation and they chose XXX person" This of course assumes he doesn't have intel into the WH." (GX A114-1, GX A114-PH) |
| 36 | January 28, 2021 | 9:03 PM | Philip Sellinger | Robert Menendez | Text: "Bob. Are you available for a  call tomorrow afternoon? Thanks. Philip" (GX A118-2) |
| 37 | January 28, 2021 | 9:13 PM | Robert Menendez | Philip Sellinger | Text: "Hi Phil, yes I am. How is 1pm or so?" (GX A118-2) |
| 38 | January 28, 2021 | 9:16 PM | Philip Sellinger | Robert Menendez | Text: "That's good. Let's talk then. Thanks." (GX A118-2) |
| 39 | January 29, 2021 | 12:34 PM | Robert Menendez | Philip Sellinger | Text: "Hi, free now? I finished earlier." (GX A118-2) |
| 40 | January 29, 2021 | 12:53 PM | Robert Menendez | Philip Sellinger | Text: "Called you. Let me know when you're free" (GX A118-2) |
| 41 | February 15, 2021 | 11:56 AM | Robert Menendez | Philip Sellinger | Call: 8 minutes, 43 seconds (GX 6A-615) |
| 42 | February 16, 2021 | 3:51 PM | Philip Sellinger | Robert Menendez | Call: 30 seconds (GX 6A-615) |
| 43 | February 16, 2021 | 3:52 PM | Philip Sellinger | Robert Menendez | Voicemail: "Hey Bob, uh it's Phillip Sellinger. Whenever's convenient just gimme a call. Following up on our conversation yesterday. Thank you, bye." (GX A126, GX A126-A) |
| 44 | March 3, 2021 | | Robert Menendez | President Biden | Letter of recommendation for Sellinger as ambassador, country not specified.  (GX 3A-11) |
| 45 | April 20, 2021 | 9:38 AM | Robert Menendez | Fred Turner | Text: "Hi hope all is well. Do you recall what country is Phil Sellinger was looking at?" (GX A208) |
| 46 | April 20, 2021 | 9:41 AM | Fred Turner | Robert Menendez | Text: "Give me a few minutes, and I'll find his email to me. But he was open to several, not just one." (GX A208) |
| 47 | April 20, 2021 | 9:44 AM | Fred Turner | Robert Menendez | Text: "Fred:<br>Below is my initial list. I look forward to chatting shortly.<br>Best,<br>Philip<br><br>*Japan<br>*Canada<br>*Germany<br>Singapore<br>*Netherlands<br>*Austria<br>Australia<br>New Zealand<br>*Switzerland<br>Denmark<br>Sweden<br>Norway<br><br>*Indicates countries I have visited" (GX A208) |
| 48 | April 20, 2021 | 2:00 PM | Philip Sellinger | Robert Menendez | Voicemail: "Hey Bob, Philip Sellinger. Hope all is well, if you could give me a call at your convenience I'd appreciate it. My cell you've got. And I'm free all afternoon today. Whatever time works for you. Thanks, bye bye." (GX A126, GX A126-B) |
| 49 | April 20, 2021 | 2:01 PM | Philip Sellinger | Robert Menendez | Text: "Hi. Bob. Hope all is well. Do you have a few minutes to speak sometime today? Thanks. Philip" (GX A118-2) |

