UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>      -against-<br><br>SEAN COMBS,<br><br>                      Defendant. | 24-cr-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On July 1, 2025, in response to the jury's request for certain testimony/transcript excerpts, *see* Court Exhibit 16, the Court, on the record, resolved certain disputes concerning the materials to be furnished to the jury. The parties then reached agreement to provide the following excerpts from the transcript to the jury, which were then provided to the jury after review by both sides. The questions referenced below refer to the questions in Court Exhibit 16:

Question 1:
- Page 406, line 18 to page 407, line 5.
- Page 571, line 23 to page 583, line 17.
- Page 629, line 15 to page 630, line 11.
- Page 630, line 15 to page 632, line 24.
- Page 633, line 7 to page 643, line 25.
- Page 644, line 5 to page 649, line 21.
- Page 1091, line 10 to page 1093, line 20.
- Page 1094, line 4 to page 1100, line 15.
- Page 1100, line 20 to page 1107, line 14.
- Page 1107, line 17 to page 1110, line 14.
- Page 1110, line 17 to page 1111, line 21.
- Page 1111, line 24 to page 1112, line 25.
- Page 1113, line 3 to page 1115, line 15.
- Page 1115, line 21 to page 1116, line 12.
- Page 1116, line 18 to page 1129, line 1.
- Page 1129, line 6 to page 1133, line 3.
- Page 1133, line 8 to page 1134, line 6.
- Page 1134, lines 9–10.
- Page 1162, line 15 to page 1163, line 7.
- Page 1163, line 15 to page 1166, line 23.
- Page 1167, line 1 to page 1168, line 20.
- Page 1169, line 19 to page 1170, line 6.
- Page 1294, line 12 to page 1295, line 9.

- Page 1319, line 7 to page 1320, line 23.
- Page 1321, line 1.
- Page 1321, lines 16–19.
- Page 1321, line 24 to page 1322, line 2.
- Page 1322, line 5 to page 1323, line 15.
- Page 1352, line 19 to page 1354, line 20.
- Page 1354, line 24 to page 1355, line 6.

Question 2:
- Page 698, line 23 to page 703, line 9.
- Page 1076, line 16 to 1077, line 1.
- Page 1081, line 18 to page 1082, line 24.
- Page 1314, line 23 to page 1315, line 3.
- Page 1315, lines 6–20.

Question 3:
- Page 536, lines 1–22.
- Page 544, line 6 to page 547, line 1.
- Page 1020, line 14 to page 1022, line 5.

Question 4:
- Page 280, lines 8–22.
- Page 280, line 25 to page 282, line 4.
- Page 282, lines 11–20.
- Page 282, line 23 to page 283, line 16.
- Page 284, lines 7–9 and line 11.
- Page 366, line 6 to page 369, line 11.

SO ORDERED.

Dated: July 2, 2025
New York, New York

ARUN SUBRAMANIAN
United States District Judge