

**Douglas H. Wigdor**
dwigdor@wigdorlaw.com

July 2, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    United States v. Combs, S3 24 Cr. 542 (AS)

Dear Judge Subramanian:

We write as counsel for Casandra Ventura ("Ms. Ventura") to respectfully request that the Court deny Mr. Combs to be released pending his sentencing on his two convictions under 18 U.S.C. § 2421. Pursuant to the Bail Reform Act, 18 U.S.C. § 1343(a)(2), detention is mandatory post-conviction on these charges, and Ms. Ventura believes that Mr. Combs is likely to pose a danger to the victims who testified in this case, including herself, as well as to the community.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Douglas H. Wigdor