UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SEAN COMBS,

              Defendant.

24-cr-542 (AS)

VERDICT SHEET

**COUNT ONE**
**Racketeering Conspiracy**

How do you find the defendant?

    Not Guilty __✓__        Guilty _____

If and only if you find the defendant guilty of Count One, which types of racketeering acts do you unanimously find were involved in the offense?

    Acts involving kidnapping

        Not Proved _____    Proved _____

    Acts involving arson

        Not Proved _____    Proved _____

    Acts involving bribery

        Not Proved _____    Proved _____

    Acts involving witness tampering

        Not Proved _____    Proved _____

    Acts involving forced labor

        Not Proved _____    Proved _____

Acts involving sex trafficking

    Not Proved _____    Proved _____

Acts involving transportation for purposes of prostitution

    Not Proved _____    Proved _____

Acts involving drug distribution

    Not Proved _____    Proved _____

If and only if you find the defendant guilty of Count One, did the pattern of racketeering activity include sex trafficking of Casandra Ventura?

    No _____    Yes _____

If and only if you find the defendant guilty of Count One, did the pattern of racketeering activity include sex trafficking of Jane?

    No _____    Yes _____

## COUNT TWO
### Sex Trafficking of Casandra Ventura

How do you find the defendant?

    Not Guilty __✓__    Guilty _____

## COUNT THREE
### Mann Act Transportation – Casandra Ventura

How do you find the defendant?

    Not Guilty _____    Guilty __✓__

### COUNT FOUR
### Sex Trafficking of Jane

How do you find the defendant?

Not Guilty ✓       Guilty _____

### COUNT FIVE
### Mann Act Transportation – Jane

How do you find the defendant?

Not Guilty _____       Guilty ✓

7/2/2025
_____
DATE

█████████
_____
FOREPERSON

3