UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            -against-<br><br>SEAN COMBS,<br>                        Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    In connection with the sentencing proceeding in this case, the Court would find it helpful to have available data on sentences imposed where (1) the primary or sole conviction was for a violation of 18 U.S.C. § 2421(a); or (2) the base offense level under the Sentencing Guidelines was calculated under § 2G1.1(a)(2) and a Criminal History Category of I.

    The parties should locate cases that they believe match these criteria and file a letter—hopefully a joint letter—identifying those cases, by docket number and jurisdiction, on or before **September 1, 2025**.  No argument should be included in this letter.

    The goal is for the parties' subsequent sentencing submissions to address the cases identified in the September 1 filing, focusing on those that each side believes reflect sentences imposed for similarly situated defendants, if any.

    The Court appreciates the parties' assistance in identifying these cases, as this information is not presently available from the Sentencing Commission.

    SO ORDERED.

Dated: July 9, 2025
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge