UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SEAN COMBS,

Defendant.

24-CR-542 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Defendant Combs moves for release pending sentencing. Dkt. 483. The Government should respond to Combs's letter by **Thursday, July 31, 2025**.

SO ORDERED.

Dated: July 29, 2025
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge