# EXHIBIT A

Dear Your Honor:

My name is Virginia Huynh, and I am writing as the person identified as Victim 3 in this case. I have known Sean Combs for many years in both a personal and professional capacity. From that experience I have seen him primarily as a father, a family man and a businessman, roles that he has always striven to uphold. I provide this letter to share my observations about his character and to respectfully request that the Court permit his release on bond while the case proceeds.

I acknowledge and respect that Mr. Combs stands accused and that the Court must weigh public safety and the integrity of the legal process. At the same time, I believe it is important for the Court to have a full picture of who he is beyond the allegations.

Our relationship, like many, was not always perfect, we experienced ups and downs, and mistakes were made but he was willing to acknowledge his mistakes and make better decisions in the future. Over the years that followed he made visible efforts to become a better person and to address the harm he had caused. By the time our relationship ended, he embodied an energy of love, patience and gentleness that was markedly different from his past behavior. To my knowledge, he has not been violent for many years, and he has been committed to being a father first.

I am writing because I do not view Mr. Combs as a danger to me or to the community. This is his first criminal case. Throughout the investigation and proceedings he has been cooperative, respectful and compliant. He has substantial ties to his family and community, including children who depend on him for emotional and financial support. Granting him bond would allow him to continue caring for his family and fulfilling his responsibilities while still subject to the Court's supervision.

I want to assure the Court that if released, I believe Mr. Combs will adhere to all conditions imposed and will not jeopardize his freedom or the well-being of his family. Allowing him to be at home will also support the healing process for all involved. I respectfully ask that you consider these factors when deciding his eligibility for release.

Thank you for your time and consideration.

Respectfully,

Virginia Huynh