UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>              -against-<br><br>Sean Combs,<br>                          Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court will hold a hearing on the pending post-trial motions at Dkt. 485 on **Thursday, September 25, 2025**, at **11:00 AM** in Courtroom 26A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: September 8, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge