UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00542 |
| Plaintiff, | |
| v. | |
| COMBS, | |
| Defendant. | |

## NON-PARTY VICTIM'S NOTICE AND MOTION TO ENFORCE RIGHTS UNDER 18 U.S.C. 3771 AND TO SUPPLEMENT THE RECORD WITH THE DECLARATION OF DR. JOSEPH MANZARO, Do. D.

Dr. Joseph Manzaro, Do. D. (the Non-Party Victim), respectfully submits this Notice and Motion under the Crime Victims' Rights Act, 18 U.S.C. 3771, to: (1) assert and enforce his rights as a victim to be reasonably heard and to be treated with fairness; and (2) request that the Court accept and docket his sworn declaration, attached as Exhibit A, which contains material impeachment evidence regarding the testimony of government witness Brendan Paul.

## GROUNDS

1. The CVRA defines a crime victim as a person directly and proximately harmed as a result of the commission of a Federal offense. 18 U.S.C. 3771(e). Dr. Manzaro is a victim within the meaning of the statute.
2. Section 3771(a) affords victims the right to be reasonably heard at any public proceeding and to be treated with fairness. Section 3771(d)(3) authorizes this Court to hear a motion asserting a violation of a victim's rights.
3. The attached declaration sets forth first-hand facts that directly impeach sworn testimony by Brendan Paul and describe potential trafficking and obstruction conduct relevant to the administration of justice in this case.
4. In June 2025 and thereafter, Dr. Manzaro instructed his then-counsel to present this evidence to the proper New York court and refer it to the FBI. To his knowledge, those instructions were not carried out. He now submits his declaration directly to ensure the record is complete and his CVRA rights are protected.

## REQUESTED RELIEF

A. Accept and docket the attached Declaration of Dr. Joseph Manzaro, Do. D. as Exhibit A;
B. Set, if necessary, an evidentiary hearing at which the Non-Party Victim may be reasonably heard;
C. Issue preservation directives concerning communications, devices, and social media records referenced in Exhibit A; and
D. Grant such other and further relief as the Court deems just and proper.

Dated: September 10, 2025
Respectfully submitted,

*Dr. Joseph Manzaro, Do. D.*
Dr. Joseph Manzaro, Do. D.
Email: JManzEmail@gmail.com
Phone: (561) 287-0646
Mailing Address: 7036 Pine Tree Ln.
LCS, FL 33406