Dr. Joseph Manzaro, Do. D.
Email: JManzEmail@gmail.com

Via Email and U.S. Mail

Pro Se Intake Unit
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. COMBS, No. 1:24-cr-00542 (S.D.N.Y.)
Non-Party Victim Submission Under 18 U.S.C. 3771; Request to Docket Declaration

Dear Clerk of Court / Pro Se Intake Unit:

I respectfully submit the enclosed declaration of Dr. Joseph Manzaro, Do. D., for docketing in the above-captioned criminal case pursuant to the Crime Victims' Rights Act, 18 U.S.C. 3771. I am a victim within the meaning of Section 3771(e), and I seek to be reasonably heard and to have the Court and the parties consider the enclosed sworn declaration, which impeaches sworn testimony by government witness Brendan Paul and sets forth material facts relevant to the administration of justice. Because I am not a party, I request that the Court accept this filing as a non-party victim motion or letter under Section 3771(d)(3) and direct that it be placed on the docket.

Enclosures: (1) Declaration of Dr. Joseph Manzaro, Do. D.; (2) Proposed Non-Party Victim's Notice and Motion to Enforce Rights Under 18 U.S.C. 3771; (3) Certificate of Service.

Please file-stamp and docket this submission. I am filing by email to the SDNY temporary pro se filing email and by U.S. Mail. I will serve copies on the United States Attorney's Office (Criminal Division) and on defense counsel of record to avoid any ex parte communication.

If there is any deficiency, please contact me by email so that I can promptly correct it. Thank you for your assistance.

Respectfully submitted,

*[signature]*
Dr. Joseph Manzaro, Do. D.
Date: September 10, 2025