TRULINCS 46267509 - SANTIAGO, ARTURO - Unit: BRO-C-B

---

FROM: 46267509
TO:
SUBJECT: Letter to judge
DATE: 09/08/2025 10:25:41 AM

To judge Arun Subramanian

      I am a inmate incarcerated in MDC Brooklyn i have been in here for 4 1/2 yrs to this date since i been here i have obtain my GED, besides my GED i haven't had the chance to participate in any other programs because there aren't any till Mr..... Combs incarceration and since he's been in the unit with myself and others i gotten the chance to know Mr..... Comb's personally and now i can say that i know him as a friend and not a celebrate. While Mr..... Comb been in my unit i have seen a great change in Mr..... Comb's he brings joy and happiness to the atmosphere in the unit, he changes the vibe, positively and constructively to each and everyone. Because of Mr..... Comb everybody in the unit is treating and acting positively towards each other and for many people that's a step forward in becoming a better person for when they get out of prison. Mr..... Comb is changing people's lives' for many in here that is unthinkable and we got Mr..... Comb's to thank for that. Mr..... Comb care very much for everyone in here nonmatter race or age and he is making it his business to do his best to make a impact on our lives' and what people don't realize is that he is not asking for anything in return he's doing this out of kindness and a chance to give something back to people who are less fortunate.

      While in MDC Mr..... Comb started a class called " Free game with Diddy " what i take from this class is how to set realistic goals that would be easier to maintain and it's giving me the knowledge and tools i didn't have before, this class is teaching me how to be discipline . I know by applying myself in this class it will help me become self-aware of my negative behavior and bad habits and it will help me achieve goals that i had set for myself before my incarceration because i didn't have the tools i have now because of this class. I have a stronger chance now then i did before because of this class and the reason is because I'm learning from a person that's teaching me from experience and have used the same tools he is teaching me. Mr..... Comb lived the life that so many dream about and he got it using the same tools and knowledge he's giving me and for his dedication on helping others like myself i am thankful. Because of this class i have a purpose , something to look forward to everyday. Without this class there's no other educational programs in this facility. Hopefully one day i can be the one standing in front of a class teaching the same class that i learn from " Free game with Diddy "

sincerely *Arturo Santiago*
#46267-509

EXHIBIT
**74**
U.S. v. Combs, 24 Cr. 542 (AS)