Dear Judge Subramanian

My name is Douglas Welch. I am 42 years old I'm from Queens NY. I been in MDC Brooklyn 2yrs. I've been with Sean Combs for a yr. I've gotten to know him as a person he is a Focused, positive, God Fearing Man

Sean Combs brings love into the Unit I know because since he been here all The Spanish and Black inmates cook & pray Together, workout Together Too.

Since he started his class I've been going harder at my health journey. His class is called "Free Game with Diddy" The class is 1hr long once a week. He gives us a chance to ask him Questions he also lets us pick his brain for information about his personal life his grind, his journey and his blueprint for his Success. He has showed us that its The little adjustments to our everyday lives that adds up To a BIG change. Some of us are trying to better our health and fight Drug addiction. Other people are on a Spiritual journey.

He has Taught me To Make a plan and write down my progress each week. Put my Pride To the Side, have no ego and I have to sacrifice my bad habits to be successful

EXHIBIT 75
U.S. v. Combs, 24 Cr. 542 (AS)

It means so much to me to be able to work out with Sean Combs we both push each other to go harder with our Diet and we keep track of how many Reps, and how long we been working out every day.

When I'm released I can move forward with what I've learned from his class

He has taught me alot in a lil Time not only in his class but when we work out together Everyday.

He taught me to focus on bettering myself instead of Gossiping or Getting into Trouble which is easy to do in Prison.

I think he deserves his freedom I've met some violent people since I've been in Prison and he isn't made for this place

Sincerly

Douglas Welch
82563-510