Dear Honorable Judge Arun Subramanian,

    I pray when you receive this letter you're in great health and spirit. My name is Didier Gerzon Rios Galindo, I am from Colombia, I am currently incarcerated in M.D.C Brooklyn on unit 4 south. I work as head orderly of the unit i have had the time to meet Mr. Combs since he got to the unit. In the time we have shared i can honestly say that Mr. Combs is a loveable man, always willing to help his peers. No matter his celebrity status, money or fame he's never look down or spoke down on any of his peer's. we share day by day with humbleness, we help each other with love and care whatever doubt a peer might have Mr. Combs if it's in his reach and can give a helping hand he does it with out asking for nothing in exchange. One Friday Mr. Combs gathered the whole unit together and said to everyone that he would like to start a class, he asked everyone we're we in agreement and if there wasn't any problem with everyone attending these class's. Everybody was motivated for the lesson's the class provided in my case particularly it has had very much impact. Now that I have set a goal, it made me analyst my whole life I was able to identify a lot of negative factors in my day of living, my dreams and the way's I went after my goals. All my life my dream has been to be a genetic farmer but when I ran into any set back or problem's I was quick to abandon my dreams, I was to inconsistent in the goals i set for myself. If i didn't see results back as fast as I would liked I would abandon them. In the class's from Mr. Combs I have been able to learn a format in which we can meet our goal's set and succeed, first we mark our big dreams the dream of our life second we have to set inventory with what we can count with and what is missing to able to achieve this dream. Third to find the proper resource required to complete what is missing, fourth mark a honest realistic deadline that goes with our dreams. Small metrics that can be measured to see our progress Mr. Combs wrote a quote with strong meaning and character that woke something up in my mind and in me to go after my dreams the right and proper way. JUST DO IT, DO IT NOW after that moment i started to do small plans following small foot steps. The first I set was learning to speak,write and understand the English language my small goal has been five English words a day with help from my peer's and Mr. Combs everyday I practice them till i can fulling understand and comprehend them. Mr. Judge I speak from personal experience we all make mistakes in life that have taken us to make the wrong decisions and have hurt the people we love. I have also learned that our pass does not define us that we can change and reunite with our love ones. Thanks to influential people such as Mr. Combs that inspires us to chase our dreams and shows us that anything is possible with discipline and sacrifice with out harming anyone and hard working we can make our dreams come true. I ask God and you for mercy Sir Judge that when the time comes to sentence Mr. Combs please have in mind he has planted a seed from the heart of wisdom,knowledge and faith in every single person he has come across through his journey here with us. Thank you Sir Judge for taking the time to read this letter may the light of God shine upon you and continue to bless you.

    Sincerely, Didier Rios Galindo
    #92374-054

EXHIBIT 77
U.S. v. Combs, 24 Cr. 542 (AS)