Dear Honorable Judge Arun Subramanian

Good day I hope this letter meets you in good spirits. My name is Charles Scruggs. I am a former inmate at MDC Brooklyn, where i had gotten the opportunity to meet Mr. Sean Combs. I am honored to say he is a respectable human being. Mr. Combs has shown myself and the guys in the unit he's very remorseful Mr. Combs also has shown great leadership. where everyone in the unit stuck together. he has shown why he became the super star an mogul he's known to be today. While i was serving my violation in MDC Brooklyn, Mr. Combs was working just as intencly to reform himself and others identifying his flaws as well as his good. Your honor i must say i was raised without a father so i wasn't able to recive the proper guidance a child should have growing up. Mr. Combs loan me a ear and time on multiple occasion as a father figure giving me ideas an knowledge to keep me from coming back to jail. Mr. Combs also gave his open arms to the guys in the unit who were less fortunate me being a person who's been around multiple famous people while incacerated at

EXHIBIT
79
U.S. v. Combs, 24 Cr. 542 (AS)

MDC Brooklyn those things mean Alot not everyone show's compassion an gratitude being in the position he's in. before my sentence was served I had gotten the opportunity to participate in mr. combs class he came up with which was named "Free game with Diddy" A 6 week course about life skills, buisness management and entrepreneurship he gave the inmates in the unit an inside scoop of how he started as an intern to becoming a superstar mogul. I was really appreciative to receive some knowledge of sort to take back to the real world an not have to think about doing something illegal. he taught me to come up with a plan. for both success and for failure he told me that successful people do what unsuccessful people won't do. he said if i wasn't Building i was destroying. your honor please take this letter into consideration for mr. combs to get Back to his family being the loving, caring father i learned of him to be towards myself and others. he does not deserve these harsh punishments.

Sincerly,
Charles Scruggs
915 340-53