Dear Honorable Judge Arun Subramanian,

Good day I hope this letter meets you in good spirit. My name is Recaldo Fray, I am a former Correctional officer from Westchester County, now a inmate it's sad to say how the roles turn. I am very disappointed in myself and embarrass. My mother recently said "Everything in life happens for a reason" Every bad situation as a good ending. I am writing this letter to speak on Mr. Sean Comb the man i have been bless to meet in our time of trials and tribulations. The last 12 months of Mr. Comb and myself incarceration. i have gotten to know him as Sean and not the superstar or Mogul the world knows Mr. Comb has. I got to see first hand the remorseful, respectable man he could be, i have had many personal encounters with Mr. Comb giving me advice, words of wisdom and encouragement. Mr. Comb first month in the unit we're assigned to. i was a little nervous to ask for a favor for my 14 years old daughter's birthday. he smiled even before I could finish my sentence. he promise to make her day. I have witness this man giving away his food out of his locker to the less fortunate. which i admire, because we're all in the same predicament. A few months ago a group of inmates gather around Mr. Comb to ask him how he started his career and his response was he's going to do a course to give us inmates an opportunity to be successful after finishing our time in prison. Mr. Comb came up with a 6 week course called "Free Game" with Diddy, This course is regarding life skills, business management and entrepreneurship. he also got in depth shedding light on how he started from a intern to one of America biggest black business Mogul in present day. he shared first hand knowledge/experience being in the Corporate world. Mr. Comb as inspired me to change my views on life s. far to start thinking about having a plan, not giving up, putting my pride aside. I have seen myself alot more discipline. he as taught me every plan or dream starts with belief. I can't have doubts about myself. Free Game with Diddy means alot to myself and other inmates because this is a class most people from where alot of us are from may never have a opportunity to hear first hand knowledge

EXHIBIT 80
U.S. v. Combs, 24 Cr. 542 (AS)

from the horses mouth. Your honor alot of people say they want a second chance, but do not deserve it which is sad to say. Not because Mr. Comb his the person everyone knows, from my perspective he deserve a chance to write his wrongs to the world. God as humble Mr. Comb on his Journey. Your honor please take this letter into consideration to get back Mr. Comb to his family. God bless you.

Sincerely,
Recaldo Fray #94394-510