TRULINCS  91191054 - CASTILLO, RAYMOND - Unit: BRO-C-B

---------------------------------------------------------------------------------

FROM: 91191054
TO:
SUBJECT: SENTENCING LETTER FOR DIDDY
DATE: 09/06/2025 10:12:43 PM

Dear Honorable Judge Arun Subramanian,

    I pray this letter finds you in the best of health and spirits. My name is Raymond Castillo, I am currently an inmate at M.D.C Brooklyn here on a probation violation. I have been with Mr.Combs for approximately 7 months now. I come from poverty and a broken home. I was raised by a single mother with four siblings and no father figure. My father Did 21 years and 7 months in the federal system before being deported back to our home country of Dominican Republic. To say my life was imperfect would be an understatement. I witness my mother struggle to provide food , shelter and clothing for me and my siblings while striving to be the best role model possibly for us. All i knew my whole life was trying to find the easy way and create shortcuts to achieve financial gains which lead to me becoming a drug dealer and destroying my own community. My plan for success at the time was a set up for failure . I was dying without even knowing it. I grew up admiring and looking up to the music legend / icon that Sean "Diddy" Combs is. I have always been a big music fan and have love for the culture. Mr.Combs has saved me and has had a impact in my life in so many ways. I have seen him reach the highest achilleates in life and then go through his downfall, where the media has dragged him and crucified him in everyway imaginable trying to discredit 30 yrs of life work he has done to build our culture and help the youth. I have seen first hand how no matter his name or status how living under these harsh and cruel living conditions he continue to find ways to put a smile on his face and keep pushing no matter what life throws at him. He is a kind , loving , sympathetic and a remorseful God fearing man. Not only striving to better himself but to better everyone he encounters as a whole and leave a positive impact in everyone's life. Even behind bars and with limited resources i have witness this man do magical things. In a place of segregation i have seen Mr.Combs bring unity to all races and ethnics groups no matter the background as a unified front . ██████████████████████████████████████████████

██████████    Mr.Combs has become my personal mentor. He has been teaching me things such as how to truly love my self and get closer to God , to trust and believe in the process , self discipline and how everything happens for a reason. The highs , The lows , The wins , The losses. The people who come into your life and the ones that leave. None of it is random and every moment carries a lesson. He has taught me how every lesson is guiding me closer to my purpose and that when life feels heavy to make sure i pause , breathe and remember that life is like a marathon and there's meaning in this too. While in M.D.C Brooklyn Mr.Combs has achieve what hasn't been accomplished in the BOP by starting up a class that consist of a "6 week" course unifying all cultures and race . This class is called "FREE GAME WITH DIDDY" where I'm a key factor in my role as his teacher assistant. "FREE GAME WITH DIDDY" is an educational program designed to equip participants with essential skills in business management , entrepreneurship and personal development. The course offers exclusive insight into the journey of Sean "Diddy" Combs , tracing his rise from humble beginnings to becoming a globally recognize icon and influential business mogul. Through first hand accounts and real world experiences drawn from Mr.Combs corporate endeavors and entrepreneurial ventures, the program provides a unique perspective on navigating and succeeding in the business world. The class even has an Spanish enterpeture. Mr.Combs is an empowering and inspiring human being. I believe that his transformation will inspire others to get the help they need to overcome whatever battles they might have and even though his story started heavy that did not stop him from finding his inner light . I can truly say that Sean "Diddy" Combs is someone i love , respect and admire. Through the class i have learned life long lessons such as slight edge theory (compound interest) , sacrifices and how successful people do what unsuccessful people wont do . The slight edge theory consist of small wins over a long period of time but it can also work both ways positive or negative , you always have a choice. Compound interest is what happens in the long run small things that multiply over time. How sacrifices are important in order to reach and achieve your goals / dreams for instance my goal is to become an A&R which stands for "Artist and Repertoire" which has to do with the music industry , a department in a record label or music publishing company which is responsible for scouting and overseeing the artistic development of musicians and song writers and also managing the recording process. None of this which i would've known without the proper research and planning that the class with Mr.Combs has thought me to do. Remember successful people do what unsuccessful people wont do i have to be willing to sacrifice and let go of my pride and ego. I truly believe that Mr.Combs would be a waste behind bars only from living back in society can he continue to elevate our communities , the culture and the world. I beg you your Honor and the court to please have sympathy and mercy for this man and i pray you have leniency when it comes to his sentence. Thank you for your time and concerns in this matter, God bless.

                                           Sincerely , Raymond Castillo
                                           Inmate # 91191-054