# EXHIBIT B

The Honorable Arun Subramanian
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

      Re: <u>Sentencing of Sean Combs, Case No. 1:24-cr-00542</u>

Dear Judge Subramanian,

We are writing to you as extremely concerned parents regarding the upcoming sentencing of the defendant referenced above. We have read many online reports that state that months are being suggested for his punishment/sentence, as opposed to the many years that we feel he deserves.

Eleven (11) years is the length of time this horrific nightmare lasted. During that time, our daughter was beaten repeatedly and exposed to harmful and copious amounts of drugs. She was held like a prisoner (kidnapping) by the defendant when her face told the story of a beating. She was coerced to perform sexual acts with strangers/prostitutes for the defendant's own sexual gratification. None of the sexual acts were consensual as there is no consent in a domestic violence relationship. There was always the threat of violence. Everything she did with, for and because of this defendant was self-preservation. She was, in actual fact, brutalized by the defendant's power and depravity.

Our daughter is dealing with the psychological, emotional as well as the physical aftermath of the abuse she endured at the hands of the defendant. She will be left to deal with the trauma of his abuse far beyond a 27-month sentence (with time served), as suggested by the defense attorneys.

We believe the charges that the defendant was convicted of are not only federal crimes, but they are also severe violations of human self-worth and freedom. Clearly a vile abuse of power coupled with an immense disregard for human life. To sentence lightly in this case that involved such vicious abuses of our daughters' body, safety and dignity is to dismiss her very existence. To sentence lightly would also send a dangerous message. A sentence that is handed down in months instead of years, sends a message that such repulsive behavior can happen without meaningful consequence.

In closing, we, her parents, urge you to deliver a sentence that appropriately reflects the severity and depravity of the abuse, the breach of trust, and the suffering that our daughter experienced. The justice system must be a place where the voices of those who have endured sexual and physical abuse are heard, believed and honored with appropriate accountability.

Thank you for your time and your consideration.

Sincerely,

Regina and Rodrick Ventura
(Casandra Ventura Fine's parents) - Victim 1