# EXHIBIT C

Your Honor,

  I am writing to you on behalf of my younger self—the little girl who once dreamed without fear, who believed the world was full of possibility, who had faith in the goodness of people and who trusted that her hard work, big heart, and integrity could carry her toward a bright and meaningful future. That little girl is gone. She was buried alive by an abuser, trapped in a world of terror, abuse, humiliation, and coercive control.

  This letter has been excruciating to write. Other than during my testimony, I've never had the courage to discuss my abuse publicly. It feels impossible to describe as I'm slowly just beginning to unravel the tangled web of trauma myself. But I decided that it's better to try to describe the permanent damage that Sean Combs, my abuser, has caused me, rather than to remain silent any longer.

  I began working for my abuser in my early twenties after I moved to NYC with only a mattress on my car and a dream in my heart. I was made to believe it was the opportunity of a lifetime to work for him. I was young and naïve. I wanted to make a name for myself. I wanted to change the world for the better through my creativity. My dream was to one day become a writer, producer, and performer. In these early years, I was hopeful and innocent.

  From the start, however, my abuser preyed on that innocence. And what I thought was a once-in-a-lifetime opportunity gradually became a never-ending nightmare. I experienced manipulation, humiliation, coercion, and violence. I was groomed, exploited, and broken-down. He stripped me of my freedom, my safety, my identity, my instincts, and my autonomy. He alternated rewards and punishments to break down my self-worth and instincts, creating dependency and confusion. He dangled my dreams before me like a carrot—promising opportunity, mentorship, and advancement. He controlled every part of my life. I needed his permission for everything: when I could sleep; when I could eat; when I could use the bathroom; when I could go to my room; and even whether I could buy tampons. He created a life where nothing was mine, and I lived in constant fear because his moods could determine my right to exist. Asking for compensation for my labor, including overtime requests or reimbursement requests for work-related expenses, would lead to him throwing a tantrum, yelling and sometimes throwing objects in my direction in an effort to humiliate me. He framed my requests as "stealing" and made me ashamed to expect any income at all. Through this financial manipulation, he kept me dependent and trapped.

My work for the defendant was not a job. It was captivity. His coercive control and unpredictable violence left lasting psychological scars: anxiety, hypervigilance, dissociation, self-doubt, and an ongoing struggle to reclaim my autonomy. Years of abuse have rewired my brain. Even today, I feel trapped in the mental and emotional patterns that he created. I live with chronic and severe PTSD, depression, and crippling anxiety. I suffer from deeply intrusive thoughts, derealization, panic attacks, night terrors, and insomnia. When I can get a few precious hours of sleep, those hours are often filled with night terrors that wake me in a breathless sweat, screaming and crying. I awake with my heart pounding, gasping as if I am still trapped. I have struggled to feel safe in any workplace because of my PTSD, which has resulted in a fragmented professional record, a bankruptcy application and crippling debt. I can't go to many of the public places I once loved—

concerts, festivals, clubs—without risk of having a panic attack. I have struggled to set roots in any location and build a community of support, for fear that my abuser would find me and ruin my life all over again. I avoid social media; I can't listen to music I once loved; I can't watch many TV shows or movies—all for fear that I might be unexpectedly triggered and have to re-live some of the worst moments of my life.

All of this trauma was compounded by the impact of my testimony at my abuser's trial. The investigation and pre-trial process threw me back into a world I had spent years desperately trying to suppress. I had buried so many terrible memories of abuse, including violence and sexual assault, that I was forced to dig up and re-live. I cannot overstate the traumatizing impact of reading his threatening emails, reviewing old photos and videos, and hearing his voice again. Every meeting felt like a hammer striking at the fragile foundations of my healing.

The anticipation of testifying was also horrendous. My therapy sessions were spent bracing for the unfathomable moment that I would face him in your courtroom, instead of focusing on rebuilding my life and forging a new future. When I tried to imagine walking into a crowded courtroom and facing him, I would black out. For months, I suffered from panic attacks. My tongue swelled. My stomach dropped. My hands went cold. My legs became numb. I couldn't sleep. I couldn't eat. The feeling of dread and terror was so intense I couldn't hide it. I would randomly burst into uncontrollable, child-like sobs. I found myself self-isolating for fear of being a burden on the people I love. I didn't know how to ask for help. I didn't know how to say I was not ok. I had been conditioned for so many years to believe that my needs were unimportant and that any emotion was forbidden. If I expressed any indication that I was suffering or unwell, I could be in imminent danger. I wanted to jump out of my skin. I felt relentlessly ashamed. There were times when I did not want to live.

As a result of the defense team's tactics during my testimony (and despite my use of a pseudonym), my identity has been publicized, and my name is no longer my own—it is forever linked to my abuser's violence. My sweet, loving parents had to read horrible details about the abuse of their daughter, riddling them with anxiety and leading them to unfairly question themselves, as if they could have done anything to prevent this. Everyone I have known and everyone I will meet will now know my darkest moments. Even the children in my life, my sweet niece and nephew, my loving goddaughter and godson, my friends' children who inspired me to tell my truth, will one day read the vile details of my abuse.

Although the verdict fell short of the justice I had hoped for, the defendant was still found guilty of serious crimes. What he stole from me cannot be returned—it cannot be reduced to years or money. He stole my freedom, my sense of safety, my ability to trust myself and others, and my confidence. He stole my dreams of having a stable, healthy family of my own, my career trajectory, and both my creative work product and creative aspirations. He stole 16 years of my life; time I should have spent developing into the independent woman I was meant to be. My life has been profoundly broken.

I am pleading on behalf of my inner child — the sweet, hopeful, bright-eyed girl, who could not survive the defendant's abuse, and for the woman I should have become, who was robbed of her future. I am pleading for the brave victims that came forward, and the countless

other victims who continue to suffer and who have been scared into silence. The defendant has shattered many lives and they too deserve justice. They too deserve to live without shame or fear. Victims of sexual, psychological, and violent crimes, especially against women, are often forced to prove themselves while reliving the very trauma that destroyed them. We are questioned, doubted, humiliated, and revictimized, as if surviving, and coming forward to tell the story of our survival, makes us suspect. We are forced to serve a life sentence of living with the consequences of the defendant's abuse every day. Finally, I am pleading on behalf of future generations who deserve a world where predators cannot escape accountability.

Your Honor, I ask that you do justice through the sentence that you impose on October 3, 2025. The defendant's wealth, power, and fame should not place him above the law. These forces have shielded him for too long. I ask you to deliver a sentence that reflects the full measure of harm that he has caused: the years of coercion, financial abuse, humiliation, physical and sexual violence, and the profound trauma that he has inflicted as a result. I ask you to deliver a sentence that takes into account the ongoing danger my abuser poses to me, and to others. A sentence that honors the truth, the pain, and the lives that have been destroyed. A sentence that that gives us hope, protection, and justice. Please help us believe that the legal system can offer justice to innocent and vulnerable victims and that those with power, wealth, and influence cannot destroy lives without consequences. Help us believe in a world where survivors are heard, believed, and protected. Help us restore the belief that good can prevail. Help us ensure that no one else suffers as we have. Help us believe that justice can and does exist, by holding our abuser fully accountable.

      Please, your Honor. You have the power to show us, the world, and the future that our lives, our voices, our truth, and our humanity matter. Please help us.

                              With gratitude and respect,

                              Mia