# EXHIBIT D

September 17, 2025

Dear Judge Subramanian,

I testified in your courtroom in this case in May 2025. As you heard, I worked for Puff from 2004 – 2012, and during that time, I got to know him very well. Since Puff fired me in 2012, he has had me blacklisted from the industry, and I've had to take on multiple jobs to garner anything near my worth. Today, I am a single mother to a nonverbal autistic little boy, living in Los Angeles. This ordeal has taken 14 years of my life, my career trajectory halted at 33 years old.

What I lived through working for Puff, and in particular, the events of December 2011, altered the course of my life and have haunted me for years. I feel that I paid with my life for the events that transpired that fateful day we had to relive in federal court. I never wanted this. For many years I could not tell my story and lived in fear—fear of Puff and fear of how I would feed my son.

About a year and a half ago, HSI case agents found me and asked me what happened. Those agents changed my life, and I would like to say that the Southern District of New York is the epitome of prestige and professionalism, I was handled with the ultimate care.

But testifying publicly in front of Puff and his supporters was one of the hardest moments of my life. Every last word you heard from me was the truth. Yet I felt, and to be honest, still feel, like I had to fight to prove that I am a "victim," because the purpose of kidnapping me wasn't for sex trafficking. What it was for; was something more serious, more sinister and grave. Violence and absolute power, unchecked in the ultra-rich and famous.

It's insane to me that of all the things that people heard, two counts of prostitution of men is the only thing that remains on the table. I wanted to speak up, tell the truth, and do the right thing when I was asked to testify. But I am afraid that Women and Girls in America feel less protected than ever watching what just happened. The lesson seems to be that we should not speak up, not call law enforcement for help, and not say anything, but instead keep our head down and try to make a way, regardless of what happens to us. I am afraid this may be the only realistic way to proceed in the modern world.

The last ray of light is that you provide justice to us. You have a chance to finally help him know that he cannot just do what he wants to people. There are repercussions and consequences. He cannot just destroy other people's lives – karma will come back in hundredfold ways. I would like Sean Combs to serve additional time in a correctional institution. I truly believe that serving more time will save Puff's life, as time away from his money, drugs, and power is the only punishment he will recognize.

I hope Puff has life on the other side of his time, to make good on the changes he knows he has to make, to spend time with his family, and get a chance to correct the damage he has so recklessly done to so many people who only meant well by him.

Thank you Your Honor for your time, consideration and for hearing us, finally. God Bless.

*Capricorn Clark*