# EXHIBIT E

September 28, 2025

Dear Judge Subramanian,

Thank you for the opportunity to share these thoughts. I write with great respect for the Court and the difficult decisions it must weigh.

Mr. Combs' attempt to secure release before his scheduled sentencing hearing demonstrates a troubling lack of accountability and a continued pattern of manipulation. The charges he was convicted of, including violations of the Mann Act, are not minor. They reflect serious, deeply disturbing conduct involving the coercion and transportation of individuals for illegal sexual activity.

The thought that Mr. Combs does not believe he deserves jail time is both disturbing and frightening. It underscores the depth of his lack of accountability and the danger he poses. Someone who refuses to acknowledge the harm they have caused, who believes they are above the law, demonstrates the same pattern of manipulation and abuse that has impacted so many lives. The fact that Mr. Combs believes that because he harmed people he claimed to love or called friends he somehow deserves leniency is outrageous. That sense of entitlement makes his actions even more sickening.

Yet Mr. Combs continues to treat this process as negotiable, as though he is merely managing a legal inconvenience rather than confronting the consequences of federal crimes. His efforts to preempt the Court's process show not only a lack of respect for the justice system, but also a refusal to acknowledge the severity of his actions.

At one point, there was public indication that Mr. Combs intended to seek professional or mental health treatment. Whether that ever occurred remains unclear. What is clear, however, is that there has been no visible movement

toward accountability. Rather than allow the legal process to proceed in good faith, he has focused on tactical maneuvers meant to bypass scrutiny and maintain control, soliciting letters of support, crafting PR statements, and attempting to manipulate public sentiment. His plan to escape accountability has been in motion from the very start.

His violence has not been limited to private encounters. From orchestrated "freak offs" to assaults on staff and strangers, his behavior has left a long trail of victims, many of whom still live in fear. Some of the worst abuse was inflicted on people he claimed to love. This is not the story of one or two isolated incidents. This is the story of hundreds, possibly thousands, of people whose lives have been scarred by his unchecked power and brutality.

Mr. Combs must also refrain from comparing his crimes to those of others. His conduct stands on its own and has set a new legal and cultural precedent. This is not about relative wrongdoing; it is about individual accountability for a decades-long pattern of abuse.

There are many reasons why Mr. Combs should serve an appropriate sentence:

- Psychological Impact on Victims: His release would re-traumatize survivors, many of whom remain in hiding for their safety. The Court has a duty to uphold justice and protect those speaking out.
- Influence Over Potential Co-Conspirators: Release would allow him to coordinate with uncharged associates to retaliate or construct false narratives.
- No Remorse or Accountability: To date, he has shown no genuine remorse, only carefully crafted statements issued under legal pressure. This lack of accountability should weigh heavily against any request for release.

- Public Safety Concerns: The allegations include violent physical abuse, death threats, and intimidation. His release would endanger survivors and the public at large.

Beyond legal concerns, I want the Court to understand the very real, lived impact of Mr. Combs' abuse. This man harassed everyone around us, including friends and business associates, so relentlessly that people no longer wanted to work with us or even spend time with us. We were ashamed to leave the house. The balcony he hung Bana from, a place that once offered peace, became a site of terror. The home he held me in against my will was my own. The keys and phone he stole were possessions I earned through years of hard work. He robbed me not only of safety but of dignity.

His reach was suffocating. He has caused lasting damage to the lives and careers of nearly everyone in his inner circle, past, present, and likely future. Some complied willingly; many more felt coerced. He taunted victims through songs that contradicted the truth, creating false narratives that could never safely be challenged because of the fear he instilled. He pursued Cassie through her friends, despite both of us telling him she wanted no contact, and tried to manipulate situations by offering favors if I helped deliver her to him.

He has openly declared to his victims that he does not respect or care about the legal system. If he does not respect the Court, the Court should not extend him any leniency.

I do this not just for myself, but for every mother, father, child, grandparent, sister, brother, boyfriend, husband, wife, friend, artist, intern, employee, and assistant who sacrificed for a man who only abused them in return. I have watched people take trains, move across the country, leave their families, and dedicate themselves fully, only to be mistreated, exploited, and silenced. Some of these same people have even left the entertainment industry entirely because of his actions.

This issue is not only about violence, but also secrecy. Many of us were abused precisely because Mr. Combs wanted us to hold his secrets to maintain his "reputation." The truth is, Mr. Combs never respected those who worked closest with him. He rummaged through our lives while publicly pretending to suffer through "hard times." He refuses to take responsibility, privately or publicly. The abuse was deliberate. The control was relentless. The damage is lasting.

The same ailments Mr. Combs now claims as an excuse are the very ones he has carried with him throughout his years of touring, conducting business, and abusing those around him. They never stopped him from being violent, abusive, or intoxicated when left to his own devices. They should not serve as an excuse now.

True change cannot exist without acknowledging the harm one has caused. Claiming to have changed while continuing to defend the very behavior that led to incarceration is not accountability; it is avoidance. Mr. Combs repeatedly shifts between denying responsibility, seeking sympathy, and reshaping the narrative to suit his immediate needs. Real transformation is consistent, honest, and uncomfortable; it does not depend on who is watching or what outcome is desired. Until he confronts his actions as wrong and takes full responsibility, any claim of change is hollow.

I do not expect him to be in jail forever, but I am praying for a sentence that allows the victims to heal and encourages Mr. Combs to genuinely change.

For all of these reasons, I respectfully urge the Court to deny his request for early release and to deny his 14-month suggestion. He has been fighting the truth for the past year, and this ongoing denial is causing additional harm to the mental well-being of the victims. Survivors deserve safety, the public deserves protection, and justice demands accountability.

Judge, this is not a good man.

Thank you so much for your time, Judge Arun Subramanian. Your consideration means a great deal to me and to the victims.

Respectfully,

*[signature]*

Deonte' Nash