# EXHIBIT F



To Whom It May Concern:

My name is Jourdan-Cha'Taun Atkinson, and I was Sean Combs personal chef from the Summer of 2007 through the Spring of 2010.

During my time I can say that I was extremely overworked, underpaid, mentally abused, exploited, and at one point I was assaulted by Sean Combs. Not only was I exploited by SC I was also exploited by his HR Executive staff. Throughout my time there they would constantly manipulate me into silence, and staying in my position. By saying they would get help to ensure I had off days. There was also a time in which they told me to spearhead the creation of Ciroc flavors. I was the one who chose, sampled, and tweaked the flavors throughout their inception. For which I was never compensated for. This was the most toxic and abusive workplace environment I have ever been in, in my entire career! It has been extremely traumatizing to relive all of this. It was hard to live through the first time around in my mid twenties. Now in my mid forties, a lot of things I was too young & naive to understand. But the reality of it all is cemented in my mind now. I have spent the past year and a half in a constant fight state or flight mode. And am currently trying to heal and repair all of the damage. There was also a time in which Sean Combs threatened my life, to keep me silent about his abuse towards Cassandra Ventura Fine. I have a journal from this time that I never read, until Cassie's case came out in Nov. of 2023. And it was like opening a Pandora's box reading what my 20yr old self endured.

I was there to witness the start of Sean Coms & Cassie's relationship. This has been an extremely traumatizing time in my life the past year and a half. Having to unearth the past & relive it all again. I never forgot what I experienced during my time there, but I for sure buried it in order to survive. I've spent the past 18yrs building my career in the high profile sector. And this case has destroyed the life I worked so hard to create. When you become personal staff to high profile people, you become part of a secret society. Discretion is the foundation. I didn't willingly participate in this case. What I recognize now, this is what happens with collective silence. My silence gave Sean Combs the space & time to grow into a more violent criminal.

When I started working with Sean Comb, he & Cassandra were in the grooming phase. That is what it was in my eyes. She was 19 & he was 36. There were lavish dinners, shopping sprees etc. All in the guise of creating a new artist. Sean was working her down, like men with money do. I was there in Miami when their working relationship turned romantic. During that weekend I saw Cassandra provided copious amounts of drugs. I encountered her extremely high out of her mind. And I offered her food to help bring her down. I witnessed Sean cursing his assistant David James out for not having condoms on the yacht. I remember thinking it was crazy & gross. Like why is he so mad about condoms not being on the yacht? It's never that serious. It stuck out in my mind, because that's when I knew this was no longer a working relationship. They were both extremely high the whole weekend. And really there after. I saw Sean abuse prescription meds, weed & ecstasy. Throughout those early months it was heavy drug use. I saw him be extremely controlling, and I would say there was an obsessive nature about them. He would go on drug binges and he wouldn't let any of us sleep, let alone get any breaks. I was working 17-21 hours a day 7 days a week. I worked for almost 2.5-3 months straight until I had



my first off day. He screamed and cursed at me when he saw me having casual conversation with Cassie. He said that I wasn't supposed to be talking to her if it wasn't about food. He also cursed me out when he saw me speaking to guests at one of his parties. He was watching me from across the room. Then he pulled me aside and said that I wasn't supposed to be talking to his friends. That he didn't work all these years for me to come and steal his relationships. SC would cure me out if I fed people without his permission. He made me feel like I had to look at the floor & not make eye contact with guests. I'd say like a pimp does to his women.

During this time in November of 2007 while at the Miami estate. I witnessed Sean Combs get aggressive & borderline violent with the estate manager, Amanda. He was enraged by the fact that Amanda was allowing her house staff to eat. When SC questioned her about it, she lied & said she never told me to feed them. Amanda & I actually got into a disagreement about me feeding the staff, because I told her I wasn't being paid to do that. I actually called HR to get clarity. They informed me that I was supposed to feed them. One day SC observed the groundskeepers making themselves a plate. Even though I said they shouldn't, because he hadn't even eaten yet himself. Of course as they are making their plates he comes downstairs. Once he sees this he immediately starts screaming, and cursing about who told them they could eat? I stood there silent. I didn't want to get anyone in trouble & I could tell he was furious. Ultimately SC security told him that Amanda told me that I was supposed to feed them. SC then called both Amanda & I into the kitchen. He started screaming, and cursing at Amanda. Saying why is she lying? Why is she telling me to feed her staff? Ultimately as he is screaming. He gets up, and he throws a water bottle across the room saying "I'm the motherfucking KING & you are lying to my fucking face right now?" Amanda was saying she told me to only provide leftovers to her staff. I told her to just tell him the truth. Once he threw the water bottle, I got up and called Dia in HR. I used a phone where he couldn't see me. I asked Dia what I should do because I thought he might hit Amanda. I was instructed to get security to separate them. Which I did, all while leaving the phone down on a ledge, so Dia could hear everything. Amanda resigned not long after that incident. I believe it fractured their working relationship. Amanda & I never recovered. She blamed me for the incident.

