UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SEAN COMBS,<br><br>Defendant. | No. 24-CR-542 (AS)<br><br>ORDER |

Upon the application of Teny R. Geragos, attorney for Defendant Sean Combs:

IT IS HEREBY ORDERED THAT, the defendant Sean Combs, Inmate # 37452-054, will be permitted to receive non-prison clothing at the MDC to wear for his sentencing on October 3, 2025. He is permitted to have one button down shirt, one pair of pants, one sweater, and one pair of shoes without laces to wear to court.

Dated: September 30, 2025

_____
Hon. Arun Subramanian
United States District Judge
Southern District of New York