UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SEAN COMBS,<br>                    Defendant. | 24-cr-542 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

Sentencing in this case will commence on Friday, October 3, 2025, at **10:00 AM**, in Courtroom 26A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: October 1, 2025
New York, New York

ARUN SUBRAMANIAN
United States District Judge