# THE STEEL LAW FIRM, P.C.

*ATTORNEYS AND COUNSELORS AT LAW*

| | |
|---|---|
| 1800 PEACHTREE STREET, N.W. | TELEPHONE (404) 605-0023 |
| SUITE 300 | FACSIMILE (404) 352-5636 |
| ATLANTA, GEORGIA 30309 | E-MAIL thesteellawfirm@msn.com |

October 2, 2025

**VIA E-MAIL ONLY**

Judge Arun Subramanian
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States v. Sean Combs</u>, Case No. 1:24-CR-00542-AS

Dear Judge Subramanian:

    Please accept Mr. Combs' Exhibit 84, accessible through the link provided below, which was submitted to the Honorable Court and the government earlier on this date pursuant to the Court's Order.
https://www.dropbox.com/scl/fi/bo5nv0sr31wjzxfgkq96g/Final-Video.mov?rlkey=381bwqalsi3osjqzqbxcjq78d&st=neeg3kcn&dl=0

                Sincerely,

                */s/ Brian Steel*

                Brian Steel

BS/ce
cc:    Meredith Foster, Esq. (via e-mail)
        Mitzi Steiner, Esq. (via e-mail)
        Emily Johnson, Esq. (via e-mail)
        Madison Smyser, Esq. (via e-mail)
        Christy Slavik, Esq. (via e-mail)
        Marc Agnifilo, Esq. (via e-mail)
        Teny Geragos, Esq. (via e-mail)
        Jason A. Driscoll, Esq. (via e-mail)
        Anna Estevao, Esq. (via e-mail)
        Alexandra Shapiro, Esq. (via e-mail)
        Nicole Westmoreland, Esq. (via e-mail)
        Xavier Donaldson, Esq. (via e-mail)