# AGNIFILO INTRATER

October 6, 2025

**VIA ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

    On behalf of Mr. Combs, we respectfully request that the Court strongly recommend a designation facility to the Bureau of Prisons in Mr. Combs' Judgment. In order to address drug abuse issues and to maximize family visitation and rehabilitative efforts, we request that the Court strongly recommend to the Bureau of Prisons that Mr. Combs be placed at FCI Fort Dix for RDAP purposes and any other available educational and occupational programs.

    Thank you for your consideration.

Respectfully submitted,

*/s/ Teny Geragos*

Teny Geragos

cc:    All counsel (by ECF)

445 PARK AVE, 7TH FLOOR | NEW YORK, NY 10022 | WWW.AGILAWGROUP.COM