UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         -against-<br><br>SEAN COMBS,<br>                      Defendant. | 24-CR-542 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court's judgment in this case did not address the dismissal of the open counts in the original indictment, the first superseding indictment, or the second superseding indictment. The Court intends to amend the judgment, pursuant to Fed. R. Crim. P. 36, to indicate that all open counts in the original indictment, Dkt. 2, the first superseding indictment, Dkt. 144, and the second superseding indictment, Dkt. 169, are dismissed. The parties should inform the Court by 5:00 PM today if there are any issues with the Court amending the judgment along these lines.

      SO ORDERED.

Dated: October 15, 2025
       New York, New York

                                             ARUN SUBRAMANIAN
                                             United States District Judge