Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

**U.S. DISTRICT COURT FILED OCT 20 2025 S.D. OF N.Y.**

Caption:

United States of America v.

Sean Combs

Docket No.: 1:24-cr-00542

Arun Subramanian
(District Court Judge)

Notice is hereby given that Sean Combs appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)

entered in this action on October 15, 2025 and amended on October 16, 2025
(date)

This appeal concerns: Conviction only ☐  Sentence only ☐  Conviction & Sentence ✓  Other ☐

Defendant found guilty by plea ☐   trial ✓  N/A ☐ .

Offense occurred after November 1, 1987?  Yes ✓  No ☐  N/A ☐

Date of sentence: October 3, 2025   N/A ☐

Bail/Jail Disposition: Committed ✓   Not committed ☐   N/A ☐

Appellant is represented by counsel? Yes ✓ | No ☐   If yes, provide the following information:

Defendant's Counsel: Alexandra A.E. Shapiro

Counsel's Address: Shapiro Arato Bach LLP
1140 Avenue of the Americas, 17th Floor, New York, NY 10036

Counsel's Phone: (212) 257-4881

Assistant U.S. Attorney: Emily Anne Johnson

AUSA's Address: United States Attorney's Office, SDNY
One St. Andrew's Plaza, New York, NY 10007

AUSA's Phone: 212-637-2409

_____
Signature

Generated: Oct 20, 2025 4:05PM

Page 1/1

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Oct 20, 2025 4:05PM

ALEXANDRA A.E. SHAPIRO OBO SEAN COMBS

Rcpt. No: 43991    Trans. Date: Oct 20, 2025 4:05PM    Cashier ID: #SS (6367)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $605.00 |

Total Due Prior to Payment: $605.00
Total Tendered: $605.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** 24CR00542 AS

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.