# Exhibit B

Counsel Provided by US Attorney Ross Kramer and victim Clayton Howard Emails

Case 1:24-cr-00542-AS    Document 552-6    Filed 12/08/25    Page 4 of 6

Case 1:24-cr-00542-AS    Document 552-6    Filed 12/08/25    Page 5 of 6