# Exhibit C

Final Termination of Tyrone A. Blackburn, Esq

LETTER OF TERMINATION OF LEGAL REPRESENTATION

Clayton Howard
24 Orchard Street
Carteret, New Jersey 07008
itsclaytonhoward@gmail.com

June 21, 2025

Tyrone Blackburn, Esq.
T.A. Blackburn Law PLLC
1242 E 80th St
3rd Floor
Brooklyn, NY 11236

RE: Termination of Attorney-Client Relationship

Dear Mr. Blackburn:

I am writing to formally terminate your representation in connection with which I am involved, effective immediately upon your receipt of this letter.

Unfortunately, I have come to feel that your representation does not consider what is in my best interests as your client. After our recent conversation, where you informed me that I could file my action if I chose, I realized that you intentionally disobeyed my specific direction to file my action using the New York State Adult Survivor Act, which I had specifically contacted you about and directed you to pursue in August 2024, Oct 2024, Jan 2025 and finally Feb 2025.

Rather than contacting me immediately once you made your decision not to follow my instructions, you withheld this critical information for days until you knew I could not file the action myself. You only notified me after your conversation with the U.S. Attorney's Office, during which you informed me that they had encouraged you not to file, as it would create doubt and confusion regarding the victim's credibility, Cassie Ventura. This decision came after you contacted Douglas Wigdor, who himself contacted the U.S. Attorney so that you would back off—and you complied. I felt that this was a betrayal of my interests, as I have an independent claim to victimhood separate from Ms. Ventura, and my rights should not be ignored to support a conviction strategy that I view as problematic.

Now it appears that you are attempting to deny having informed me of these matters. You deny telling me how Douglas Wigdor referred to me as a "Dirty Sex Worker" and are instructing me to remove statements from my book due to possible defamation liability based on what you now claim was a false statement that you provided to me regarding what was said. I would have had no issue with addressing this matter had you approached it honestly, rather than sending me a text message suggesting that I had written a lie when you were the source of that information.

I am also aware that you falsified a motion to quash my manuscript, Cassie: Victim or Witness," after you realized its contents could provide favorable testimony for the defendant of a federal criminal proceeding. I have attempted to confirm your compliance since the order to surrender was issued May 16, 2025. You have never replied and during the conversation, when asked your response was a firm "Hell no". My phone died, so I texted you, instructing you directly to submit my book as to avoid issues with the court. Today, according to a conversation with Teny Gergagos, you never submitted that Manuscript.

My concern is that you may be too heavily invested in securing Sean Combs' conviction due to other important clients who require his conviction on all charges to strengthen their claims for damages. As a businessman, I understand your interests and, in truth, I respect them. However, my situation is unique, and I realize that. I cannot support a false narrative, and you should understand that. We have not discussed my book or the intellectual property rights aspects, which you, as my attorney, should be aware that I have. The Government can interfere with this if I was only the author and not the victim. But as a legitimate victim, I have rights, and I am tired of that being disregarded and ignored.

While I sit in silence, I watch numerous "witnesses" with million-dollar civil claims testifying against Sean Combs, while I'm being told I must wait because I won't look credible. Cassie Ventura received $20 million and testified. Brianna is suing for $10 million and testified. Dawn Richards is suing for millions and testified. Capricorn Clark is suing; what is this? I cannot help but realize that I am being disadvantaged in this process.

Additionally, you have done things and revealed information to producers and podcasters that I believe violate attorney-client privilege, yet I have continued to follow your direction despite these concerns and the betrayal of my trust. Since you claim now that Douglas Wigdor never called me a "Dirty Sex Worker", I imagine that it was your perspective of me based on my past occupation. To lie on Wigdor is a disgusting thing for you to do as an Attorney with clients who rely on your word to be the truth.

I am extremely disappointed in what your conduct and actions have revealed.

EFFECTIVE IMMEDIATELY:

You are hereby terminated as my legal counsel in matters related to any litigation I am related.

You will be contacted by new counsel to provide me with a complete copy of my file, including all documents, correspondence, notes, and work product related to my matters, specifically Sean Combs, Cassandra Ventura, and Howard v. City of New York et al within ten (10) business days of your receipt of this letter.

Although you did not comply and have made matters regarding the loss of my child worse, I am willing to pay your $5,000 to be done with you completely and for good. I will arrange this with new counsel, who will make the necessary arrangements for the exchange of funds, adhering to

the payment schedule you provided me on Jul 11. 2025 via text message. I offer this to uncomplicate matters with regard to the petty debt you misled me into agreeing to.

I expect your full cooperation in ensuring a smooth transition of my legal matters. I expect full compliance with new counsel, who will contact you by Monday, July 23, 2025. Please acknowledge receipt of this letter and confirm the termination of our attorney-client relationship regarding Sean Combs and Cassandra Ventura in writing.

I ask you to acknowledge this is your release of representation regarding matters in which I am involved when you are contacted by new counsel.  Your misconduct is the cause of this and the decision was not easy. I feel your actions have jeopardized my claims and put me at risk for possible loss.

Please confirm in writing that you will not take any further action as it relates to any civil actions.

All attorney-client communications and work product remain privileged and confidential.

You will be contacted by new counsel within the next seven (7) days.

Thank you for your attention to this matter. Sincerely,

Date Signed: July 21, 2025.

Respectfully submitted;

_____

Clayton Howard

CERTIFIED MAIL - RETURN RECEIPT REQUESTED

EMAIL DELIVERY CONFIRMATION

Note: Keep copies of this letter and all related documentation for your records. Consider consulting with another attorney regarding your legal options and the transition of your case.