# Exhibit D

Clayton Howard email to Email Johnson, and prosecutors USA v Sean Combs 24-cr-542(AS)



Clayton Howard <itsclaytonhoward@gmail.com>

## United States v Sean Combs
5 messages

**Clayton Howard** <itsclaytonhoward@gmail.com>    Thu, Oct 23, 2025 at 3:44 PM
To: emily.johnson@usdoj.gov, madison.smyser@usdoj.gov, mitzi.steiner@usdoj.gov, meredith.foster@usdoj.gov, mary.slavik@usdoj.gov

Assistant United States Attorney Emily Johnson:

    Good Afternoon. It has been several months since our last contact during the prosecution of Mr. Combs. I hope you remember who I am and ask your assistance regarding the request in the letter submitted below.
    Although the goal of the prosecution was not achieved, I provided your office with all I had and earnestly sought to help you achieve your aim. I was able to obtain and read the sentencing memorandum attached to this email also and I noticed I am a listed victim within count 3. I wish I had been told this during the trial, and I do feel somewhat violated by being left out due to my knowledge of the complicity of Ms. Ventura. I feel as though my rights a the victim were ignored, and had they not been I am confident your office would have achieved its aim.
    But life has taught me the futility of crying over things that have already happened. I ask that your office provide me with a victim impact statement and assist me with the "Backpage" compensation program, which was created to compensate those affected by sex trafficking activities through Backpage or Cityscape. Ms. Ventura originally located postings of me on Backpage.com.
    I would have happily testified to the payments from Mr. Combs directly and the contact directly, which, for purposes of your RICO would have more than likely substantiated the charges. It's disappointing that all that effort, stress, and exposure I endured by trying to assist and do what is right failed, and again I feel wronged as I was denied. I even suggested to Mrs Comey that I be a victim, and I was told I was, but never given the rights or respect of Casandra, Jane Doe, or the others, despite telling the truth that was not proven false. I never wanted or expected Casandra to be charged, but lying for her was wrong, and that I could not do. She was abused, but she was NEVER forced into sex with me. I said that then, and I will always say it as it is the truth. She was a different person then, we both were, and like I made the mistake, so did she by manipulating myself and dozens of others.

    I ask that your office provide the impact letter and allow me to seek some sort of justice or relief, since the trial and attempt to hold Mr. Combs accountable render no justice for me.

Thank you for your time, and I ask that the appropriate party respond to assist me

Clayton Howard
(929)781-7791


cc: Madison Smyser
    Mitzi Steiner
    Meredith Foster
    Christy Slavik

---

**2 attachments**

📄 **Victim_Impact_Letter_with_Backpage_Compensation.pdf**
177K


**516.pdf**
1385K

---

**Clayton Howard** <itsclaytonhoward@gmail.com>                                                        Fri, Nov 21, 2025 at 10:52 AM
To: emily.johnson@usdoj.gov, madison.smyser@usdoj.gov, mitzi.steiner@usdoj.gov, meredith.foster@usdoj.gov, mary.slavik@usdoj.gov, matthew.shahabian@usdoj.gov, olga.zverovich@usdoj.gov

Mrs Johnson

    Good Morning. Following up on My October 23, 2025, email to yourself and others I submit another request for assistance pursuant to 18 USC 3771. I ask that someone assist me or if you could forward my contact to the appropriate party who can help

Thank you


Clayton Howard

[Quoted text hidden]

---

**2 attachments**

📄 **Follow Up Letter Victim Rights Combs Case 2nd Attempt.pdf**
159K

📄 **Victim_Impact_Letter_with_Backpage_Compensation.pdf**
177K

---

**Clayton Howard** <itsclaytonhoward@gmail.com>                                                         Mon, Dec 1, 2025 at 10:05 AM
To: emily.johnson@usdoj.gov, madison.smyser@usdoj.gov, mitzi.steiner@usdoj.gov, meredith.foster@usdoj.gov, mary.slavik@usdoj.gov, matthew.shahabian@usdoj.gov, olga.zverovich@usdoj.gov

To all parties included:

> Good Morning.
>
> I have made several attempts to seek assistance pursuant to 18 USC 3771. All have gone unanswered. I make a good faith, final attempt seeking some assistant today. Please see the attached documents. I ask that the victim witness coordinator contact and assist me with what I require.
>
> Thank you

[Quoted text hidden]

---

**2 attachments**

📄 **Final Victim Status Demand Letter.pdf**
180K

📄 **Declaration and Timeline.pdf**
177K

---

**Johnson, Emily (USANYS) 2** <Emily.Johnson@usdoj.gov>                                               Fri, Dec 5, 2025 at 12:35 PM
To: Clayton Howard <itsclaytonhoward@gmail.com>, "Smyser, Madison (USANYS)" <Madison.Smyser@usdoj.gov>, "Steiner, Mitzi (USANYS)" <Mitzi.Steiner@usdoj.gov>, "Foster, Meredith (USANYS)" <Meredith.Foster@usdoj.gov>, "Slavik, Christy (USANYS)" <Mary.Slavik@usdoj.gov>

Mr. Howard,

We have received your emails. Attached is the publicly available material that you requested. Please note that the section of Ms. Ventura's trial testimony that we have attached is the extent of the material in our files regarding your potential connection to Backpage.

