# Exhibit H

Emails Howard to Geragos, Geragos to Howard

 Clayton Howard <itsclaytonhoward@gmail.com>

## Inquiry into the submission of Tyrone Blackburn Esq Case No: 24-cr-542(AS)
3 messages

**Clayton Howard** <itsclaytonhoward@gmail.com>             Sat, Jun 21, 2025 at 11:18 AM
To: teny@agilawgroup.com

Mrs Geragos

    Greetings. I am contacting you on my behalf seeking information regarding the compliance of my former counsel, Tyrone Blackburn, with the order of the court dated May 16, 2025; which orders the surrender of my notes, journals materials as they relate to my encounter with your client. I terminated Mr Blackburn effective May June 19, 2025 for repeated ethical violations and for reasons I reveal below for your review and assistance.

    I am confident Mr Blackburn's motion to quash was a fabrication. He was completely aware that the materials were not privileged and I, in fact, had already begun activities centered around the commercial release of my manuscript entitled: Cassie: Victim or Witness, The Story of Dave. I emailed a coup of the pre-order link to Mr Blackburn on April 10, 2025.

    When I learned of the order, I instructed Mr Blackburn to surrender the manuscript. He did not reply, however several weeks later in conversation when asked his response was: "Are you crazy! If I give them that book, they will destroy Cassie's credibility". I did not see it that way as it reveals the conduct of both your client and Mrs. Venture and exposes the complicity of the two parties in unison.

    I decided to investigate and I read the reply to his motion to quash. I realized he fabricated his defense because he was aware the book was not a "journal" as he stated, and was not privileged by any means. I did create and email him a statement of facts for civil action against both your client and Mrs Ventura with allegations accusing Mrs Ventura of Sexual Assault when she forced herself on me during her menstrual cycle after I was flown to LA during an encounter in the Beverly Hills Hotel.

    My request today is an inquiry into whether the manuscript was submitted or if Mr Blackburn submitted my statement of facts instead to deceive the court and your team regarding the contents of my manuscript. If he has, I will comply with the order of the court and submit the ordered materials to both your team and Maurine Comey immediately.

    I have drafted a letter to notify the court of the conduct of Mr Blackburn. It includes a sworn Affidavit and exhibits, which are email and text confirmation confirming Mr Blackburn was completely aware of my book and that is was no "Journal" as he erroneously stated in his motion to quash. I do this to avoid any issues for myself regarding the deceit and non-compliance. Mr Blackburn never consulted me, he simply submitted that motion to quash. When I instruicted him to surrender, he ignored me and that is not right. If you require me to verify myself in order to confirm my own materials submitted I have no issue doing so. I do not agree with witholding exculpatory information that would be favorable to your client in any scenario. He has done weird, horrible things but he deserves a fair trial were all testimony is heard, especially testimony that is favorable to him against his primary accuser.

    My only wish is to comply with the order of the court, since I am now aware of what Mr Blackburn did I wish to notify the court so that I am not accountable for the unethical, deceitful actions of a flawed attorney.

Below, I submit a supporting document which is a screenshot of a message sent to Mr Blackburn using the Signal App. In the message, I clearly instructed him to surrender the Manuscript. I provide this also to validate myself somewhat for your consideration in providing a reply. The manuscript was over 80,000 words; if you did not receive that, then he did not comply. A copy of the subpoena, your reply to Mr Blackburns motion to Quash and the order to surrender are also attached for reference.

Respectfully

Clayton Howard

---

**4 attachments**





**Signal Message to surrender Book.jpg**
331K



338-1.pdf
159K

Order to surrender.pdf
173K

338.pdf
1032K

---

**Teny Geragos** <teny@agilawgroup.com>   Sat, Jun 21, 2025 at 12:20 PM
To: Clayton Howard <itsclaytonhoward@gmail.com>

Mr. Howard,

Thank you very much for your email. We would like to speak with you, are you willing to speak with us? We did not receive the 80,000 word manuscript.

Best,

Teny Geragos

---

**From:** Clayton Howard <itsclaytonhoward@gmail.com>
**Sent:** Saturday, June 21, 2025 11:18 AM
**To:** Teny Geragos <teny@agilawgroup.com>
**Subject:** Inquiry into the submission of Tyrone Blackburn Esq Case No: 24-cr-542(AS)

> You don't often get email from itsclaytonhoward@gmail.com. Learn why this is important
>
> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by attorney-client privilege or work product protection. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

---

**Clayton Howard** <itsclaytonhoward@gmail.com>   Sat, Jun 21, 2025 at 12:37 PM

To: Teny Geragos <teny@agilawgroup.com>

Mrs Geragos

    Yes I will speak to you, us whomever. I seek to comply with the court order and wish to provide the manuscript also.

Clayton H
929-781-7791


Sent from my mobile device, please excuse brevity and/or spelling mistakes.
[Quoted text hidden]

 Clayton Howard <itsclaytonhoward@gmail.com>

## Inquiry into the submission of Tyrone Blackburn Esq Case No: 24-cr-542(AS)

**Teny Geragos** <teny@agilawgroup.com>  Sun, Jun 22, 2025 at 5:41 PM
To: Clayton Howard <itsclaytonhoward@gmail.com>

Mr. Howard, could you please provide us the manuscript and we will coordinate a time after we receive it to speak with you?

Best,

Teny

[Quoted text hidden]
[Quoted text hidden]

    Clayton Howard <itsclaytonhoward@gmail.com>

## Compliance with Surrender Order
1 message

**Clayton Howard** <itsclaytonhoward@gmail.com>    Sun, Jun 22, 2025 at 5:55 PM
To: Teny Geragos <teny@agilawgroup.com>

Mrs Geragos

    I go a step further and forward you my May 5th email provided to Mr Blackburn seeking to comply with your subpoena. The version attached is the unedited document, which was created using dictation software so some things were taken out of context. It has since been corrected and finalized, and I provide a copy. I have written an affidavit to include exhibits and a letter to the court detailing what I have discovered regarding Mr Blackburn. I will attempt to send Maurine Comey tomorrow. I should have new counsel by day's end.

    I am not an attorney, obviously, but I have experience in some things. I am interviewing new counsel and will make a decision by days end tomorrow. I believe you must also receive a copy of my letter, affidavit, and exhibits regarding Mr Blackburn's conduct, but I am not sure. If I am correct, I will forward to you or have counsel who I choose do so tomorrow.

Clayton H


---------- Forwarded message ---------
From: **Clayton Howard** <itsclaytonhoward@gmail.com>
Date: Mon, May 5, 2025 at 9:03 PM
Subject: dOCS
To: Tyrone Blackburn <Tblackburn@tablackburnlaw.com>


---

**3 attachments**

- **Tyrone Fact sheet.docx**
  25K

- **CASSANDRA - EDITED WITH TRACK CHANGES (1).docx**
  3014K

- **CASSANDRA -FINAL.docx**
  303K