

Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

December 23, 2025

**VIA ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *United States v. Combs*, 24-cr-542 (AS)

Dear Judge Subramanian:

  We write to oppose Clayton Howard's motion filed at Dkt.552 seeking relief under 18 U.S.C. § 3771, the Crime Victims' Rights Act ("CVRA"). As the government explains, Howard is not a "crime victim" under the CVRA, because he is not "a person directly and proximately harmed as a result of the commission of a Federal offense." 18 U.S.C. §3771(e)(2)(A). *See* Dkt.602. That is so regardless of whether he could be deemed a "victim" under the Sentencing Guidelines, which Combs still disputes. *See id.* at 3. Accordingly, Howard has failed to demonstrate entitlement to the relief requested in his motion.

        Respectfully submitted,

        /s/ Alexandra A.E. Shapiro
        Alexandra A.E. Shapiro
        Jason A. Driscoll
        SHAPIRO ARATO BACH LLP
        1140 Avenue of the Americas, 17th Fl.
        New York, NY 10036
        (212) 257-4880
        ashapiro@shapiroarato.com
        jdriscoll@shapiroarato.com

        Marc Agnifilo
        Teny Geragos
        AGNIFILO INTRATER
        445 Park Ave., 7th Fl.
        New York, NY 10022
        646-205-4350
        marc@agilawgroup.com
        teny@agilawgroup.com

Hon. Arun Subramanian
December 23, 2025

Brian Steel
THE STEEL LAW FIRM, P.C.
1800 Peachtree Street, Ste. 300
Atlanta, GA 30309
(404) 605-0023

Nicole Westmoreland, Esq.
WESTMORELAND LAW, LLC
132 Cone Street, Suite A
Atlanta, GA 30303
Tel: (404) 446-2620
nw@westmorelandlawgroup.com