*(NB: Additional name attributions: GX 1355)*

| | Date | Time (ET) | From | To | Detail |
|---|---|---|---|---|---|
| 50 | April 20, 2021 | 4:52 PM | Michael Soliman | Robert Menendez | Signal: "Hi, Just heads up from Esther Suarez that she released the opra requests yesterday to northJersey.com regarding those emails she sent to herself and also apparently her husband was cc'd, Keith Furlong. If I'm the reporter, I'd probably do a story about why is her husband getting that info and then presumably leaking it but not sure how much more than can say" (GX A113-7, GX A113-PH7) |
| 51 | April 20, 2021 | 4:55 PM | Robert Menendez | Michael Soliman | Signal: "Can't believe she included her husband!"  (GX A113-7, GX A113-PH7) |
| 52 | April 20, 2021 | 4:55 PM | Michael Soliman | Robert Menendez | Signal: "I know. Sloppy!" (GX A113-7, GX A113-PH7) |
| 53 | April 20, 2021 | 4:56 PM | Michael Soliman | Robert Menendez | Signal: "Hopefully nothing more after this" (GX A113-7, GX A113-PH7) |
| 54 | April 20, 2021 | 4:56 PM | Michael Soliman | Robert Menendez | Signal: "Do you think she's still okay on WH front?" (GX A113-7, GX A113-PH7) |
| 55 | April 20, 2021 | 4:57:20 PM | Robert Menendez | Michael Soliman | Signal: "Don't know but I'm trying to find out. Also beginning to do a Plan B just in case." (GX A113-7, GX A113-PH7) |
| 56 | April 20, 2021 | 4:57:30 PM | Michael Soliman | Robert Menendez | Signal: "Got it 👍" (GX A113-7, GX A113-PH7) |
| 57 | April 20, 2021 | 5:17 PM | Robert Menendez | Philip Sellinger | Call: 9 minutes (GX 6B-501) |
| 58 | April 29, 2021 | 1:33 PM | Michael Soliman | Robert Menendez | Signal: "If Philip looks for guidance, can I guide him?" (GX A113-9, GX A113-PH9) |
| 59 | April 29, 2021 | 1:38 PM | Robert Menendez | Michael Soliman | Signal: "Yes" (GX A113-9, GX A113-PH9) |
| 60 | April 29, 2021 | 1:38 PM | Michael Soliman | Robert Menendez | Signal: "Okay" (GX A113-9, GX A113-PH9) |
| 61 | May 2, 2021 | 10:17 PM | Michael Soliman | Robert Menendez | Signal: "Also I think if you call Sellinger, you'll be comfortable with what he says." (GX A113-8, GX A113-PH8) |
| 62 | May 2, 2021 | 10:28 PM | Robert Menendez | Michael Soliman | Signal: "Ok we'll talk" (GX A113-8, GX A113-PH8) |
| 63 | May 2, 2021 | 10:29 PM | Michael Soliman | Robert Menendez | Signal: "👍" (GX A113-8, GX A113-PH8) |
| 64 | May 20, 2021 | 8:28 PM | Robert Menendez | Philip Sellinger | Text: "Hi Phil, might you be available to play golf on Saturday afternoon? I have to check my club availability if you are." (GX A118-3) *(NB: May 22, 2021 is a Saturday (GX 10J-4))* |
| 65 | May 20, 2021 | 8:52 PM | Philip Sellinger | Robert Menendez | Text: "Hi Bob. Can I let you know tomorrow? And what time are you thinking about as I have family coming in for a dinner. Thanks. Philip" (GX A118-3) |
| 66 | May 20, 2021 | 9:03 PM | Robert Menendez | Philip Sellinger | Text: "Sure. Probably can't be until 12:30. If it doesn't work no problem. Let me know"  (GX A118-3) |
| 67 | May 21, 2021 | 11:15 AM | Philip Sellinger | Robert Menendez | Text: "Bob Tomorrow works for me. But I need to get home by 515pm. Seems that should not be a problem. Philip"  (GX A118-3) |
| 68 | May 23, 2021 | 5:56 PM | Philip Sellinger | Robert Menendez | Text: "Bob- Yesterday was fun. My 60 degree wedge is missing from my bag. John may have inadvertently placed it in yours. Would you ask your pro shop to check your bag. If it is there, I can make arrangements to pick it up. Thanks. Philip"  (GX A118-3) |
| 69 | May 26, 2021 | 7:49 PM | Robert Menendez | Philip Sellinger | Call: 1 minute, 14 seconds (GX 6A-615) |
| 70 | May 26, 2021 | 7:50 PM | Robert Menendez | Philip Sellinger | Call: 25 seconds (GX 6A-615) |
| 71 | June 30, 2021 | 3:21 PM | Jason Tuber | Robert Menendez | Signal: "No red flags from the WH counsels office for Phils  interview. DOJ will circle back with the WH in the next few days and, barring anything unexpected, begin the full FBI background check" (GX A115-1, GX A115-PH2) |
| 72 | June 30, 2021 | 3:35 PM | Robert Menendez | Philip Sellinger | Text: "Hi, I hear you had a good interview today." (GX A118-4) |
| 73 | June 30, 2021 | 4:24 PM | Philip Sellinger | Robert Menendez | Text: "Hi. Thanks for the email. I thought it went well. But am glad to hear there was positive feedback. Alice was very helpful in my preparation." (GX A118-4) |

| | Date | Time (ET) | From | To | Detail |
|---|---|---|---|---|---|
| 74 | June 30, 2021 | 4:45 PM | Robert Menendez | Philip Sellinger | Text: "This is what I got.  FYI" Attaches screenshot of text message saying "No red flags from the WH counsels office for Phils  interview. DOJ will circle back with the WH in the next few days and, barring anything unexpected, begin the full FBI background check" (GX A118-4, GX A118-A) |
| 75 | August 12, 2021 | 1:49 PM | Robert Menendez | Philip Sellinger | Call: 8:45 (GX 6A-615) |
| 76 | August 14, 2021 | 7:16 PM | Fred Daibes | Robert Menendez | Text: "Hey my brother.  I sent you a text on signal"  (GX D101-5) |
| 77 | August 14, 2021 | 7:57 PM | Robert Menendez | Fred Daibes | Text: "Sent you a answer" (GX D101-5) |
| 78 | August 15, 2021 | 8:34 AM | Robert Menendez | Fred Daibes | Text: "Good morning. Sent you a message." (GX D101-5) |
| 79 | September 14, 2021 | 10:25 AM | Philip Sellinger | Robert Menendez | Call: 0 seconds (GX 6A-615) |
| 80 | September 17, 2021 | 3:38 PM | Robert Menendez | Philip Sellinger | Call: 1 minute, 29 seconds (GX 6A-615) |
| 81 | October 2, 2021 | 9:31 AM | Barbara Sellinger | Nadine Menendez | Text: "Looking forward to seeing you tonight!!!!!!" (GX B238) |
| 82 | October 2, 2021 | 9:34 AM | Nadine Menendez | Barbara Sellinger | Text: "Me too!  I Think the last time we saw each other was a year ago at the wedding. The weather is going to be very nice. I am happy Bob is going to get to finally play some golf." (GX B238) |
| 83 | October 16, 2021 | 6:05 AM | Fred Daibes | Robert Menendez | Signal: "Good morning my friend John the driver will be waiting for you at the airport.  John's phone #(917)623-7331" (GX A111-1, A111-PH1) |
| 84 | October 17, 2021 | 12:18 PM | Fred Daibes | John Pilot | Call: 18 seconds (GX 6A-820) |
| 85 | October 17, 2021 | 3:37 PM | Robert Menendez | | Flight back from Egypt scheduled arrival time into JFK  *(NB: Nadine Menendez scheduled arrival time on same flight is listed as 3:38 PM)*  (GX 8J-1, GX 8J-2) |
| 86 | October 17, 2021 | 3:37 PM | John Pilot | Robert Menendez | Call: 0 seconds (GX 6A-615) |
| 87 | October 17, 2021 | 3:37 PM | John Pilot | Robert Menendez | Call: 42 seconds (GX 6A-615) |
| 88 | October 17, 2021 | 3:45 PM | Robert Menendez | John Pilot | Call: 19 seconds (GX 6A-615) |
| 89 | October 17, 2021 | 4:04 PM | Robert Menendez | John Pilot | Call: 41 seconds (GX 6A-615) |