Soon after this trip, my hair started falling out & I was having anxiety attacks with heart palpitations. I asked HR if they could rush my benefits through, because I needed to see a doctor. I was diagnosed with stress induced alopecia, and extreme anxiety attacks. I was prescribed zoloft. Throughout this time I was constantly calling the office. Asking for help, and begging for off days. When you work 17-21 hours a day you never really rest. Because your body and mind are still racing when you lay down, and by that time. You have to get up for the next day. HR kept stringing me along saying they would get me help so I could have off days. I was so young, and I just wanted to prove I could do it! So I stayed. Thinking at some point things would change, but they never did.

In April of 2008 at the Alpine NJ estate, Sean Combs physically assaulted me. We got into a heated argument. And I quit. Which enraged him. He kept saying I couldnt fucking quit on him. As I was walking out of the house he was following me. Screaming, cursing, and berating me. Once the door was open Sean Combs used all of his might to push me out of the door. I went

flying in the air, and ended up on my elbows & butt. There were 2 steps to get up into the house. So it was a pretty hard fall. I called the police, but hung up. I called HR and told them I was going to sue him. Ultimately I HR told me that I would be blackballed & my career would be over if I sued him. They said that Sean had the power to blackball me & would end my career, when it just started. I chose my career, and I stayed quiet. I left for a few months. But was asked to come back. I was assured this would never happen again. That SC would apologize, and that they would find help so I could get off days. HR said they would look at budgets for a pay increase. At this time I was only making 65K. I wasn't working after I left. So when they called, I went back. Sead apologized, but none of the other things ever happened.

In 2008 or 2009 ████████████████████████████████████████████████████████.
Genevieve called the office, and I went to the kitchen phone to call 911. I was told to hang up, and that they would send his private doctors over. I was told to leave. The incident was minimized. HR said that SC had a reaction to his prescription meds & alcohol. I told HR I knew what an ███ was, but I left it alone. SC had some of his prescriptions added to my prescription pick ups a few times in Miami. Both these incidents were examples of how I assumed rich people do things. So that the public doesn't find out their personal business. Not understanding that some of this was illegal.

In 2009 in LA I was informed by SC security Bonds that Sean Combs brutally beat Cassie & that Bonds thought SC was going to kill Cassie. I was shocked as Bonds detailed the beating. He said that SC was punching her in the head and stomping her out inside the car. At one point Cassie ran from the car, and was dragged by SC through the concrete back into the car. Genevieve the assistant was in the car, and she was trying to break it up too. Bonds was concerned about Genevieve, and said that she was hyperventilating. Bonds asked me to check on Genevieve. When I went to check on Gen she acted like she didn't know what I was talking about. So I left it alone, and went back to my post in the kitchen. Sean Combs came screaming & cursing into the kitchen. "Chef, why are you in my motherfucking business? What goes on in my relationship is my motherfucking business. I will fucking END YOU if you tell anyone!' I took this as he would kill me. And "you better not tell anyone in the office either." Which made me realize HR told him I called them about the incident in Miami with Amanda. Up to that point I didn't know that HR told him about me reporting the Miami incident. I believed then that SC would kill me if I told anyone he was beating Cassie, so I remained quiet. A day or two later his assistant Genevieve & I took a bag to Cassie at the London Hotel. I saw bruises on her face and arms. We never discussed it. We acted like nothing happened.

Over the course of my time working with Sean Combs I saw hotel rooms be set up with lights, sheets, baby oil & astroglide. I had always assumed it was freaky things going on. But never knew the extent. I dare not ask either. I saw Sean Combs yell, scream & berate staff, artists, employees, and girlfriends. He was always mentally & physically abusive. I saw Cassies bruised on two other occasions in Miami & LA, but never questioned it. Sean Combs weaponized food, sleep, and breaks. We were not allowed breaks, we often snuck in to eat. I would sneak food to feed the staff. I would get cursed out if I asked to go home for the day. I wasn't allowed to leave



for the day unless he said I could. As I type this my heart breaks for the younger version of myself.

I saw Sean Combs create drug fueled environments for artists, executives, and his girlfriends. I saw the aftermath of sex binges in NYC, Jersey, Miami, LA, and the Hamptons. I believe that the heavy drug use was coercion, in order for him to get his way with his participants. He was using drugs with Cassie on day 1 of their consummation. I'm not sure you could ever be a willing participant under those circumstances. The drug use was far beyond recreational. SC was also having a sexual relationship with █████████████████████ Which to me was an added lawyer of control Someone in her innermost circle keeping tabs on her, and also keeping secrets from her. Weaponizing her most coveted friendship. Im not sure Cassie ever knew about this betrayal.