Your November 30, 2025 letter states that you are Victim-2 in the Indictment. That is incorrect. Our sentencing submission, which we are not including as an attachment because you previously sent it to us, accurately characterizes your status pursuant to U.S.S.G. 2G1.2(d) as one of the five individuals for which the Government presented evidence of transportation in connection with Count Three.

With respect to materials you provided to our office, we received those materials electronically and to our knowledge do not have any original documents to return to you.

Regarding the Backpage Remission program, the website (available here) has instructions and a link to the petition for you to complete. This instruction is consistent with the information we are providing to victims in other cases.

**Emily A. Johnson | Assistant United States Attorney**
United States Attorney's Office | Southern District of New York
26 Federal Plaza, New York, NY 10278
T: 212.637.2409 | emily.johnson@usdoj.gov

[Quoted text hidden]

📄 **CV Testimony re CH.pdf**
48K

---

**Clayton Howard** <itsclaytonhoward@gmail.com>  Fri, Dec 5, 2025 at 1:32 PM
To: "Johnson, Emily (USANYS) 2" <Emily.Johnson@usdoj.gov>
Cc: "Smyser, Madison (USANYS)" <Madison.Smyser@usdoj.gov>, "Steiner, Mitzi (USANYS)" <Mitzi.Steiner@usdoj.gov>, "Foster, Meredith (USANYS)" <Meredith.Foster@usdoj.gov>, "Slavik, Christy (USANYS)" <Mary.Slavik@usdoj.gov>

Ms Johnson

   Hey Emily, long time no hear from. Happy to hear back from you. I hope all is well and Happy Holidays before I begin.

   Unfortunately Mrs Johnson you are incorrect, I have learned that reading is incredibly fundamental, it was something my late mother encouraged. Attached is page 41 of your office's submitted sentencing memorandum and it certainly states that the Victims of Count 3 are Ms Ventura, Myself and 2 others. Unless that was simply put there to deceive a federal Judge; which I doubt considering the high level of professionalism and talent within your office, myself and those other men are the victims who were trafficked across state lines along with Ms Ventura and Jane Doe. And the reading of that is very clear

   Mrs Johnson I truly do not wish to be a problem or cause an issue. I simply seek the verification that your own prosecution revealed to be the truth, which is that I was sex trafficked by Ms Ventura and Mr Combs for years. I learned alot rewatching the trial and I am disgusted to stay the least. I was truthful with your office, I was cooperative and I provided you with my entire story. I was willing to testify to what BOTH Mr Combs and Ms Venutra did to me, and I should have been allowed. But I was denied and although that was wrong I simply ask you to provide me with a victim impact verification, and the complete trial transcripts of Casandra ventura. Also any advertisement you may have obtained from Backpage if possible would assist also.

   I ask you not to deny me, as I helped your office in candor and good faith because it was the right thing to do. I never wavered from that and it was only because of the poor decisions of others that Mr Combs was not convicted of that RICO. I am confident had I testified to Mr. Combs contacting me in 2019 w/o Casandra Ventura, coercing my travel for a

commercial sex act, lodging me and paying me to have a sexual encounter would have satisfied your RICO. That's because I was the victim, so was Jules Therodre and the other men, not Cassie and Jane. They were victims of a toxic partner and domestic violence, but they like se with endowed men. The two predicate acts needed for your RICO conviction were committed against me, and your office knows it but thought I was unworthy of public vicitm recognition which is unfortunate.

    I understand there may be an issue since I am speaking against Ms Ventura, your alleged victim. She is a victim of DV again, but not that RICO as she always wanted sex with me, she coerced and she manipulated me, and I told all of this to Mrs Comey. I told you guys this, over and over again. There has to be a middle ground where you guys are not angry at me for telling the truth about Ms Ventura, because I completely believe that is what this is about. I am willing to work with your office but I will not accept your reply when there are documents filed by your office, used to attempt to obtain an 11 year sentence against Mr. Combs, and you claim I am not a named victim when this document clearly states I am. Something is wrong with that picture

I mean no disrespect by my tone if you take it so, I apologize before I conclude. I gained a genuine and deep respect for yourself and Mrs Comey, and despite the outcome I have no anger towards your office. Again I am Black, and law enforcement has betrayed me for years. I am now seeking a law degree myself, and have been litigating all over so my tone has become very authrotive when not intended to be. I think you were all good people despite feeling as though you used me, and lied to me which it appears is what occurred. But as an African AMerican Male in this country the actions being attempted are the norm. I was useful when building your case, you coerced me for seventeen (17) months claiming to care about what happened to me, only to betray me when done and attempt to deny your own admissions regarding my victimization by both Combs and Ventura. That is sad, painful, and incredibly disappointing.

Such is life, but I do not seek to live that way and I ask we look past gender, color, or personal ambitions and do what is right. I know the office of the U.S. Attorney is capable of that as some of the best talent this country has to offer. Please do not disappoint me in that final feeling of respect and admiration. Attached your own words state you are incorrect so pease do not think I blindly call you incorrect as I do not

[Quoted text hidden]

 **Victim Status Verification.pdf**
88K