*(NB: Additional name attributions: GX 1355)*

| | Date | Time (ET) | From | To | Detail |
|---|---|---|---|---|---|
| 90 | October 18, 2021 | 11:11 AM | Robert Menendez | Carolina Hernandez | Text: attaching letter of recommendation signed by Robert Menendez (GX A132, GX A132-A)<br> |
| 91 | October 18, 2021 | 11:12 AM | Robert Menendez | | Search History: "how much is one kilo of gold" (GX A125)<br>10/18/2021 11:12:14 AM(UTC-4) — Safari — Source file: File system Extraction.zip/root/private/var/mobile/Containers/Data/Application/8DF8822B-B3D3-4968-BE68-8B1B1C3DCE53/Library/Preferences/com.apple.mobilesafari.plist : 0x2024 (Size: 13556 bytes) — how much is one kilo of gold |
| 92 | October 18, 2021 | 11:12 AM | Robert Menendez | | Search History: "how much is one kilo of gold worth" (GX A125)<br>10/18/2021 11:12:43 AM(UTC-4) — Safari — Source file: File system Extraction.zip/root/private/var/mobile/Containers/Data/Application/8DF8822B-B3D3-4968-BE68-8B1B1C3DCE53/Library/Preferences/com.apple.mobilesafari.plist : 0x1FF3 (Size: 13556 bytes) — how much is one kilo of gold worth |
| 93 | October 18, 2021 | 11:37 AM | Nadine Menendez | Fred Daibes | Text: "The sweater looks great on you . So does the color .<br>I ran downstairs to get a glazed donut and my perfect husband said he did not keep the box of donuts<br>Next time I will take a donut in the very beginning. LOL<br>Have a great day !" (GX D102-1) |
| 94 | October 18, 2021 | 11:38 AM | Fred Daibes | Nadine Menendez | "Lol he made me take the box with me." (GX D102-1) |
| 95 | October 18, 2021 | 11:39 AM | Nadine Menendez | Fred Daibes | "He told me. He said I would eat them and then be upset with him for letting me eat them. He is most probably correct. But I would've had just one… Lol" (GX D102-1) |

*(NB: Additional name attributions: GX 1355)*

| | Date | Time (ET) | From | To | Detail |
|---|---|---|---|---|---|
| 96 | October 25, 2021 | 12:20 PM | Fred Daibes | Robert Menendez | Signal: Picture of 1 kilo gold bar from Border Gold website, displaying price $59,431.20  (GX A111-1, GX A111-PH1) |
| 97 | October 25, 2021 | 12:38 PM | Nadine Menendez | Fred Daibes | "Master Fred, this very, very sick friend was so looking forward to a glazed donut  today. . <br><br>Sorry we missed dinner last night .  I couldn't lift my head off the pillow. <br><br>I told my perfect husband to meet you for dinner, but he said he wanted to take care of me. <br><br>Have a great week ." (GX D102-1) |
| 98 | October 25, 2021 | 12:53 PM | Fred Daibes | Nadine Menendez | Text: "He's a good man your husband. Hope to see you soon" (GX D102-1) |
| 99 | October 25, 2021 | 12:53 PM | Fred Daibes | Nadine Menendez | Text: "Next time I will bring you a donut" (GX D102-1) |
| 100 | October 25, 2021 | 12:56 PM | Nadine Menendez | Fred Daibes | Text: "Choukran.  Yes I'm very lucky .  You are two of a kind in this universe"  (GX D102-1) |
| 101 | October 26, 2021 | 6:23 PM | Robert Menendez | Philip Sellinger | Call: 58 seconds (GX 6A-615) |
| 102 | November 20, 2021 | 10:21 PM | Robert Menendez | | Search History: "i kilo gold bar" (GX A301-1) |
| 103 | November 26, 2021 | | | | Daibes rejects plea offer from U.S. Attorney's Office for the District of New Jersey in United States v. Daibes; Daibes's counsel writes "As I mentioned earlier, if time allows, we reserve our right to approach the new U.S. Attorney to attempt to dissuade him from proceeding, if time allows.  But given the uncertainties around that, as we discussed, we agree with you that we should have a conversation early this week about a schedule going forward, in advance of jury selection on January 11." (GX 4D-3) |
| 104 | December 2, 2021 | 11:28 AM | Philip Sellinger | Robert Menendez | Call: 50 seconds (GX 6A-615) |
| 105 | December 7, 2021 | 5:07 PM | Robert Menendez | Philip Sellinger | Call: 1 minute, 20 seconds (GX 6A-615) |