Over the years I witnessed all of his assistants breakdown. And they each started abusing drugs and or alcohol in order to get through the work day. David started using drugs, "███████ ████████████████████. Genevieve I'm not sure, but after the 2009 beating in LA ██ ████████████████████, she left not long after. I would binge drink when I was told I was off & smoke weed to calm my nerves. My therapist would say I was self medicating with the weed.

On March 20, 2024 the feds showed up at my door in Atlanta, GA. I was terrified, and I refused to speak to them without a lawyer present. I was served with a grand jury subpoena before they left my home. By April 4th Sean Combs knew I was contacted by the feds. Even though I had not testified yet. This TERRIFIED ME! By April 11th Sean Combs lawyer Aaron Dyer left a voicemail, stating that they knew I was contacted by law enforcement & that Sean Combs wanted to offer to cover my legal fees. I did not respond. Immediately I called my lawyers. They instructed me to disregard it. They said they would send out a cease, and desist. On April 15 Aaron texted me about the voicemail, and stated in text that they knew I was contacted, and reiterated that Sean Combs wanted to cover my legal fees. I was extremely terrified. Because how did Sean Combs even know I was contacted? Now I didn't trust him or the government. I didn't know what was going on. I felt like my life was in danger. On April 17/18 my Cadillac was broken into. My alarm system was tripped up, all the personal identifying paperwork in my glove compartment was taken out, and neatly placed on my passenger seat. All the contents in the middle console, which had a knife, and jewelry. Which were also all laid out. The only thing stolen was my dog bag. My dog is like my child. I took this as witness tampering and intimidation. In my mind this was a clear threat. I called the police, and filed a police report. I stated that the feds were at my house 2 weeks prior. That I believed this was intimidation because the person at the center of the case didn't want me talking. I don't have proof that this was Sean Combs doing. But I firmly believe that it was him. He was sending me a message, letting me know how easy it was to touch me, if he wanted to.

By this time I was being asked for months to be part of a documentary about Sean Combs, and I kept declining. I decided after Sean Combs made contact with me through his lawyers. That I would do the documentary, as a form of protection for myself. In case anything more happened



to me. I wanted it on record that he assaulted me, and that I knew of the brutal 2009 assault of Cassandra Ventura Fine. Which is detailed on page 14 of her lawsuit against him. Sean Combs never denied that 2009 assault, he just threatened to END ME to keep me silent. I took that as he would kill me. I accepted that he might have me killed for my participation in the documentary. Even now I believe he could have me killed.

After the 2016 brutal beating of Cassie was released. I realized that our collective silence only emboldened Sean Combs. He didn't get help, he didn't stop, he just got worse. The fact of the matter is Sean Combs is an abusive maniac. He doesn't just physically, mentally, and financially abuse & exploit his girlfriends. But he does it to his staff as well. He has spent decades abusing almost everyone around him, unchecked! So many of us just wanted to create our dream careers, and Sean Combs had us living a nightmare. Reliving this all has been extremely traumatic, seeing him essentially get off of the most serious offenses is terrifying. This was a miscarage of justice in my opinion. For him to now say upon his release he wants to become a DV Counselor is truly sick. Him and his legal team should be ashamed of themselves. This PR media tour his legal team is taking, just further proves how much Sean Combs believes himself to be above the law. ANd that he has no remorse for the hard he has caused any of us!



Cassie said he raped her. Mia said he raped her. I believe he is a serial rapist. We were both supposed to testify, but were ultimately removed at the last minute.

Sean Combs likes to weaponize fatherhood, his children, and Kim Porter. When in reality he ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮l. Where were his kids while he was being a menace to society all these years? Sean Combs is a billionaire, not a street level pimp. He chose to use drugs to coerce women into becoming his own personal sex slaves. He used those recorded sexual escapades to hold over their heads to keep them in check. He used his staff to get drugs, to facilitate, and cover up crimes. He kidnapped Capricorn Clark at gun point. He was going to kill Kid Cuddy. These things really happened. It's sick how it's all been minimized. Nothing about what any of us endured was normal. The RICO was there the whole time. Sean Combs got away with it. Instead of being satisfied that he essentially got off, he chooses to let his EGO to keep driving him. Instead of being thankful he & his team have decided to make a mockery out of all of his victims & the judicial system.



It is for these reasons I believe Sean Combs should get the maximum sentence available. I don't believe he can ever be rehabilitated. He is a master manipulator. I don't think he should be allowed to live in NYC, NJ, LA, or Miami. He should have to relocate to the middle of nowhere. Far away from the places he prayed on, and harmed so many people. Not only do I fear for my safety, I fear for all of the witnesses that participated in this case. I know Sean Combs to be a very dangerous, and spiteful man. With a long memory, and a panache for payback.

Thank you for your time & consideration.

Sincerely,

Jourdan-Cha'Taun Atkinson
August 12, 2025