*(NB: Additional name attributions: GX 1355)*

| | Date | Time (ET) | From | To | Detail |
|---|---|---|---|---|---|
| 106 | December 7, 2021 | 5:41 PM | Nadine Menendez | Barbara Sellinger | Text: "CONGRATULATIONS" (GX B239) |
| 107 | December 7, 2021 | 7:17 PM | Barbara Sellinger | Nadine Menendez | Text: "THANK YOU!!!!!" (GX B239) |
| 108 | December 7, 2021 | | Robert Menendez | | Press Release: "U.S. Senators Bob Menendez and Cory Booker (both D-N.J.). today applauded the Senate confirmation by a voice vote of attorney Philip R. Sellinger as United States Attorney for the District of New Jersey.  Sellinger will be the new Chief Federal Law Enforcement Officer in the Garden State." (GX 10G-8) |
| 109 | December 9, 2021 | 6:01 PM | Michael Soliman | Robert Menendez | Signal: "Thursday of next week he's getting sworn in" (GX A113-13, GX A113-PH13) |
| 110 | December 10, 2021 | | | | U.S. Attorney's Office for the District of New Jersey offers Daibes another plea deal (which Daibes rejects in or about mid-December).  (GX 4D-4) |
| 111 | December 11, 2021 | 3:55 PM | Nadine Menendez | Barbara Sellinger | Text: "Is the swearing in on Thursday in New Jersey?  Or in Washington?" (GX B239) |
| 112 | December 11, 2021 | 4:11 PM | Barbara Sellinger | Nadine Menendez | Text: "The swearing in Thursday is a private ceremony in the judge's chambers in NJ for immediate family.  The purpose of this early swearing in is to permit him to start work. Sometime in January, he will have a formal public ceremony in a courtroom in NJ with a reception immediately after. We will keep you posted." (GX B239)  *(NB: December 16, 2021 is a Thursday (GX 10J-4) )* |
| 113 | December 13, 2021 | 7:40 PM | Robert Menendez | | Search History: "gold price today" (GX A301-2) |
| 114 | December 16, 2021 | 7:47 PM | Michael Soliman | Robert Menendez | Signal: "I spoke w Phil if you want to chat whenever you're avail" (GX A113-10, GX A113-PH10) |
| 115 | December 16, 2021 | 7:51 PM | Robert Menendez | Michael Soliman | Signal "At dinner. Will check in later" (GX A113-10, GX A113-PH10) |
| 116 | December 17, 2021 | 10:58 PM | Robert Menendez | Michael Soliman | Signal "Did the person Phil named get disclosed?" (GX A113-11, GX A113-PH11) |
| 117 | December 17, 2021 | 10:59 PM | Michael Soliman | Robert Menendez | Signal "Nothing yet. I've been searching online and haven't seen any announcements" (GX A113-11, GX A113-PH11) |
| 118 | December 18, 2021 | 2:55 PM | Robert Menendez | | Search History: "phillip sellinger us attorney" (GX A301-3) |
| 119 | December 18, 2021 | 2:56 PM | Robert Menendez | | Web activity: visited https://www.google.com/url?q=https://www.justice.gov/usao-nj/divisions&usg=AOvVaw343OzbsyvEZMtVuOvNb2MW (GX A301-3) |
| 120 | December 18, 2021 | 2:56 PM | Robert Menendez | | Web activity: visited https://www.google.com/url?q=https://www.justice.gov/usao-nj/adminstrative-division&usg=AOvVaw2fkyuviWnIg1unWe3kdg8V (GX A301-3) |
| 121 | December 18, 2021 | 2:56 PM | Robert Menendez | | Web activity: visited https://www.google.com/url?q=https://www.justice.gov/usao-nj/divisions&usg=AOvVaw343OzbsyvEZMtVuOvNb2MW (GX A301-3) |
| 122 | December 18, 2021 | 8:34 PM | Robert Menendez | | Search History: "border gold" (GX A301-4) |
| 123 | December 18, 2021 | 8:35 PM | Robert Menendez | | Search History: "border gold i kilo gold bar" (GX A301-5) |
| 124 | December 20, 2021 | 5:23 PM | Robert Menendez | "Doctor Bill Ricci" | Text: "Dr, it's Bob Menendez. Sorry to bother you so quickly. But I've decided that I want to see if I can have it heal without surgery. Tomorrow is the one week anniversary of the injury. Should I get an x-ray tomorrow. If so can I do it by you? Thanks" (GX A134) |
| 125 | December 21, 2021 | 6:23 PM | Fred Daibes | Nadine Menendez | Text: "I'm excited about the project I hope I can build you a home that you nothing but good times in" (GX D102-13) |

| | Date | Time (ET) | From | To | Detail |
|---|---|---|---|---|---|
| 126 | December 21, 2021 | 7:29 PM | Nadine Menendez | Fred Daibes | Text: "Thank you Fred.  Bob was just talking about the entrance.  I told him I never thought he would like that style.  He said it's so stately and  stand out.  He loved it.  Which makes me very happy."  (GX D102-13) |
| 127 | December 21, 2021 | 7:36 PM | Fred Daibes | Nadine Menendez | Text: "I'm glad my friend is getting into the design" (GX D102-13) |
| 128 | December 22, 2021 | 10:02 AM | Robert Menendez | Sabine Arslanian | Text: "Have to get surgery." (GX A135) |
| 129 | December 22, 2021 | 12:05 PM | Robert Menendez | Sabine Arslanian | Text: "New Year's Eve" (GX A135) |
| 130 | December 22, 2021 | 12:07 PM | Erica Jackson | Philip Sellinger and Others | Email: Formal notice that Philip Sellinger is recused from United States v. Daibes, 18-cr-655 (SDW).  (GX 8M-1) |
| 131 | December 23, 2021 | 1:53 PM | | | Daibes trial, scheduled for 1/11/22, adjourned  (GX 8D-1) |
| 132 | December 23, 2021 | 9:09 PM | Fred Daibes | Nadine Menendez | Text: "That's great you both need a good relaxing night enjoy how is he feeling" (GX D102-2) |
| 133 | December 23, 2021 | 9:11 PM | Nadine Menendez | Fred Daibes | Text: "Better having heard the date is postponed.<br>He is FIXATED on it." (GX D102-2) |
| 134 | December 23, 2021 | 9:15 PM | Fred Daibes | Nadine Menendez | Text: "Good I don't want him to be upset over it. This is not his fault he was amazing in all he did he's an amazing friend and as loyal as they come.  How is the shoulder is he sleeping.  Let me know if I can get him a recliner it helped me sleep" (GX D102-2) |
| 135 | December 24, 2021 | 12:48 PM | Robert Menendez | Kerlyn Espinal | Text: "Getting surgery New Years Eve." (GX A136) |
| 136 | December 25, 2021 | 3:30 PM | Fred Daibes | Nadine Menendez | Text: "Thank you my sister. I'm fine. Talk to sue sue and get Bob the chair especially for when he comes home from hospital . Merry Christmas" (GX D102-2) |
| 137 | December 27, 2021 | 5:45 PM | Nadine Menendez | SueSue Pelligrino | Text: "The recliner arrived.  I will get some sleep tonight and thank you very very much again in the morning.<br><br>It moves the seat all the way up so it's easy for him to get up without putting pressure on the right arm.<br><br>Thank you" and "If you need anything dropped off so you don't have to leave the house let me know I will gladly do it." (GX B226) |
| 138 | December 31, 2021 | 10:44 AM | SueSue Pelligrino | Nadine Menendez | Text: "that chair has saved so many people in our family!" (GX B226) |
| 139 | January 2, 2022 | 5:46 PM | Nadine Menendez | Fred Daibes | Text: "Thank you Fred. He finally fell asleep at 6:30AM- noon." and "We went for a very slow walk around the block and he came back and just sat in the recliner.<br>Thank you so much for everything. I text Sue Sue during the week that the reclining chair has been a lifesaver. I don't know what he would've done without it." (GX D102-3) |
| 140 | January 21, 2022 | 1:38 PM | Nadine Menendez | Fred Daibes | Call: 2 minutes, 52 seconds  (GX 6A-615) |
| 141 | January 21, 2022 | 2:48 PM | Robert Menendez | Philip Sellinger | Call: 34 seconds (GX 6A-615) |
| 142 | January 21, 2022 | 2:55 PM | Robert Menendez | Michael Soliman | Signal: "Give me a call when you can" (GX A113-12, GX A113-PH12) |
| 143 | January 21, 2022 | 2:55 PM | Michael Soliman | Robert Menendez | Signal: "Hi just tried you back" (GX A113-12, GX A113-PH12) |
| 144 | January 21, 2022 | 4:51 PM | Philip Sellinger | Robert Menendez | Call: 4 minutes, 35 seconds (GX 6A-615) |
| 145 | January 21, 2022 | 4:56 PM | Philip Sellinger | Robert Menendez | Call: 32 seconds (GX 6A-615) |
| 146 | January 21, 2022 | 7:14 PM | Robert Menendez | | Search History: "vikas khanna attorney" (GX A301-6) |
| 147 | January 21, 2022 | 7:15 PM | Robert Menendez | | Web Activity: "https://www.google.com/url?q=https://www.linkedin.com/in/vikas-khanna-371613a9&usg=AOvVaw3nl9r8klxjR0yVSUS0gAHT" (display title "Vikas Khanna – First Assistant U.S. Attorney – U.S. Attorney's Office") (GX A301-7) |
| 148 | January 21, 2022 | 7:15 PM | Robert Menendez | | Web Activity: "https://www.google.com/url?q=https://www.linkedin.com/in/vikas-khanna-371613a9&usg=AOvVaw3nl9r8klxjR0yVSUS0gAHT" (display title "Vikas Khanna – Partner – Katten Muchen Rosenman L.." (GX A301-8) |
| 149 | January 23, 2022 | 11:18 AM | Robert Menendez | | Search History: "vikas khanna attorney" (GX A301-9) |

(NB: Additional name attributions: GX 1355)

| | Date | Time (ET) | From | To | Detail |
|---|---|---|---|---|---|
| 150 | January 23, 2022 | 2:37 PM | Nadine Menendez | Fred Daibes | Call: 1 minute (GX 6A-615) |
| 151 | January 24, 2022 | 10:05 AM | John Pilot | Nadine Menendez | Call: 0 seconds (GX 6A-615) |
| 152 | January 24, 2022 | 10:05 AM | John Pilot | Nadine Menendez | Call: 34 seconds (GX 6A-615) |
| 153 | January 24, 2022 | 10:08 AM | Nadine Menendez | John Pilot | Call: 35 seconds (GX 6A-615) |
| 154 | January 24, 2022 | 11:56 AM | Nadine Menendez | Fred Daibes | Text: "Thank you.  Christmas in January ." (GX D102-11) |
| 155 | January 24, 2022 | 1:49 PM | Robert Menendez | Vikas Khanna | Call: 15 seconds (GX 6A-615) |
| 156 | January 29, 2022 | 6:02 PM | Robert Menendez | | Search History: "kilo of gold price" (GX A301-10) |
| 157 | January 31, 2022 | 2:02 PM | Robert Menendez (4744) | Vikas Khanna | Call: 1 minute, 24 seconds (GX 6B-1810) |
| 158 | January 31, 2022 | 2:07 PM | Robert Menendez (4744) | Fred Daibes | Call: 3 minute, 10 seconds (GX 6A-820-1) |
| 159 | February 10, 2022 | | | | Calendar invite: US v. Daibes - Meeting (By Webex).  Invite recipients include Vikas Khanna and Daibes's counsel (GX 4D-10) |
| 160 | February 17, 2022 | 4:53 PM | Shannon Kopplin | Robert Menendez | Email: "Thank you again for contacting the Committee.  Based on our discussion, I advise you amend your CY 2020 financial disclosure report to include your spouse's gold bars in Part 3 as an asset." (GX 8K-1) |
| 161 | March 4, 2022 | 12:35 PM | Nadine Menendez | Fred Daibes | Text: sends picture of business card with handwriting on it (GX D102-5, GX D102-D, GX D102-E) |
| 162 | March 4, 2022 | 12:37 PM | Nadine Menendez | Fred Daibes | Text: "I sent you the front of the card by mistake. It's a red bag with the snake buckle" (GX D102-5) |

*(NB: Additional name attributions: GX 1355)*

| | Date | Time (ET) | From | To | Detail |
|---|---|---|---|---|---|
| 163 | March 4, 2022 | 12:40 PM | Nadine Menendez | Fred Daibes | Text: Sends picture of handbag, apparently in store (GX D102-5, GX D102-F)<br> |
| 164 | March 6, 2022 | 9:29 PM | Robert Menendez | | Search History: "one kilo of gold" (GX A301-11) |
| 165 | March 8, 2022 | 6:50 AM | Daibes's Counsel | | Email to the Court in United States v. Daibes: "on behalf of Mr. Daibes, we are extremely close to a resolution, and I am very, very optimistic that, with just a bit more time, we can get the case resolved and be prepared for him to enter a guilty plea." (GX 4D-7) |
| 166 | March 21, 2022 | 5:49 PM | Nadine Menendez | Fred Daibes | Text: "I just got off the phone with David. He is going to see if he can schedule a viewing on Saturday around 11am I am so excited" (GX D102-6) |
| 167 | March 21, 2022 | 7:07 PM | Fred Daibes | Nadine Menendez | Text: "That's great. I hope it goes well" (GX D102-6) |
| 168 | March 22, 2022 | 12:10 PM | Nadine Menendez | Fred Daibes | Text: "I will keep you posted . I am very excited about Friday dinner together and Saturday looking at the homes" (GX D102-6) |
| 169 | March 22, 2022 | 11:03 AM | David Axelrad | Nadine Menendez | Text:<br>"Hi Nadine-<br>It was nice speaking to you yesterday and looking forward to meeting Saturday. I'm still coordinating showings and will update you.<br>Safe travels.<br>- David Axelrad" (GX B234-1) |
| 170 | March 23, 2022 | 10:14 AM | Nadine Menendez | Fred Daibes | "Thank you for my anaconda serpent bag. The first lady loved it. It already made its appearance at the White House. Lol" Attaches photograph (GX D102-7, GX D102-G)<br> |
| 171 | March 26, 2022 | 11:29 AM | Nadine Menendez | Fred Daibes | Text: "Good morning.  We are excited and at the first house as I ready  . Waiting for David" (GX D102-14) |
| 172 | March 26, 2022 | 11:30 AM | Fred Daibes | Nadine Menendez | Text: "Great.  Enjoy let me know what you think when you finish" (GX D102-14) |

*(NB: Additional name attributions: GX 1355)*

| | Date | Time (ET) | From | To | Detail |
|---|---|---|---|---|---|
| 173 | March 26, 2022 | 12:54 PM | Nadine Menendez | Fred Daibes | Text: "Will do.  We just finished seeing  second house.  One more ." (GX D102-14) |
| 174 | March 27, 2022 | 9:25 PM | Nadine Menendez | David Axelrad | Text: "If you have anything else in Englewood cliffs the northside or Alpine that we can see next Saturday. Please set up the arrangements. We will be away for 2 1/2 weeks after that. We want to make a final decision while we are away either on a house or whether we are going to continue with the plans of building. We have been working with an architect on plans.  We do not want to keep paying for plans surveys zoning etc. if we are going to buy an already existing home. Once the costs accumulate, it would not make sense for us not to build." (GX B234-6) |
| 175 | March 28, 2022 | 11:12 AM | David Axelrad | Nadine Menendez | Text: "Hi Nadine - have you seen 550 Summit?" (GX B234-2) |
| 176 | March 28, 2022 | 11:12 AM | David Axelrad | Nadine Menendez | Text: "https://www.zillow.com/homedetails/550-Summit-St-Englewood-Cliffs-NJ-07632/37892734_zpid/?" (GX B234-2, GX 10H-2) |
| 177 | March 28, 2022 | 5:50 PM | David Axelrad | Nadine Menendez | Text: "Confirmed appointments for Saturday.<br><br>550 Summit St, Englewood Cliffs - 11am on 4/2<br>15 Schaffer Rd, Alpine - 12pm on 4/2" (GX B234-3) |
| 178 | March 30, 2022 | 9:50 AM | Nadine Menendez | Fred Daibes | Text: "Good morning Fred.  what time works for you  today and  where?"  (GX D102-8) |
| 179 | March 30, 2022 | 9:51 AM | Fred Daibes | Nadine Menendez | Text: "12:00 River Palm" (GX D102-8) |
| 180 | March 30, 2022 | 11:47 AM | Nadine Menendez | Fred Daibes | Text: "On my way" (GX D102-8) |
| 181 | March 30, 2022 | 11:48 AM | Fred Daibes | Nadine Menendez | Text: "Ok" (GX D102-8) |
| 182 | March 30, 2022 | 12:30-1:30 PM | | | Calendar entry: "Mike soliman" (Chateau of Spain Restaurant, 11 Franklin St, Newark, NJ 07102, US) (GX 12A-1) |
| 183 | March 30, 2022 | 1:48 PM | Nadine Menendez | Fred Daibes | Text: "THANK YOU Fred 🙏 ✗ ⭕ ♡" (GX D102-8, GX D102-EX1) |
| 184 | March 31, 2022 | 11:53 AM | Nadine Menendez | Fred Daibes | Text: "Good morning Fred. Vasken just called me. I'm going to meet him at 2 PM" (GX D102-8) |
| 185 | March 31, 2022 | 11:56 AM | Fred Daibes | Nadine Menendez | Text: "Great" (GX D102-8) |
| 186 | March 31, 2022 | 11:56 AM | Nadine Menendez | Fred Daibes | Text: "Thank you for everything" (GX D102-8) |
| 187 | March 31, 2022 | 12:26 PM | Nadine Menendez | Robert Menendez | Text: "I have a 2 PM meeting can you please call me when you have a minute" (GX B202-1) |
| 188 | March 31, 2022 | 12:31 PM | Nadine Menendez | Vasken Khorozian | Text: "Vasken, is it possible to meet at 3 PM?" (GX B216-1) |
| 189 | March 31, 2022 | 12:31 PM | Vasken Khorozian | Nadine Menendez | Text: "Ok"  (GX B216-1) |
| 190 | March 31, 2022 | 1:15 PM | Robert Menendez | Nadine Menendez | Call: 2 seconds (GX 6A-615) |
| 191 | March 31, 2022 | 1:15 PM | Nadine Menendez | Robert Menendez | Call: 1 minute, 59 seconds (GX 6A-615) |

*(NB: Additional name attributions: GX 1355)*

12

| | Date | Time (ET) | From | To | Detail |
|---|---|---|---|---|---|
| 192 | March 31, 2022 | 2:04 PM | | | Creation time of picture of kilogram gold bars and a one-ounce Asahi gold bar.  Serial numbers of kilogram bars match FAD gold inventory. (GX B201-1, GX B201-1A, GX 3D-6)<br> |
| 193 | March 31, 2022 | 2:54 PM | **Nadine Menendez** | **Fred Daibes** | Text: "Just finished my meeting.<br>Eva just called me she is so happy she got her FedEx. Good luck with your meeting tonight" (GX D102-8) |
| 194 | March 31, 2022 | 2:56 PM | **Fred Daibes** | **Nadine Menendez** | Text: "Thank you my dear" (D102-8) |
| 195 | March 31, 2022 | 3:41 PM | **Vasken Khorozian** | **Nadine Menendez** | Text: "Call me" (GX B216-1) |
| 196 | March 31, 2022 | 3:55 PM | **Vasken Khorozian** | **Nadine Menendez** | Text: "Text me the name you want to check under" (GX B216-1) |
| 197 | March 31, 2022 | 3:55 PM | **Vasken Khorozian** | **Nadine Menendez** | Text: "I will have to check by Tuesday morning or afternoon" (GX B216-1) |
| 198 | March 31, 2022 | 3:55 PM | **Nadine Menendez** | **Vasken Khorozian** | Text: "NadinMenendez" (GX B216-1) |
| 199 | April 1, 2022 | 9:26 PM | **David Axelrad** | **Nadine Menendez** | Text: "Hi Nadine.<br><br>See you tomorrow at 11am, 550 Summit St, Englewood Cliffs." (GX B234-4) |
| 200 | April 1, 2022 | 9:26 PM | **David Axelrad** | **Nadine Menendez** | Text: "15 Shafer is requesting a change of time and I'm managing all. Regardless we'll start at 11am." (GX B234-4) |
| 201 | April 1, 2022 | 9:44 PM | **Nadine Menendez** | **David Axelrad** | Text: "Excited . See you at 11 am" (GX B234-4) |
| 202 | April 5, 2022 | 11:19 AM | **Nadine Menendez** | **David Axelrad** | Text: "Good morning David. Sorry it took so long for me to say thank you for everything you did this weekend and last . I hope to have an answer for you when we get back in 2 weeks." (GX B234-4) |
| 203 | April 7, 2022 | 1:03 PM | **Nadine Menendez** | **Fred Daibes** | Text: "Vasken called me yesterday while I was at the White House I will call him back." (GX D102-15) |
| 204 | April 8, 2022 | 3:28 PM | **Philip Sellinger** | **Robert Menendez** | Call: 1 minute, 52 seconds (GX 6A-615) |
| 205 | April 8, 2022 | 3:32 PM | **Robert Menendez** | **Cory Booker** | Text: "Hey, I just want you to know that Philip Sellinger called me to speak at his investiture ceremony. I turned him down. When I see you I'll explain why. But he's been a disappointment." (GX A204-2) |

*(NB: Additional name attributions: GX 1355)*

| | Date | Time (ET) | From | To | Detail |
|---|---|---|---|---|---|
| 206 | April 8, 2022 | 5:09 PM | Cory Booker | Robert Menendez | Text: "He has called me a couple of times. I am on a plane, haven't talked to him.  Now I'm not sure I want to connect with him - at least not until we talk." (GX A204-2) |
| 207 | April 14, 2022 | | | | Daibes and the U.S. Attorney's Office for the District of New Jersey entered into an agreement to resolve United States v. Daibes. (GX 4D-8) |
| 208 | April 22, 2022 | 12:22 PM | Nadine Menendez | Robert Menendez | Text: "He is in Florida and will be back Tuesday nights.  So I told him I will stop by on Wednesday and see him" (GX A103-24) |
| 209 | April 22, 2022 | 12:26 PM | Robert Menendez | Nadine Menendez | Text: "Who is in Florida?" (GX A103-25) |
| 210 | April 22, 2022 | 12:35 PM | Nadine Menendez | Robert Menendez | Text: "Vasken" (GX A103-26) |
| 211 | April 23, 2022 | 2:35 PM | David Axelrad | Nadine Menendez | Text: "https://njproper.com/mls-51-chestnut-ridge1" (GX B234-5) |
| 212 | April 28, 2022 | 10:22 AM | Nadine Menendez | Vasken Khorozian | Text: "Good morning Vasken. I am on the train from Washington heading to Newark.  I get to Newark at 11:33.  Will you be at work if I stop by on my way home?" (GX B216-4) |
| 213 | April 28, 2022 | 10:23 AM | Vasken Khorozian | Nadine Menendez | Text: "Yes" (GX B216-4) |
| 214 | April 28, 2022 | 10:23 AM | Vasken Khorozian | Nadine Menendez | Text: "I'm here till 7pm" (GX B216-4) |
| 215 | April 28, 2022 | 10:27 AM | Nadine Menendez | Vasken Khorozian | Text: "Great . Thank you  I'll stop by on my way home around noon ." (GX B216-4) |
| 216 | April 28, 2022 | 10:28 AM | Nadine Menendez | Robert Menendez | Text: "Is it OK if I ask Mike to swing by Edgewater on our way home. ?  This way I can pick up what I need instead of making a trip back after Mike drops me at home. (GX A103-27) |
| 217 | April 28, 2022 | 10:38 AM | Robert Menendez | Nadine Menendez | Text: "Yes of course." (GX A103-28) |
| 218 | May 9, 2022 | | Nadine Menendez | | Check for $60,808 from Avital Gold & Platinum Inc. to "Nadin Menendez" deposited (GX 5A-5001A) |
| 219 | May 12, 2022 | | Nadine Menendez | | Check for $60,809 from Avital Gold & Platinum Inc. to "Nadin Menendez" deposited (GX 5A-5001B) |
| 220 | May 26, 2022 | 10:41 AM | Fred Daibes | Robert Menendez | Signal: "Hey my friend are you coming home tonight" (GX A111-2) |
| 221 | May 26, 2022 | 12:33 PM | Robert Menendez | Fred Daibes | Signal: "Yes coming home tonight" (GX A111-2) |
| 222 | May 26, 2022 | 12:35 PM | Fred Daibes | Robert Menendez | Signal: "Great let's catch up when you get a chance" (GX A111-2) |
| 223 | May 26, 2022 | 2:46 PM | Robert Menendez | Fred Daibes | Signal: "Ok. Want to do dinner tomorrow?" (GX A111-2) |
| 224 | May 26, 2022 | 2:48 PM | Fred Daibes | Robert Menendez | Signal: "Sorry tomorrow . Is my exwife birthday dinner. I can do tonight or Saturday" (GX A111-2) |
| 225 | May 26, 2022 | 2:50 PM | Robert Menendez | Fred Daibes | Signal: "Ok how's 7:30 tonight?" (GX A111-2) |

*(NB: Additional name attributions: GX 1355)*

| | Date | Time (ET) | From | To | Detail |
|---|---|---|---|---|---|
| 226 | May 26, 2022 | 2:51 PM | Fred Daibes | Robert Menendez | Signal: "Perfect. River Palm or do you want to go to the new restaurant next to the cigar lounge. It's officially open now. Up to you" (GX A111-2) |
| 227 | May 26, 2022 | 3:13 PM | Robert Menendez | Fred Daibes | Signal: "We can go to new restaurant if it has staff now." (GX A111-2) |
| 228 | May 26, 2022 | 3:14 PM | Fred Daibes | Robert Menendez | Signal: "Ok see you there at 7:30" (GX A111-2) |
| 229 | May 26, 2022 | 7:33 PM | Robert Menendez | Fred Daibes | Signal: "At restaurant" (GX A111-2) |
| 230 | May 26, 2022 | 10:32 PM | Robert Menendez | | Search History: "one kilo gold price" (GX A301-18) |
| 231 | May 29, 2022 | 2:08 PM | Nadine Menendez | Fred Daibes | Text: "How does Bob look in the living room???" (attaches photograph) (GX D102-16, GX D102-H) |
| 232 | May 29, 2022 | 2:10 PM | Fred Daibes | Nadine Menendez | Text: "Very nice" (GX D102-16) |

*(NB: Additional name attributions: GX 1355)*