P66Wcom1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

       v.                          24 Cr. 542 (AS)

SEAN COMBS,
   a/k/a "Puff Daddy,"
   a/k/a "P. Diddy,"
   a/k/a "Diddy,"
   a/k/a "PD,"
   a/k/a "Love,"

          Defendant.              Trial
------------------------------x
                      New York, N.Y.
                      June 6, 2025
                      8:40 a.m.
Before:

             HON. ARUN SUBRAMANIAN,

                      District Judge
                      -and a Jury-

                 APPEARANCES

JAY CLAYTON
   Interim United States Attorney for the
   Southern District of New York
BY:  MADISON R. SMYSER
     EMILY A. JOHNSON
     MAURENE R. COMEY
     MEREDITH FOSTER
     MITZI STEINER
     MARY C. SLAVIK
     Assistant United States Attorneys

P66Wcom1

                              APPEARANCES
                             (Continued)


AGNIFILO INTRATER LLP
      Attorneys for Defendant
BY:  MARC A. AGNIFILO
      TENY R. GERAGOS
      -and-
HARRIS TRZASKOMA LLP
BY:  ANNA M. ESTEVAO
      -and-
SHAPIRO ARATO BACH LLP
BY:  ALEXANDRA A.E. SHAPIRO
      JASON A. DRISCOLL
      JONATHAN P. BACH
      -and-
XAVIER R. DONALDSON
BRIAN STEEL
NICOLE WESTMORELAND


Also Present:  Lucy Gavin
                Shannon Becker
                Paralegal Specialists

                Raymond McLeod, Paralegal

P66Wcom1

(Trial resumed)

THE COURT:  Good morning, everyone.

MR. AGNIFILO:  Good morning, your Honor.

THE COURT:  So, the Court issued an order to the MDC to inquire about the availability of minutes for Mr. Combs to use to communicate with his attorneys.

The MDC, after their investigation, found no issues from a technological level on the call system and confirmed that Mr. Combs had available minutes to use.  I believe they also sent defense counsel a reminder on the instructions to use in order to be able to initiate calls using that line, which I think the defense already had, because on some previous cycles, Mr. Combs had used minutes against his 300-minute max.

With that, Mr. Donaldson, has the issue been resolved at this point?

MR. DONALDSON:  Judge, good morning.

I did receive an email from Sophia related to minutes that was allocated: that he, in fact, had those minutes; that he, in fact had not used those minutes.  And she did give me a rather long, I guess, directions on how to redo it.  I think what has happened is that they took his voice off the system so he has to go back in and redo his voice.

My understanding is that he's tried that, has done it, and it still is not working.  That's my understanding right now.

P66Wcom1

I did receive that email from Sophia yesterday afternoon.  I didn't get it until last night, so I didn't get the opportunity --

THE COURT:  OK.  Well, let's try again, because the MDC informs that in May, 47 minutes had been used on that line.  So it appears that it was live and active as of May.  And so to the extent that there was some subsequent development, the MDC says that they have no evidence of any kind of subsequent development, but they did send the instructions.  To the extent that something got reset and they needed to put the voice back in there, they provided detailed instructions on that.  So you should follow those instructions, and if there's any further issues, the MDC appears to be available to answer any inquiries to make sure that you can have those calls go through.

MR. DONALDSON:  I will do that, Judge.

And just for the record, I think in May, there was a different process.  I know that in June, I think June 1, there was another, something happened at MDC where they changed the process of visiting as well as the phone system.  I think that happened June 1.  And just for the record he did try, when I asked him this morning, before he came over, to use the phone again.

THE COURT:  Using those instructions?

MR. DONALDSON:  Yes.  So I'll try to phone Sophia before 9 o'clock to see if she can work this out.

P66Wcom1

THE COURT:  OK.  Good.

MR. DONALDSON:  As a matter of fact, I'll leave now.

THE COURT:  Good.  That's why we should be dealing with it now.  It's the beginning of June, so to the extent that there's some issue that needs to be run down, we'll run it down.

MR. DONALDSON:  Thank you.

THE COURT:  All right.

As to the summary exhibits, which are DX-110 and 111 -- I believe that that's right.

Ms. Foster, is that right?

MS. COMEY:  I'll be handling this, your Honor.

Yes, I think that's right.

THE COURT:  All right.

MS. COMEY:  Yes.

THE COURT:  These look like they are appropriate non-argumentative summaries under 1006.

Is there any objection that the defense wants to raise?

MS. SHAPIRO:  In addition to preserving the prior objections, because we think they are relevant because of the way they tie things together, one of the charts -- and I reviewed very quickly last night, so I don't have the number in front of me -- has, like, pictures in it of the text messages, including the one we vigorously objected to that your Honor

P66Wcom1

admitted yesterday relating to the balcony incident.  And so if the Court is going to allow it over our prior objection, we would ask that the government at least poach these exhibits of any pictures and just include texts about the chats.

We also, obviously, haven't had time to check them for accuracy, I don't think.

MS. COMEY:  Your Honor, if I may?

MS. SHAPIRO:  And we may have hearsay objections to some of the text messages that have not yet been admitted into evidence that are reflected on the charts.  So I guess, I don't know that the government had planned to introduce them today, but Ms. Comey will correct me if I'm wrong.  But if that's the intent, we really need to go through them and identify the hearsay objections and get any pictures cleaned up.

MS. COMEY:  I'm happy to respond to that, if that's all right, your Honor?

THE COURT:  You may.

MS. STEINER:  We expect to put these in no earlier than Thursday and more likely Friday of next week, so I think there's plenty of time for your Honor to address specific hearsay objections and for the defense to check the chart for accuracy.  And obviously if they identify any errors, inaccuracies or anything that they think is misleading about the chart, we are happy to confer and make appropriate changes.

With respect to the pictures, the photographs

P66Wcom1

themselves are in evidence.  They are the evidence, and I don't understand the basis of saying there's any prejudice.  They are obviously admissible, because the Court has admitted them, and I think it makes it easier for the jury to see that these are screenshots as opposed to text messages.  So that's what the pictures are.

If your Honor looks at the exhibit, you can see that what is actually images are either image files or screenshots, and there's a very small number in this exhibit.  And it just shows that they're actually photographs of another screen or screenshots.  And in particular, the photographs of the other screen are significant and important for the jury to see because you can see a woman's hand appearing to hold the phone, and it appears to be Ms. Khorram's hand.  And what she's holding appears to be Mr. Combs's phone.  And so she appears to be using her own phone to take a picture of text messages on Mr. Combs's phone, and that is significant to show her knowledge of the events that are described in those text messages.  And that is important to show that she had access to Mr. Combs's phone and was taking pictures of the text messages in the phone, and I think just conveying the messages themselves in the content column would be confusing because what the jury would see would just be text messages that they know come from Mr. Combs's devices.  They wouldn't be able to see that it is a picture from Ms. Khorram's devices.  And so

P66Wcom1

that's why I think the pictures are necessary.

THE COURT:  Can you get rid of the TMZ headline?

MS. COMEY:  I don't see it, but I'm happy to, your Honor.

I believe, your Honor, that it's in there.

THE COURT:  No.  I just saw it.  It's on page, it's below 57 in what I believe is 110.

MS. COMEY:  I may be looking at the wrong one, your Honor.  I apologize.

Oh.

THE COURT:  It is the 27-page summary.

MS. COMEY:  Yes, your Honor.

We can get rid of 57 and just have 58, which has the text, which is relevant.

THE COURT:  All right.  And so I'll allow the defense to be heard, but here's how I'm working through this.

In terms of Rule 1006, this appears to be a proper summary of voluminous writings, and it fits within the text of the rule.  I understand the defense's objection to rise under Rule 403, and so for the reasons stated by Ms. Comey and in the government's prior submission and based on my review of these exhibits, I don't see how they either do not accurately reflect underlying evidence or are in any way argumentative.  In fact, if you just had these exhibits, like I did, and looked at them, it would be unclear for what purpose the summary is being

P66Wcom1

introduced.

Now, I understand, Ms. Comey, that there's a reason for these.

MS. COMEY:  Yes, your Honor.

THE COURT:  But if you just read them, they're not argumentative in the sense of going to the heart of the government's issues.  They'll probably be put in for a particular element that the government needs to prove, and compiling all of these various exhibits and having the jury review each one would be inconvenient.

MS. COMEY:  That's exactly right, your Honor.  It would be very, very time-consuming, and I think that the relevance will become clearer at summations, but I think you're right, your Honor, that we set these out to be as neutral as possible and not argumentative.

MS. SHAPIRO:  Your Honor, if I could just respond very briefly?

First of all, we do need the opportunity to review these carefully.  I understand your Honor's ruling about the chart itself as a general matter, but we need to have the opportunity to study it and make specific objections to hearsay as well as responding to these pictures.  But I also do want, we do want to put something on the record about the pictures Ms. Comey mentioned, because there's an inaccuracy that I'm going to defer to Ms. Geragos to correct there.

P66Wcom1

THE COURT:  Here's what I'd suggest, because Ms. Comey says that these are not going to come into evidence until next Thursday.  So you might be able to work some of these issues out.  If there's actually an inaccuracy that you wanted to point out to the government, you might be able to point those out.  If there's a hearsay objection as to particular line items, you might be able to work those out.  And in any event, I think it's easier if you just put in a short letter on the objections you have, because then I can take a look at the letter and to the extent that these need to be pruned at all, I'm happy to do that.

I don't know if it is useful at this time to get into this.

MS. SHAPIRO:  I agree, your Honor.  I just think there's one thing that we think is very important to put on the record now --

THE COURT:  Of course.

MS. SHAPIRO:  -- in direct response to what was said.

MS. GERAGOS:  That's right, your Honor.

I'm coming in for the assist --

THE COURT:  That's fine.

MS. GERAGOS:  -- with your Honor's permission.

THE COURT:  That's fine.

MS. GERAGOS:  I just have to correct this statement, because it's just not accurate, which Ms. Comey put on the

P66Wcom1

record that it's important for the jury to see you can see a woman's hand appearing to hold the phone and appears to be Ms. Khorram's hand and what she's holding appears to be Mr. Combs's phone.  She's using her own phone to take a picture of the text messages on Mr. Combs's phone, and that's significant to show her knowledge.

As to the photos that are included in GX 1411, the government knows that that's not true.  These are Ms. Khorram's messages with other individuals on another device, and these photographs came from Ms. Khorram's devices that they executed the search warrants on.  We received them -- from my recollection, and I could be wrong, this is just from my memory -- January and February of this year.  And these are messages, for example, if I just point your Honor to page 25 of 1411, that conversation that is a screenshot with D-Roc, is a message between Ms. Khorram and D-Roc, and the government knows that.

The conversation right below it, between Ryan Lopez and right there, that's between Ms. Khorram and Ryan Lopez.  So in terms of what the government proffers as necessary to have these screenshots in because they're from Mr. Combs's phone, they're not.  They're from Ms. Khorram's device.  She's take -- I mean what was clear to me, although now perhaps I need to run this down and put this further on the record.  What was clear to me from my review of this discovery that was turned over to

P66Wcom1

us -- and again, it's just my recollection -- January and February of this year, is this was messages she was taking from her device of another device of her own messages, because I recall then cross-checking it with actual Khorram messages. So these are not Ms. Khorram's messages or her knowledge of Mr. Combs's messages. That's something totally different.

And if that was the case, I could understand the proffer of relevance, but it's just something completely different. These are her own messages, that she's in the middle of a government investigation where she has her own attorney and she's trying to defend herself, it seems to me, taking photos of what would be important.

So I just want to put that on the record. We will continue conferring with the government, but that was really why I wanted to stand up and correct that part.

MS. COMEY: Your Honor, I want to apologize and explain my error there.

I was looking just at the first screenshot, which is row 374, which is an exchange between Jane and Mr. Combs. And so that was the one I was looking at. And looking at the rest of the rows that have screenshots, Ms. Geragos is correct. And that was my error, and I apologize for that. The remainder are Ms. Khorram's own messages. The error was looking at the very first one, reading it, seeing that it was with Mr. Combs and then inferring that the rest were. And I apologize to your

P66Wcom1

Honor and Ms. Geragos for that error.

THE COURT: No. That's fine. Do you need the screenshots? If that's an objection, then isn't that one that's pretty easily resolved, understanding that you may like the screenshots as opposed to the actual texts.

MS. COMEY: If I may?

I'm sorry for interrupting, your Honor.

THE COURT: No. I said there's probably another hill to die on.

MS. COMEY: I'm sure there is, your Honor.

If I may?

Because I clearly was not as familiar with the later ones, I just want to take a look at them and understand them more and confer with Ms. Geragos.

THE COURT: That makes perfect sense.

Also, I think I referred to them as DX 110 and 111. They're GX 1410 and 1411, correct?

MS. COMEY: That's correct, your Honor.

THE COURT: So we'll reserve on the summaries, and I'll await further submissions on the parties from those.

As to the amended Jane notes, I'll hear the defense, but I think the government's submission is that especially as they've been culled down and redacted, they would be admissible either under 803(3) as going to Jane's state of mind or, separately, would be admissible as prior consistent statements.

P66Wcom1

And Jane is subject to cross-examination, and the implicit impeachment, at the very least, has already been done in the opening statement.  And *Caracappa* and the other cases cited by the government, I'm not sure that the sequencing in this instance really matters.

So why isn't that sufficient to allow the government to submit these into evidence?

MR. DRISCOLL:  So, I'll start with the state-of-mind exception, your Honor, and I think the redactions are a step in the right direction, but they don't cure all of our objections to statements being offered under the state-of-mind objection.

I'll just give one example, in GX E331-J-R.

THE COURT:  Give me just one second.

MR. DRISCOLL:  Yeah.

THE COURT:  All right.  I'm there.

MR. DRISCOLL:  So there are clear assertions of fact that are not state-of-mind assertions, such as, you have thousands of videos of me on two phones for over 2.5 years performing almost every weekend, and you emotionally manipulate me for years if you're not happy with certain sex performances.

These are clear assertions.  They're backward-looking. They don't come within the state-of-mind exception.  And there are other examples in some of the messages, so I just don't think these redactions are enough.

As to the general credibility attack in the opening

P66Wcom1

statements, they were at such a --

THE COURT:  So, let me just stop you there just to make sure I'm tracking your argument.  As to you have thousands of videos of me on two phones for over 2.5 years and performing almost every weekend, you're right, but that doesn't go to state of mind.

But that sentence shouldn't be viewed in isolation.  So if you look at the remainder of what Jane is discussing here, that would go to her being coerced into doing these acts on a continuing basis, which is directly, directly responds to the attack that was made in openings that Jane was a willing participant in these acts over the course of their relationship.  Right?

MR. DRISCOLL:  No.  The attack on her credibility in the opening was about the general relationship -- the general nature of the relationship.  We argued in opening that the relationship was toxic.  It was volatile.  It was fueled by jealousy, but that Mr. Combs was up front and honest about the nonmonogamous nature of the relationship.  And that was exactly what the witness testified to yesterday on direct examination, that she understood that fact and proceeded in the relationship anyway.

These are essentially diary entries, your Honor, about highly specific moments in time in which the witness had particular feelings about the relationship.  There was nothing

P66Wcom1

that specific in the opening statement to challenge her credibility.  So to lead the witness, using these exhibits, through her direct examination to talk about particular moments in time, it's just not proper under 801(b)(1)(B).  And nothing said in the opening opened the door to that sort of improper bolstering.

THE COURT:  You would agree that to the extent the defense challenged the witness's credibility as to her willingness to participate in the hotel nights, then these statements would be properly admissible because they would rehabilitate the witness on those points, right?

Let's say on cross Ms. Geragos attacks Jane's credibility that she didn't want to participate in these acts and that she was coerced based on the videos or the payment of rent, any of those things, and that's the cross.

Then on redirect, Ms. Comey would be able to introduce these statements to show that during the course of the relationship, in fact, Jane was speaking -- to herself -- about the videos and the rent and holding that over her head and the 2.5 years of the relationship, etc.  Right?  So then she could do that on redirect under (b)(1)(B).  Is that fair?

MR. DRISCOLL:  I think that would be fair, but I don't believe that's what's going to happen.  I think when you zoom in on the particular timeline and particular sex acts at issue, the cross-examination is going to proceed by exposing that, in

P66Wcom1

fact, during the events Jane was participating consensually. And these are really just *post hoc* reflections on whether or not, in hindsight, the witness may have wanted to do it.  But that's why they're improper.

THE COURT:  OK.

Now, one question, Ms. Comey -- I'm not sure you can help me with -- but during openings, I'm recalling from the government's letter that there was a specific attack on Jane's credibility.

MS. STEINER:  There was.  And if I may?

So, it started at page 142 of the transcript, where Ms. Geragos said, this case is about voluntary, adult choices made by capable adults and consensual relationships.

She then went on, on page 144 of the transcript, to say, with respect to Jane, but the evidence is going to show you that Jane is a capable, strong woman, who willingly engaged in their sex life so they could spend time together.  That is simply not sex trafficking.

She went on to say, I expect the evidence will show you that even after this phone call Jane continued to engage in freak-offs.  She flew out to see him many more times and continued willingly engaging in these nights.

And then on page 146, she said that these videotapes depict what we've been telling you about:  Sean Combs, one of his girlfriends and a man.  These videos, we believe, are

P66Wcom1

powerful evidence that the sexual conduct in this case was consensual and not based on coercion.

That's a direct attack on Jane's testimony that your Honor heard yesterday, that these interactions were not consensual; that she felt obligated, that she felt coerced. And that is a direct attack on her credibility. It is not a generalized attack. It is specific, suggesting that she did not, in fact, consent -- that she did, in fact, consent and that she was not, in fact, coerced. That door is wide open, your Honor.

THE COURT: OK.

Anything further from the defense?

MR. DRISCOLL: No, your Honor.

THE COURT: All right.

So, the amended Jane notes, which are 331AR, BR, C, FR, HR, I and JR, I believe that those are properly admissible either under 803(3) or as prior consistent statements under 801(d)(1)(B). And so when they're offered, at the appropriate juncture, the Court will admit them into evidence for the reasons stated by the government.

And just consistent with the text of the rule and the cases that we've previously discussed, the introduction of these types of statements is appropriate and sanctioned by the rule, where the statements are consistent with the declarant's testimony and offered to rebut an express or implied charge

P66Wcom1

that the declarant recently fabricated it or acted from a recent improper influence or motive in so testifying.  And I don't think there's any way to understand the defense's opening other than to make that implied charge.

And so for those reasons, I think it's appropriate for the government to introduce those statements during the direct examination.  And of course, the defense will have the opportunity to cross-examine Jane on those statements and any other aspect of her testimony.

That's those notes.

That leaves us with the June 1 exhibits, which are 332B and 332E.  And I'll hear from the defense, but I'm not understanding why these wouldn't fit into the exception in 801(d)(2)(D), given the participants in the communications and the nature of the discussions, which seem to be squarely within the scope of the agency relationship.

MR. DRISCOLL:  Yes, your Honor.

So, we stand by our previous objections and argument regarding the scope of the rule.

The way these exhibits initially came to us is the government sent literally six years of text communications between these assistants, and we had particular -- we had an objection to that use of the rule, because obviously, six years of text messages can't just come in under the exception.  So the government did reduce the scope of what they were seeking

P66Wcom1

to admit, but we stand by our objection.

And I would just note that with respect to some of the assistants involved in the communications, we haven't heard any testimony about who they are or what their role was --

THE COURT:  That's fair.

MR. DRISCOLL:  -- vis-à-vis the defendant, so I don't think the foundation has been laid.

THE COURT:  That's fair.

Before these are introduced, the government should make sure the appropriate foundation has been laid.  And I think I left one out.  I think I left out C334B.

With that, Ms. Johnson.

MS. JOHNSON:  Thank you, your Honor.

Just to note, I do believe the appropriate foundation has been laid.  I think there is plenty of testimony about Ms. Khorram's role, and there has already been -- the two other individuals in these chats are Dave Shirley and Elie Maroun.

There has been testimony that both Dave Shirley and Elie Maroun were the defendant's personal assistants; transcripts 2228, 3230 and 3229.  And the testimony of three personal assistants of who have testified so far, Mr. Kaplan, Mr. James, and Mia have made clear that hotel rooms, setting up hotel rooms, sweeping hotel rooms were core functions of personal assistants.

THE COURT:  All right.

P66Wcom1

Mr. Driscoll.

MR. DRISCOLL:  Yes.

THE COURT:  Those are the participants, and Ms. Johnson has given you the cites.  So she says that on a preponderance standard, under Rule 104, enough foundation has been laid to lay the predicates for foundation of the exception.

What's the response?

MR. DRISCOLL:  The response is that that still doesn't meet the scope requirement.  We haven't heard particular testimony about what these particular assistants were actually tasked with doing.  At a high level, sure, they may have been involved in details of Mr. Combs's personal life, but the messages are pretty specific.

THE COURT:  Understood.

And I think that, based on the government's submission, they've met their requirements for admissibility. And to the extent that the defense has arguments that these individuals were not actually, had no awareness of what was happening in these particular incidents, I think those types of arguments would go to weight rather than admissibility.  But under the standards applicable under the rules of evidence, I do believe they would be properly admissible, so the government may introduce these at the appropriate juncture.

Did I get the numbers right, Ms. Johnson?

P66Wcom1

MS. JOHNSON:  You did, your Honor.  Thank you.

THE COURT:  Second try.

MS. JOHNSON:  Yes, your Honor.

THE COURT:  OK.

MS. JOHNSON:  It's Friday.

THE COURT:  Right.

Anything further from the government before we bring the witness back in?

MS. COMEY:  I just wanted to put on the record the agreement Ms. Geragos and I made last night to resolve the rule of completeness; thanks to your Honor for guidance.

I have modified several of the exhibits, and the few that I did not modify I have agreed with Ms. Geragos that I will not object to the corresponding defense exhibit that she intends to put in on cross-examination.

And for the record I've agreed not to object to her corresponding exhibits for  Government Exhibit A-104-13, A-104-14, A-104-60 and A-442-33.  So when Ms. Geragos offers her competing versions of those exhibits, I will not object on cross-examination.

THE COURT:  Understood.

Ms. Geragos, anything to add?

MS. GERAGOS:  No.  That's fine.

I just want your Honor to know we've been conferring about exhibits, and we are going to be putting a tremendous

P66Wcom1

amount of defense exhibits during cross that correspond to the government's exhibits mainly because of the emoji issue we were talking about yesterday.  So I just wanted your Honor to know that, that we spoke about that.

THE COURT:  Yes.  I figured there was some reason.

MS. GERAGOS:  The emoji line of questioning, yes.

MS. STEINER:  The defense has a platform that actually gives them the emojis, so I will have no objection to the overlapping exhibits so that Ms. Geragos can show emojis if she wants to.

THE COURT:  All right.  Good.

Anything else from the defense before we bring Jane back in?

MR. AGNIFILO:  One second?

Nothing, your Honor.  Thank you.

THE COURT:  OK.  Let's bring Jane back in and then we'll bring our jury back in.

JANE, resumed.

THE COURT:  Good morning.

THE WITNESS:  Hi.  Good morning.

(Continued on next page)

P66Wcom1                          Jane - Direct

(Jury present)

THE COURT:  Please be seated, members of the jury.

Jane, you understand you're still under oath.

THE WITNESS:  Yes.

THE COURT:  Ms. Comey.

MS. COMEY:  Thank you, your Honor.

Before I continue, if I may, I'd like to now offer the government exhibits under seal that are listed on demonstrative exhibit 1504, which I will provide to the court reporter.

THE COURT:  All right.  Very good.

Any objection to the admission of these exhibits?

MS. GERAGOS:  No, your Honor.

THE COURT:  All right.  They will be admitted under seal.

(Government Exhibits A-104-13 through A-104-15, A-104-18, A-104-23, A-104-30, A-104-31, A-104-60, A-104-63 through A-104-73, A-104-76, A-104-78, A-301-K, A-301-R, A-442-19, A-442-31 and A-442-33, sealed, received in evidence)

MS. COMEY:  We can take that down.  Thank you, Ms. Gavin.

Your Honor, may I inquire?

THE COURT:  You may.

MS. COMEY:  Thank you.

DIRECT EXAMINATION CONTINUED

BY MS. COMEY:

P66Wcom1                    Jane - Direct

Q.  Good morning, Jane.

A.  Good morning, Ms. Comey.

Q.  Just a few follow-up questions from yesterday.

First, how many, if any, trips do you remember taking with Sean to Las Vegas during your relationship?

A.  I remember one trip.

Q.  And do you remember about when that was?

A.  I would say maybe in 2023.

Q.  And are you estimating?

A.  Yes.

Q.  Do you remember how you got to Las Vegas?

A.  On Sean's plane.

Q.  On his private jet?

A.  Yes.

Q.  And do you remember how long you stayed?

A.  About two nights.

Q.  And do you remember generally what you and Sean did over those two nights?

A.  He was performing at a, hosting an event, and at the end we were together at a hotel.

Q.  Do you remember what happened at that hotel?

A.  I do.

Q.  What happened?

A.  Sean wanted entertainment for the night, so we had that.

Q.  And when you say we had that, what do you mean?

P66Wcom1                    Jane - Direct

A.  We had an entertainer there.

Q.  So did you have a hotel night?

A.  Yes.

Q.  And did you have sex with the entertainer?

A.  Yes.

Q.  And was that in generally the same way you described for us yesterday, following that same pattern?

A.  Yes.

Q.  I want to ask you about certain phrases that may have been used during the relationship.

When, if ever, did Sean refer to "going off the grid"?

A.  I -- I can't really remember, but that was a phrase that was used.

Q.  Do you remember what it meant, or no?

A.  It just meant, like, to be free, like, to go off the grid and be carefree.

Q.  And when, if ever, did Sean use the word "freak" when communicating with you?

A.  He used it various times in our relationship.

Q.  And in what context, if you remember?

A.  To describe me.

Q.  To describe you?

A.  Yes.

Q.  Can you explain what you mean?

A.  Like, he wants his freak.

P66Wcom1                    Jane - Direct

Q.  And when he said he wants his freak, what did you understand Sean was telling you?

A.  That he wanted me to be wild and sexual.

Q.  Now, I want to pick up where we left off yesterday, talking about the pattern or the routine of these hotel nights.  OK?

During hotel nights, usually, what, if any, protection would you and the entertainer use during the intercourse?

A.  None.

Q.  Why none?

A.  Because that was my partner's preference.

Q.  And who was your partner?

A.  Sean.

Q.  Did you ever ask Sean if the entertainers could wear condoms?

MS. GERAGOS:  Objection.

THE COURT:  Overruled.

BY MS. COMEY:

Q.  Did you ever ask Sean if the entertainers could wear condoms?

A.  Yes.

Q.  Once or more than once?

A.  More than once.

Q.  About how many times do you remember asking Sean if the entertainer could wear a condom while you were in the hotel room?

P66Wcom1                       Jane - Direct

A.  I can only recall twice.

Q.  What's the first one that you can recall?

A.  The first night with Don.

Q.  And what's the second time you can recall?

A.  One time at a Miami hotel.

Q.  OK.  We'll talk about that in a little bit.  OK?

And those two times, how did Sean respond?

A.  He responded dismissive and kind of just almost -- I don't know.  Just in a sense, like, guilt trip me out of it and that it wasn't something that he wanted to see.

Q.  What was Sean's tone when he would have -- when he had these two conversations with you in the room?

A.  A bit condescending, like, just wanted me to move on from the subject, like, as if it just wasn't going to happen, so, like, stop asking.

Q.  In either of those conversations, did Sean explain why he did not want the entertainer to wear a condom when having sex with you?

A.  Yes.  He said, like, he didn't want to see, like, a rubber while he was watching.

Q.  About how many times, if any, did you discuss having entertainers wear condoms with Sean when you were sober and outside of hotel rooms?

A.  Can you repeat that question?

Q.  Yes, I can.

P66Wcom1                    Jane - Direct

Did you ever have any conversations with Sean when you were sober and not in a hotel room about whether the entertainers could wear condoms?

A.  Yes.

Q.  About how many times do you remember having conversations like that with Sean?

A.  Maybe a couple.

Q.  Do you remember about when?

A.  Maybe early on in our relationship.

Q.  So approximately 2021 period?

A.  Yes.

Q.  How did those conversations come up?

A.  Sometimes -- yeah, I don't remember specifics.

Q.  What do you remember?

A.  I just -- I would, I just vaguely remember those two times where I brought up the condoms, and he brought up how these men were tested.  And then just another time where I hinted at a condom or I myself am asking the entertainer if he can wear a condom.

Q.  Do you know whether any conversations between you and Sean about whether an entertainer could wear a condom was ever recorded?

A.  Yes.

Q.  How many recordings of this kind of conversation are you aware of?

P66Wcom1                    Jane - Direct

A.   One.

Q.   And could you tell us about that recording?

A.   Yes.  This was one of the instances where I'm trying to ask the entertainer if he could wear a condom before we have sex, and he's trying to look for it.  And Sean comes in and is asking what we're all trying to look for.

Q.   Do you remember who the entertainer was?

A.   Don.

Q.   Was this that first time with Don in May of 2021 or a later time?

A.   A later time.

Q.   Do you know how that conversation was recorded?

A.   The iPhone was recording me.

Q.   Why was an iPhone recording you and Don?

A.   Because Sean liked recording me and entertainers.

Q.   Video or audio recording?

A.   Video.

Q.   So have you seen this video?

A.   Yes.

Q.   And did you watch it recently?

A.   Yes.

Q.   Have you also listened to the audio of it?

A.   Yes.

          MS. COMEY:  At this time I'd like to pull up, please, what's in evidence as Government Exhibit AX-701-79B, and I'd

P66Wcom1                          Jane - Direct

like to pull up as an aid Government Exhibit AX-701-79BT.

Q.  Jane, did you listen to this exhibit in the last couple of days?

A.  Yes.

Q.  And did you review the transcript that's up on the screen?

A.  Yes.

Q.  And did you confirm that the transcript accurately captures the voices that you can hear on the recording?

A.  Yes.

MS. COMEY:  Your Honor, I'd ask that we please play the recording starting at 8 minutes and 25 seconds.  And it's fine to play it for the whole courtroom.  I've checked it to make sure it's consistent with your Honor's sealing orders.

THE COURT:  All right.  You may.

MS. COMEY:  Ms. Gavin, would you please play the recording starting at 8 minutes and 25 seconds.

(Media played)

BY MS. COMEY:

Q.  Jane, I want to ask you a couple of questions, and then I'm going to play this again and pause and ask you some specific questions about it.  OK?

A.  OK.

Q.  OK.  So first, whose voices did we just hear on that recording?

A.  It was myself, Sean and Don.

P66Wcom1                          Jane - Direct

Q.   And what were you asking Don to do at the beginning of the audio we just heard?

A.   I was asking Don if he could see if there was a condom around and if he could wear a condom.

Q.   And then what did Don do in response?

A.   He started to look for one.

Q.   And then what -- and then who came into the conversation at that point?

A.   Sean.

Q.   Had he been out of the area where you and Don were at that point?

A.   Yes.

Q.   And then when he came in, what did Sean say?

A.   What are you guys doing?  What do you want?  And I said condoms, or I think Don said she's looking for a condom.

Q.   Is that your independent memory, not what you can hear on the audio?

A.   Yes.

Q.   And then when you later in the conversation said, you promised, what were you referring to?

A.   I refer -- I'm referring to a conversation I had with him that I just preferred to wear condoms and if we can wear condoms.

Q.   And in that -- had that conversation taken place before this hotel night that was being recorded?

P66Wcom1                    Jane - Direct

A.   Yes.

Q.   And what had Sean told you in that conversation before this hotel night?

A.   That it was fine.

Q.   That what was fine?

A.   That we can wear condoms.

Q.   And then what happened when you actually got in the room?

A.   I wasn't able to wear condoms.

         MS. COMEY:   Ms. Gavin, can we please play one more time, and let's start a little earlier, at 8 minutes and 20 seconds, please.   And I'm going to ask you to pause at a couple places.

         (Media played)

         MS. COMEY:   Pause it, please, Ms. Gavin.

Q.   When you said I think they're in the chair, what were you referring to?

A.   Condoms.

         MS. COMEY:   You can go ahead and play it.   Thank you, Ms. Gavin.

         (Media played)

         MS. COMEY:   Pause it, please.

Q.   What did you understand Sean meant when he said you were just taking that dick?

A.   That it's already happened without a condom, so why am I looking for a condom now.

P66Wcom1                    Jane - Direct

Q.  What's already happened without a condom?

A.  Sex, intercourse between me and Don.

        MS. COMEY:  We can keep playing it.  Thank you,
Ms. Gavin.

        (Media played)

BY MS. COMEY:

Q.  Jane, when Sean said if you don't touch yourself right now,
what did you understand he was saying?

A.  I understood he was saying if you don't just move on from
this and just forget about it.

Q.  Did you understand -- then what?

A.  I just understood that my request is just going to be
denied, so just move on from this request.

Q.  And what was your request?

A.  Wear condoms.

Q.  Why did you feel like you needed permission from Sean to
have the man who was having sex with your body wear a condom?

A.  I don't know.  I'm just still trying to process even that.

Q.  Can you explain what you mean when you say you're still
trying to process?

        MS. GERAGOS:  Objection, your Honor.

A.  I --

        THE COURT:  Well, hold on.  Hold on for a second.

        Ms. Comey, could you rephrase the question that you
asked.

P66Wcom1                      Jane - Direct

BY MS. COMEY:

Q.  Jane, I'd asked you why you felt like you needed permission from Sean to have the man who was having sex with your body wear a condom?

MS. GERAGOS:  Objection to that as well, your Honor.

MS. COMEY:  She already answered that, your Honor.

THE COURT:  Yes.  That's overruled.  So --

BY MS. COMEY:

Q.  And your answer was you're still trying to process.  And I'm asking if you could explain to the jury what you mean when you answered you're still trying to process.

MS. GERAGOS:  Objection.

THE COURT:  That's sustained.

MS. COMEY:  Your Honor, can we have a sidebar?

THE COURT:  Sure.

(Continued on next page)

P66Wcom1                        Jane - Direct

(At sidebar)

MS. COMEY:  I'm sorry, your Honor.  I just don't understand the objection and why it was sustained, and I want to make sure I'm not misunderstanding something.

THE COURT:  Ms. Geragos.

MS. GERAGOS:  Mr. Agnifilo can take this.

MR. AGNIFILO:  I think it's not an appropriate -- it's a question that delves into psychology and questions that I don't know that this witness is qualified to answer.  So I don't know what the -- the answer seems -- if the witness is going to be asked to talk about factual things, that's one thing, but to get into what it means for her to be processing things --

THE COURT:  Well, you agree that she can testify as to historical facts, exactly what happened, right?

MR. AGNIFILO:  Of course.

THE COURT:  She can also testify as to her understanding of things she experienced or things she heard, those types of things, in real time, right?

MR. AGNIFILO:  Understanding, within reason, your Honor.

THE COURT:  Of course.

And so I understood the objection to be that this is not on any of those types of issues.  She said that she's still trying to process it, which I understood as being that she

didn't have an explanation for that.  So then when Ms. Comey asked for her to explain what does that mean, it's what does that mean when she was saying that she doesn't have, like, an answer to that question.

So I thought there was at least some vagueness in your question and there was some lack of understanding from the witness.

MS. COMEY:  I appreciate that.

THE COURT:  That's why it was sustained.

MS. COMEY:  I appreciate that, your Honor.

I expect what she will say is that she is still trying to process the fact that this man had so much control over her body, which is what she's said to me when I've asked her that question before.  When I've talked to her about this very recording, what she has said is I'm still trying to process the fact that he controlled me, he owned my body.

THE COURT:  I think that that's a separate line of inquiry and might be an appropriate line of inquiry, but right now we're talking about a particular event and why in that moment certain things happened, why she allowed things to happen.  And I don't think you're drawing any objections to those types of questions.  I think it's on this, which is about what is happening right now.

It needs to be rephrased.

MS. COMEY:  OK.  I understand.

P66Wcom1                    Jane - Direct

THE COURT:  I don't know that the subject matter is out of bounds.

MS. COMEY:  OK.

THE COURT:  I think that it's a question to form.

MS. COMEY:  Thank you, your Honor.  That's what I wanted to understand.

THE COURT:  Ms. Geragos.

MS. GERAGOS:  Sorry.  I didn't mean to interrupt.

I just would also ask that Ms. Comey not say sex with your own body.  I don't like the tone of --

THE COURT:  As to that question, if an objection had been raised the first time around, then I may have asked Ms. Comey to rephrase the question.  I think it was just a phrasing issue.  I don't think the substance of the question was improper.

MS. GERAGOS:  OK.

THE COURT:  But I understood it as being, the second time around, a form objection.

MS. GERAGOS:  Yes.

MS. COMEY:  So, Ms. Comey, if there's an objection --

MS. GERAGOS:  And if going into that right now, I would just ask that it be rephrased, your Honor, to not argue like that.

THE COURT:  Yes.

MS. GERAGOS:  Thank you.
                (Continued on next page)

P66ACom2                         Jane - Direct

(In open court; jury present)

MS. COMEY:  We can take this down.  Thank you, Ms. Gavin.

BY MS. COMEY:

Q.  Jane, in that moment that we were just listening to, why didn't you just insist that Don wear a condom?

A.  Because I just didn't want to disappoint my -- my lover.

Q.  And what did you think would happen if you disappointed Sean?

A.  That he would be unhappy.

Q.  And what happened when he was unhappy, in your experience?

MS. GERAGOS:  Objection.

THE COURT:  That's overruled.

A.  He would just be just not happy.  Just not in a good mood or satisfied with the night.

Q.  And what would his demeanor be toward you?

A.  Agitated.

Q.  Jane, in a typical hotel night, how would intercourse with an entertainer end?

A.  With them finishing on me.

Q.  When you say finishing, do you mean ejaculating?

A.  Yes.

Q.  And when you say on me, do you mean on your body?

A.  Yes.

Q.  And then after that, what would you and Sean do?

P66ACom2                      Jane - Direct

A.   Have sex.

Q.   And would you clean up the ejaculate in between?

A.   No.

Q.   Why not?

A.   Because that's not what he wanted.

Q.   Not what who wanted?

A.   Sean.

Q.   After you and Sean had sex during a hotel night, what would typically happen next?

A.   As far as?

Q.   So if you just finished a round that we talked about yesterday with an entertainer, and then you and Sean had sex afterwards, typically, what would happen next?

A.   He just wanted me to stay like that and have sex with all of that around us.

Q.   And then afterwards?

A.   Just like play around with it and...

Q.   Now, after you and Sean finished having intimate time together, what would you do before starting another round, either with the same entertainer or a different entertainer?

A.   I would just take a shower and get ready for the next one.

Q.   Would you put on the same outfit or a different outfit?

A.   Different outfit.

Q.   In a typical hotel night, about how many rounds of the kind of sex that you talked about yesterday with the entertainers

P66ACom2                    Jane - Direct

and then with Sean would you go through?

MS. GERAGOS:  Objection.

THE COURT:  Grounds?

MS. GERAGOS:  Same as yesterday's objection to the same question.

THE COURT:  That's overruled.

A.  I would say every entertainment -- tainer was different. Maybe sometimes it would be one round with one or it could be up to three with another.

Q.  Who decided how many rounds you would do in a single hotel night?

A.  Sean.

Q.  Who decided how many entertainers you would be with in a single hotel night?

A.  Sean.

Q.  Did you ever get tired during these nights?

A.  Yes.

Q.  Who decided whether you could stop when you were tired?

A.  Sean.

Q.  Are you okay to keep going, or do you need a break?

A.  I need just one second.

Q.  Yeah.  Take your time.  Take your time.

A.  Okay.

I'm sorry.  What was your question?

Q.  The question was when you got tired and wanted to stop,

P66ACom2                      Jane - Direct

how, if at all, did you communicate to Sean that you wanted to stop?

A.  I would just give like subtle cues that I was tired, just that I would say I was hungry or I would lay down or I would just kind of give him little faces.

Q.  What kinds of faces?

A.  Just like, just small gestures.

Q.  And when you gave these subtle cues, did Sean react the same way each time?

A.  Yes.

Q.  What was his reaction each time you gave him one of these subtle cues?

A.  Just like he would say, like, you're not getting tired on me, are you.  Let's finish strong.  Or let's end on a high note.

Q.  Why didn't you just say you were done and you wanted to stop?

A.  I just -- I just -- I don't know.

Q.  Jane, what would Sean give you, if anything, to keep you awake to keep having sex with the entertainers?

A.  Ecstasy.

Q.  About how much ecstasy would you usually take in a single hotel night?

A.  A lot.

        MS. GERAGOS:  Objection.  Time period.

P66ACom2                         Jane - Direct

THE COURT:  That's fair.

Q.  In a typical hotel night between May of 2021 and October of 2023, one that followed the same pattern we talked about yesterday, typically, about how much ecstasy would you take in a single hotel night?

A.  A lot.  It varied.  I don't know, but a lot.

Q.  Typically, would you take multiple doses of ecstasy in a single hotel night?

A.  Yes.

MS. GERAGOS:  Objection.

THE COURT:  It's overruled.

Q.  Who gave you all of that ecstasy?

A.  Sean.

Q.  Jane, did you ever cry after one of these hotel nights?

A.  Yes.

Q.  How many times can you remember crying after one of these hotel nights?

I'm sorry?

A.  Two times.

Q.  Are those the two times that stand out in your memory?

A.  Yes.

Q.  Would you tell us about the first you remember, please.

A.  I just remember that there was a night that I thought we were going to have, like, just a date night, and it would be one on one.  And he said that there would be an entertainer,

P66ACom2                    Jane - Direct

but just for a little bit.  And I hung onto those words of just a little bit, meaning that it could be just something quick and he said it would be just something quick.

And what was something quick ended up just being, like, like 18 hours of that.  And I just remember it was like three rounds with this guy, and like at the very end, I just remember Sean, like, saying he had to leave.  And I just, like, was so high and just feeling so lonely, and just, like, sad.  I didn't want him to just, like, leave me like that feeling like that.  And I just started crying.  And I just was masking it and just saying that I was missing him, but really I just went through all of that and was feeling terrible that he was going to leave me alone.  And I just remember that it was just a bad memory.

Q.  When you cried, were you alone or were you with someone else?

A.  I was with Sean.

Q.  So did you cry in front of Sean?

A.  Yes.

Q.  Do you remember where this particular hotel night happened?

A.  At the Waldorf in Beverly Hills.

Q.  Do you remember about when this was?

A.  Maybe early on in the relationship.

Q.  Do you remember how Sean reacted when you started crying?

A.  Yes.  He said, are you crying.  And just looked like almost

P66ACom2                    Jane - Direct

disgusted with my face.

Q.  What ended up happening after that?

A.  After that he just started playing music, started smoking, and just kind of had me sit next to him.  And I just remember just like clinging onto him, like, like I just wanted to be right next to him.  And he said he would move things around with his family and that I could come home with him.  And I remember I just -- when I came home with him, I was just up under him, like I just really wanted to feel -- like help him after a night like that.  And I just wanted to feel like -- be in his arms.

Q.  Jane, do you remember about when was the second time you cried after one of these hotel nights?

A.  Yes.

Q.  About when was it?

A.  I think just like in the middle of our relationship.

Q.  And do you remember where it happened?

A.  In bits and pieces.

Q.  Okay.  And do you remember whether you were alone or in front of someone when you cried the second time?

A.  The second time I was in the shower with him after one of these nights, and I remember I was really blacking out this night that I -- I just remember going from --

Q.  Let me pause you.

       So, Jane, is your memory of this particular night

spotty?

A.   Yes.

Q.   Can you start at the beginning and tell us what you do remember from this night?

A.   I just remember we were together at his house.  And then next thing I know, I just remember being in a hotel and I remember his butler.  And I was so high, and I, like, I just remember embracing his butler and just feeling really high, because it was just weird that I embraced his butler like that.

     And, and then, and then I just remember I'm having sex with Paul.  And then I remember being in the shower with Sean and I just start crying.  And he's like don't do that right now, I'm fucking high, I can't see this, I'm too high, I cannot be crying like that.  And then I just stopped crying.

Q.   You said you were having sex with Paul.  Who's Paul?

A.   One of the entertainers.

Q.   Throughout that night when you were blacking out, what if any drugs had you taken?

A.   Ecstasy.

Q.   Who had given you that ecstasy?

A.   Sean.

Q.   Jane, from your perspective, who did the most work during each of these hotel nights?

A.   Me.

Q.   Why were these hotel nights work for you?

P66ACom2                    Jane - Direct

MS. GERAGOS:  Objection.

THE COURT:  That needs to be rephrased.

Q.  Why do you say that you are the one who did the most work?

A.  It was just all me.  It was just all me.  From just start to finish.

Q.  Jane, what if anything did you try to do during each of these hotel nights to try to get through them as quickly as you could?

MS. GERAGOS:  Objection.

THE COURT:  Sustained.

Q.  Jane, did you want each of these hotel nights to end?

A.  Yes.

Q.  Did you do anything to try to get them to end sooner?

MS. GERAGOS:  Objection.

THE COURT:  That's overruled.

A.  Yes.

Q.  What did you do to try to get these nights to end sooner?

A.  I would try to have sex with them as soon as I could.

Q.  Try to have sex with who?

A.  The entertainers.

Q.  And why would having sex with the entertainers as soon as you could make these nights end?

A.  Because then that would mean they would finish faster.

Q.  What did you do to try to get to having sex with the entertainers sooner?

A.  Just everything.  Just, just foreplay and then bringing them into the room.

Q.  How, if at all, did Sean react when you tried to bring the men into the room or do other things to speed this up?

A.  He didn't like that.

Q.  How do you know he didn't like that?

A.  Because he would then ask me to slow things down or do more of the foreplay.

Q.  Do you remember what words he would use?

MS. GERAGOS:  Objection.  Time period, Judge.

THE COURT:  That's fair.  Can we get a further specification.

Q.  So, Jane, focusing on the period between May of 2021 and October of 2023, during that period, as you sit here today, can you remember any specific words that Sean said to you in response to you trying to speed up these hotel nights?

A.  Just like I'm not ready to see that yet.  Or just like not yet.  Just -- it was just like a pull back.

Q.  Jane, at the end of a typical hotel night between May of 2021 and October of 2023, how did you typically feel?

MS. GERAGOS:  Objection.

THE COURT:  That's overruled.

MS. GERAGOS:  Your Honor, can we have a quick sidebar, please.

THE COURT:  You may.

P66ACom2                      Jane - Direct

MS. GERAGOS:  Thank you.

(Continued on next page)

P66AComm2                      Jane - Direct

(At sidebar)

MS. GERAGOS:  I understand why Ms. Comey is doing this.  I really do.  But the witness just testified that every experience is different.  And so when we generally ask her these questions about typically how she felt, I know we're going to get into each different hotel night, I just would ask that we can make this more specific because she did just testify that every experience is different.

MS. COMEY:  Did she?

MS. GERAGOS:  I wrote that down.  We can find it in the transcript, those exact words.  I do expect we're going to get into every single hotel night because they've marked those exhibits and admitted them.  I think that this line of questioning is just -- it's getting to -- it is too general and prejudicial because we have to go into each separate incident, that's what's alleged here.  That's my objection.

THE COURT:  Well, there's maybe a form objection that you might want to ask the witness if there was a typical way that she felt.

MS. COMEY:  Yes, your Honor.

THE COURT:  At these events.

MS. COMEY:  I can do that.

THE COURT:  But if Ms. Comey did do that, then why would it be improper for her to ask what that typical feeling was, if you get my -- the gist of what I'm saying.

P66ACom2                      Jane - Direct

MS. GERAGOS:  Ms. Comey has been asking what the typical, and when she does that, and cabins it to this time period, I really haven't been objecting.  But I think it's now been multiple hours of that, the typical feelings.  And I really would just ask that we get into specifics given the witness has just testified about every experience being different.

THE COURT:  Understood.

MS. GERAGOS:  That's what I'm getting at.

THE COURT:  Understood.  Is there going to be a lot more on this particular point?

MS. COMEY:  No, your Honor.  But I would want to check the transcript, but I thought yesterday and today she said there was a typical pattern and there was a typical routine.

THE COURT:  I think there was a typical pattern, but I think there was some testimony this morning that the things he would say, for instance, would be different each time.  And so I think that that's why I'm saying that if you ask the predicate question, I think you may be able to ask these questions.

MS. COMEY:  I see.  Thank you, your Honor.  I understand.

MR. AGNIFILO:  I think in addition to saying that he said different things every day, I think Ms. -- and maybe Ms. Comey was surprised by the answer, because I think

P66Acom2                    Jane - Direct

Ms. Comey asked something about a typical experience and I think the witness said each one was different.

THE COURT:  Well, Ms. Comey can clarify to -- I mean, you're in your examination so you can clarify those types of things.

MS. COMEY:  I am.  Your Honor, I think she said how many rounds was different each time.  But anyway --

THE COURT:  Here's just a general thing that might help us.

MS. COMEY:  Yes.

THE COURT:  On some of these objections.  The defense is not really objecting where there is anything that would approach a leading question or where there is some assumption of facts that may not be in evidence.  But I think that when we're talking about these particular hotel nights, it is important to be very careful about those types of things.  And I think if you do that, then you're not going to draw any objection from the defense.

MS. COMEY:  Understood, your Honor.

THE COURT:  That's the general guidance.

MS. COMEY:  Understood.

THE COURT:  All right.

(Continued on next page)

P66ACom2                    Jane - Direct

(In open court; jury present)

THE COURT:  Ms. Comey, you may proceed.

MS. COMEY:  Thank you, your Honor.

BY MS. COMEY:

Q.  Jane, in your experience, did you feel typically the same way after one of these nights or did you feel different each time?

A.  I would typically feel the same.

Q.  Could you tell us how you would typically feel?

A.  With Sean, I would feel really happy to end my night with Sean.  But I would really fight to block out just like how sad I felt after.

Q.  And did you and Sean typically do the same thing after one of these hotel nights was over, or did you do different things?

A.  Typically how we would end the night, we would end it together.

Q.  And, typically, would you end up going to the same place?

A.  His residence.

Q.  Is that where you would typically go after one of these nights?

A.  Yes.

Q.  And could you tell us typically what you would do when you went to his residence after one of these nights?

A.  I would make sure he was just -- I would just make sure that he was, like, showered and just clean.  And I would cook

P66AACom2                          Jane - Direct

for him.  I would massage him.  I would put on his favorite show.  And then I would finally get to cuddle with him and sleep with him.

Q.  When you say him, are you talking about Sean?

A.  Yes.

Q.  Jane, I want to keep focusing on the period between May 2021 and October 2023.

During that period, were there any parts of these hotel nights that you enjoyed?

A.  Can you repeat the question?

Q.  Were there any points in these hotel nights that you enjoyed?

A.  Just to be with Sean.

Q.  When would you get to be with Sean during a typical hotel night during that same period?

A.  After being with an entertainer and at the very end.

Q.  Throughout your relationship with Sean between May of 2021 and October of 2023, would you sometimes text Sean after these hotel nights?

A.  Yes.

Q.  And would you typically text him the same kind of thing or different kinds of things after one of these hotel nights?

A.  Probably just to say I love him.

Q.  And in between these texts -- these nights, these hotel nights, about how often would you text with Sean?

P66ACom2                    Jane - Direct

A.   Often.

Q.   And what, if any, sexually explicit texts would you send to Sean in between hotel nights?

A.   I would send sexually explicit text messages.

Q.   Why did you send Sean sexually explicit text messages in between hotel nights?

A.   Just to -- just to tell him how I was feeling.

Q.   And focusing on what you just said, how you were feeling, when you sent those sexually explicit text messages that you're talking about, who were you indicating you wanted to have sex with?

A.   Sean.

Q.   Did you ever send Sean text messages suggesting you wanted to have sex with someone else?

A.   Yes.

Q.   About how many times?

A.   Probably a lot.

Q.   Why?

A.   Because it was a part of the fantasy.

Q.   Whose fantasy?

A.   Sean's.

Q.   What if any conversations do you remember having with Sean about him wanting you to text him about that fantasy?

MS. GERAGOS:  Objection.  Time period, please.

THE COURT:  That's sustained.

P66ACom2                    Jane - Direct

Q. Jane, between May of 2021 and October of 2023, did you have any conversations with Sean about what he would like you to text to him?

A. Yes.

Q. About how many of these conversations do you remember?

A. A good amount.

Q. Were they all essentially the same?

A. Yes.

Q. Can you tell us about them, please.

A. Just like, like, me saying that I wanted -- that I wanted -- like, that I wanted a guy and just to kind of play up on that.

Q. Sorry.  In this conversation, were you telling Sean you wanted a guy?

A. Yes.

Q. And why were you telling him you wanted a guy?

A. Because I knew that would turn him on.  And he was saying, like, be explicit.  Tell me what -- what are you going to do, like what do you want, something like that.

Q. Who was saying be explicit?

A. Sean.

Q. And when Sean told you be explicit, what did you understand he was telling you to do?

A. To text these type of things.

Q. When you sent these text messages, did you want to be

P66ACom2                    Jane - Direct

having sex with other men?

A.   No.

Q.   Then why did you say you did in these messages?

A.   Because I wanted to turn my lover on.

        MS. COMEY:  Ms. Gavin, can we please pull up what's in evidence as Government Exhibit A-104-4 and jump to page 12, please.

        And could we zoom in on the top left message.

Q.   Jane, who sent this message?

A.   I did.

Q.   Who did you send it to?

A.   Sean.

Q.   What's the date?

A.   November 9th, 2021.

Q.   And what did you write to Sean on that day?

A.   I said:  I'm horny for you.

Q.   Why did you send him that?

A.   Because that's how I was feeling for him.

Q.   Who did you want to have sex with?

A.   Sean.

        MS. COMEY:  Can we look at the next two messages, please.

Q.   How did Sean respond?

A.   What you wanna do.  Be explicit.

Q.   What did you understand Sean was telling you when he wrote

be explicit?

A.  To play in a fantasy talk.

Q.  What kind of fantasy talk?

A.  Where I would talk about other men and their privates or just something sexual like that.

MS. COMEY:  Ms. Gavin, can we please pull up pages 13 and 14 side by side.  And can we zoom in on the left two middle.

Q.  Now, Jane, you don't need to read this out loud, but did you write to Sean:  I want to suck Paul's dick while you give me that strong stroke game?

A.  Yes.

Q.  Why did you write that?

A.  Because I know he would like that.

Q.  Did you actually want to do this?

A.  No.

MS. COMEY:  We can take this down.  Thank you.

And now can we please go to the top two texts on the right.

Q.  Jane, I'm not going to make you read this.  I'll read it. Did you write to Sean:  Like that's the only and last dick I'm supposed to have.  Stroking a hard dick next to me while a hard one is inside me.

A.  Yes. I wrote that.

Q.  Why did you write that?

P66ACom2                    Jane - Direct

A.  Because I knew it would turn him on.

Q.  Did you actually want that?

A.  No.

        MS. COMEY:  We can take this exhibit down.  Thank you.

Q.  Now, you referenced Paul in that text.  Who is Paul?

A.  He's an entertainer.

Q.  Is that the same Paul you talked about earlier in the instance when you ended up crying?

A.  Yes.

Q.  Now, later on in your relationship, Jane, did you send Sean texts telling him you wanted to stop having these hotel nights?

A.  Yes.

Q.  Did you send him those texts once or more than once?

A.  More than once.

Q.  And later on in your relationship from 2021 did you also tell Sean in person that you wanted to stop having these hotel nights?

        MS. GERAGOS:  Objection.  Time period, please.

        MS. COMEY:  I'm happy to rephrase, your Honor.

        THE COURT:  All right.

Q.  Jane, the texts we just looked at were in November of 2021, how early was that in your relationship?

A.  Fairly early.

Q.  And, at that point, how were you feeling about these hotel nights?

P66ACom2                    Jane - Direct

A.  I didn't like them and I was realizing that this was becoming the dynamic of what we were.

Q.  And how did you feel realizing that this was becoming the dynamic of what you and Sean were?

A.  Just confused by it.  Just getting scared by how often it started to become.  I was uncomfortable with it.

Q.  Now, later on in your relationship in 2023, did you have in-person conversations with Sean in which you told him you wanted to stop having these hotel nights?

A.  Yes.

Q.  Once or more than once?

A.  Probably more than once.

        MS. COMEY:  I'd like to pull up what's in evidence as Government Exhibit A-104-59.  And if we could please jump to page nine.

        Can we please zoom in on the middle text.

Q.  Jane, what's the date of this text?

A.  September 17th, 2023.

Q.  So is this a little less than two years after the texts we were just looking at where you were talking fantasy talk?

A.  Yes.

Q.  Who sent this text message?

A.  I sent this text message to Sean.

Q.  Would you read it for us, please?

A.  I wish we -- I said:  I wish we could jog this back to when

P66ACom2                    Jane - Direct

we first started dating and just getting to know each other. Ever since I opened Pandora's box I've never been able to close it. One night of fun turned into the entirety of our relationship. And now it's all I'm expected to do and get called for. It's hurting me because I'm so much more than being loved in the dark in hotel rooms, doing things that make me feel disgusted with myself. I'm confusing your lust for me as real love. My heart is really in this and it's breaking. I don't want you to play this role -- I don't want to play this role in your life anymore. It's dark, sleazy, and makes me feel disgusted with myself. I feel it's the only reason you have me around and why you pay for the house. I don't want to feel obligated to perform these nights with you in fear of losing the roof over my head. I don't want to keep feeling like that anymore. I'm crying as I type this. We just need to talk like adults and figure out where we'll go from here.

Q. Jane, I want to ask you a few questions about this message.

First, when you referenced "why you pay for the house," at this point, where were you living, without saying the address?

A. I was living at the new place that he got me.

Q. The new place where Sean was paying the rent?

A. Yes.

Q. And for about how long had Sean been paying your rent as of September of 2023?

P66ACom2                        Jane - Direct

A.  I think about five months or so.

Q.  And when you wrote "I feel it's the only reason you have me around and why you pay for the house," what were you referring to?

A.  I was referring to these hotel nights.

Q.  And when you wrote "I don't want to feel obligated to perform these nights with you," what were you referring to?

A.  These hotel nights.

Q.  And -- I am sorry, Jane.  Were you going to say something else?

A.  Just meaning that I -- I started to feel obligated here that I had to perform, and just feeling obligated to him at this point.

Q.  At this point in time, what were you afraid would happen if you refused to perform in these hotel nights?

A.  That he would take it away.

Q.  That who would take what away?

A.  That Sean would take the house away.

        MS. COMEY:  Can we zoom back out, please.

Q.  How did Sean respond to your text?

A.  He said:  Girl stop.

Q.  And we'll talk about that and other messages more later. But first, I want to take a step back.

        MS. COMEY:  Can we take this down, please.

Q.  What is the longest hotel night you can remember?

P66ACom2                          Jane - Direct

A.  I would say one of these New Years ones, or New Years, a
New Years one.

Q.  New Years which year?

A.  I think 2022.

Q.  How long did the hotel night in New Years 2022 last,
approximately?

A.  I think like three or three and a half days.

Q.  Did you sleep during that time?

A.  Not until the end.

Q.  And between May of 2021 and October of 2023, what's the
shortest hotel night you can remember?

A.  I would say 12 hours.

Q.  And, on average, between May of 2021 and October 2023, on
average, how long did these hotel nights last?

A.  Like 24 to 30 hours.

Q.  Did you ever get to sleep during a hotel night?

A.  No.

Q.  How did you stay awake for that long?

A.  I would take ecstasy.  I would drink caffeine.  I would
just try to drink water.  I would try to order myself smoothies
or protein shakes.

Q.  During these hotel nights, again, focusing on the period
between May of 2021 and October of 2023, do you remember seeing
drugs in the hotel rooms?

A.  Yes.

P66ACom2                    Jane - Direct

Q.  Did you see the drugs in every hotel room or just some of the hotel rooms?

A.  Every hotel room.

Q.  What drugs do you remember seeing in these hotel rooms?

          MS. GERAGOS:  Objection.

          THE COURT:  It's overruled.

Q.  You can answer.

A.  I would see ecstasy; Molly; cocaine; pink powder, which I believe is called Tusi; and I would see weed.

Q.  You mentioned Tusi, where did you hear the term Tusi from?

A.  Through Sean.

Q.  Did you ever try Tusi?

A.  Maybe once very early on.

Q.  What do you remember about trying it?

A.  I didn't like it.

Q.  Why not?

A.  Because it was like a hallucinogen -- like I felt weird. Like the floors were shaky and I felt weird.

Q.  Of the drugs you've just described, how many of those did you personally use?

A.  I personally used ecstasy and Molly the most.  Mostly ecstasy.  And the others, not so much.

Q.  Did you try the others?

A.  Yes.

Q.  Who gave you all of those drugs?

P66ACom2                    Jane - Direct

A.   Sean.

Q.   Have you ever seen Sean use drugs?

A.   Yes.

Q.   In what context?

A.   In these rooms.

Q.   Did you see him use drugs in every room or just some of these rooms?

A.   Every room.

Q.   What drugs did you see Sean use?

A.   All of them.

Q.   Did you ever see the entertainers in these rooms use drugs?

A.   No.

Q.   Do you know why the entertainers did not use drugs in front of you?

A.   It was one of my rules.

Q.   What do you mean it was one of your rules?

A.   I had one rule, and that was that nobody take any drugs.

Q.   When you say nobody take any drugs, you've just described yourself and Sean taking drugs, so can you explain what you mean?

A.   I mean that I would tell the entertainers that they couldn't take any drugs around me.

Q.   Why did you tell them that?

A.   Because I didn't know how they would be on a drug and then be on my body and be out of control.  I didn't want them to be

P66ACom2                        Jane - Direct

out of control when they were with me.

Q. You said ecstasy was the drug you used most often; do I have that right?

A. Yes.

Q. How did the ecstasy you took make you feel in these hotel rooms?

A. I would feel just a surge of like sexual energy. I would feel completely, like, euphoric and really turned on and had a lot of really positive energy, really optimistic, and just happy.

Q. Between May of 2021 and October of 2023, how did you feel about using all of these drugs?

A. I just felt like I had to take them.

Q. Why did you feel like you had to take them?

A. Because when I wouldn't, it would just feel too real. Like the atmosphere. And I didn't want to feel like it was too real. I just wanted to kind of just -- I don't know. Just feel like it would just was -- I don't know. It just made things easier.

Q. Jane, did you ever try to do one of these hotel nights without using drugs?

A. Yes.

Q. How many times?

A. Twice.

Q. I want to talk about those times. Okay?

A.   Okay.

Q.   About when was the first time?

A.   It was with Paul one time.

Q.   Do you remember about what year it was?

A.   I would say middle to early of me and Sean.

Q.   And why did you try not to use drugs on that particular night?

A.   Because I was just tired of doing that to my body.

Q.   What do you remember from that first time you tried to do one of these nights without drugs?

A.   I just remember I didn't like it.  I just felt -- I just didn't -- the fantasy of it all wasn't there.  It just wasn't easy.  It just was too real that this was happening.

Q.   So what ended up happening?

A.   I ended up asking for a pill.

Q.   Who did you ask for a pill?

A.   Sean.

Q.   What did he do in response?

A.   He gave me one.

Q.   And then did you take it?

A.   Yes.

Q.   How did you feel after you took it?

A.   Much better.

Q.   And what happened after that?

A.   The same routine.

P66AcoM2                          Jane - Direct

Q.   About when was the second time you did one of these nights without drugs?

A.   Towards the end of 2023.

Q.   Do you remember about what month in 2023?

A.   Yes.  October.

Q.   Why did you do one of these nights without drugs in October of 2023?

A.   Around this time I just really wanted my partner to get sober.  I just really cared so much about Sean's health, and I could see that he just, like, was excessively partying on top of just so many pills that he takes daily for I don't know what.  And I just really wanted him to get clean and just get better.

        And he said, okay, I'm going to do like 30 days without anything, and I'll be sober.  But let's just have, like, one more, one more sobriety party.  Just one, like, sobriety party.

Q.   Where was this sobriety party?

A.   At a hotel.

Q.   Do you remember which hotel?

A.   The L'Ermitage.

Q.   In what city?

A.   Beverly Hills.

Q.   What drugs did you use that night at the L'Ermitage?

A.   None.

P66AСom2                      Jane - Direct

Q.   What drugs did you see Sean use, if any?

A.   I believe ecstasy.  And cocaine.  I don't know.

Q.   About how long did that sobriety party last?

A.   Too long.

Q.   Do you remember how long?

A.   Maybe close to 12 to 18 hours.

Q.   What do you remember happening at the sobriety party?
Could you walk us through it, please.

A.   I just remember that it was like this typical routine,
except I didn't take anything, and I was in an outfit, and I
was with Sean, and the room was decorated, and, and I was just
getting ready, and I remember it was, like, the first guy.
Then a second guy.  And then after the second guy, I just -- I
went to the bathroom and I just was not feeling well.

Q.   What happened when you went to the bathroom after having
two entertainers in this night?

A.   I threw up.

Q.   What happened after you threw up?

A.   Sean came in.  And I told him that I had just thrown up.
And he was like that's good then, you'll feel better now that
you've thrown up.  So let's go, like, let's go because the guy
is here, the third guy.

Q.   What happened next?

A.   And then I was with the third guy.

Q.   How did it feel to do that sobriety party without drugs?

P66ACom2                         Jane - Direct

A.  I hated it so much.

Q.  How did that experience compare to all of the other hotel nights you did while using drugs?

A.  It was just -- I was just -- I was just disgusted.  I was just repulsed.  I was just so mad at myself for doing that.  I just deeply regretted that.

Q.  Jane, during the sobriety party, did you have sex with the first two entertainers in front of Sean before you threw up?

A.  Yes.

Q.  And then did you have sex with a third entertainer after you threw up?

A.  Yes.

        MS. COMEY:  Your Honor, this might be a good time for a brief break if that's all right.

        THE COURT:  All right.  Let's take a break.  We'll come back in 15 minutes.

        Thank you, members of the jury.  All rise.

        (Continued on next page)

P66AСom2                    Jane - Direct

(In open court; jury not present)

THE COURT:  Jane, we'll come get you in about 15 minutes.

THE WITNESS:  Okay.  Thank you.

(Witness not present)

THE COURT:  Please be seated.

Ms. Comey, anything to address before we take our break?

MS. COMEY:  No.  Thank you, your Honor.

THE COURT:  Anything from the defense?

MR. AGNIFILO:  No.  Thank you, Judge.

THE COURT:  Okay.  We'll come back in 15 minutes.

(Recess)

P66Wcom3                    Jane - Direct

THE COURT:  Everyone may be seated.

Let's bring Jane back.

(Jury present)

THE COURT:  Please be seated.

Ms. Comey, you may proceed when ready.

MS. COMEY:  Thank you, your Honor.

Q.  Jane, during any hotel nights you did with Sean, did Sean ever run out of drugs?

A.  Yes.

Q.  About how many times do you remember Sean running out of drugs during one of these hotel nights?

A.  Various times.

Q.  Each time he ran out, did you see the same thing happen or a different thing happen -- each time?

A.  Different things --

Q.  OK.

A.  -- happened.

Q.  Let's talk about the first time this happened.

The first time that Sean ran out of drugs during one of these hotel nights, do you remember about when that was?

A.  Maybe early on in the relationship.

Q.  What do you remember happening when Sean ran out of drugs?

A.  He would call one of the assistants or butlers to grab more.

Q.  So let's break that down.

P66Wcom3                    Jane - Direct

Who did you see Sean call?

A.   It varied between an assistant or security.

Q.   And when you say it varied, do you mean across different hotel nights over the course of your relationship?

A.   Yes.

Q.   And let's start with the assistants.

What are the names of some of the assistants you remember Sean calling when he ran out of drugs during hotel nights?

A.   I remember Brendan, Frank.  There's so many of them.  John.  A few others.

Q.   OK.  Are the others not coming to mind right now?

A.   Yes.

Q.   But were there others?

A.   Yes.

MS. COMEY:  I'd like to show you what's been marked for identification as Government Exhibit 2A-313.

Ms. Gavin, would you please show that to the witness.

Q.   Do you recognize that?

A.   Yes.

Q.   What is it?

A.   It's a photo of Brendan.

Q.   Which Brendan?

A.   Sean's assistant.

MS. COMEY:  Your Honor, the government offers this in evidence.

P66Wcom3                    Jane - Direct

MS. GERAGOS:  No objection.

THE COURT:  All right.  2A-313 will be admitted.

(Government Exhibit 2A-313 received in evidence)

BY MS. COMEY:

Q.  About how many times do you remember Sean calling Brendan when he ran out of drugs in these hotel rooms?

A.  Various times.

Q.  Multiple times?

A.  Yes.

Q.  And after each time Sean called Brendan, what did you see happen in the hotel room a short time later?

A.  Brendan would have the drugs.

Q.  Did Brendan come to the hotel room door?

A.  Yes.

Q.  And then what did you see Brendan had?

A.  The drugs.

Q.  And what drugs do you remember Brendan bringing to the hotel room?

A.  I remember there would be, like, pill bottles, which are probably, like, ecstasy.

Q.  I don't want you to guess.

So there would be pill bottles, and then after the pill bottles, what would you see in the hotel room?

A.  Drugs.

Q.  What kinds of drugs?

P66Wcom3                    Jane - Direct

A.  Ecstasy, coke, milk, which is like weed.

        MS. COMEY:  You can take that down.  Thank you, Ms. Gavin.

Q.  And then you mentioned security.

    Who from security do you remember Sean calling when he ran out of drugs in these hotel rooms?

        MS. GERAGOS:  Objection.  Time period, Judge.

        THE COURT:  Some more specificity on the time frame.

        MS. COMEY:  Certainly.

Q.  Jane, you mentioned security.

    When approximately do you remember Sean calling security when he ran out of drugs?

A.  Maybe in the middle of our relationship, towards the end.

Q.  Was that around 2023, approximately?

A.  Yes.

Q.  And who from security do you remember Sean calling around that time when he ran out of drugs in hotel rooms?

A.  I remember hearing Faheem or J9.

Q.  Do you know who Faheem is?

A.  He's Sean's security.

        MS. COMEY:  Ms. Gavin, would you please pull up what's been marked for identification as Government Exhibit 2A-203.

        Is this already in, Ms. Gavin?

        This is already in evidence, so we can show that to the jury.

P66Wcom3                    Jane - Direct

Q.  Do you recognize the person in that photograph?

A.  Yes.

Q.  Who is that?

A.  Faheem.

Q.  Did you ever hear Sean call him any other names?

A.  Maybe Fah.

Q.  Fah, like F-A-H?

A.  Yes.

Q.  About how many times do you remember Sean calling Faheem in 2023 when he ran out of drugs in hotel rooms?

A.  Maybe just a couple times or so.

Q.  And after each time you saw Sean call Faheem, what happened a short time later in the hotel rooms?

        MS. GERAGOS:  Objection.

        THE COURT:  That's overruled.

A.  Then drugs would appear.

Q.  Well, who did you see come to the hotel?

A.  Sometimes it was Faheem or J9 or assistants.

Q.  And after one of those people came to the hotel room, what, if anything, would you see Sean had?

A.  Drugs.

Q.  What kind of drugs?

A.  Ecstasy, molly, cocaine.

Q.  Other than his own --

        MS. COMEY:  We can take that down, Ms. Gavin.  Thank

P66Wcom3                        Jane - Direct

you.

Q.   Other than his assistants and security, who else, if anyone, did you hear Sean call for drugs during hotel nights during your relationship?

A.   A man named Guido.

Q.   About how many times did you hear Sean call a man named Guido?

A.   A few times.

Q.   Do you remember approximately when the first time was?

A.   Maybe middle to end of our relationship.

Q.   So are we talking around 2023-ish?

A.   Yes.

Q.   What do you remember about that first time?

A.   I just remember we were running out and then he calls Guido and then Guido comes to the hotel.

Q.   Let me break that down.

You said we were running out.  Who was running out of what?

A.   Sean was running out of drugs for him and I.

Q.   And how do you know if he called Guido?

A.   Because I could hear him on the phone calling Guido.

Q.   Was he saying the name Guido?

A.   Yes.

Q.   And then who came to the hotel, if anyone, a short time later?

A.   Guido.

P66Wcom3                    Jane - Direct

Q.   What did Guido look like?

A.   He was tall, Spanish, I think, and a little bit big frame.

Q.   What do you remember about what happened when Guido came to the hotel room?

A.   Guido would have drugs for Sean.

Q.   About how many times do you remember Guido bringing drugs for Sean to these hotel nights?

A.   Maybe just a few times.

Q.   And what drugs do you remember Guido bringing?

A.   I remember he brought mostly ecstasy, molly, and maybe, like, Xanax and coke.  It varied.

Q.   Would you ever take Xanax in connection with one of these hotel nights?

A.   I did.

Q.   Why?

A.   Because I just wanted to fall right to sleep, and it was really hard to go to sleep after you've been taking so many drugs, so you need something really heavy to knock you out.

Q.   So at what point in one of these hotel nights would you typically take Xanax?

A.   I would take it after I would put Sean asleep.

Q.   Did you ever carry drugs for Sean?

A.   Yes.

Q.   How many times?

A.   Twice.

P66Wcom3                    Jane - Direct

Q.   About when was the first time?

A.   Maybe around 2022.

Q.   And where were you bringing the drugs from?

A.   From Los Angeles.

Q.   Where were you bringing them to?

A.   Miami.

Q.   How did it come to be that you were bringing drugs from Los Angeles to Miami for Sean?

A.   I remember he said if I could pick up a package before my flight.

Q.   Who said that?

A.   Sean.

Q.   And what did -- what did he ask you to pick up?

A.   A package.

Q.   And what other instructions, if any, did he give you?

A.   He just told me to go to the Beverly Hills residence and pick it up from security.

Q.   What Beverly Hills residence?

A.   The one on Mapleton.

Q.   Sean's residence?

A.   Yes.

Q.   Did you talk to anyone else about picking up this package?

A.   Yes.

Q.   Who did you talk to?

A.   KK.

P66Wcom3                    Jane - Direct

Q.  Remind us who KK is.

A.  She's Sean's chief of staff and main assistant.

Q.  How did you communicate with KK about this package?

A.  We were in communication about --

Q.  I'm sorry.  I was unclear.

Were your communications over the phone or in person?

A.  Over the phone.

Q.  And what do you remember discussing with KK over the phone?

A.  I believe she was saying, like, hey, just come and I'll have security come out and give it to you.

Q.  How did you respond?

A.  I said OK.

Q.  Did you ask KK anything, or no?

A.  I did.

Q.  What did you ask KK?

A.  I just asked her if this was safe and OK.

Q.  How did KK respond when you asked if this was safe and OK?

MS. GERAGOS:  Objection.

THE COURT:  Overruled.

A.  She said it's fine; I do it all the time.  Just put it in your check-in luggage.

Q.  What did you understand KK was telling you when she said it's fine, I do it all the time?

A.  I understood that -- that if I did it, that it would be fine.

P66Wcom3                        Jane - Direct

Q.   If you did what?

A.   Put this package in my luggage.

Q.   Why were you concerned about putting this package in your luggage?

A.   It didn't feel safe.

Q.   What did you do after that conversation with KK?

A.   I went to Mapleton to go get the package.

Q.   Who did you get the package from?

A.   Security.

Q.   Do you remember who in security?

A.   I don't.

Q.   After you -- what kind of package was it?  What did it look like?

A.   It was -- it was wrapped in a white, like, envelope-looking thing.

Q.   And what did you do with that package?

A.   I put it inside my luggage.

Q.   And then what did you do with your luggage?

A.   I checked it in.

Q.   At the airport?

A.   Yes.

Q.   And then where did you go?

A.   And then I went to Miami.

Q.   And what did you do with the package in Miami?

A.   I gave it to Sean.

P66Wcom3                     Jane - Direct

Q.   Where did you give it to Sean?

A.   In his bathroom.

Q.   In his bathroom where?

A.   Inside his residence, in his bedroom.

Q.   Inside Two Star?

A.   Yes.

Q.   What did you see Sean do when you gave him the package?

A.   I saw him opening it.

Q.   And before he opened it, did you see any drugs around his bathroom or bedroom?

A.   No.

Q.   After Sean opened the package, what, if anything, new did you see in his bedroom or bathroom?

A.   I saw pill bottles.

Q.   Did you see what was inside those pill bottles?

A.   Yes.

Q.   What was inside of those pill bottles?

A.   I saw, like, colorful pills, which I assumed were --

Q.   I don't want you to assume.

     Did you later take some of those pills?

A.   Yes.

Q.   In what context?

A.   To start partying.

Q.   For what?

A.   Sean and a hotel night.

P66Wcom3                        Jane - Direct

Q.   And when you took those pills, what did you find out they were?

A.   Ecstasy.

Q.   About how long after this first package did you bring a second package for Sean?

A.   Just, like, a couple weeks later.

Q.   Where did you bring the package from?

A.   Los Angeles.

Q.   Where did you bring it to?

A.   Miami.

Q.   How did it come to be that you brought this package from Los Angeles to Miami?

A.   I also went to Beverly Hills and got the package from security.

Q.   Why did you go there?

A.   Sean asked me to go there to pick up the package.

Q.   In this instance did you talk with KK again, or no?

A.   Yes.

Q.   What do you remember about your conversation with KK?

A.   Just that -- she just told me that, to call her when -- when I was outside and that she'd have security come out and give it to me.

Q.   Give what to you?

A.   The package.

Q.   And then what happened?

P66Wcom3                    Jane - Direct

MS. COMEY:  Can you take that down, Ms. Gavin, please.

A.   And then I went to the airport and I checked my luggage in.

Q.   What was in your luggage?

A.   Drugs.

Q.   And then what did you do with the drugs when you got to Miami?

A.   We used them.

Q.   Who used them?

A.   Sean and I.

Q.   Who did you give them to when you got to Miami?

A.   Sean.

Q.   And what kind of drugs were in that package?

A.   Ecstasy.

Q.   I want to talk now about the entertainers who were involved in these hotel nights.  OK?

At first, around, between May and October of 2021, during that period, who would reach out to the entertainers to schedule hotel nights?

A.   Sean.

Q.   At some point did that change?

A.   Yes.

Q.   Around when did that change?

A.   I would say maybe in 2022.

Q.   Are you estimating?

A.   Yes.

P66Wcom3                    Jane - Direct

Q. Now, around that time, who started reaching out to entertainers to schedule hotel nights?

A. It was Sean.

Q. Did you ever reach out to entertainers to schedule hotel nights?

A. Yes.

Q. About when did you start doing that?

A. Probably in, like, the early -- early phases of us.

Q. So 2021, 2022 time?

A. Yes.

Q. Why did you start scheduling entertainers around then?

A. At this point I just assessed the dynamic of my relationship and I didn't like being surprised with whoever, a new stranger, and while we were watching pornography, I started to -- we started to watch a specific entertainer and I had the idea that I would choose that person.

Q. I want to break that down a little bit.

Up until that point in your relationship with Sean, were all of the men in hotel nights strangers to you before Sean brought them to you?

A. Yes.

Q. And how did you feel about the fact that all of the men were strangers to you?

A. I hated it.

Q. So what did you do to try to address that?

P66Wcom3                    Jane - Direct

A.  I didn't really.  I just -- I just said to myself if, if we're going to be doing this, I should just choose, like, I should choose who's going to be on my body.

Q.  Now, to be clear, did you want to have sex with any men other than Sean?

A.  Absolutely not.

Q.  Then why did you want to choose a particular man in this context?

A.  Because I felt like I couldn't get away from this dynamic that was happening, and if I had to make it better for myself, then at least I could feel like I chose somebody that I wanted for me on these nights.

Q.  So about when did you choose for yourself -- did you first choose for yourself what man would be with you in a hotel night?

A.  Maybe late '21 or, like, early '22.

Q.  Are you estimating?

A.  Yes.

Q.  Who was the first man that you chose for yourself?

A.  Kabrale.

Q.  Do you know Kabrale's last name?

A.  Yes.

Q.  What was it?

A.  Williams.

        MS. COMEY:  Ms. Gavin, would you please pull up what's

P66Wcom3                    Jane - Direct

been marked for identification as Government Exhibit 2A-635.

Q. Do you recognize the person in that photograph?

A. Yes.

Q. Who is that?

A. Kabrale.

MS. COMEY: Your Honor, the government offers this in evidence.

MS. GERAGOS: No objection.

THE COURT: 2A-635 will be admitted.

(Government Exhibit 2A-635 received in evidence)

MS. COMEY: Ms. Gavin, would you please publish that to the jury.

Q. Jane, did you call Kabrale any nicknames?

A. Yes.

Q. What nicknames did you call him?

A. Chef.

Q. Why did you call him Chef?

A. Because after I got to know him a little bit better, I realized that he had a passion for cooking and that on the side he was a private chef. So I called him Chef.

Q. And you said that this idea came up when you were watching porn. Did I hear that right?

A. Yes.

Q. Whose porn were you watching?

A. Kabrale's.

P66Wcom3                    Jane - Direct

Q.  What, if any, stage name does Kabrale use when performing in pornography?

A.  Sly.

Q.  Sly, S-L-Y?

A.  Yes.

        MS. COMEY:  We can take that down.  Thank you, Ms. Gavin.

Q.  Who were you with when you were watching Kabrale's pornography and came up with the idea to invite him to a hotel night?

A.  I was with Sean.

Q.  What were you and Sean doing?

A.  Having sex.

Q.  What, if any, drugs had you taken?

A.  Ecstasy.

Q.  And what do you remember happening on that occasion?

A.  I remember that we had watched a few of his videos back to back, and then we started talking about this, Kabrale and his size and everything.  And Sean was kind of like encouraging and flirtatious about it.  And I was like, I can probably message him and see what happens.

Q.  Let me ask you some follow-up questions.

        You said that you and Sean were talking about Kabrale's size.  What were you referring to?

A.  His private part.

P66Wcom3                    Jane - Direct

Q.   And you said that Sean was being encouraging and flirtatious.  What do you mean by that?

A.   He was, like, saying, like, do you want that dick?  Do you want that?  You think you can get that?  I don't think you can get that.  Or do you want that?  It was like this, kind of like encouraging kind of banter.  Or do you want to feel that?

Q.   What did you do after that conversation?

A.   I sent him a message.

Q.   You sent who a message?

A.   I sent Kabrale a message.

Q.   Over what?

A.   Instagram.

Q.   And did he respond?

A.   Yes.

Q.   How did you communicate after that?

A.   Through text message.

Q.   And what did you discuss over text message?

A.   We just made small talk.  I told him I was a fan of his work and that if he'd be interested to meet me, that maybe we should meet up one day.

Q.   At some point after you made contact with Kabrale, did you have a FaceTime video call with him?

A.   Yes.

Q.   Who were you with when you had a FaceTime video call with Kabrale?

P66Wcom3                       Jane - Direct

A.   Sean.

Q.   Do you remember about when this was?

A.   I think it was before I had met Kabrale in person, so maybe late '21, '22.

Q.   And why did you FaceTime Kabrale when you were with Sean?

A.   Sean wanted me to.

Q.   And when you FaceTimed with Kabrale, what happened on the FaceTime?

A.   Things got really, like, hot and steamy, and I just started to talk to him about sex and I was just, like, asking him to, like, show me himself.

Q.   So did he show you his genitals?

A.   Yes.

Q.   And did you show your body as well?

A.   Yes.

Q.   Why did you do that?

A.   Because my partner wanted that.

Q.   Where was Sean during this FaceTime call?

A.   Watching.

Q.   How was he watching?

A.   Because I would screen in the FaceTime on the TV.

Q.   So was the FaceTime screen from your phone mirrored up onto Sean's television?

A.   Yes.

Q.   After that FaceTime, did you meet Kabrale in person?

P66Wcom3                    Jane - Direct

A.   Yes.

Q.   How did you meet him in person?

A.   I -- I scheduled for his flight and trip to Los Angeles.

Q.   Where did Kabrale tell you he was coming from?

A.   Atlanta.

Q.   And where were you bringing him to?

A.   Los Angeles.

Q.   What, if any, conversations did you have with Sean about how you would get Kabrale from Atlanta to Los Angeles?

A.   I told him that I would set it up; I would arrange for his travel and his flight to come meet us in Los Angeles.

Q.   And so what did you do after telling Sean that?

A.   I booked his -- I booked Kabrale's flight online.

Q.   And how did you pay for that?

A.   On a website called Expedia.

Q.   Did you get reimbursed for that, or no?

A.   Yes.

Q.   Who reimbursed you for it?

A.   Sean.

Q.   What happened the first time you met Kabrale in person after flying him to Los Angeles from Atlanta?

A.   I remember when I first met Kabrale, he was just really sweet and we had just, like, little butterflies.  Just, it was the first time that I did something like that and meeting him in person and he was, he was cute and he was, like, just as

P66Wcom3                        Jane - Direct

nervous as me and really sweet and just, like, cute and nervous.

Q. What did you mean when you said it was the first time you did something like that?

A. I mean to contact an adult star and meet them in person.

Q. What did you and Kabrale and Sean end up doing that first time you met in person in Los Angeles?

MS. GERAGOS: Objection.

MS. COMEY: I can rephrase, your Honor.

THE COURT: All right.

BY MS. COMEY:

Q. What happened that first time that you met Kabrale in Los Angeles?

A. I remember we were making small talk and -- but before he arrived, I remember I was clear to him that it was me and my partner so he wouldn't be surprised or anything.

Q. So you had told Kabrale before he came to Los Angeles that your partner would be there as well?

A. Yes.

Q. And how had he responded to that?

A. He was fine with it.

Q. When Kabrale arrived -- what hotel was this at?

A. I believe this was the L'Ermitage in Beverly Hills.

Q. And what do you remember happening after Kabrale arrived?

A. I remember we were just making small talk, and he was

P66Wcom3                          Jane - Direct

really happy and for the most part it was -- it was doing kind of the same routine.

Q.   And when you say the same routine, what do you mean?

A.   I mean where I would be in an outfit and then the orals would come out, and I would dance and begin to do foreplay on Kabrale, which eventually led to sex.

Q.   Where was Sean throughout that whole routine?

A.   He was right there watching with me.

Q.   And what was he doing?

A.   Masturbating.

Q.   And what, if anything, do you remember him saying?

A.   He was really happy and saying positive things.

Q.   After that first meeting with Kabrale, about how often did you see Kabrale for hotel nights?

A.   I would say -- I would say I saw him a good amount of times.

Q.   And each time you saw Kabrale, who invited him to the hotel nights?

A.   Myself.

Q.   And did you -- well, let me back up.

Why did you invite Kabrale to these hotel nights?

A.   Because I knew my partner would want an entertainer for the night, or if I knew that was kind of where our night was going, I would often suggest Kabrale.

Q.   Why would you suggest Kabrale?

P66Wcom3                    Jane - Direct

A.  Because he was familiar to me.

Q.  To be clear, each time you suggested Kabrale, did you want to have sex with Kabrale?

A.  No.

Q.  Then why did you suggest him?

A.  Because he felt like a safe option for me.

Q.  In what cities do you remember having hotel nights with Kabrale?

A.  I remember Los Angeles, Miami, New York.

Q.  How many times do you remember having a hotel night with Kabrale in New York?

A.  Once.

Q.  Where in New York did you have that hotel night?

A.  Which -- what city, or --

Q.  Do you remember what hotel?

A.  The Trump Hotel.

Q.  And do you remember, is that in New York City?

A.  Yes.

Q.  Is that the Trump Hotel in Manhattan?

A.  Yes.

Q.  Each time you met with Kabrale for a hotel night, from where was Kabrale traveling?

A.  Atlanta.

Q.  Do you know how Kabrale got from Atlanta to each of those cities?

P66Wcom3                      Jane - Direct

A.   By plane.

Q.   Do you know who paid for his plane ticket?

A.   Maybe either me or sometimes Jess.

Q.   Who is Jess?

A.   The travel agent.

Q.   Whose travel agent?

A.   Sean's.

Q.   Sorry?

A.   Sean's.

Q.   When you booked Kabrale's flights, were you reimbursed, or no?

A.   Yes.

Q.   Who reimbursed you?

A.   Sean.

Q.   Other than Chef and Sly, did you and Sean refer to Kabrale by any other nicknames when you talked about him?

A.   No.

Q.   At the end of each hotel night with Kabrale, what, if anything, did you give to Kabrale?

A.   Money.

Q.   How much money?

A.   It varied.

Q.   What's the lowest amount you remember?

A.   I just remember the money felt like maybe $2,000 or something.

P66Wcom3                     Jane - Direct

Q.   And what's the most amount you remember?

A.   I would say maybe, like, 4,000.

Q.   And was that all in cash?

A.   Sometimes cash.  Sometimes through CashApp.

Q.   OK.  Let's focus on the cash.

When you gave Kabrale cash at the end of a hotel night, where did the cash come from?

MS. GERAGOS:  Objection.  Time period.

MS. COMEY:  I can rephrase, your Honor.

THE COURT:  All right.

BY MS. COMEY:

Q.   How many times did you hand cash to Kabrale?

A.   I would say majority of the time that I would see him.

Q.   OK.  And each of those times, did the cash come from the same place?

A.   Yes.

Q.   Where did the cash come from each of those times?

A.   From the drawer, from Sean.

Q.   What do you mean when you say from the drawer, from Sean?

A.   That's usually where money would be.

Q.   What money?

A.   Cash.

Q.   Whose cash?

A.   Sean's.

Q.   And then you mentioned CashApp.  About how many times do

you remember paying Kabrale over CashApp?

A.   Maybe a couple times.

Q.   And why did you end up doing that?

A.   Because there was no cash to give him at the end.

Q.   When you sent Kabrale cash over CashApp, were you reimbursed for that, or no?

A.   Yes.

Q.   Who reimbursed you?

A.   Sean.

Q.   And you mentioned that Kabrale was the first adult entertainment performer you reached out to, is that right?

A.   Yes.

Q.   How many more did you reach out to?

A.   One other person.

Q.   When did you reach out to that one other person, approximately?

A.   I would say around 2022.

Q.   And was that before or after you'd met Kabrale in person?

A.   After.

Q.   What was the name of the second adult entertainer that you reached out to yourself?

A.   Antoine.

         MS. COMEY:  Ms. Gavin, would you please pull up what's been marked for identification as Government Exhibit 2A-608.

Q.   Do you recognize the person in that photograph?

P66Wcom3                     Jane - Direct

A.  Yes.

Q.  Who is that?

A.  Antoine.

         MS. COMEY:  Would you please publish that, Ms. Gavin.

Q.  Jane, do you know Antoine by any other names?

         MS. GERAGOS:  No objection.

         MS. COMEY:  Oh, I'm so sorry.

         THE COURT:  Is that not in evidence?

         MS. COMEY:  Oh, I'm sorry.  I should have offered it.

         THE COURT:  2A-608 will be admitted.

         (Government Exhibit 2A-608 received in evidence.

BY MS. COMEY:

Q.  Did you know Antoine by any other names?

A.  I think it was, like, Antoine Harris.  I'm not really sure.

Q.  Do you know if that was his real name or his stage name?

A.  I think it was his stage name.

Q.  Do you remember his real name?

A.  I don't.

         MS. COMEY:  We can take that down.  Thank you.

Q.  How did it come about that you contacted Antoine?

A.  I contacted Antoine one night when me and Sean were
watching pornography, and we kept repeating this specific video
from Antoine and watching a lot of his other films.  And kind
of the same thing happened, where I was like, I was into seeing
Antoine.  And Sean was kind of encouraging it and being

P66Wcom3                        Jane - Direct

positive and I was, like, I'm just going to message him.  And so I did, over Instagram.

Q.  Had you taken drugs at that point?

A.  Yes.

Q.  What drugs?

A.  Ecstasy.

Q.  How did you contact Antoine?

A.  Through Instagram.

Q.  And then what happened from there?

A.  Then we exchanged numbers fairly quickly, and we got in touch over the phone pretty quickly.

Q.  And when you got in touch over the phone, what do you remember happening?

A.  I remember that he was actually only a city away from where we were.

Q.  Where were you and Sean at that point?

A.  In Los Angeles.

Q.  And where did Antoine tell you he was?

A.  In Los Angeles.

Q.  And what happened after that?

A.  We invited Antoine over.

Q.  What, if anything, did you tell Antoine about what you were inviting him over for?

A.  I said that I would like to meet him and I was with my partner and if he would like to come over and hang, just come

P66Wcom3                      Jane - Direct

over.

Q.   How did Antoine respond?

A.   Positively.  He came over.

Q.   Where did Antoine meet you that first time?

A.   Los Angeles.

Q.   Do you remember where you were?

A.   Yes.

Q.   Where were you?

A.   In my first residence.

Q.   In your apartment?

A.   Yes.

Q.   The apartment we talked about yesterday?

A.   Yes.

Q.   And what happened that first time that Antoine came over?

A.   I remember when I first met Antoine, he was really nice, really sweet, like, again, with, like, really cute, like, nervous energy and a lot of giggles, and I thought he was just so cute and bubbly.

Q.   Did you want to have sex with him?

A.   No.

Q.   Then why were you cute and bubbly with him?  Why did you invite him?

A.   I think I was just high and this was what was happening in our night.

Q.   If you already had contacted Kabrale, why did you contact

P66Wcom3                      Jane - Direct

Antoine?

A.  Because Kabrale was far.  He was in Atlanta.

Q.  And where was Antoine?

A.  Los Angeles.

Q.  And where were you living at the time?

A.  Los Angeles.

Q.  And if you didn't want to have sex with Antoine, why did you invite him over?

A.  Just to impress my partner.

Q.  That night did you have sex with Antoine?

A.  Yes.

Q.  Did you follow the same pattern that we've already talked about?

A.  Yes.

Q.  And what did Sean do throughout?

A.  He watched and he was happy.

Q.  At the end of that first sexual encounter with Antoine, what, if anything, did you give to Antoine?

A.  In that first night, nothing.

Q.  Did you later meet up with Antoine?

A.  Yes.

Q.  How many times?

A.  A good amount of times.

Q.  In what city or cities did you meet up with Antoine?

A.  Primarily Los Angeles.

P66Wcom3                    Jane - Direct

Q. What happened -- and where did you meet him in Los Angeles?

A. At hotels.

Q. Did you also meet him at your apartment sometimes?

A. Yes.

Q. Each time you met Antoine, what happened?

A. We would have sex and the same patterns.

Q. And who else would be in the room when you and Antoine had sex?

A. Sean.

Q. At the end of the rest of those nights when you met with Antoine, what, if anything, did you give to Antoine?

A. Money.

Q. What kind of money?  Cash or otherwise?

A. Cash.

Q. Where did the cash come from?

A. Sean.

Q. Now, after you met Kabrale and Antoine, did you ever FaceTime with them?

A. Yes.

Q. About how often did you FaceTime with Kabrale or Antoine?

A. Whenever Sean and I would be together having sexy time.

Q. Whenever you and Sean would be having, 0reak that down.

   Is that when you and Sean would be alone?

A. Yes.

Q. And why would you FaceTime with Kabrale and Antoine when

P66Wcom3                    Jane - Direct

you were alone with Sean?

A.  Because Sean wanted to see something live happening while
we were together.

Q.  How did you know that?

A.  He would ask me.

Q.  And then when you FaceTimed Kabrale and Antoine, what
happened on the FaceTimes?

A.  On the FaceTimes, I would start flirting with either
Antoine or Kabrale, and then like a sexting-style FaceTime
would happen and would be this whole sex FaceTime.

Q.  What was Sean doing during each of these FaceTimes?

A.  Watching.

Q.  How was Sean able to watch these FaceTimes?

A.  On his TV, because I screen record -- screen mirrored.

Q.  Is that the same way you described Sean being able to watch
that first FaceTime with Kabrale?

A.  Yes.

Q.  Each time you FaceTimed with Kabrale and Antoine in this
way, did you tell Kabrale and Antoine that Sean was in the
room?

A.  No.

Q.  What did you tell them?

A.  That I was alone.

Q.  Why did you tell them that you were alone?

A.  Because I didn't want them to feel uncomfortable.

P66Wcom3                    Jane - Direct

Q.   After you met Kabrale and Antoine, did you ever ask them to send you pictures of their genitals?

A.   Yes.

Q.   About how many times?

A.   A few times.  Lots of times, actually.  A few.

Q.   Why did you ask for that?

A.   Because that's what Sean wanted.

Q.   How did you know that was what Sean wanted?

A.   Because he would ask me to ask them to send nudes.

Q.   So every time you texted -- well, let me back up.

     Were these over texts or some other form of communication when you made these requests?

A.   Texts.

Q.   Every time you texted Kabrale and Antoine requesting these kinds of pictures, were you alone, were you with someone else or did it vary?

A.   I was alone.

Q.   You were alone, you said?

A.   I was alone with Sean.

Q.   Alone with Sean.  OK.

     Did you ever text a request to Kabrale or Antoine for pictures of their genitals when you were alone without Sean?

A.   No.

Q.   And each time you sent those requests, why did you send them?

P66Wcom3                    Jane - Direct

A.   Because I -- my partner wanted to see explicit photos.

Q.   And each time how did you know that?

A.   Because he would say, like, get them to send you something or FaceTime them or get them to send you something.  And so they would.

Q.   Were there ever times that Kabrale or Antoine sent you images of their genitals when you were alone without Sean?

A.   Yes.

Q.   How did you respond when you received those images when you were alone without Sean?

A.   I was just polite and I would be flirtatious but not as heavy flirtatious.

Q.   How did those responses compare to the texts you sent to Antoine and Kabrale when you were with Sean and they sent you these pictures?

          MS. GERAGOS:  Objection.

          THE COURT:  Sustained.

BY MS. COMEY:

Q.   Did you send something different when you were with Sean when they sent you these pictures?

A.   Yes.

Q.   How so?

A.   I was more explicit and sounding very horny and really more aggressive.

Q.   Why?

P66Wcom3                    Jane - Direct

A.  Because I wanted to receive these images and videos for my partner.

Q.  Why did you want to receive these images and videos?

A.  Because my partner wanted to see that, and I wanted to turn my partner on.

MS. COMEY:  Ms. Gavin, could we please pull up what is in evidence as Government Exhibit F-101 and turn to pages 33 and 34.

Q.  And while we're doing that, let me ask you, Jane, did you ever see Kabrale in person without Sean?

A.  No.

Q.  Did you ever see Antoine in person without Sean?

A.  No.

MS. COMEY:  Now, while we're looking at this, can we please just zoom in on the top two texts on the left.

Q.  Jane, do you recognize these?

A.  Yes.

Q.  What are they?

A.  They're text messages between me and Kabrale.

Q.  Who sent the blue messages?

A.  I did.

Q.  And who sent the green messages?

A.  Kabrale.

Q.  And what's the date of these messages?

A.  November 9, 2021.

P66Wcom3                    Jane - Direct

Q.  Do you remember at this point if you'd met Kabrale in person or not?

A.  I believe so.

Q.  What did you text to Kabrale?

A.  I said, oh, today for you, actually I'm so horny.

MS. COMEY:  Then let's go to the next two messages, please.

Ms. Gavin, would you zoom in on the next two.

Q.  Jane, what did you write next?

A.  I said, I need you.

Q.  Why did you send those messages to Kabrale?

A.  Because I was trying to flirt with him to receive explicit videos or photos of him.

Q.  And why were you trying to receive explicit videos or photos of him?

A.  Because that's what my partner wanted.

Q.  Do you remember if you were with Sean when you sent these texts to Kabrale?

A.  Yes.

Q.  So were you with him, or no?

A.  Yes.

Q.  How did Kabrale respond?

A.  Yes, I am, baby and I'm most definitely down.  I would love to see you.

MS. COMEY:  Can we go to the next text messages,

please, Ms. Gavin.

Q.  What did you write next?

A.  I said, we need to have a convo first, baby.  I'm touching myself right now.  What are you doing?

Q.  Why did you send those messages to Kabrale?

A.  To just get him turned on.

MS. COMEY:  Can we see the next two text messages, please.

Q.  How did Kabrale respond?

A.  He said, OK, love.  Want me to call you?

Q.  Then what did you say?

A.  I said, yes, baby, please.

Q.  And then after this, did you FaceTime with Kabrale?

A.  Yes.

Q.  And then what happened?

A.  Then we had like a sexting FaceTime.

Q.  Were you alone or with someone throughout this conversation in the FaceTime?

A.  I was with Sean.

MS. COMEY:  We can take this down -- actually, leave the exhibit up, please, and jump to pages 51 and 52.  Can you zoom in on the top two, please.

Q.  What did you send to Kabrale?

A.  I said, what's your full name and DOB.

Q.  And then what's the next text you sent?

P66Wcom3                    Jane - Direct

A.   I said, I'm so horny right now.

Q.   Why did you send these texts to Kabrale on the same day?

A.   Just to keep the energy going of keeping him turned on.

Q.   And why were you asking for his full name and date of birth?

A.   Because I was getting ready to book his travel.

          MS. COMEY:  We can take that down.

          Can you please zoom in on the bottom right.

Q.   What did he send you?

A.   He sends me Kabrale Williams and then his date of birth.

          MS. COMEY:  We can take that down.

Q.   And then what did you say?

A.   I said, perfect.  One sec.

Q.   What did he say in response?

A.   He put a heart on what I said.

          MS. COMEY:  Then can we go to the next two.

Q.   What did Kabrale say?

A.   He said, get that.

Q.   What did you understand that to mean?

A.   It means, like, OK.

Q.   And then what did you say next?

A.   I said, she's booking.  I'll forward as soon as I get the details.

Q.   Who were you referring to when you said she's booking?

A.   I was referring to Jess.

P66Wcom3                    Jane - Direct

Q.  Who's Jess?

A.  The travel agent.

Q.  Whose travel agent?

A.  Sean's.

Q.  So what was Jess, Sean's travel agent, booking on November 9, 2021?

A.  A flight for Kabrale.

MS. COMEY:  Can we now jump please to pages 218 and 219 of this exhibit.

Now, can you zoom in on the big text on the left, please, Ms. Gavin.  Just the bottom one, please.

Q.  Jane, can you tell us what we're seeing here?

A.  It's a text message from Kabrale.

Q.  To who?

A.  Me.

Q.  And what did he write at the top?

A.  He said, missing you, lovely.

Q.  And we can't see the files down here, but do you remember what he sent you?

A.  These are probably explicit videos or explicit photography.

(Continued on next page)

P66ACom4                    Jane - Direct

BY MS. COMEY:

Q.  Of who?

A.  Kabrale.

Q.  And what's the date of this text?

A.  This says March 23rd, 2022.

    MS. COMEY:  We can take that down.  Thank you.

Q.  And before March 23rd, 2022, when was the last time you and Kabrale had communicated with each other?

    MS. COMEY:  Can we zoom in on that, please.  That top message.

A.  It was March 4th, 2020 -- 22.

Q.  And then after Kabrale sends you this message a couple weeks later on March 22nd, 2022, how did you respond over on the right?

A.  I say:  Looking good with two smiley faces.

Q.  Why did you say looking good with two smiley faces in response to Kabrale sending you that text?

A.  Because I just was just being more bland in my response.

Q.  Why were you being bland in this response as opposed to the earlier texts we looked at?

A.  Because when I'm in my sober mind receiving these messages, it's kind of -- it's not something that I like to see.

Q.  If it's not something you like to see, why didn't you just say don't send me something like that?

A.  Because I wanted to keep a good relationship with him.

P66ACom4                        Jane - Direct

Q.  So when you received these images and sent this, what you called a blander response, were you alone or with someone?

A.  I was alone.

MS. COMEY:  We can take that down.  Thank you.

And then can we zoom in on the text to the right, please.

Q.  What did Kabrale say in response?

A.  He said:  Thank you beautiful.  How are you.

Q.  And did you respond to that text?

A.  No.

Q.  And then when did Kabrale text you again?

A.  April 11, 2022.

Q.  And what did he say to you?

A.  What's up beautiful.  How's your day going.

MS. COMEY:  We can take that down.  Thank you.

Q.  And, Jane, I want to go back to what we were talking about on the earlier texts.  You remember we were talking about Jess booking a flight for Kabrale?

A.  Yes.

Q.  Do you remember why you were booking, having Jess book that flight for Kabrale?

A.  I think at the time I was just too high to type anything.

Q.  And so what was the purpose of having Kabrale take a flight to see you?

A.  So that he could be the entertainer for the night.

P66ACom4                    Jane - Direct

Q.  What does it mean for him to be the entertainer for the night?

A.  It meant that he would be the guy having sex with me for this evening with Sean.

Q.  Now, after you met Kabrale and Antoine in person, who would coordinate with them to come to hotel nights?

A.  Me.

Q.  And after you started coordinating with Kabrale and Antoine, were there any other entertainers, you started coordinating with?

A.  Yes.

Q.  About how many others?

A.  I would say maybe two.

Q.  And why did you coordinate with those other two?

A.  Because I had a familiarity with them as well.

Q.  What were their names?

A.  Paul and Don.

Q.  We'll talk about them a bit more in a moment.

Other than those that you coordinated yourself, any of the other entertainers, who coordinated the other entertainers to come to hotel nights?

A.  Sean.

Q.  I want to talk more about the entertainers now.

Between May of 2021 and your breakup or your break with Sean in October of 2023, about how often did you

P66AСom4                    Jane - Direct

participate in one of these hotel nights with Sean and another man?

A. Often.

Q. Can you estimate about how frequently?

A. Very often.  It was like sometimes every week, every other week.

Q. Were there sometimes longer gaps?

A. Yes.

Q. After you got back together after that break from Sean in February of 2024, where did these nights with Sean and another man take place?

A. After?

Q. After February of 2024?

A. They would take place in his residence in Miami.

Q. Whose residence?

A. Sean's.

Q. Which residence is that?

A. 2 Star.

Q. And was there anyone else's residence where these nights took place in 2024?

A. Yes.

Q. Whose?

A. Mines.

Q. Without saying the address which residence?

A. The one in Los Angeles.

P66ACom4                    Jane - Direct

Q.  The one you're still living in?

A.  Yes.

Q.  Did you have any other nights like this in hotels after February 2024?

A.  No.

Q.  Before -- excuse me.  Withdrawn.

Between February of 2024 and Sean's arrest later in 2024, did the frequency of these nights increase, decrease, or stay the same in comparison with the earlier part of your relationship?

A.  They decreased.

Q.  So about how often do you remember having these kinds of nights with Sean after February of 2024?

A.  They were much less.

Q.  Can you estimate about how many you had?

A.  I want to say maybe under five times or five times.

Q.  Are you estimating?

A.  Yes.

Q.  Now, in total, between May of 2021 and Sean's arrest in 2024, do you know how many different men you were paired up with during these nights?

A.  No.  I don't like to think about that.

Q.  I'd like to talk about some of those men if that's okay.

A.  Okay.

MS. COMEY:  Can we please pull up what is in evidence

P66AC om4                    Jane - Direct

as Government Exhibit 2A-614.

Q.   Remind us who this is.

A.   This is Don.

Q.   And remind us when you first met him?

A.   2021.

Q.   Between that first time in 2021 -- or after that first time in 2021, when was the last time you had one of these nights with Don?

A.   August 2024.

Q.   And where was that last time in August of 2024?

A.   At Sean's residence in Miami.

Q.   At 2 Star?

A.   Yes.

Q.   Between your first time with Don in 2021 and the last time in August of 2024, about how many times do you recall seeing Don for one of these hotel nights?

A.   A good amount of times.

Q.   Where do you remember seeing Don for those encounters?

A.   I remember seeing him at various hotel rooms and also Sean's residence in Miami.

Q.   In what city or cities did you see Don for these nights?

A.   Miami.

Q.   Did you ever see him outside of Miami?

A.   No.

          MS. COMEY:  We can take that down.  Thank you.

P66ACom4                      Jane - Direct

Can we please pull up what is in evidence as Government Exhibit 2A-602.

Q.  Do you recognize that person?

A.  Yes.

Q.  Who is that?

A.  Paul.

Q.  How did you meet Paul?

A.  Through Sean.

Q.  About when did you meet Paul?

A.  Maybe in 2021.

Q.  When was the -- and what did you meet Paul for?

A.  One of these nights.

Q.  Did you have sex with Paul?

A.  Yes.

Q.  In front of who?

A.  Sean.

Q.  When was the last time you did that with Paul?

A.  End of July 2024.

Q.  Between when you met Paul in 2021 and the end of July in 2024, about how often did you see Paul for a hotel night where you had sex with him?

A.  Very often.

Q.  Based on your conversations and interactions with Paul, what was your understanding of what Paul did for work?

A.  I -- I thought he was a personal trainer.

P66AСom4                    Jane - Direct

Q.   When did you find out he was a personal trainer?

A.   Just in conversation between us.

Q.   Did you find that out the first time you met him or later on?

A.   Kind of like the first time.

Q.   What do you remember him saying about that?

A.   That he was a personal trainer and that he also worked for the website.

Q.   What website?

A.   Cowboys & Angels.

Q.   And remind us what Cowboys & Angels is?

A.   It's an escort website.

Q.   Do you know who Paul trained as a personal trainer?

A.   Sean.

Q.   Do you know when approximately Paul started training Sean as a personal trainer?

A.   I don't.

Q.   Do you know -- well, withdrawn.

In what cities or countries do you remember seeing Paul for these hotel nights?

A.   I remember seeing Paul in Los Angeles, Miami, and Turks.

Q.   When did you see him in Turks?

A.   I saw him in Turks I would say sometime in 2023.

Q.   We'll talk about that in a little bit.

In Los Angeles and Miami did you see him in those

P66ACom4                    Jane - Direct

cities once or more than once?

A.  More than once.

Q.  Do you know how Paul got to all of those different cities to see you?

A.  He would book his own travel or he'd already be there.

MS. COMEY:  We can take that down.  Thank you.

Ms. Gavin, would you please pull up what's been marked for identification as Government Exhibit 2A-606.

Q.  Jane, do you recognize this exhibit?

A.  Yes.

Q.  What is it?

A.  It's a photo of a man named Leo I believe.

Q.  And how do you know this man?

A.  Met him through Sean.

Q.  For what?

A.  For one of these nights.

MS. COMEY:  Your Honor, the government offers this exhibit in evidence.

MS. GERAGOS:  No objection.

THE COURT:  2A-606 will be admitted.

(Government's Exhibit 2A-606 received in evidence)

MS. COMEY:  May we please publish.

Q.  About when did you first meet Leo?

A.  I would say in 2022.

Q.  And how did you first meet Leo?

P66AСom4                    Jane - Direct

A.  On my birthday.

Q.  Who introduced you to Leo on your birthday in 2022?

A.  Sean.

Q.  About when was the last time you saw Leo?

A.  I would say sometime in 2023.

Q.  And between when you met him on your birthday in 2022 and the last time in 2023, about how often did you see him in between?

A.  Every so often.

Q.  And each time you saw him, what was the purpose of you seeing him?

A.  To have sex.

Q.  In front of who?

A.  Sean.

Q.  In what city or cities do you remember seeing Leo for these hotel nights?

A.  Los Angeles.

Q.  Did you call Leo any other names?

A.  Italian.

Q.  I'm sorry?

A.  Italian.

Q.  Okay.

        MS. COMEY:  We can take that down.  Thank you.

        Ms. Gavin, can you please pull up what's been marked for identification as Government Exhibit 2A-634.

P66AСom4                         Jane - Direct

Q.  Do you recognize the person in that photograph?

A.  Yes.

Q.  Who is that?

A.  I don't remember his name.

Q.  How do you know him?

A.  It was somebody that Sean brought into the room at one of these nights.

    MS. COMEY:  Your Honor, the government offers this exhibit in evidence.

    THE COURT:  2A-634 will be admitted.

    MS. COMEY:  May we publish, please.

    (Government's Exhibit 2A-634 received in evidence)

Q.  About when do you remember meeting this man?

A.  I would say in 2021.

Q.  And how many times do you remember seeing him for one of these hotel nights?

A.  Once.

Q.  Can you tell us what happened that one time in 2021?

A.  I remember Sean said that he had someone coming over and he invited this man over.  And, honestly, I was like immediately repulsed by him.

Q.  Do you remember where you were?

A.  I was in -- I was on the bed.  I was in a hotel room.

Q.  Do you remember what hotel?

A.  I want to say it was also the L'Ermitage.

P66ACom4                    Jane - Direct

Q.   What happened when you met this man at the L'Ermitage?

A.   I just remember that he was really sweaty and I just thought he didn't look nice and that he kind of smelled.  And I just remember I was just hesitant with him.

        MS. COMEY:  We can take down the photo.

Q.   I'm going to keep asking you about this person though, okay, Jane?

A.   Okay.

Q.   What did you do after you realized you were having these negative feelings about this man?

A.   I just tried to kind of -- I tried to make it work.  I tried to -- I tried to kind of seduce him in like -- in like with my body, and try to kind of, I don't know, just try to make some sort of attraction happen.  And it just wasn't. Like, I just remember him sweating so much.  And I was kind of like throwing looks at my partner, like, I didn't, I didn't -- I wasn't feeling this.

Q.   When you say you were throwing looks at your partner, who were you throwing looks to?

A.   Sean.

Q.   And you said that you were trying to seduce this man.  What were you and the man wearing at this point?

A.   I was in lingerie and heels.

Q.   And what was the man wearing?

A.   Nothing.

Q.  And what did you do to try to seduce this man?

A.  I tried to touch his chest.  I tried to bring him closer to me.  And I remember Sean trying to say, like, if I want to taste it or if I want to do something with him.  And I was trying to just kind of move around that subject and just was trying to find different ways to kind of -- I don't know.

Q.  When you say you were trying to move around that subject, what subject are you referring to?

A.  To perform oral sex.

Q.  So what did you do to try to avoid performing oral sex on this man?

A.  I just -- I think at that point I think I just like really turned to my partner, like, like I just can't, like...

Q.  So what did you say to Sean?

A.  That I wasn't feeling this.

Q.  How did Sean respond?

A.  He laid me down and started having sex with me.  And --

Q.  Where did he lay you down?

A.  The bed.

Q.  And where was the other man when Sean laid you down and started having sex with you?

A.  Like hovering on top of me and my face.

Q.  On the bed?

A.  Yes.

Q.  And then what did Sean do as he was having sex with you?

P66ACom4                        Jane - Direct

A.   He was telling me to look at it and -- I just remember this man like sweating on me.

Q.   Sean was telling you to look at what?

A.   This man's private part.

Q.   What happened next?

A.   Then Sean stopped having sex with me and finally excused the man.

Q.   When you say he excused the man, what do you mean?

A.   He said, okay, like, no worries.  And just said bye to the guy.

Q.   After the guy left, what happened next?

A.   After the guy left, that's when I first met Paul.

Q.   What do you mean?

A.   I meant that -- that Sean had another plan, like a plan B.

Q.   So after Sean excused the first man, what did Sean say to you?

A.   That he has a surprise coming.

Q.   And you said he had a plan B.  Are those your words or his words?

A.   These are my words.

Q.   After Sean said he had someone else coming, what happened next?

A.   Then Paul arrived.

Q.   And then what happened when Paul arrived?

A.   When Paul arrived, I remember seeing Paul and I was

P66AСom4                    Jane - Direct

blindfolded.

Q.   What happened?

A.   And I remember Sean wanted me to touch this new man, and touch him while I was blindfolded.  And then I took off my blindfold and I saw Paul.

Q.   Had you met Paul before Sean brought him into the room while you were blindfolded?

A.   No.

Q.   Did you know his name at that point?

A.   No.

Q.   After you took off the blindfold, what happened next?

A.   I was -- I took a liking to Paul.

Q.   What do you mean?

A.   I was more comfortable around Paul.  I felt that he was handsome.  I thought he looked nice.  And he had a really nice, like, warm energy about him that I liked.

Q.   Did you want to have sex with Paul?

A.   No.

Q.   Then why do you say you took a liking to him?

A.   I mean that if this was the situation, then I found that this person was nice.

Q.   What do you mean when you say if this was the situation?

A.   If I had to have sex with somebody, then I guess it's not so bad with Paul.

           MS. COMEY:  Ms. Gavin, could you please pull up just

P66ACom4                    Jane - Direct

for the witness and the parties what's been marked for

identification as Government Exhibit 2A-604.

Q.  Do you recognize this?

A.  Yes.

Q.  What is it?

A.  It's a photo of a man.

Q.  Do you know the man's name?

A.  I believe his name is Michael.

Q.  How do you know Michael?

A.  I met Michael through Sean.

Q.  In what context?

A.  It was one of the nights that I was meeting Sean at a hotel room.

Q.  So for one of these hotel nights?

A.  Yes.

          MS. COMEY:  Your Honor, the government offers this in evidence.

          MS. GERAGOS:  No objection.

          THE COURT:  2A-604 will be admitted.

          (Government's Exhibit 2A-604 received in evidence)

          MS. COMEY:  May we please publish to the jury.

Q.  About how many times do you remember seeing this person you know as Michael for one of these hotel nights?

A.  I remember seeing Michael I think two times.

Q.  When was the first approximately?

P66AСom4                    Jane - Direct

A.   I think some time in end of '22 or '23.

Q.   Are you estimating?

A.   Yes.

Q.   How did you end up meeting Michael around that time?

A.   I ended up meeting Michael -- Sean invited me to a hotel and I met up with Sean at the hotel room.

Q.   Do you remember what hotel?

A.   I believe it was The Edition, Los Angeles.

Q.   And what happened at The Edition?

A.   I remember I met with Sean and he said that something new was coming.  And then, like, just a bit later, I remember Sean was having small talk with this guy on the balcony or patio area and then he invites me out to meet them both.

Q.   What happened next?

A.   I remember Michael was really nice and he was nice mood and we took a liking to each other and I found him attractive and we just were making small talk.

Q.   Did Sean say how he knew Michael or how he met him?

A.   No.  Not really.  And then later on I think it was Cowboys.

Q.   What do you mean later on you think it was Cowboys?

A.   I think --

         MS. GERAGOS:  Objection.

         THE COURT:  Sustained.

Q.   Did you later have a conversation with Sean about Michael?

A.   Yes.

Q.  And during that conversation what did Sean tell you about Michael?

A.  That he was from Cowboys.

Q.  What's Cowboys?

A.  Escort website.

Q.  Back to this first time when you met Michael, what do you remember happening in the hotel room after you had first met him and made small talk?

A.  I remember the same kind of routine happened.  And I remember Sean was trying to film and I remember that this man was the first man that said, no, I don't want to be filmed.

Q.  And what did Sean do in response when Michael said, no, I don't want to be filmed?

A.  He turned the camera off.

Q.  Did you end up having sex with Michael that first time?

A.  Yes.

Q.  Who was there when that happened?

A.  Sean.

        MS. COMEY:  And we can take that down, Ms. Gavin.

Q.  But I want to keep talking about Michael.

        When was the next time you can remember seeing Michael for one of these hotel nights?

A.  I remember seeing him at the L'Ermitage.

Q.  Do you remember when that was?

A.  I -- I have a fuzzy memory of if it was just me and Michael

P66AСom4                    Jane - Direct

and Sean, or if he was a part of that sobriety party.

Q.  So can you clearly remember in your mind whether the next
time you saw him was for that sobriety party we talked about
earlier or a different time?

A.  Can you repeat that?

Q.  You said it's a little fuzzy.  Can you explain what you
mean when you say it's a little fuzzy?

A.  I -- I have a memory of having sex with Michael at the
L'Ermitage, and then I don't know if it blends in in my memory
if it was the same --

        MS. GERAGOS:  Objection, your Honor.

        THE COURT:  It's overruled.

Q.  You can keep going, Jane.

A.  And then I have a -- I'm mixing his -- his memory with if I
saw him just one on one with Sean at a hotel night or if -- if
it was me, Michael, and him at the sobriety party starting --
yeah, starting a sobriety party.

        I can't remember if that was the third time or second
time with Michael.

Q.  So let's be clear.  Do you remember seeing Michael at the
sobriety party you told us about before the break?

A.  I do.

Q.  And do you remember if he was the first, second, or third
man you had sex with during that sobriety party?

A.  The first.

P66ACom4                        Jane - Direct

Q.   And is the fuzziness you're talking about whether there may have been another time other than the two times you've told us about when you had sex with Michael while Sean was there?

A.   Yes. I believe there was a time in between.

Q.   Okay.

        MS. COMEY:  Ms. Gavin, will you please pull up what's been marked for identification as Government Exhibit 2A-629.

Q.   Do you recognize the person in this photograph?

A.   Yes.

Q.   Who is that?

A.   I don't know his name.

Q.   How do you know him?

A.   Met him on my birthday.

Q.   Which birthday did you meet him on?

A.   My birthday in 2023.

Q.   How did you meet him?

A.   Through Sean.

Q.   For what?

A.   One of these nights.

        MS. COMEY:  Your Honor, the government offers this exhibit in evidence.

        MS. GERAGOS:  No objection.

        THE COURT:  All right.  2A-629 will be admitted.

        (Government's Exhibit 2A-629 received in evidence)

        MS. COMEY:  May we please publish that to the jury,

P66AСom4                    Jane - Direct

Ms. Gavin.

Q.  Where were you for your birthday in 2023 when you met this man?

A.  I went to Miami to celebrate my birthday with Sean.

Q.  And when you went to Miami to celebrate your birthday, before you left, what had Sean told you about the plan for your birthday?

A.  He said that -- to come to Miami, that we would spend time together and just have like birthday vibes, just me and him.

Q.  So based on that conversation with Sean, what did you expect you would be doing over your birthday in 2023?

A.  I expected just quality time with my partner.  Just -- just a birthday celebration, dinner, us, sex, togetherness.

Q.  You said you expected sex.  Who did you expect to have sex with?

A.  Sean.

Q.  Anyone else?

A.  No.

Q.  By this time, had you told Sean you did not want to do a hotel night?

A.  Yes.

Q.  When you arrived in Miami for your birthday in 2023, what happened?

A.  I remember we were at dinner and I dressed up for him.  We were at a sushi place and I was really just happy to be around

P66AcCom4                     Jane - Direct

my -- my lover.  And he was just so loving and sweet as always.
And then he starts to tell me, I'm so excited to see what
entertainment is tonight.  Something like that.

Q.  Where were you when Sean said that?

A.  Right next to him at dinner.

Q.  Where were you at dinner?

A.  Where?

Q.  Do you remember where you went to dinner?

A.  We went to Nobu.

Q.  Was that inside the hotel you were staying at?

A.  Yes.

Q.  How did you react when Sean brought up entertainment?

A.  I just gulped.  Like ugh, like I just had this, like, gulp
moment.  Like, like something was stuck in my throat, like
because I didn't expect that.

Q.  What did you say to Sean?

A.  I said entertainer, like I -- I was just kind of like --
like I didn't really have the words.  And he was like, well,
it's your birthday, I thought you just wanted to have fun for
your birthday.  It's your birthday.  We should try something
new for your birthday.

Q.  How did you respond?

A.  I just -- I don't know.  I just accepted it.

Q.  Why?

A.  I don't know.

P66AСom4                    Jane - Direct

Q.  What happened after that dinner?

          MS. COMEY:  Ms. Gavin, can you take down the photo please.

A.  Thank you.

          After that dinner, we go upstairs and he gives me my birthday gift.

Q.  Do you remember what it was?

A.  A necklace.

Q.  What happened after Sean gave you that necklace?

A.  This man comes in.

Q.  The man we were just looking at in that photo?

A.  Yes.

Q.  What happened when the man came in?

A.  I just remember at this point in our relationship this just had become so routine that I just was in my same rhythm, almost just like robotically.  And just the same thing, just small talk.  I'm in lingerie.  I'm just flirting with the guy, and I'm just getting things comfortable and just -- nice in that moment.

Q.  Do you need a break, Jane?

A.  No.

Q.  You described yourself as robotic.  Could you explain what you mean by that?

A.  I just feel like -- I just feel like at this point that I've just done so many of these, that I just know how to -- how

P66ACom4                      Jane - Direct

to just tune out and just kind of get in the -- like a zone. And I just know what my partner likes to see.  And I just turn on this person, and I just begin.

Q.  You said you tune out, what did you mean by that?

A.  I mean I just -- I just put my -- my thoughts away.

Q.  And then I think you said something like you brought this person out; did I hear that right?

A.  Yes.

Q.  What did you mean by that?

A.  I just tune into someone else.

Q.  What do you mean?

A.  Just somebody just who can -- who can just -- just perform this.  Just tune into somebody that can just -- that can just do this and just get into it.

Q.  So after you tuned into being that kind of person in this room, what do you remember happening with this man on your birthday in 2023?

A.  I just remember we were much quicker.  I was much quicker with this person.  I didn't -- I did not know him.  He felt more like a stranger to me more than anyone.  And I just felt that it was just even more of an invasive moment because it was my birthday and I didn't want to do this on my birthday.

        And I just remember I just sat there.  I was already on the couch.  I just wanted to, like, get in position to have intercourse so that we could just get it over with.

P66AConm4                        Jane - Direct

Q.  What do you remember happening when you were sitting on the couch getting ready to have intercourse with this man?

A.  I remember I asked for a condom.

Q.  Who did you ask for a condom?

A.  Sean.

Q.  Where was Sean when you asked him for a condom?

A.  Behind the man.

Q.  How did Sean respond when you asked for a condom?

A.  Very upset.  He was very upset.

Q.  Do you remember what he did?

A.  Behind this man, I remember Sean giving me these really bad looks, these really dirty looks.  Like shaking his head, like you better not ask for a fucking condom.  Like I remember those words out of his mouth.  I could just read -- read it.

Q.  What words did you hear out of his mouth?

A.  You better not ask for a fucking condom.

Q.  What else did you hear him say?

        MS. GERAGOS:  Objection.

A.  That was it.

        THE COURT:  Overruled.

        THE WITNESS:  I'm sorry.

        THE COURT:  You can answer.

Q.  Was that the only thing you remember him saying?

A.  Yes.

Q.  How did you react when Sean said you better not ask for a

P66ACom4                    Jane - Direct

fucking condom?

A.  I just tried to play it off like I didn't see it.  And I just -- I took it in like -- I take his energy in, like I didn't react to it because right in front of me was this man in between my legs getting ready to have sex with me and I didn't want to, like, sour the mood.

Q.  Why didn't you want to sour the mood?

A.  Because I just -- I just -- I just didn't want -- I just didn't want my partner unhappy with me.

Q.  Jane, do you need a break or are you okay to keep going?

A.  No.  I'm okay.

Q.  Okay.  What happened next if you're ready to tell us.

A.  I remember I got -- I got the condom.  I remember I was able to have that condom moment at least.

Q.  Do you remember how you were able to get the condom?

A.  Sean gave him a condom.

Q.  How did that happen if he had said you better not ask for one?

A.  Because he could see that I really wanted one.  And that he said what he said, and he turns around, grabs it, and gives it to the guy.  And then the guy has sex with me with a condom.

Q.  And what was Sean doing while the guy had sex with you with a condom?

A.  He hated it.  He was like walking away.  He was just so disinterested.  Even while all this was happening, he just

P66AComm4                    Jane - Direct

seemed so disappointed in what was happening.  And it just made me feel really, really bad.  And I just wanted it to be over.

Q.  How did that end?

A.  With the guy finishing.  I can't remember where.

Q.  After the man finished, what do you remember happening next?

A.  I just remember we switched rooms.

Q.  So after the man finished having sex with you, did he leave?

A.  Yes.

Q.  And then you said we switched rooms.  Who switched rooms?

A.  Sean and I moved to a bigger suite.

Q.  In the same hotel?

A.  Yes.

Q.  And what happened when you got to the bigger suite?

A.  I remember Sean was -- Sean was -- he shifted his energy. He was more loving.  He was celebratory.  He had a surprise for me at the table of that suite.  And it was cake, flowers.  I think there was another bracelet, and just drinks and balloons. And he made that suite look really nice for me when we got there.

Q.  And what happened after you got to that suite?

A.  After that, we just had that rare bit of alone time.  And then I don't even know how, I don't even remember, but then Kabrale comes.

P66ACom4                    Jane - Direct

Q.  Do you remember any conversation between you and Sean before Kabrale came?

A.  I don't remember them.

Q.  Do you remember how Kabrale ended up coming?

A.  I don't remember.

Q.  What happened when Kabrale came?

A.  I remember when Kabrale came, it was just -- just hours and hours of that.

Q.  Hours and hours of what, Jane?

A.  Sex, foreplay, pleasing this guy.  Just doing so much. Just doing all of it.

Q.  When you say doing so much, what are you referring to?

A.  Just -- just foreplay with Kabrale, doing things I know my partner wants to see.  Going back and forth between the men.  I don't even know how long Kabrale was there.  I don't know if it was multiple rounds.  I don't know.  But by that time he left, it was morning.

Q.  Throughout the time that you were having sex and foreplay with Kabrale, where was Sean?

A.  He was in the room with me watching.

Q.  At the point when Kabrale left, how long had you been having sex during this hotel night?

A.  So long, so long.

Q.  After Kabrale left, what if anything do you remember Sean saying to you?

P66ACom4                    Jane - Direct

A.  That Don was coming.

Q.  How did you react when you heard that Don was coming?

A.  I reacted like it was nothing, but inside I hated it.

Q.  Why did you react like it was nothing if you hated it?

A.  Because I love my partner.  I just --

Q.  Jane, did Don end up coming on your birthday?

A.  Yes.

Q.  And what happened when he came?

A.  We had sex.

Q.  Who was there when you had sex?

A.  Sean.

        MS. COMEY:  Your Honor, I think this might be a good time to take a lunch break if you're okay to do it a little early.

        THE COURT:  That's fine.

        Thank you, members of the jury.  We'll take a break and we'll be back at 1:15.  As always, do not speak about the case each other or with anybody else and do not look up anything about the case.

        With that, have a good lunch.  All rise for the jury.

        (Continued on next page)

P66ACom4                    Jane - Direct

(In open court; jury not present)

THE COURT:  Jane, you can come back at 1:15.

THE WITNESS:  Okay.  Thank you.

(Witness not present)

THE COURT:  Be seated.  Anything for us to pick up before we take a break for lunch?

MS. SMYSER:  Not for the government.

THE COURT:  Anything from the defense?

MR. AGNIFILO:  Yes, your Honor.  Can we have a quick sidebar with the government on an issue that I want the Court's advice on.

THE COURT:  Yes.

(Continued on next page)

P66AСom4                    Jane - Direct

(At sidebar)

MR. AGNIFILO:  Thank you, Judge.

So I've been speaking with the marshals.  The marshals have been letting us use the courtroom until 6:00 and it's very, very helpful.  What they said is we can only do it this week.  We can't do it next week.  And I asked the marshals if -- because I know your Honor had a conversation with someone.  If that were to happen again, meaning your Honor would speak to someone at the marshal service, could we do the same thing next week that we did this week.  And there's some openness, at least from the marshals that are in the courtroom, to that possibility.  Which is very helpful to us.

So I just wanted to sort of float that past the Court.

THE COURT:  So the only thing -- that's fine with me.

MR. AGNIFILO:  Yeah.

THE COURT:  I will check with the marshals and make sure there's not an issue.  And what I understand is that that is a particular issue given this witness and the need to prepare for this witness's testimony.  Is that right?

MR. AGNIFILO:  Right.  I think that's right.

THE COURT:  Because I think that in terms of a more -- a broader solution, it is difficult for the marshal service to devote that kind of resource and manpower because it involves a lot of other stuff.

MR. AGNIFILO:  Correct.  That's right.

P66AСom4                    Jane - Direct

THE COURT:  So you're saying just for next week?

MR. AGNIFILO:  I think just for next week.  You know, and I hate to say just for next week.  If we can get next week, obviously the next week is devoted to this witness, so that would be very helpful.

THE COURT:  Now, my question along those lines is we're going later.

MR. AGNIFILO:  Yeah, I know.

THE COURT:  Because we have to.

MR. AGNIFILO:  I know.  I know.

THE COURT:  So that's going to be less time for you in the courtroom.

MR. AGNIFILO:  If that 6:00 is a hard deadline -- and it might be.

THE COURT:  It is a hard deadline.

MR. AGNIFILO:  Well, then there's nothing I can do.  So we'll take whatever we can get on this point and that's really -- so even the hour is helpful.

THE COURT:  So let me think about it.

MR. AGNIFILO:  Okay.

THE COURT:  Let me talk to the appropriate people.

MR. AGNIFILO:  Okay.  Can I take up one other thing while we're all here?

THE COURT:  Yes.

MR. AGNIFILO:  I spoke with Mr. Combs.  After -- so

P66AACom4                          Jane - Direct

one of the things I felt unprepared to address when your Honor

addressed me yesterday about, you know, that Mr. Combs was

nodding.  I wasn't at the sidebar.  So I felt like I wasn't

really sure kind of what -- where the Court was coming from.

So I'm trying to play catch up on this.

The one thing I feel like we've really done well in

this trial is communicate.  You know, so what I want to sort

of --

THE COURT:  Well, I hope we've done some other things

well.

MR. AGNIFILO:  We've done a lot of things well.

THE COURT:  Please proceed.

MR. AGNIFILO:  One of the things I wanted to say is

I'm a -- I'm a reasonable man.  And everyone can -- and an

approachable one.  So if someone, one my colleagues from the

government sees something, I would encourage them to come to

me.  I take these things very, very seriously.  Very seriously.

And the last thing I want to do -- your Honor has been very

good to us and very patient and I appreciate it.  And the last

thing that I want to do is that your Honor thinks that

something bad is happening on the defense side.

Now, in terms of what -- I didn't see anything.  I

just -- I'm rivetted, your Honor.  I'm rivetted.  Nodding is

one of these things where it could be bad intentioned or it

could be not bad intentioned.  And so I didn't see it.  But I

P66AComm4                          Jane - Direct

assure everyone here, and all my colleagues with the government, if they see something, they should come to me.  And your Honor should -- obviously the Court can do anything it wants.  Everyone should come to me.  I would take these things very, very seriously.  And I feel like -- maybe this is just from my perspective -- we skipped over these several intermediate steps and went to sort of an advanced step, which I think is unnecessary and certainly avoidable.

If someone comes to me and say -- you know, I might disagree.  They might say he's nodding and I might say, you know -- so what do you mean?  Is that a problem or is it not a problem?  And maybe it's not a problem.  Maybe it is a problem.  But without people -- someone coming to me to kind of remedy this, you know, it's a stitch in time saves nine type thing.

I take this seriously, and I encourage my colleagues to come to me about this.  So since we're all here talking -- and thank you.  I feel like we skipped over these several intermediate steps and went to a very advanced step, and I think it's avoidable if we can have better communication on this one issue.  We have wonderful communication between the parties.  When their equipment breaks down, they use our equipment.  We speak until 3:00 in the morning.

So as long as we can have communication on this, that won't be a problem again.  That being said, I take this matter very seriously.  I've spoken with Mr. Combs.  He assured me he

P66Acom4                    Jane - Direct

didn't mean anything by it.  He was reacting to the witness on the stand.  That being said, we've addressed it.  But I also want the Court to know how seriously we take these things.

THE COURT:  I have no doubt you're taking these matters seriously.  But in terms of this particular incident, the government did come to you because on Wednesday evening there was an e-mail that was sent to the Court, on which you were copied, in which the government indicated that based on New York Times reporting, there had been an interaction between your client and someone who was on the jury relating to the temperature in the courtroom, not relating to a matter in the case.

And, for that reason, in open court before the jury came in, and without pointing any fingers at any particular person, I was very clear that all of the parties, and in fact members of the public in the back, should not have any -- make any attempts to interact with the jury.  And I included in that very clearly, I said no facial expressions or ways of interacting with the jury.  I couldn't have been clearer.  And it was maybe a half hour or 45 minutes later when the incident happened that we were talking about.

So I went through all of the steps and the government went through the steps of making sure that to the extent there was going to be an instruction, it would be done in a manner that's consistent with what you're talking about.  So that's

P66ACom4                          Jane - Direct

that particular incident.

As a general matter, however, I think the parties and the Court have been working collaboratively to make sure that none of these issues become larger than they need to.

MR. AGNIFILO:  I agree.

THE COURT:  I think we've been doing that and we'll continue to do that.

MS. SHAPIRO:  Your Honor, I want to say something and add this because I was at the sidebar.  And your Honor raised this issue at the beginning of that sidebar with me.  And I said I understand exactly what you're talking about, Judge, and I will do that.

And then there was, what I thought was a bit of a piling on by the government.  But nonetheless, the sidebar ended and I went over to Mr. Combs.  And I as best I could, because the examination was about to resume, I whispered to him that he needed to stop.

And so I just want to make that clear because your Honor did direct that to me during the sidebar and I followed your Honor's instruction.  And so I was really taken back personally when your Honor gave that admonition that was very strong and talked about Mr. Combs not remaining in the courtroom in open court.  Not in front of the jury, but in front of everyone else.  And I felt personally kind of, quite frankly, a bit upset about it because I tried to follow your

Honor's instruction and give that as best I could.  And then Mr. Agnifilo did follow up during a longer break when there was actually an opportunity to speak to the client.

So I just want your Honor to understand that.

THE COURT:  I absolutely understand that.  And in the sidebar, we did address it and I did provide you with that instruction.  But to be perfectly frank, what had happened was -- because I saw it.  I mean, I saw the interaction myself.  And the interaction was inappropriate, and no one would have misunderstood my instruction that I had given about 30 minutes earlier.

So I regarded that as being outright defiance of the Court's order in that moment as to that one incident.  And it required a firm instruction in open court so that there was absolutely no misunderstanding about how we would proceed moving forward because these are serious matters and people have to act with the proper decorum in the Court.

That's why, in addition to the instruction that we gave at the sidebar, it was appropriate to and necessary to give that instruction in open court.

MS. SHAPIRO:  I understand, Judge.

THE COURT:  But I have no doubt, I have no doubt --

MS. SHAPIRO:  I wanted you to know that I followed your instruction.

THE COURT:  Maybe this is the easy way.  I have no

P66ACom4                          Jane - Direct

doubt that moving forward, we are all going to be following the rules.  And I have no doubt that defense counsel has properly instructed their client and I take nothing of it.

So I think everyone has been -- I mean it when I say everyone has been doing a great job and working cooperatively and doing their best to follow the rules of the Court.  So I take nothing from that.  But the instruction was necessary to make sure that we don't have any issues moving forward.

MR. AGNIFILO:  Thank you, Judge.

THE COURT:  Anything from the government on this?

MS. SMYSER:  No.  Thank you, your Honor.

MR. AGNIFILO:  Thank you, your Honor.  Thank you.

THE COURT:  Thank you.

(Continued on next page)

P66AСom4                     Jane - Direct

(In open court; jury not present)

THE COURT:  Anything further from either side?

MR. AGNIFILO:  Nothing.  Thank you, your Honor.

THE COURT:  We could have actually just broken for the break and maybe done this back in the robing room.  I apologize for the white noise.

MR. AGNIFILO:  Thank you, Judge.

THE COURT:  We'll be back at 1:15.

(Luncheon recess)

P66Wcom5

                    AFTERNOON SESSION

                      1:15 p.m.

          MS. COMEY:  Your Honor, I just wanted to let you know that after the break at some point, I'm going to be pulling up some of the explicit images for Jane.  And I have binders, one for the Court and one for the defense, so that we don't have to pull them up on the counsel screens.  But the Court and the defense will be able to follow along.

          If I may hand them up?

          THE COURT:  That's fine.  Hand them up.

          Anything, Ms. Geragos?

          MS. GERAGOS:  No.  That's fine.  Just sitting all day.

          THE COURT:  Continue standing.

          With that, let's bring Jane back and we'll bring out our jury.

          (Continued on next page)

P66Wcom5                    Jane - Direct

(Jury present)

THE COURT:  Please be seated.

Welcome back, everyone.

Jane, you understand you're still under oath.

Ms. Comey, you may proceed when ready.

MS. COMEY:  Thank you, your Honor.

Q.  Good afternoon, Jane.

A.  Good afternoon, Ms. Comey.

MS. COMEY:  Ms. Gavin, would you please bring up what's been marked for identification Government Exhibit 2A-610.

Q.  Jane, do you recognize this?

A.  Yes.

Q.  What is it?

A.  It's a photo of a man.

Q.  Do you know the man?

A.  I remember meeting this man, but I don't remember his name.

Q.  When do you remember meeting this man?

A.  I would say sometime in 2023.

Q.  And how did you meet this man sometime in approximately 2023?

A.  Sean said that he had something different coming for me.

Q.  Sean said that?

A.  Yes.

Q.  In what context?

P66Wcom5                        Jane - Direct

A.   In the context of inviting an entertainer to the hotel room.

MS. COMEY:  Your Honor, the government offers this exhibit in evidence.

THE COURT:  All right.  2A610 will be admitted.

(Government Exhibit 2A-610 received in evidence)

MS. COMEY:  Ms. Gavin, please publish that to the jury.

Q.   In what city do you remember meeting this man?

A.   I remember meeting him in Los Angeles.

Q.   How many times do you remember seeing this man in person?

A.   Once.

Q.   Do you remember the hotel you were at, or no?

A.   I can't recall.

Q.   How did you come to meet this man?

A.   I remember Sean said that something new was coming, and then he -- I remember I was in the bedroom and then I guess he greets the guy.  And I haven't seen this man yet, and he comes in the bedroom and says that he's cool; it's something different.  Just, let's just see, even just for a little bit.

Q.   Who said that?

A.   Sean.

Q.   What happened after Sean said that?

A.   After that I came out and I was in a robe and lingerie, the whole wardrobe I usually have.

P66Wcom5                    Jane - Direct

Q.  When you say you came out, do you mean you came out of the bedroom into the living room?

A.  Yes.

Q.  Of the hotel room?

A.  Yes.

        MS. COMEY:  We can take this down, Ms. Gavin.

Q.  Jane, we're going to keep talking about that man.  OK?

A.  OK.

Q.  What do you remember happening when you went into the living room of the hotel the day you met that man?

A.  I remember when I met him, I was polite.  I was saying hello, making small talk, but I knew that this was definitely not something that I could fake doing.

Q.  Why is that?

A.  Because this man was not attractive to me, and I just couldn't even put on a good, a good spirit for this.

Q.  So did you try, or no?

A.  I tried.  I tried in the way of dancing, talking, trying to get to know him a little bit better.  And I just was repulsed by him.

Q.  Did you touch this man, or no?

A.  I let him touch me a little bit more so.

Q.  About how long did you try to proceed with the hotel night with this man?

A.  I would say about 30 minutes.

P66Wcom5                          Jane - Direct

Q.   And then what happened?

A.   I said, Sean, I want to talk to you in the bedroom.

Q.   And what happened next?

A.   And I told Sean I really can't do this.  I just can't, like, I'm not attracted to him.  I'm not into it.

And he said are you sure?  Maybe just a little bit.  Are you sure?

And I was like, yeah, like, I really, really can't.

And I want to say I even tried again for a second time to see if there was any type of chemistry, and I walked back in the -- in the room with Sean and I was like, I really, really can't.  I really can't.

Q.   When you say you tried again to see if there was chemistry, what did you do?

A.   I just allowed this man to touch my legs and just see me naked and I just saw him naked, and I was just -- I was just repulsed by him.

Q.   So after that second time trying, where did you and Sean go to talk?

A.   Back in the bedroom.

Q.   And what happened when you talked that second time in the bedroom?

A.   I said, I'm sorry, like, I really can't do this.  This is, like, not something I can even do.

Q.   How did Sean respond?

P66Wcom5                        Jane - Direct

A.  He just was like -- his demeanor was agitated, but he was like, OK, like, all right, and just seemed almost a little confused by -- by it.  This wasn't like a typical thing for us to have, like, a hiccup in the routine of the night.

Q.  What happened next?

A.  I remember we excused the man, and the man left.

Q.  And then did the night end?

A.  No.

Q.  What happened after the man left?

A.  I can't recall who, but then there was somebody else who came after.

Q.  Do you remember having any conversations with Sean after the man whose photo we just looked at left but before the next person came?

A.  I don't remember.

         MS. COMEY:  Can we please, Ms. Gavin, pull up what's been marked for identification as Government Exhibit 2A-603.

Q.  Do you recognize the person in that photograph?

A.  Yes.

Q.  Who is that?

A.  This is a man that I met in New York.

Q.  How did you meet this man in New York?

A.  I met this man in New York when I was visiting Sean in New York.

Q.  In what context did you meet this man in New York?

P66Wcom5                         Jane - Direct

A.  I remember that Sean was inviting me to New York, and I said I don't really want to go because I feel like you're going to try to set me up with somebody.

And he was saying that that's not what was going to happen, that we were going to have this romantic one-on-one time together in New York.

And I was really excited.  I trusted those words, and I went to New York.  And on my flight was when he says, do you want entertainment tonight?

Q.  When you arrived in New York, ultimately did you meet the man in this photo, 2A-603?

A.  Yes.

MS. GERAGOS:  Can we please just get a time period, Judge?

BY MS. COMEY:

Q.  Do you remember about when this was?

A.  Around, I want to say in 2023 sometime, I think.

Q.  Are you estimating?

A.  Yes.

MS. COMEY:  Your Honor, the government offers 2A-603 in evidence.

MS. GERAGOS:  No objection.

THE COURT:  All right.  This exhibit will be admitted.

(Government Exhibit 2A-603 received in evidence).

MS. COMEY:  Can we please publish that to the jury.

P66Wcom5                    Jane - Direct

Q.   Now, you said before you went on this trip, you told Sean you didn't want to have a hotel night, is that right?

A.   Yes.

Q.   And how did Sean respond to that before you left for New York?

A.   He said that was fine, it will just be us and that we would have together time.

Q.   And what kinds of things did Sean tell you you would do in New York?

A.   He said we would go to dinners, spend time, do some shopping and just be together.

Q.   Did you go to dinner or go shopping with Sean when you came to New York?

A.   No.

Q.   You mentioned being on the flight.

     When you got on the flight, were you able to get wi-fi at some point?

A.   Yes.

Q.   And when you got wi-fi when you were on the flight, what did you see on your phone?

A.   I saw Sean sending me a text about, do you want entertainment, or can we have entertainment tonight?

Q.   How did you feel when you saw that text when you were in midair on the way to New York?

A.   I just -- I felt really disappointed.  I felt like my high

P66Wcom5                          Jane - Direct

of seeing my lover was just, like, shot down.  Like I just felt this, like, heaviness, like damn -- I'm sorry.  I -- I just felt this weight over me, like, I felt like a balloon popped.

Q.  When you landed in New York, where did you go?

A.  Went to the Trump Hotel.

Q.  And what happened after you got to the Trump Hotel?

A.  I remember that Sean had some gifts for me, some clothes. So I was happy to see that.  And then I remember I went downstairs.  I went to the car, and it was getting so late that this dinner was nonexistent because it was already like one in the morning.

Q.  Where were you waiting for this dinner?

A.  I was waiting in an SUV for him.

Q.  What was Sean doing while you were waiting?

A.  Talking to his entourage outside.

Q.  And how long did you wait?

A.  Like 40 minutes in there.

        MS. COMEY:  Ms. Gavin, could you pull up what's in evidence as Government Exhibit E-221, please.

Q.  Do you recognize this, Jane?

A.  Yes.

Q.  What is this?

A.  It's a photo that I took waiting in the car of the window of the hotel room.

Q.  Who took this photo?

P66Wcom5                    Jane - Direct

A.  I did.

Q.  And where were you when you took this photo?

A.  I was in the SUV.

Q.  Waiting for who?

A.  Sean.

Q.  Why did you take this photo?

A.  For one, honestly, I thought it looked kind of creative. And for two, I was like, wow, that's extremely obvious.

Q.  What's extremely obvious?

A.  The red lighted, the red-light room.

Q.  And what did you understand was happening in the red-light room?

A.  That it was being set up.

Q.  Who was setting it up?

A.  The assistants.

Q.  Who assistants?

A.  Sean's.

Q.  And what were they setting it up for, to your understanding?

A.  To have a hotel night.

Q.  After you waited for Sean, what did you and Sean end up doing that night?

A.  I remember we found a -- a little bar, lounge thing that was getting ready to close and we just kind of bickered.  And we just bickered back and forth, and then I want to say I was

P66Wcom5                    Jane - Direct

handed a pill, and I went back to the hotel with him.

Q.  What were you and Sean bickering about?

A.  I was bickering about just how I was done with this and I didn't want to do this and, like, why, like, every time I see you, like, this is happening?  And something along those lines. And I just remember he was just like super defensive and saying, like, we don't have to do any of this stuff.  I don't need to do any of this and we don't have to do this at all. And just defensive.

Q.  In the context of this conversation, what was the "this" that you were telling Sean you did not want to do?

A.  That I didn't want to do any more of these nights with these men.

Q.  And when Sean said that you don't have to do it anymore, how did you react?

A.  I was just listening, but in my heart, I knew he didn't mean that.

Q.  What makes you say that?

A.  Because it still happened that night.

Q.  So what happened after you left that club where you were bickering?

A.  We went back to his hotel -- his hotel room.

Q.  And on the way to the hotel room, what, if anything, did Sean give you?

A.  Ecstasy.

P66Wcom5                    Jane - Direct

Q.  Did you take it?

A.  Yes.

Q.  And what happened when you got to the hotel room?

A.  I was back in an outfit and in a robe, and Sean said that he had something coming.

Q.  And what happened next?

A.  I remember -- I think I remember meeting this -- greeting this man.  I said hello.  He walked into the living room, and we all just made small talk.

Q.  And when you say this man, do you mean the man whose photo we were just looking at in Government Exhibit 2A-603?

A.  Yes.

Q.  You said you walked into the living room.  Were you in a hotel suite?

A.  Yes.

Q.  What happened in the living room with Sean, you and this man?

A.  We were just having conversation, and I remember we were just trying to have some sort of chemistry.  But I could feel that this wasn't going to be a thing, and I was kind of trying to dance a little bit.  I let the man touch my leg a little bit.  And I just wasn't into anything about this guy.

Q.  So what did you do?

A.  I took Sean to the bedroom and I talked to him privately.

Q.  What did you tell Sean in the bedroom?

P66Wcom5                    Jane - Direct

A.  That I couldn't do this.

Q.  How did Sean respond?

A.  He responded agitated.  He was just agitated that -- he was just like, OK.

Q.  And then what happened next?

A.  And then at that point, it's just me and Sean and we're just together and he's like, just kind of like, I can't wait to see what you have for me next.  Or what would make this better?  Or what would we do?  What surprises do you have for me, or something?  And in that moment, I just wanted to make it up to him, that he wasn't going to have, like, this night that he envisioned.  And so I messaged Kabrale.

Q.  Why did you feel like you needed to make it up to him if just earlier that night you told him you don't want to do these nights anymore and Sean said you don't have to?

A.  Really hard question to answer.

        I just -- I just -- at this point in my relationship, I just knew that that's what would make my partner the happiest.  And I just -- I just wanted to give him what he wanted and I wanted to make him happy and I wanted to just have a good, upbeat night with him.

Q.  At this point was Sean paying for your rent, or not yet?

A.  I believe so.

Q.  And at this point had you had any conversations with Sean where he had referenced your rent in connection with these

P66Wcom5                        Jane - Direct

nights?

A.  Yes.

Q.  Can you tell us about that?

          MS. GERAGOS:  Your Honor, objection.  Time period.

          THE COURT:  Can you clarify.

BY MS. COMEY:

Q.  In the period between when you moved into your home in approximately April or May 2023 and this trip to New York later in 2023, did you have a conversation, one or more conversations with Sean where he brought up your rent in connection with these hotel nights?

A.  Yes.

Q.  Can you tell us about those, please?

A.  I just remember -- it's kind of fuzzy, but if you show me something, I'll remember.

Q.  We'll walk through some of your messages a little later, but in the meantime, you mentioned Kabrale?

A.  Yes.

Q.  You messaged Kabrale?

A.  I did.

Q.  What did you say to Kabrale when you messaged him?

A.  I think I said something along the lines of that I would love to see him in New York and that I wasn't too far and if he could make it happen that I would love to see him.

Q.  And how did he respond?

P66Wcom5                    Jane - Direct

A.  He responded happy and he was excited and he got on a
flight that same -- couple hours and he was with us in New York
that night.

Q.  Who booked the flight?

A.  I believe I did.

Q.  Who were you with when you booked Kabrale's flight?

A.  Sean.

Q.  And where was the flight from?

A.  From Atlanta to New York.

Q.  And who paid for the flight?

A.  Me then.

Q.  Why do you say me then?

A.  It came from my card.  I paid for it.

Q.  And then were you reimbursed?

A.  Yes.

Q.  By who?

A.  Sean.

Q.  What happened when Kabrale came to New York?

A.  I remember when Kabrale came, it was fine.  He was nice.
We had a good time.

    Kabrale is somebody that I'm familiar with, and Sean was
really happy with our interactions.

Q.  What did you and Kabrale do in New York?

A.  We had sex.

Q.  In front of who?

P66Wcom5                    Jane - Direct

A.   Sean.

Q.   Where did you have sex with Kabrale in front of Sean while in New York?

A.   At the Trump Hotel in New York.

Q.   And after you finished having sex with Kabrale in front of Sean in the Trump Hotel, what, if any, money did you give to him?

A.   I remember at the very end, Sean and I had to go our separate ways, away from this hotel.  And I wanted to make sure that Kabrale didn't feel like we just up and left and forgot about him.  So I made sure that he had money in an envelope, and I made sure that one of the assistants had left it at the front desk for Kabrale.

Q.   Where did the money come from?

A.   Sean.

Q.   How much money was it?

A.   It was probably a few thousand.

Q.   And do you remember which assistant took the money and left it at the front desk for Kabrale?

A.   I believe it was Joey.

Q.   Jane, we've walked through a number of different photographs of entertainers that you saw in these hotel nights.

     Were there any men that Sean brought to hotel rooms for hotel nights who we have not seen in photographs so far?

A.   Yes.

P66Wcom5                      Jane - Direct

Q.  How many?

A.  I would say that I can remember three.

Q.  I'd like to walk through those.

Who is the first you remember?

A.  I remember this African American man.  I think he was an actor or singer or something.

Q.  Do you remember his name?

A.  I don't.

Q.  About when did you meet him?

A.  Early on in the relationship.

Q.  Do you remember where you met him?

A.  At a hotel.

Q.  Do you remember what city?

A.  Los Angeles.

Q.  Can you remember which hotel?

A.  I think -- I don't -- I think it was between the London or the L'Ermitage.

Q.  How do you remember meeting this man earlier on in the relationship at a hotel in Los Angeles?

A.  I remember it because -- I just do.  It was a face that I knew that I was with.  I just can't recall the name.

Q.  What do you remember happening?

A.  Sex.  Sex with that man.

Q.  In front of who?

A.  Sean.

P66Wcom5                      Jane - Direct

Q.   How many times do you remember seeing that man for a hotel
night?

A.   Twice.

Q.   Both in L.A.?

A.   Yes.

Q.   Who is the next person you remember as an entertainer from
a hotel night whose photo we have not seen?

A.   I remember meeting a Spanish-looking, buff man.

Q.   Where do you remember meeting that man?

A.   At a hotel in Los Angeles.

Q.   Do you remember how many times you met that man?

A.   Just once.

Q.   Do you remember about when?

A.   Maybe 20 -- 2022.

Q.   Can you tell us what happened when you met him?

A.   I remember that this guy was a bit odd.  I just felt like
he was just a bit odd.  But he was pulling out this, like,
scent to smell, something to smell during sex.  I don't know.

Q.   Did you end up having sex with that man in front of Sean?

A.   Yes.

Q.   And who is the third person you remember as an entertainer
from these hotel nights whose photo we haven't seen?

A.   I remember this one guy.  He looked more European.

Q.   Where do you remember meeting that man?

A.   I remember meeting him, I think, at the L'Ermitage Hotel.

P66Wcom5                    Jane - Direct

Q.  In what city?

A.  Los Angeles.

Q.  How many times do you remember meeting him?

A.  I would say two times.

Q.  And what do you remember happening both times?

A.  Sex with this man.

Q.  In front of who?

A.  Sean.

Q.  Now, taking a step back, all of the entertainers that we have talked about today, other than Kabrale and Antoine, who introduced those men to the hotel nights?

A.  Sean.

Q.  Before Sean brought them to the hotel nights, had you met any of them?

A.  No.

Q.  Had you spoken with any of them?

A.  No.

Q.  Did you know their names?

A.  No.

Q.  Did you want to have sex with any of the entertainers we've talked about?

A.  No.

Q.  Who did you want to have sex with?

A.  Just Sean.

Q.  Of the entertainers that we've talked about, were there

P66Wcom5                    Jane - Direct

ones who you saw more frequently than others?

A.  Yes.

Q.  Which ones did you see more frequently?

A.  I would say Paul.

Q.  And then who else after Paul?

A.  I would say maybe Kabrale.

Q.  Which of these entertainers did you personally reach out to to arrange a meeting for a hotel night?

A.  I would personally reach out to Kabrale, Antoine, Paul, sometimes Don.

Q.  Did you ever try to tell Sean that you didn't want to arrange for entertainment?

A.  More than likely.

Q.  Do you have a specific memory of that, though?

A.  Maybe.  I don't know.

Q.  Did you ever arrange a party with an entertainer or a hotel night with an entertainer as a surprise for Sean?

A.  Yes.

Q.  About how many times do you remember doing that?

A.  Maybe twice.

Q.  Why did you arrange entertainers as a surprise two times if you didn't want to be having sex with other men?

A.  I feel like at whatever moment that was, maybe it was some sort of celebration or something, like Valentine's Day or him coming back home from a long trip, or something.  I knew it was

P66Wcom5                          Jane - Direct

to be expected, and also I could hear the gray lines in between his words that when we saw each other, that's what he wanted to happen.

Q. When you say you knew it was to be expected, expected by whom?

A. Expected by Sean.

Q. What did you understand Sean expected of you?

A. I understood that he expected me to coordinate a night where we had an entertainer join us.

Q. And you said you could read between the lines. What do you mean by that?

A. I mean he didn't have to directly, specifically tell me to do things. If he said things like I can't wait to see what you have for me or something along those lines, I just knew what task that was being asked of me.

Q. And what task did you understand was being asked of you?

A. To set up something for me and Sean.

Q. What specifically?

A. An entertainer for the night.

Q. Throughout the period between May of 2021 and October of 2023, how did you feel about Sean?

A. I loved him very deeply.

Q. Did you tell Sean that?

A. Every day.

Q. Throughout that same period, who did you want to have sex

P66Wcom5                    Jane - Direct

with?

A.  With Sean.

Q.  Did you tell Sean that?

A.  Yes.

Q.  You've talked a little bit about seeing cash during some of these hotel nights.

About how often do you remember seeing cash in these hotel rooms between May of 2021 and October of 2023?

A.  Pretty often.

Q.  Where do you remember seeing cash in these hotel rooms?

A.  I remember seeing them in the drawer or being dropped off to the rooms.

Q.  So let's talk about the drawer.

What drawer do you remember seeing cash in?

A.  I remember I would see money inside nightstands of the master bedrooms of the hotel rooms.

Q.  Whose cash was it?

A.  Sean's.

Q.  And then you said you remember seeing cash dropped off.

Was there ever a time when Sean ran out of money during one of these hotel nights?

A.  Yes.

Q.  How often do you remember that happening?

A.  Every so often.

Q.  More than once?

P66Wcom5                    Jane - Direct

A.   Yes.

Q.   And did -- let's talk about the first time you remember that happening.

About when was the first time you remember that happening?

A.   Maybe in 2022.

Q.   And when Sean ran out of cash that first time, in 2022, what do you remember Sean doing?

A.   I remember him receiving it and putting it to the side.

Q.   Well, before he received it, did you see him make any phone calls, or no?

A.   Yes.

Q.   What phone call did you see him make?

A.   I remember just hear him make a phone call to ask his assistants or security for cash.

Q.   Who do you remember Sean calling for cash from hotel rooms?

A.   I believe KK and security.

Q.   Who from security do you remember Sean calling for cash from hotel nights?

A.   I think J9.

Q.   And after Sean made these calls, what do you remember happening?

A.   That cash would appear and it would be there with an assistant or security, along with just items that we also needed, like beverages and things.

P66Wcom5                    Jane - Direct

Q.  How much cash, if you know, do you remember seeing assistants and security bring into the hotel rooms during these hotel nights?

A.  I don't know how much it was exactly, but it was a good amount.

Q.  Who do you remember handling the cash in the hotel rooms other than the assistants and security?

A.  Myself.

Q.  Did you ever see anyone else handle the cash?

A.  Sean.

Q.  Who, if anyone, did you see Sean hand cash to in these hotel rooms?

        MS. GERAGOS:  Objection.  Time period.

        THE COURT:  A little bit more clarity on that.

BY MS. COMEY:

Q.  Jane, during the entirety of your relationship with Sean, did you see him hand cash to anyone other than yourself?

A.  Yes.

Q.  Who have you seen him hand cash to?

A.  I've seen him hand cash to Don.  I think Paul.  I'm not sure.

Q.  How many times have you seen him hand cash to Don?

A.  A few times.

Q.  How many times have you seen him hand cash to Paul?

A.  Maybe just a couple times.

P66Wcom5                    Jane - Direct

Q.  When -- let's take Don first.

When's the first time you remember seeing Sean hand cash to Don?

A.  The first time, early on in the relationship, every time I would see Don, I would kind of see that moment happen.

Q.  When you say that moment, what moment did you see in the hotel nights with Don early on?

A.  Sean giving him money.

Q.  At what point in the hotel night did you see Sean giving Don money?

A.  At the end.

Q.  After you were done having sex with Don?

A.  Yes.

Q.  How about Paul; at what point in the hotel night did you see Sean handing money to Paul?

A.  At the end.

Q.  Meaning when you're done having sex with Paul?

A.  Yes.

Q.  With respect to the other men, when the other men --

MS. GERAGOS:  Your Honor, could we just get a time period on Paul?  We got one on Don, but not on Paul.

BY MS. COMEY:

Q.  During approximately what year or years do you remember seeing Sean hand money to Paul?

A.  I would say maybe just a couple times in 2022.

P66Wcom5                    Jane - Direct

Q.  During the other hotel nights, when the men would finish having sex with you and be done, what would you usually do?

A.  I would go in the bedroom and wait for Sean.

Q.  And in the meantime, where would Sean be?

A.  Outside, saying bye to them, or with me.

Q.  So were there times when Sean would say goodbye to the men and you would not be in the room?

You described you being in the bedroom.  Where would Sean be?

A.  Outside, in the living room.

Q.  With who?

A.  With the man to say bye.

Q.  And then you mentioned that you handed money to Kabrale and Antoine.  Did you do that once or more than once?

A.  More than once.

Q.  During how many of these nights that you had with Kabrale and Antoine did you hand them money?

A.  How many times?  I can't recall.

Q.  Do you remember any where you didn't either hand them money or send them money?

A.  I don't remember a time where they didn't receive money, no.

Q.  And each time the money was cash, who gave you the cash to hand to Antoine and Kabrale?

A.  Sean.

P66Wcom5                         Jane - Direct

Q.  And at what point in a hotel night did Sean give you cash to hand to Antoine and Kabrale?

A.  At the end.

Q.  After you were done having sex?

A.  Yes.

Q.  Sorry?

A.  Yes.

Q.  Jane, you mentioned earlier that Sean would sometimes film these hotel nights.  Is that right?

A.  Yes.

Q.  How often during your relationship with him did Sean record you having sex with other men during hotel nights?

A.  Almost every time.

Q.  What did you see Sean use to make those recordings?

A.  His iPhone.

Q.  And what, if anything, did Sean say to you and the entertainer when he would bring out his iPhone?

A.  He would -- he knew we wouldn't say anything.  He would just start recording.

Q.  And while recording -- well --

A.  Well, actually --

Q.  Go ahead.

A.  -- he'd just say something like it's just for me or it's just for us.

Q.  Throughout these hotel nights, did Sean behave in

P66Wcom5                         Jane - Direct

essentially the same way each time, or was it different across the times?

A.  He would be different sometimes.

Q.  How so?

A.  I mean sometimes he'd be super happy, be really happy, and maybe just on some rare occasions he would be unhappy, a bit upset.

Q.  Across your hotel nights with Sean throughout the entirety of your relationship, did Sean ever give you directions about what to do during hotel nights?

A.  Yes.

Q.  How often?

A.  Often.

Q.  Was there ever a hotel night when he didn't give you any instructions about what to do during a hotel night?

A.  Probably never.

Q.  What instructions do you remember Sean giving you most often?

A.  How to use the baby oil on the man and how to touch myself while that was happening and how to have the man stand there for some time, and I would just be there for many hours in that position.

Q.  You would stay in the same position for many hours?

A.  Yes.

Q.  Who would tell you to do that?

P66Wcom5                    Jane - Direct

A.   Sean.

Q.   What other instructions do you remember Sean giving you multiple times across these hotel nights?

        MS. GERAGOS:  Objection.

        THE COURT:  Grounds.

        MS. GERAGOS:  Leading.

        THE COURT:  That's overruled.

A.   Can you repeat the question, please?

Q.   What other instructions do you remember Sean giving you?

A.   I remember Sean would say things like, do you want to taste it?  Do you want to do this or stroke it or just let it hang and just let it drip?  And just touch yourself and things like that.

Q.   How did you respond to all of Sean's instructions in these rooms?

A.   On command.

Q.   When the camera was on you, when you knew that Sean was recording you, how did you react?

A.   I was fine with it.  I sometimes -- it was just a part of what was happening.

Q.   Did Sean ever record you when you were sober in these rooms?

A.   No.

Q.   What drugs were you under the influence of when Sean recorded you in these rooms?

P66Wcom5                    Jane - Direct

A.   Ecstasy, molly.

Q.   Did you enjoy having sex with other men in these rooms, Jane?

A.   No.

Q.   Did you act like you enjoyed it?

A.   Yes.

Q.   If you didn't enjoy it, why did you act like it?

A.   Because I wanted to -- I wanted to -- I wanted to put on a good show.

Q.   For who?

A.   Sean.

Q.   After doing a few of these hotel nights for Sean, did you have an understanding of what a good show would be for Sean?

A.   Yes.

Q.   What was that understanding?

A.   Just, just like hours and hours of foreplay and lots of sex.

Q.   During these nights, what, if any, fantasy talk did you engage in?

A.   So many.  Fantasy talk was always just a role play.  It was just always role playing.  We were -- just a fantasy talk of -- I'm sorry.  There's so many memories just bursting through.

Q.   Why were you role playing in these rooms?

A.   Because that's what Sean liked.

Q.   How did you know that?

P66Wcom5                         Jane - Direct

A.   Because he would create a role play with me and we would come up with names and scenarios and characters.

Q.   Did Sean ever ask you on camera to describe how you felt during these nights?

A.   I don't know.

Q.   Would you sometimes laugh or joke during these nights?

A.   Yes.

Q.   Why would you laugh or joke if you didn't want to be having sex with other men?

A.   I was high.  I was happy to be with my partner.  I was in the moment with everything going on.

Q.   And throughout this whole time, how did you feel about Sean?

A.   I loved him deeply.

Q.   Jane, I want to show you a few exhibits that are in evidence.  I'm going to ask that they not be put up on the attorneys' screens or my screen, that they only be put up on the jurors' screens and on Jane's screen.

     Is that OK, Jane?

A.   Yes.

     MS. COMEY:  We're going to start, Ms. Gavin, please, with Government Exhibit AX-101-B1.  If you could please pull that up.

Q.   And Jane, when you see that, I'm going to ask you if you recognize it and if you recognize the people in it.

P66Wcom5                    Jane - Direct

A.   OK.

          This is myself and Don.

Q.   Was that during one of these hotel nights?

A.   Yes.

Q.   Let's go now please to AX-102-D1.

A.   That's myself and Kabrale.

Q.   Is that during one of these hotel nights?

A.   Yes.

Q.   Let's go now, please, to Government Exhibit AX-105-C1.

A.   That's myself and Paul.

Q.   During one of these nights?

A.   Yes.

Q.   Let's go now, please, to Government Exhibit AX-701-65A.

A.   That's myself and Kabrale.

Q.   During one of these nights?

A.   Yes.

Q.   Let's go now, please, to Government Exhibit AX-701-79A, please.

A.   That's myself and Don.

Q.   During one of these nights?

A.   Yes.

Q.   Let's go now, please, to Government Exhibit AX-702-F1.

A.   That's myself and Leo.

Q.   During one of these nights?

A.   Yes.

P66Wcom5                        Jane - Direct

Q. Let's go now, please, to Government Exhibit AX-703-42A.

A. That's myself and Don.

Q. During one of these nights?

A. Yes.

Q. Let's go now, please, to Government Exhibit AX-703-91A.

A. That's myself and Paul.

Q. During one of these nights?

A. Yes.

Q. Let's go now, please, to Government Exhibit AX-1102-A1.

A. That's myself and Antoine.

Q. During one of these nights?

A. Yes.

Q. Let's go now, please, to Government Exhibit EX-165-A.

A. That's myself and Kabrale.

Q. During one of these nights?

A. Yes.

Q. Let's go now, please, to Government Exhibit EX-166-A.

A. That is myself and Paul.

Q. During one of these nights?

A. Yes.

Q. Let's go now, please, to Government Exhibit EX-167-A.

A. That's myself and Kabrale.

Q. During one of these nights?

A. Yes.

Q. Let's go now, please, to Government Exhibit EX-179-A.

P66Wcom5                    Jane - Direct

A.   That's myself and Don.

Q.   During one of these nights?

A.   Yes.

Q.   Let's go now, please, to Government Exhibit EX-181-A.

A.   That's myself and Paul.

Q.   Do you remember where this took place?

A.   Yes.

Q.   Where did this take place?

A.   At Mapleton.

Q.   Sean's home in Mapleton?

A.   Yes.

Q.   During one of these nights?

A.   Yes.

Q.   Let's go now, please, to Government Exhibit EX-184-A.

A.   That's myself and Don.

Q.   During one of these nights?

A.   Yes.

         MS. COMEY:  We can take that down.  Thank you,
Ms. Gavin.

Q.   Was Sean present for all of the images that we just saw?

A.   Yes.

Q.   Jane, for each of the hotel nights that you attended during
your relationship with Sean, what, if any, preparation did you
do to get ready for these nights?

A.   I remember I would just be always on point as far as my

P66Wcom5                    Jane - Direct

glam, like I would have my nails done, my hair, my makeup, my tan.  I would have outfits already ready, shoes, things like that.

Q.  Did you wear the same type of shoes at every single one of these nights with Sean?

A.  Yes.

Q.  What type of shoes did you wear?

A.  I wore really high, high -- high heels like for dancers, like professional dancer, like stripper girls.

Q.  For how long did you have those shoes on during each hotel night?

A.  The entire time of the night.

Q.  What did that feel like?

A.  It was a lot.

Q.  What would happen with the baby oil when you were wearing those shoes all night?

A.  I would just -- I just remember my feet being really sticky and oily.  And then I would always just try to be, remain balanced in my steps.  Maybe a couple times I've slipped.  And, yeah.

Q.  What, if any, piercings did Sean ask you to get?

A.  Sean asked me to get my nipples pierced.

Q.  About when did he ask you to do that?

A.  I would say -- I'm not sure.  Maybe end of '22 or early 2023.

P66Wcom5                    Jane - Direct

Q.  When Sean asked you to get your nipples pierced, did he say why?

A.  He said that that would really turn him on and that's what he wanted from his girl.

Q.  Did you end up getting them pierced?

A.  Yes.

Q.  How did you find a place to get them pierced?

A.  He was recommending a place in L.A. that I go to.

Q.  And how did you get an appointment at that place?

A.  KK helped me set up an appointment for this piercing place.

Q.  Did you get them pierced?

A.  Yes.

Q.  What did it feel like?

A.  Felt like a rodent bit on my nipples really hard.

Q.  For how long did you keep those piercings in?

A.  I kept them on for about a year.

Q.  Why did you take them off after a year?

A.  Because they snagged and bled and got infected.

Q.  What did they snag on?

A.  One of my lingerie outfits.

Q.  How did Sean react when you took out your nipple piercings?

A.  He was OK with it at first.  But then I could tell he was getting impatient with how long this -- it was taking me to put them back in.

Q.  How did you know that?

P66Wcom5                    Jane - Direct

A.  Because he would say things like, where are my piercings, where are my piercings?  This is the last time I see you when you don't have any piercings on.

Q.  What did you understand Sean was referring to when he said my piercings?

A.  I understood he was referring to me, my body, me, his girl.

Q.  Did you ever experience back pain during any of these hotel nights?

A.  Yes.

Q.  During how many?

A.  All of them.

Q.  What kind of back pain did you experience during these hotel nights?

A.  I would just -- my shoulders hurt.  My back hurt.  My lower back hurt.

Q.  What made your shoulders and back hurt?

A.  Because I would be at the edge of the seat or at the edge of the bed in the position that he liked me doing foreplay on these men.

Q.  For how long?

A.  Many hours.

Q.  Why would you stay in that position for many hours if it hurt you?

A.  Because that's what my partner wanted to see.

Q.  What, if any, infections did you have as a result of these

P66Wcom5                    Jane - Direct

hotel nights?

A.  I often got UTIs and yeast infections.

Q.  About how often did you get a UTI after a hotel night?

A.  Almost every week.

Q.  What did it feel like to have a UTI?

A.  It felt like burning and constant urination.

Q.  What treatment did you get for your UTIs?

A.  Antibiotics.

Q.  What, if anything, did you tell Sean about the UTIs you were getting so frequently?

A.  Sometimes I would tell him.  Sometimes I wouldn't.

Q.  About how long would you have to recover from a UTI before having another hotel night with Sean?

            MS. GERAGOS:  Objection.  As to time.

            THE COURT:  That's overruled.

A.  I would say it varied between a week and a half, a couple weeks.  It really varied.

            (Continued on next page)

P66ACom6                    Jane - Direct

BY MS. COMEY:

Q. Were there ever times you couldn't recover fully from a UTI before having another hotel night?

A. Yes.

Q. About how often did that happen?

A. It happened here and there.

Q. Did you ever get sore anywhere other than your back as a result of these hotel nights?

A. Yes.

Q. What part of your body got sore as a result of these hotel nights?

A. My vagina.

Q. Did you ever tell Sean during one of these hotel nights that your vagina was sore?

A. Probably not.

Q. Why do you say probably not?

A. Because I just -- I just didn't want to indicate like any negativity.

Q. About what percentage of hotel nights did you get sore in your pelvic area during?

A. 100 percent of them.

Q. Did you stop when you got sore?

A. Sometimes no.  Sometimes yes.

Q. On the times you didn't stop, why didn't you stop?

A. I'm not sure.

P66ACom6                        Jane - Direct

THE COURT:  Can we have a very brief sidebar.

(Continued on next page)

P66AСom6                        Jane - Direct

(At sidebar)

THE COURT:  Ms. Comey, how long do you want to go today?  Because my concern is that starting at 9:00 and going all the way to the end of the day may be taxing for any witness.  And so I wanted to get your thoughts on that so we can figure out and make sure we're taking appropriate breaks, etc., and ending at the right time.

MS. COMEY:  I appreciate that, your Honor.  I asked this witness during both breaks how she was feeling, and she said that although it's very emotional and taxing, she wants to get this out.  She wants to be able to finish her testimony.

THE COURT:  Okay.

MS. COMEY:  Perhaps I could check with her at the next break and see if she wants to end early.  But I asked her after how emotional she got before lunch, and she said she wanted to keep going.

THE COURT:  So you're comfortable going to the time of 5:00 p.m.?

MS. COMEY:  For now.  If you wouldn't mind me checking at the break with her to see if she wants to end early.  I know she really wants to be able to make her flight, so she may be pushing through for that.

THE COURT:  Anything, Ms. Geragos?

MS. GERAGOS:  No, I think we discussed it.  I discussed it with her counsel as well.  Like she wants the

P66ACom6                        Jane - Direct

flight.  We're trying our best to make it happen.

THE COURT:  Okay.  I wanted to check in with everybody.  So we'll probably go for another half hour or so and take a break.

MS. COMEY:  That's fine.  Thank you, Judge.

(Continued on next page)

P66ACom6                          Jane - Direct

(In open court; jury present)

THE COURT:  Ms. Comey, you may proceed.

MS. COMEY:  Thank you, your Honor.

BY MS. COMEY:

Q.  Jane, do you have an estimate of about how many times you told Sean that you did not want to keep having these hotel nights?

A.  I don't have an estimate, but I know I definitely wasted in a sense of mostly text messages.

Q.  Generally, when you tried to bring this up over the phone or in person, how did Sean react?

MS. GERAGOS:  Objection as to time.

THE COURT:  Sustained.

Q.  Jane, between May 2021 and October 2023, did you try to bring this up with Sean over the phone and in person?

A.  Yes.

Q.  Once or more than once?

A.  More than once.

Q.  And each time did he react essentially the same way?

A.  Yes.

Q.  How did he react?

A.  Just upset, defensive, belittling, dismissive.

Q.  When you had these conversations over the phone and in person with Sean, were you able to get all of your words out?

A.  No.

P66ACom  6                          Jane - Direct

Q.   Why not?

A.   Because he would overpower the conversation.

Q.   What do you mean?

A.   It was hard to get a word in.

Q.   What if anything did you do to help collect your thoughts and prepare to tell Sean how you felt?

A.   I would often go in my notes.

Q.   What are your notes?

A.   In my iPhone, I had this app which was my notes, and this was my only avenue to get my feelings out and write my thoughts and my feelings.

Q.   And then after you wrote your thoughts and your feelings out in your notes, what did you do with what you had written in those notes?

A.   Sometimes I would feel better just getting it out and writing it.  And sometimes I would just have the courage to actually send it to him.

Q.   Send it to who?

A.   Sean.

Q.   In a text message?

A.   Yes.

Q.   I want to jump forward in time.

        Toward the end of your relationship with Sean, what if anything did Sean tell you or say to you about whether you had ever told him you wanted to stop these hotel nights?

P66ACom6                    Jane - Direct

A.  I just remember he said that, that I never told him or that, like, he wasn't aware of how I was feeling.

Q.  At the time he told you that toward the end of your relationship, did you believe him?

A.  I did.

Q.  Since then, have you reviewed some of your text messages with Sean from your relationship?

A.  I have.

Q.  What did you realize when you reviewed those text messages?

A.  I realized that since 2021 that I had been saying the same things over and over again.

MS. COMEY:  Ms. Gavin, can we please pull up what's in evidence as Government Exhibit A-104-11, pages two and three.

I'm going to start with the top left.  Thank you.

Q.  What's the date of these text messages?

A.  This is November 22nd, 2021.

Q.  So is this still pretty early in your relationship with Sean?

A.  Yes.

Q.  Do you remember having this text conversation with Sean?

A.  Yes.

Q.  Okay.  Can you read us these two text messages, please?

A.  I say:  I'm definitely feeling some type of way.  Home girl is posting being there with you.

Q.  What were you talking about in these texts?

P66ACom6                    Jane - Direct

A.  I was feeling really jealous and really sad because I remember when I had came home, I was feeling bad that I went on a trip with Sean and it turned into a hotel night.  And when I was home, I could see that he was with another woman doing all these quality things, that quality time together, togetherness things that, like, I really wanted to do with my partner.

Q.  How were you able to see that if you weren't with him anymore?

A.  I would look at their Instagram stories and they would be posting.

Q.  What did you see on their Instagram stories in November of 2021?

A.  I remember them posting in his gym, in his studio, the view.

Q.  Jane, if you know that Sean was seeing other women, why were you jealous of him being with this other woman?

A.  Me now, here now, a more evolved me, I can definitely say that the reason why --

            MS. GERAGOS:  Objection, your Honor.

            THE COURT:  Sustained.

Q.  Jane, back in that moment, why were you jealous if you knew that he was dating other women?

A.  I was jealous here because I felt mistreated.  That I was coming there to do hotel night, and when I leave, he's giving another woman this quality time that I was, like, begging for.

P66ACom6                    Jane - Direct

Q.  So what's the next text that you send?

A.  I said:  So I genuinely thought you were just missing me.

Q.  And then can we go to the next text.

What did you say next?

A.  I said:  I thought on a quick one to two-day trip you just wanted to see me, but wanted a Don and Sly moment within that time, hotel vibes.

Q.  What did you mean when you said a Don and Sly moment?

A.  I meant that I thought he wanted to see me, and instead I ended up in a hotel for two days.

Q.  And who are Don and Sly?

A.  Entertainers.

Q.  Do you know Sly by any other names?

A.  Kabrale.

Q.  And when you said hotel vibes, what were you referring to?

A.  These hotel nights.

Q.  What's the next text you wrote?

A.  I said:  So I come in and do that while you go back to being laid up and booed up for days.

Q.  And can we read the text at the bottom of this page, please?

A.  I say:  I see what I'm turning into in your eyes.

Q.  For about how long had you been having hotel nights at this point?

A.  At this point, they were happening often.

P66ACom6                    Jane - Direct

Q.  Was this still relatively early in your relationship?

A.  Yes.

MS. COMEY:  Can we go to pages five and six, please, Ms. Gavin.

Q.  Jane, can you read us the top two messages, please?

A.  I said:  I need a breather and a break from you.  This doesn't make me feel good at all.  Your true intentions with me are in plain sight.  Hope you two have a great Thanksgiving.

Q.  What were you referring to when you said I need a breather and a break from you?

A.  I was referring to the pressure of these nights and performing these nights.

Q.  And what were you referring to when you wrote this doesn't make me feel good at all?

A.  I was referring to sex with other men.

Q.  And what were you referring to when you wrote your true intentions with me are in plain sight?

A.  I meant that I was starting to realize all that he called me for and wanted me for.

Q.  What's the next text you sent?

A.  I said:  Don't say you -- can I curse?

Q.  You can read it.

A.  Don't say you fucking miss me and you're bored over there. Just don't say shit to me at all.  You don't deserve me.

MS. COMEY:  You can take that down.  And, Ms. Gavin,

P66AACom6                    Jane - Direct

can we leave this up and can you please play for us Government

Exhibit A-104-11-A.

Q.   Jane, what's the green bubble that we see there?

A.   I believe that's a voice note.  A message.

Q.   From who?

A.   Sean.

Q.   To who?

A.   Myself.

       MS. COMEY:  Ms. Gavin, if we can play that from the

beginning, please.

       (Audio played)

Q.   Jane, how often did Sean speak to you using the tone and

language we just heard in that voice note?

A.   Often.

Q.   Throughout that message, Sean was referring to she.  What

did you understand he was talking about when he said she?

A.   The woman he was dating.

Q.   Is that the same woman who you had seen on Instagram?

A.   Yes.

Q.   How many times did Sean call you fucking crazy when you

tried to raise concerns about having to do these hotel nights

while other women he saw were treated differently?

A.   He would call me crazy all the time.

Q.   How did it make you feel when he talked to you that way?

A.   It would make me feel confused.  Just down.

P66ACom6                    Jane - Direct

MS. COMEY:  Let's go to pages seven and eight, please.

Can we zoom in on the top two, please.

Q.  What did you say in response?

A.  I said:  Ain't nobody just come to workout.  She's been there for days and posting the studio, etc.  Stop lying.  Funny thing is I don't even care.

Q.  What's the next text?

A.  I don't even fucking care who you lay up with.

Q.  Why were you saying you don't care who Sean is with?

A.  I said I didn't care about who he was with.  It was what they were doing that made me jealous.  I wanted that time with him.  That's what I wanted from him.

Q.  What's the next text?

A.  I said:  You been saying you miss me and want to see me.

MS. COMEY:  Let's go to the next ones, please.

A.  I say:  But you're lying.  You just want the hotel shit.

Q.  What were you referring to when you said you just want the hotel shit?

A.  I was referring to he just wants to see me have sex with other men.

Q.  Why were you bringing up hotels in a conversation where you're talking about Sean being with another woman?

A.  Because I'm trying to put it into perspective for him that there's just an imbalance here.  There's just an imbalance.

Q.  An imbalance between what?

P66ACom6                    Jane - Direct

A.  How I was treated versus how they were being treated.

Q.  How were you being treated?

A.  I was being treated like, like I was the one who had to take this on.  I had to take all of this on.  And they didn't.

Q.  Can you read the next text you wrote, please?

A.  I said:  It's not me you miss or want.

Q.  What were you referring to there?

A.  I was referring to me addressing that it's not me that you want.  It's these nights.

MS. COMEY:  Let's go to pages 10 and 11, please.

Q.  Is this the end of this same conversation on November 22nd, 2021?

A.  Yes.

Q.  What did you write?

A.  I said:  Off this.

Q.  What did Sean write?

A.  Have a blessed day.

Q.  And then what's the last text you said?

A.  I said:  Goodbye.

Q.  And then on the other page, the next text you send, what's the date of the next text?

A.  The date is November 24th, 2021.

Q.  And can you read the bottom text for us?

A.  I say:  Baby.

Q.  Do you remember what happened between -- I'm sorry.  Can

P66ACom6                    Jane - Direct

you read the third text?

A.   Yes. I said:  FaceTime me.  What are you doing.

Q.   Do you remember what happened between the argument we just read on November 22nd and these different texts on November 24th?

A.   Yes.

Q.   What happened?

A.   Sean FaceTimed me and calmed me down.

Q.   What kinds of things did he say to calm you down, if you remember?

A.   I just know generally whenever we would have these types of back and forths, that whenever we would FaceTime, he would say that --

        MS. GERAGOS:  Objection.  She's talking about this time.

        THE COURT:  That's fair.  Why don't we get a new question.

        Ms. Comey.

BY MS. COMEY:

Q.   Jane, about how often would you have fights with Sean about not wanting to do hotel nights and then have a FaceTime with him after the fight?

A.   It would happen often.

Q.   Each time you had a FaceTime with him after the fight, did essentially the same thing happen?

P66ACom6                        Jane - Direct

A.  Yes.

Q.  What happened?

A.  I would get cooled down.  I would just calm down.  He would say all the things that I wanted to hear.  He would say that it's not what I'm thinking.  That it's -- he would just downplay whatever it was that I was freaking out about, and that he loved me and that he missed me, can't wait to see me.  And it would be done.

        MS. COMEY:  Ms. Gavin, can we please go to Government Exhibit A-104-21.  Can we look at pages two and three, please.

Q.  What are the dates of these messages?

A.  This is January 29th, 2022.

        MS. COMEY:  I'm sorry.  I want to go to the bottom message on the left.

Q.  What's the date of this message?

A.  This is February 5th, 2022.

Q.  What did you write on that day?

A.  I said:  Baby, should I wear a white or black dress.

Q.  Who did you send that to?

A.  Sean.

        MS. COMEY:  Can we go to the next page and see the next texts.

Q.  How did Sean respond?

A.  He said:  Black.

        And said:  You ready.

P66ACom6                    Jane - Direct

Q.  And what did you say?

A.  I said:  Okay on black, and like in 15 minutes.

Q.  And can we go to pages -- well, at this point do you remember what was going on around the time you had this conversation?

A.  This was me preparing to meet him for my birthday.

Q.  This was around your birthday in 2022?

A.  Yes.

Q.  Where did you spend your birthday in 2022?

A.  I remember I spent it at the Waldorf in Los Angeles.

Q.  And before you went to the Waldorf in Los Angeles, what if anything had Sean told you he had planned for your birthday?

A.  He said that we were going to go to dinner and just hang out, be with each other.

Q.  Were you expecting to have sex with other men on your birthday?

A.  Definitely not.

Q.  What ended up happening when you went to the Waldorf on your birthday in 2022?

A.  I ended up meeting somebody new, which was Leo.  And I ended up having sex with Leo.

Q.  Who brought Leo in on your birthday?

A.  Sean.

Q.  Do you remember any conversation around that on your birthday?

P66AcOm6                          Jane - Direct

A.  He said that he had entertainment coming and that it would be fun and that I would like it.

Q.  How did you react?

A.  This point, I was really high and in love with my partner and I was okay with it.

        MS. COMEY:  Let's go to pages five and six, please.

        Can we zoom in on the middle text in green and the bottom text in blue.

Q.  What did Sean text you on February 11th, 2022?

A.  He said:  Why you ain't been answering my calls.

Q.  And what did you say in response?

A.  I said:  I just hit your other phone.

Q.  How many phones did Sean use at this time?

A.  Two.

Q.  And how did you know which one to communicate with?

A.  Just whatever he messaged me on.

Q.  What had happened between your birthday where you met Leo and these texts on February 11th, 2022?

A.  I remember at this time that's when he started dating another woman.  And it was really heartbreaking for me because I felt that I saw this big grandiose birthday that he did for her versus the type of birthday that I just experienced with him.

Q.  How did you see the birthday that he -- that Sean planned for another woman?

P66ACom6                          Jane - Direct

A.   I saw it through Instagram.

Q.   What did you see on Instagram?

A.   I saw that the woman had a private jet.  That he had booked a villa on a nice island with her and her friends, and just did such a beautiful birthday celebration for this woman.

Q.   So let's keep reading your text.  Can you read what you said on the other page, please?

A.   I said:  I don't know how we're going to make it okay out of this, Sean.

Q.   And then what did you say next?

A.   I said:  Put yourself in my shoes right now.

Q.   And can we read the next text, please?

A.   I said:  I see the entire island vacation home, the dressed up PJ, all the effort you've put into this.  That's why you were blowing me up on my birthday, acting like you had planned so much for us.  Because you knew I would see all of this and what a drastic difference it is.  Now this, this is a proper birthday plan.  Why do you try to play me like that?  One minute you go off about how she's just a business partner.  The next you go off about how much money she spends on you.  So now you're trying to put the financial competition in my face.  Imagine how weird it would make you feel if I ever told you some man spent money on me.

Q.   What were you talking about when you said she's just a business partner?

P66Acom6                    Jane - Direct

A.  I was referring to the woman he was dating and how when their romance started happening, he was telling me that it was all business, that don't believe the things that were online and that it was not like that.

MS. COMEY:  Let's go to pages six and seven, please.

Q.  Can you please read the bottom text on the right-hand side. On the right-hand side, please.

What did you write to Sean?

A.  I said:  I don't ever want to do another hotel entertainment night with you.  I didn't even want to do those things with you on my birthday, but I wanted to make sure we had fun.  I feel so cheap once again.

Q.  What do you remember happening after you sent this text to Sean?

A.  I remember --

MS. COMEY:  Can you take that down.  Thank you, Ms. Gavin.

A.  I remember we probably had a FaceTime.

Q.  Over the next year, did these hotel nights continue?

A.  Yes.

Q.  Did you want to be doing them?

A.  No.

Q.  Over the next year, what sorts of activities or outings did Sean tell you that you would get to do with him?

A.  He told me that we would go on more dates, that we would go

P66AACom6                          Jane - Direct

on more trips, and we would travel and just do normal things together that I really craved to do.

Q.  How many of those things did you do?

A.  Hardly none of them.

Q.  Did you go on any trips?

A.  No.

Q.  What did you do most of the time you saw Sean over the next year?

A.  Hotel nights.

MS. COMEY:  I'd like to pull up now what's -- not in evidence.  What's marked for identification as Government Exhibit E-331-B.

Can we turn to the next page, please.  And can we zoom in on the record 164 down to the last text that's visible.

Q.  Jane, do you recognize this?

A.  I do.

Q.  What is this?

A.  This is my notes.

Q.  What's the date of this note?

A.  November 26th, 2022.

Q.  Is this one of the notes that you talked about writing earlier?

A.  Yes.

Q.  And in this note, were you describing how you were feeling at the time you wrote it?

P66ACom6                    Jane - Direct

A.  Yes.

MS. COMEY:  Your Honor, the government offers this in evidence.

THE COURT:  This exhibit will be admitted.  What's the number again?

MS. COMEY:  It's E-331-B.

THE COURT:  E-331-B will be admitted.

(Government's Exhibit E-331-B-R received in evidence)

MS. COMEY:  Ms. Gavin, will you please publish this to the jury.  And can you zoom back out, please.

And then can you zoom in from the last modified date down to the black box right below the last text.

Q.  What's the date of this?

A.  November 26th, 2022.

Q.  And are we looking at all of the note you wrote on that date or just some of it?

A.  Just some of it.

Q.  Would you please read the parts that are visible?

A.  I say:  I've just been waiting for you to do all the things you promise me and nothing.  You hurt my feelings every time you dismiss me, it's belittling.  You always ask of me, and when I ask of you, it's a problem or I'm made to feel weird about it.  We both deserve love and to feel valued and appreciated and I don't feel that here.

And then I say:  Hey, I don't know what you're calling

P66ACom6                      Jane - Direct

me for, but I'm sorry, I don't want to do drugs for days and days and have you use me to fulfill your freaky wild desires in hotel rooms.

Q.  I want to ask you some questions about this.

When you wrote I've been waiting for you to do all the things you promise me, what were you referring to?

A.  Every time I would see Sean or get ready to see Sean, I feel like there was some sort of like promise that we would spend quality time, that we would do all these things together. And if I just did a hotel night, we would do it after.

Q.  Who told you if you just did a hotel night you would do these things after?

A.  He didn't specifically say that, but it would be like let's just do like one party first or let's just -- after tonight, which the night would be a hotel night, and then Sean would say that.

Q.  I want to make sure we're clear.  So Sean is the one who's saying this?

A.  The promises, yes.

Q.  And what types of things did Sean promise you?

A.  Date nights, togetherness, quality time, just whatever I wanted to do.

Q.  What did he tell you he wanted to do first?

A.  A hotel night.

Q.  And then did you agree?

P66ACom6                         Jane - Direct

A.   Yes.

Q.   And then after the hotel night, each time what happened?

A.   We would be too tired.  We would be too tired and exhausted and we would just spend the rest of our free time sleeping.

Q.   Now, Jane, do you remember back at the first hotel night you talked about with Don in May of 2021?  Do you remember talking about that yesterday, your first hotel night with Don?

A.   Yes.

Q.   First one ever?

A.   Yes.

Q.   The day after that, do you remember where you went?

A.   We were on a yacht.

Q.   So at that time was Sean too tired to take you out on a yacht?

A.   No.

         MS. GERAGOS:  Objection.

Q.   And then you write I don't know why you're calling me but I'm sorry I don't want to --

         THE COURT:  I'm sorry.  Was there an objection?

         MS. GERAGOS:  Yes, there was an objection.

         THE COURT:  I didn't hear you.

         MS. GERAGOS:  I'm sorry.  Objection, your Honor.

         THE COURT:  All right.  That was to the last question?

         MS. GERAGOS:  Yes.

         THE COURT:  It would have been overruled and there was

P66ACom6                    Jane - Direct

an answer given.

Ms. Comey, you may proceed.

BY MS. COMEY:

Q.  So when you write:  I don't know why you're calling me but I'm sorry I don't want to do drugs for days and days and have you use me to fulfill your freaky wild desires in hotel rooms, who was that addressed to?

A.  Sean.

Q.  Why did you write that in your notes app?

A.  Because I didn't have the courage to really say that to him.

Q.  Is it how you felt though?

A.  Yes.

MS. COMEY:  Ms. Gavin, I would now like to pull up please just for the witness and the parties Government Exhibit E-331-A.

Can you turn to the second page, please.  And can you zoom in on the text above the black box.

Q.  Jane, what is this?

A.  This is another note in my notes.

Q.  What's the date?

A.  This is December 12th, 2022.

Q.  And when you wrote this, were you writing about how you were feeling at the time?

A.  Yes.

P66ACom6                        Jane - Direct

MS. COMEY:  Your Honor, the government offers this exhibit in evidence.

THE COURT:  All right.  Again, could you give me the number because these are lengthy numbers.

MS. COMEY:  Yes, I'm sorry, your Honor.  E-331-A.

THE COURT:  All right.  E-331-A will be admitted.

(Government's Exhibit E-331-A-R received in evidence)

MS. GERAGOS:  I believe it's dash R.

MS. COMEY:  I'm so sorry.  It should be dash R.  My apologies.  And the prior one should be B dash R, your Honor.  I'm sorry.  They should be the redacted versions.

THE COURT:  Both of these two exhibits will be admitted in their redacted form.

MS. COMEY:  Thank you, your Honor.

MS. GERAGOS:  Over our previous objection, your Honor.

THE COURT:  Understood.

MS. COMEY:  Can we please publish that to the jury.

Q.  Jane, what's the date of this note?

A.  The date of this note is December 12th, 2022.

Q.  Would you read this please?

A.  I say:  But for what.  You want to call me for what.  You going to ask me to come over to put you to bed because you were partying with another girl the night before.  Ask for foot rubs and sleep till the next day to take another girl on a date or ask me to come over because you want escapism or debauchery.

Keep me up for three days straight and then send thousands of roses, cars, jewelry, private island trips, date nights for someone else, and leave me to clean up my house and recover alone.  I'm done being used by you.  You are hurtful and damaging for me.  I have to pull away from you because you have just crossed too many lines.  Call you for what.  So you can convince me to come over around you and what.  Put you to bed and give you foot rubs because you were fucked up from partying with whoever the night before.  Have me just sit there while you're calling, texting, FaceTimeing, and sending voice notes to other girls.  Or have me locked up in a hotel or trash my house for a three-day dirty escapism binge.  Have me do all of that just to turn around to leave me to clean up and recover on my own while you buy thousands of roses, cars, jewelry, shopping, PJ flights, and set up the next flight and trip for someone else.  I'm done being used by you.  I don't feel good around you, and I need to stay away from you.

Q.  Jane, why did you write that?

A.  I wrote that because these things were happening around this time where it was really hurtful to see that Sean was so capable of doing these really romantic, lovely gestures.  But when it came to me, I was just always dealt and met with excuses.

Q.  Toward the bottom of the text where you wrote leave me to clean up and recover on my own, what were you referring to?

P66ACom6                      Jane - Direct

A.  I was referring to so many of these nights where even after everything is done, I took it upon myself to try to clean up as much as I could.  And sometimes if it was at my place, I wouldn't have the maid for days, and so I would just clean it all up by myself.  Be by myself as I'm coming down from drugs and just trying not to think too much about what just happened and the reality of me being alone cleaning up after this and how that would effect me.

Q.  Why didn't you want to think too much about what had happened?

A.  Because it was awful.

        MS. COMEY:  You can take that down.  Thank you.

Q.  Jane, we talked earlier about your birthday in February of 2023.  Do you remember that?

A.  Yes.

Q.  I'm not going to make you talk about it in detail again, but can you remind us where that was?

A.  Miami.

        MS. COMEY:  Can we please pull up what is in evidence as Government Exhibits E-111 and E-198.

Q.  Jane, what are these?

A.  These are photos of me and Sean on my birthday in Miami.

Q.  Your birthday in 2023?

A.  Yes.

Q.  What part of the night were these from?

P66ACom6                          Jane - Direct

A.  This was the beginning.  This was -- one was at dinner and the other one was in the hotel room just getting the night started.

Q.  How do you remember feeling when these photos were taken?

A.  I was feeling really happy with my partner.  I just loved every single minute with him.  I always wanted to kiss him or touch him or just be next to him.

MS. COMEY:  We can take those down.  Thank you.

Would you please pull up, Ms. Gavin, what's in evidence as Government Exhibit A-104-42, and let's go to pages two and three.

Can you zoom in on the top two texts on the left, please.

Q.  What's the date of these texts?

A.  These dates are February 11th, 2023.

Q.  And then is the next one February 12th, 2023?

A.  Yes.

Q.  And are these after you left Miami after your birthday in 2023?

A.  Yes.

Q.  What did you write?

A.  I said:  Why do you lie to me.

Q.  Why did you send that text to Sean after your birthday?

A.  Because he left me in that room like that and he embarked on a private vacation with him and his other girl that he was

P66ACom6                         Jane - Direct

dating.

Q.  How did you know that?

A.  Because they -- because she posted it on Instagram.

Q.  And did you see it there?

A.  Yes.

Q.  And what did you see on Instagram?

A.  I saw that she had a plane that was decorated for her birthday.  I saw photos of them together.  And I saw them going to a private island.

Q.  How did that make you feel?

A.  Absolutely terrible.

Q.  Why?

A.  It broke my heart because I just finished spending my birthday with all these guys having sex with me, and then just for my partner to leave and do such -- a romantic gesture for someone else.

Q.  Can you read how Sean responded to you when you asked why he lied to you.

        Actually, backing up.  What about that was a lie?

A.  I asked him in that night, I remember he was making phone calls, private phone calls, to his assistant asking if the food was okay and if the chef was there.  And it seemed like he was in preparation for something else.

        And I just -- I had it in the pit of my stomach that he was getting ready to do something that was just going to

really hurt my feelings and so instead of not saying anything, I just looked him in his eyes and I said are you going on a trip? Are you going on a trip after this? And he flat out said no.

Q. How did Sean respond on February 12th, 2023 to your text?

A. He said: Because I didn't feel like telling you what I was doing with somebody else. You had your birthday. And I didn't tell her what I was doing with you. And that's the way I want to keep it. Thank you. Love. Hope you have a great dinner.

Q. How did you respond?

A. I said: I've been asking for us to go to Turks for so long or to take any trip together. You've left me behind for years now to watch all your trips. And I've been cool about it. Hoping you'd take me somewhere for my birthday. You know I specifically wanted to go to Turks. This just doesn't feel good.

        MS. COMEY: Let's jump to pages six and seven, please.

Q. Would you please read -- is this a continuation of the same conversation?

A. Yes.

Q. Could you please read what you wrote on this page?

A. I said: Yeah, baby. It's really weighing down on me. Italy two times, St. Barths, now Turks, the place I've been patiently and kindly asking for for years now.

Q. What were you referencing when you said Italy two times,

P66ACom6                    Jane - Direct

St. Barths, now Turks?

A.  I was referencing all the trips he had taken where he didn't invite me.

Q.  And how did Sean respond?

A.  He said:  You look like you had a great party and we had a good time.  Stay in the light.

Q.  What did you understand Sean was referring to when he said you look like you had a great party?

A.  I understood him to talk about my birthday dinner that he did for me that I did the night before.

Q.  What birthday dinner had you done the night before sending these text messages?

A.  After our birthday celebration for me, I left Miami and I had a birthday dinner with my girlfriends the following day. And so he's saying that I look like I had a great birthday party.  And him saying we had a good time, meaning our time together at the hotel.  And for me to stay in the light, which meant like just move on from that feeling and whatever.

Q.  And who paid for that birthday dinner with your friends?

A.  Sean.

Q.  But was he there?

A.  No.

Q.  Where was he?

A.  In Turks.

Q.  Can you read the text at the bottom of the page on the

P66ACom6                        Jane - Direct

left, please?

A.  I said:  It really feels like you use me to get off and then you go away for a week.

Q.  Let's read the text on the next page, please.

A.  I say:  I've been staying in the light and staying strong about it, but this is my truth and how it makes me feel.  I'd like to get off the hamster wheel and just do something different with you.  I deserve it too.

Q.  What did you mean when you said I'd like to get off the hamster wheel?

A.  I meant that I wanted to get off the rhythm of these nights, the consistent nights that I just -- I couldn't get out of.  I couldn't get out of this constant, constant movie.

Q.  Let's read the next two texts, please.  What did you write?

A.  But of all places, you pick Turks.  How can I not feel a way.

I say:  When are we having a getaway, you've promised me this for years.  All we do is hotel and it's sad.  It's just not fair to me.

Q.  What were you referring to when you said you've promised me this for years?

A.  I was referring to that these were one of the things that I so desperately wanted from Sean, that he knew that I wanted. And he would say that we would do these things, just trips, traveling, dinners, date nights, just the quality time.

P66ACom6                          Jane - Direct

Q.  Let's go to pages eight and nine, please.

Would you read the next texts you sent him?

A.  I say:  I didn't want to do all of that on my birthday. You knew how tired I was -- you knew how tired I was -- I was but I kept a good attitude about it.  I come home to see you on a trip I've been dying for.  To the only place I've been wanting to go back with you.  I'm off it because it's just making me cry.  It's been two years of waiting and I'm just frustrated and feeling used.

Q.  What were you referring to when you said you knew how tired I was?

A.  He knew that after three guys that I was tired.

Q.  And when you said the only place I've been wanting to go back with you, what were you talking about?

A.  I just wanted to go back to where I fell in love with him. And that place was very special to me.

Q.  Where was that?

A.  Turks.

Q.  Do you need a break, Jane?

A.  No.

Q.  Can you read how Sean responded to you?

A.  He goes:  Let's not do anything anymore.  Sorry.  Tired of you throwing sex in my face.  Wack.  I can't handle you comparing yourself with another woman.  That's why I lie in the first place.  So let's just be friends.

P66ACom6                              Jane - Direct

Q.  What did you understand Sean was referring to when he said tired of you throwing sex in my face?

A.  I understood that he meant any time that I would bring up these hotel nights.

MS. COMEY:  Let's take that down.  Can you read the next thing you wrote, please.

A.  I said:  This is the one time I'm comparing because it was my birthday.  Not just any regular day that we have.  I thought we would do something different, like a trip.

Q.  Can we read the text on the next page, please?

A.  I said:  So you're on this trip and breaking up with me. That's how you want to make me feel.

Q.  Can you read the bottom text, please?

A.  I said:  I would never make you feel like how you're making me feel right now.

MS. COMEY:  Let's go to pages 10 and 11, please.

Q.  Can you read the top text, please?

A.  I say:  I don't throw sex in your face constantly.  But the type of nights we have are nights that require everything out of me.  For 30 to 40 hours straight.  I figured on my birthday you would switch it up for me.  And what you're doing right now is exactly the switch up I asked for.  How are you treating me is so cold and you're really making me feel used right now and now you're breaking up with me.  Is that really what you want. Be clear now so I can see things for what they really are and I

P66AClm6                         Jane - Direct

can see you for who you really are.

Q.  What's the next text you sent?

A.  I said I asked you for the truth so I wouldn't feel like this, and you lied because you knew it would be fucked up.

Q.  What did you write at the bottom?

A.  I say:  And to add to your fucked up lie, you want to breakup.

MS. COMEY:  Go to the next page.

Q.  Can you read the text you wrote on the next page, please?

A.  I said:  I feel terrible right now.  I have been nothing but patient.  No headaches, no stress, give you whatever you want, whenever you want it.  I don't stress you about anyone or anything.  I show up when you want and how you want it.  You're the only man in my life and -- you're the only man in my life and I don't entertain anyone else.  You gave me a tall story lie about being stressed and why you would not take a trip right now, and you still lied and you took someone else on a birthday trip to the destination I've been asking for for years.  I've sat back for over two summers and holidays and countless trips and still gave you zero stress about it.

I say:  Choosing to lie to me on my birthday feels like you tried to trick me.  You could have just been honest and it wouldn't have been such a blow to me.  Why am I the one who always seems to get the shorter end of everything and get less of an experience.  But yet, I feel I'm asked to do the

P66AcCom6                    Jane - Direct

most.  And now I'm seeing you on this trip and can't help but feel taken advantage of and taken for granted and lied to. This was the time for you to show me that love and all the things you promised me you would do and start doing and be more like.  You said I'd start feeling everything more now and this is how you start it.

MS. COMEY:  Let's go to pages 12 and 13, please.

Q.  How did Sean respond?

A.  He says:  Let's be friends because I can't take this part. For real.  I'm done with you comparing yourself to someone else.  I treat you good.  And if you don't feel so, let's just be friends cause I'm tired of these long texts telling me what I'm doing wrong.

Q.  What did you write in response?

A.  I said:  How is treating me good telling me for years we're going to go on a trip, and ask me for patience all these years, then lie to me on my birthday and take someone elsewhere I wanted to go.  How is that treating me good.  Every woman in your life has enjoyed this with you but me.  Why.  I don't deserve that.

Q.  Let's go to the next page, please, and read the rest of the texts.

A.  I said:  Don't I give you everything you want.  What am I doing wrong.

I feel like I do everything right by you and I still

P66ACom6                          Jane - Direct

get lied to or I get treated less than.  Why.

Have we just taken things too far and now you look down on me.  You're breaking my heart by asking to be friends like I'm nothing to you.

MS. COMEY:  Let's go to pages 14 and 15.

A.  I don't deserve this and you're going to miss me.  Don't come looking for me.  You're breaking my heart.

Q.  How did Sean respond?

A.  He said:  I'm not trying to do that.

Q.  What's the next text that Sean sent you?

A.  He said:  You just had a great dinner.  Anything you asked me for, I've done.  We'll miss each other.

Q.  When Sean wrote anything you asked me for I've done, in your experience, was that true?

A.  No.

Q.  Can we read the next two messages you sent, please?

A.  I said:  All I wanted to do was travel with you, spend more quality time together, go eat, make love, be closer, and do things outside of these rooms.  But that's all you showed me over and over, what you wanted me for.  I won't miss it because I'm more than that.

I asked you calmly and straight up in your face for the truth because I could feel you were lying.  You could have just told me the truth and I would have taken it in stride.  Instead, you put pressure on yourself to lie.  It's you.  You

P66ACom6                          Jane - Direct

say you're in the era of truth, then embody it.  And when people ask for it, give it.  How you handled this was contradictory and cowardly.  I'm off it.

Q.  How did Sean respond?

A.  He said:  Miss you.

Q.  Now, can we look back at the text you just sent before that?

A.  Yes.

Q.  What's the date of that text?

A.  February 13th, 2023.

Q.  And then what's the date of the next text that Sean sent you?

A.  February 18th, 2023.

          MS. COMEY:  And then can we turn to the next page, please.  Sixteen and 17.

Q.  Over the next couple weeks, what did Sean text you?

A.  He says:  Hello.  Hello.  Good morning.  I miss you.  What are you doing.  Let me make it up to you.  I don't deserve a chance.  You're taking this too far now.  Let me make it up to you.

Q.  Did you respond to any of these texts?

A.  No.

Q.  How long did you go without speaking to Sean after the argument over text we just saw on February 13th, 2023?

A.  It looks like I didn't respond for about 13 days.

P66AcCom6                    Jane - Direct

MS. COMEY:  We can take this down.

Q.  Setting aside the texts, in your own memory, how long do you remember not talking to Sean after your birthday in 2023?

A.  I remember I took a couple weeks away from Sean and I didn't speak to him.

MS. COMEY:  Your Honor, this is a good time for an afternoon break if that's all right.

THE COURT:  All right.  We will take a break and we'll come back in about 15 minutes.  All rise for the jury.

(Continued on next page)

P66ACom6                    Jane - Direct

(In open court; jury not present)

THE COURT:  Jane.

THE WITNESS:  Yes.

THE COURT:  Do you feel comfortable going to -- we were planning to going to 5:00 p.m., but it's based on your comfort level and how much time you can spend here.  So if you need to end a little earlier, I'm happy to do that.

Do you think can you go to 5:00, or do you want to end a little earlier?

THE WITNESS:  Thank you for asking, and I can do until 5:00.

THE COURT:  Are you sure?

THE WITNESS:  Yes.

THE COURT:  So if you feel like you can't do that, then all you have to do is let Ms. Comey know and she'll let me know and then we can end earlier.  Okay?

THE WITNESS:  Thank you very much.

THE COURT:  So we will come get you in a few minutes.

Please be seated.

(Witness not present)

THE COURT:  Anything that we need to pick up before we come back?

Ms. Slavik, anything on your side?

MS. SLAVIK:  Yes, your Honor.

MR. AGNIFILO:  I'm sorry.

P66ACom6                          Jane - Direct

THE COURT:  Let's wait for a second.  Yes.

MS. SLAVIK:  Your Honor, I understand that counsel for Jane would like to address the Court related to a matter with respect to the pseudonym order.

THE COURT:  Very good.

MS. LEWIS:  Good morning, your Honor -- or good afternoon, your Honor.

THE COURT:  Good afternoon.

MS. LEWIS:  Lindsay Lewis, Dratel & Lewis, on behalf of Jane who is testifying.

THE COURT:  Good afternoon.  Can you speak into the microphone.

MS. LEWIS:  Yes, I can.  Is this better?

THE COURT:  Yes.  Sorry.  It's the length of the microphone is not at the appropriate length.

MS. LEWIS:  Thank you.  I just wanted to bring to the Court's attention that there are media outlets, YouTube accounts, Instagram accounts, and others that are seeking to discover and/or to reveal Jane's identity.

These are active attempts and some are ongoing.  And many of these accounts and outlets have many readers and followers, and so that is why I felt it was important to make this in a timely manner, this notice to the Court.

Where we've been able to identify the source and have contact information for the individuals, we believe, that are

P66ACom6                              Jane - Direct

contravening the Court's directives.  We have reached out to them.  And we're also recording any live stream or documenting any posts or articles we come across for the purposes of future enforcement where we're not able to identify a sufficient means of contact.  And we can provide to the Court the names of the outlets that we believe violate the Court's directives *in camera* if the Court would like.  But we don't want to reveal who they are publicly because of the number of followers, and our concern that it would only bring more attention to these accounts which are seeking to reveal or attempt to reveal Jane's identity.

In that regard, you know, the Court is obviously aware that there is a pseudonym order in place, which protects Jane's privacy, most importantly her identity.  That's the docket at 262.  These posts and media outlets threaten her safety and privacy that led to the Court's pseudonym order.

So we would ask, in these very unique circumstances, for the Court to take further steps in its discretion to prevent and to stop these attempts to violate, what we believe, is the Court's pseudonym order, and certainly the Court's many directives that her identity should not be revealed publicly.

THE COURT:  Do you have any evidence or information that the origin of these attempts to reveal Jane's identity are coming from people who have been in the courtroom or the overflow rooms and have seen Jane testifying, and on that basis

P66ACom6                        Jane - Direct

have made these disclosures publicly?

MS. LEWIS:  So we have, wherever possible, tried to seek out information as to whether these people are in the courtroom or in the overflow room.  So far, it does not appear that these individuals are in the courtroom or the overflow room.  Which is significant, I believe, because if that had been something we had discovered, we would ask the Court to take the step of banning those people from the courtroom or courthouse.

But, at this point, that's not been our understanding. We continue to seek additional information, particularly where we don't know exactly where the individuals or who the individuals are behind the accounts to find out if they are in the courtroom, or more likely, the overflow room.

THE COURT:  So with the information you have at least at this time is that members of the public who have been reading reports on what is happening in the courtroom have done their own investigation and have made attempts to discern Jane's identity.  Is that fair?

MS. LEWIS:  Yes.  Although I would add there was one instance where we believe someone was in the courtroom and did post -- or overflow room and did post online.  But at this point, we don't know the identity of this person.

So either that we believe they were in the courtroom, or we have reason to believe that and we don't know their

P66ACom6                        Jane - Direct

identity.  Or we know their identity, and we can, to the best of our knowledge, confirm they have not been here or are not here today.

THE COURT:  So I think you should make that *in camera* submission to the Court.  We'll review it.  If based on what you submit I feel that someone either in the courtroom or in the overflow rooms have violated the order I gave at the beginning of Jane's testimony, then that will be referred to the marshals service for further investigation.

As to members of the general public who have -- if there's chatter or discussion about Jane's identity, I don't believe that's within the scope of the pseudonym order.  I think what you're asking me to do is to put in place a new order, that would be more along the lines of a gag order on the media.  And that's a separate issue that was not encompassed in the prior pseudonym order.  And I would have to consider that and have the parties' positions, as well as the positions of the media.  And they would need to be heard before I put an order like that in place.

But if you make an application along those lines, I will certainly consider it and do so promptly given that these are the types of things that need to be handled expeditiously.

MS. LEWIS:  That's understood, your Honor.  I do believe there were a couple of directives that the Court and admonishments the Court has made over the course of this trial

P66ACom6                              Jane - Direct

that I believed also got at some of this, in terms of explicitly making clear that identifying information should not be posted.  I believe that would be in line with the Court's pseudonym order.

For instance, her license, which, you know, was put here, not published.  Were someone to publish that, I believe that would be -- it's my understanding and I would like the Court's clarification, if that would be a violation of the order.

THE COURT:  Do you have your phone with you?

MS. LEWIS:  I do have my phone with me.

THE COURT:  So why don't you send, you can send to the chambers address any information you have along these lines and we'll consider it.  I can consider it during the break if you can send it to the Court.  Otherwise, we'll consider it certainly today.  And if there's any further action that's needed, we'll definitely take it.

MS. LEWIS:  Thank you.

THE COURT:  All right.  Thank you.

Anything further from the government?  Not hearing anything.

MS. STEINER:  No, your Honor.

THE COURT:  That's okay.

Anything from the defense?

MR. AGNIFILO:  No.  Thank you.

P66ACom6                    Jane - Direct

THE COURT:  Let's take our break.

MR. DONALDSON:  Your Honor, how long?  What time are we coming back?

THE COURT:  I said 15 minutes.  We'll come back at 3:30.

MR. DONALDSON:  3:30.  Thank you.

(Recess)

P66Wcom7                        Jane - Direct

THE COURT:  Please be seated.

Let's bring Jane back.

(Jury present)

THE COURT:  Please be seated.

Ms. Comey, you may proceed when ready.

MS. COMEY:  Thank you, your Honor.

Ms. Gavin, would you please pull up just for the witness and the parties what's marked for identification as Government Exhibit E-331-ER.

Oh, forgive me.  I should've said FR.  My apologies. FR.

And could you please turn to the second page and please zoom in between created date and then approx.

Q.  Jane, do you recognize this?

A.  Yes.

Q.  What is it?

A.  It's another note from my Notes.

Q.  When did -- what is it dated?

A.  February 12, 2023.

Q.  And why did you write this?

A.  I think these were just my thoughts that I wanted to say to Sean, but instead I'm writing them in my Notes to myself.

Q.  Does this reflect how you were feeling at the time you wrote this?

A.  Yes.

P66Wcom7                    Jane - Direct

MS. COMEY:  Your Honor, the government offers Government Exhibit E-331-FR in evidence.

THE COURT:  E331FR will be admitted.

(Government Exhibit E-331-FR received in evidence)

MS. COMEY:  Could we please publish that.

Q.  And Jane, would please just read what you wrote?

A.  I said, you know what, babe?  It's OK.  I just accept the fact that you are a pathological liar.  I try my best to make this a safe, nonjudgmental, loving space for us, but I still get lied to.

MS. COMEY:  We can take that down.  Thank you, Ms. Gavin.

Would you please now pull up just for the witness and the parties what's been marked for identification as Government Exhibit E-331-C and turn to pages 2 and 3 side by side.

Q.  Jane, do you recognize this?

A.  Yes.

Q.  What is it?

A.  It's the notes that I wrote.  They're my notes.

Q.  And what is the date of the first note?

A.  February 13, 2023.

Q.  And at the bottom of that page, on the left, what's the date of the second note?

A.  This is February 12, 2023.

Q.  Jane, when you wrote these, were you expressing how you

P66Wcom7                     Jane - Direct

were feeling at the time?

A.  Yes.

          MS. COMEY:  The government offers Government Exhibit E-331-CR in evidence.

          THE COURT:  E-331CR will be admitted.

          (Government Exhibit E-331-CR received in evidence)

          MS. COMEY:  Can we please publish.

Q.  Now, Jane, we don't need to read this, but generally, is the text we're seeing here very similar to the texts that we read that you sent to Sean around the same time?

A.  Yes.

Q.  Why did you write these in your Notes if you also sent them in texts to Sean?

A.  I wrote them in my Notes so that I could really get out what I was feeling uninterruptedly and just really get that energy out of me and write my feelings and my thoughts.

Q.  Which did you write first, the notes or the texts?

A.  The notes.

Q.  And then did you copy from the notes into the texts?

A.  Yes.

          MS. COMEY:  We can take this down.  Thank you.

          Ms. Gavin, would you please pull up what's been marked for identification as Government Exhibit E-331-HR and turn to the second page, please.

          And can we pull up the third page next to it, please.

P66Wcom7                    Jane - Direct

The third page next to it.  Thank you.

Q.  Jane, do you recognize this?

A.  Yes.

Q.  What is it?

A.  It's a note on my Notes.

Q.  When did you write this?

A.  February 22, 2023.

Q.  And when you wrote this, were you writing what you were feeling at the time?

A.  Yes.

          MS. COMEY:  Your Honor, the government offers exhibit E-331-HR in evidence.

          THE COURT:  E331HR will be admitted.

          (Government Exhibit E-331-HR received in evidence)

          MS. COMEY:  Can you please zoom in on the top half of this second page, Ms. Gavin.

Q.  What's the date of this note, Jane?

A.  This is February 22, 2023.

Q.  Would you please just read the three blocks of text we see on this page?

A.  Yes.  I say:  You lied straight to my face.  You didn't care what I would see or how it would hurt me.  All you wanted was another hotel night and use me before your trip, like you've been doing to me for two years.  I've deprived myself of romance, love, travel, deep meaningful connections and sitting

back patiently watching you do all the things I wish you would do for me.  You lied because you wanted to use me for the night.  You lied.  I can't get this image of you lying in my face out of my head.  You lied so you could use me for that night.  You lied because you knew you had a whole vacation planned.  You lied and said you had no time for me because you were stressed with work.

Q.   Jane, in the middle section of the text --

MS. COMEY:  Can we go back to that, Ms. Gavin.

Q.   -- when you wrote I've deprived myself of romance, love, travel, deep meaningful connections, what were you talking about there?

A.   Meaning that in the time I had spent with Sean, I was starting to feel a lot of regret that what I thought would be romance, travel, love, here I didn't receive that and I felt that I had wasted my time, wasted precious time that I didn't have to invest in this relationship, and it was just weighing down on me.

MS. COMEY:  Can we pull up, Ms. Gavin, pages 3 and 4 side by side now, and can we zoom in, please, on the bottom part of page 3.

Q.   Can you just read that text for us, Jane?

A.   I said:  Then you use me up for yet another hotel night and get on your jet and go on an island vacation for five days to Turks, a place I've been begging you for.  Anything outside of

P66Wcom7                         Jane - Direct

these hotels I'm a joke to you.

Q.  Can we go to the last page, and can you read what's at the top, please?

A.  I said:  It's my birthday.  I was tired and didn't want to go to a hotel.

Q.  Can you read what's at the bottom, please?

A.  I said:  This is about you finally treating me like a human being, a lady, romanced, spending quality time, laughing, togetherness, not just someone you call on a Friday to use and leave me to go treat another woman with more integrity, being used every Friday to get high.

MS. COMEY:  We can take this down.  Thank you, Ms. Gavin.

Q.  Jane, before the break, you told us that you took a break from talking with Sean after this fight in February 2023, is that right?

A.  Yes.

Q.  During that break, did you respond to any of Sean's communications?

A.  No.

Q.  When you stopped responding to Sean's communications, how, if at all, did he try to reach out to you?

A.  He would try to call me a lot.  He would text me a lot.  He would have other people try to message me or call me.

Q.  Who else called you or messaged you on Sean's behalf during

P66Wcom7                        Jane - Direct

that time?

A.  His assistant, his butler.

Q.  And who is that?

A.  His butler.  I remember it was Frank that I received messages from or Brendan.

Q.  Did you respond to those?

A.  No.

Q.  During this break you took from communicating with Sean, what, if any, trips did you take?

A.  I went to Paris.

Q.  Why did you go to Paris?

A.  For fashion week.

Q.  How long had it been since you'd taken a trip just for yourself?

A.  Over two years, three and a half years.

Q.  As you were getting ready to leave for Paris, what happened?

A.  Somehow Sean found out that I was going to Paris and he started texting me, like, Paris, Paris, Paris, Paris, and he called my phone, like, 30 times in a row.

Q.  How long before your flight to Paris did Sean start texting you and calling you?

A.  It was, like, just a few hours before my flight.  Like I had no idea how he found out.

Q.  Did you respond to him?

P66Wcom7                        Jane - Direct

A.   No.

Q.   How did that make you feel when Sean sent you those notes, those texts and called you?

A.   He made me feel like he cared, but I knew I had to stay strong and not respond.

Q.   Where did you go?

A.   I went to the airport to go to Paris.

Q.   And then how long did you go to Paris for?

A.   I went just for, like, four or five days.

Q.   And then when you got back, what do you remember happening?

A.   When I got back, I remember that's when Sean and I started opening communication again, and we were bickering, but he was adamant that we should see each other.  And I missed him as well and I wanted to see him too.

Q.   Why did you miss him if you'd been so upset with him?

A.   Because I love him.

Q.   What did Sean say that convinced you to talk to him again?

A.   He said come to Miami and we'll figure out a trip.

Q.   What trip did he tell you he would figure out?

A.   Like a re -- like a remake of -- not a remake.  Like, he wanted to make up my birthday trip to me, and this would be like a birthday makeup trip.

         MS. COMEY:  Can we please pull up what's in evidence as Government Exhibit A-442-3 and go to pages 7 and 8 side by side.

P66Wcom7                    Jane - Direct

Q.   So looking at the left side, if we can just look at the bottom two texts on the left --

          MS. COMEY:  If we can zoom in on those.

Q.   -- what's the date of these texts?

A.   This is March 12, 2023.

Q.   At this point have you started talking with Sean again?

A.   Yes.

Q.   And have you started planning this makeup birthday trip?

A.   Yes.

Q.   And where are you and Sean planning to go?

A.   Turks.

Q.   Can you read what you wrote?

A.   I said:  So I'm going to opt for the early morning Tuesday flight.  I'll land Miami at 4:30 p.m., so it will give me all day tomorrow, Monday, to shop and be prepared.  Tuesday you're busy with a few things until dinnertime anyways, right?

Q.   How did Sean respond?

A.   He said yes.

Q.   What were you planning for here?

A.   I was planning to come to Miami.

Q.   Before what?

A.   Before our trip together.

          MS. COMEY:  Can we go to the next page, please, and zoom in on the messages.

Q.   What did Sean write to you?

P66Wcom7                          Jane - Direct

A.  He said:  Plan a night of debauchery and fun, then straight to the airport, straight to the beach.  What you think?

Q.  How did you respond?

A.  I said:  I just want us.  We need to reconnect.

Q.  What did you understand Sean was asking you when he said plan a night of debauchery?

A.  I understood that he wanted a hotel night.

Q.  And why did you respond I just want us?

A.  Because I didn't want to have sex with other men.

Q.  How did Sean respond?

A.  He said cool.

        MS. COMEY:  Can we turn now to page 9, please.  Just pull up page 9.

        And can you zoom in on the top text.

Q.  What did Sean say?

A.  He said:  So we don't need a hotel, but we are going to fuck until we leave, LOL.

Q.  What did you understand Sean was telling you?

A.  That we would just go to his residence instead, probably make love all night until we got to the jet.

Q.  And based on your conversations with Sean before this trip, what was your understanding about whether there would be any entertainers or hotel nights on this trip?

A.  I understood that there would be none.

Q.  Did that turn out to be true?

P66Wcom7                    Jane - Direct

A.  No.

MS. COMEY:  Let's take this down.

Q.  After these communications, where did you go?

A.  We met at dinner.

Q.  In what city?

A.  In Miami.

Q.  And what happened at dinner in Miami?

A.  We were listening to each other.  We were kind of bickering about Paris.

Q.  Can you tell us about that?  What were you bickering about with respect to Paris?

A.  He was just showing just agitation about the fact that I just up and left and how his girl can't do that, just up and leave, and he was explaining his trip that he had taken with the girl to Turks and how -- I don't know.  He just kept ruminating about Paris.

Q.  What kinds of things was he saying to you about Paris at this dinner?

A.  Just like why would you leave, like why would you do that and how was Paris and just being mean about it.

MS. COMEY:  Can you please pull up what's in evidence as Government Exhibit E-145.

Q.  Do you recognize this?

A.  I do.

Q.  What is it?

P66Wcom7                    Jane - Direct

A.  It's a photo of me and Sean.

Q.  From when?

A.  At the dinner we had.  This is the first time we've seen each other after our break, after my Paris trip, in Miami.

Q.  So this is that dinner in March of 2023?

A.  Yes.

Q.  What do you remember about when this picture was taken?

A.  What do I remember about it?  I really like this moment because I really missed him, and I felt like I had him all to myself and I could just feel that he missed me.

MS. COMEY:  We can take this down.  Thank you.

Q.  What do you remember happening after you bickered about Paris?

A.  We took a pill and we went to the Mandarin Oriental.

Q.  And what happened at the Mandarin Oriental?

A.  We were just together, just us, and watching pornography. And then just like in the middle of my high, he says, do you want Don?

Q.  And how did you react to that?

A.  I said OK.

Q.  Why did you say OK?

A.  I don't know.  I think I had just grown accustomed to the rhythm of things and I can tell that that would make him happy, so I did it.

Q.  Did Don end up coming over?

P66Wcom7                    Jane - Direct

A.  Yes.

Q.  Did you have sex with him?

A.  Yes.

Q.  In front of Sean?

A.  Yes.

Q.  What happened the next day?

A.  The next day we were still awake and we took a jet to Turks.

Q.  Who took the jet to Turks?

A.  Myself and Sean.

Q.  And how long did you end up staying in Turks?

A.  We ended up staying in Turks about five days.

        MS. COMEY:  Can we please pull up what's in evidence as Government Exhibit E-114 and E-126.

Q.  What are we seeing here?

A.  These are photos of Sean and I in Turks.

Q.  This is from that Turks trip?

A.  Yes.

Q.  What do you remember about when you took these photos?

A.  I remember on the photo to the left we had not slept yet. We had got to Turks.  We made love all night.

    And on the right one, I remember we had just, like, woken up.  I remember feeling like he was bored and I was feeling bad for him.

        MS. COMEY:  Can we pull up Government Exhibit E-127 in

P66Wcom7                        Jane - Direct

evidence, please.

Q.   What are we seeing here?

A.   This is Sean on the beach.

Q.   Where?

A.   In Turks.

Q.   In Turks?

A.   Yes.

Q.   Who took the photo?

A.   Me.

Q.   What do you remember from when you took the photo?

A.   I just remember it had been -- because the winds were
really strong here.

Q.   Now, these three photos we just looked at, at what point in
the trip did you take them?

A.   I believe this was the day after.  I think this was, like,
we finally fell asleep, and this is the next day, where we're
awake and kind of just hanging out.

          MS. COMEY:  We can take this down.  Thank you,
Ms. Gavin.

Q.   What happened after that first day in Turks?

A.   After that first day, I really can't remember how, but Paul
is coming to Turks.

Q.   About when into your trip did Paul arrive in Turks?

A.   I would say in, like, day two or two and a half or three,
probably two.

P66Wcom7                    Jane - Direct

Q.   And what happened when Paul arrived in Turks?

A.   When Paul arrived in Turks, I remember our villa was right next to the hotel, and we basically met Paul at that hotel.

Q.   What do you remember happening at the hotel?

A.   We had another one of these long nights.

Q.   How long did that night last?

A.   Until the next night.

Q.   So about how many hours?

A.   That would be about 24 hours.

Q.   And were you having sex with Paul over that time?

A.   Yes.

Q.   And who was watching?

A.   Sean.

Q.   After that was done, what happened next?

A.   After that was done, I was happy because we started walking back to our villa, and I remember it was nighttime, and --

Q.   Let me ask you, Jane, what were you happy about?

A.   I was happy that it was all over.

Q.   Meaning the sex with other men?

A.   Yes.

Q.   And then as you were walking back to your villa, who were you walking with?

A.   Sean.

Q.   And then what happened?

A.   I had been down, and I was so excited that I just got to

P66Wcom7                    Jane - Direct

cuddle with him and he gets this, like, look, like, like he still wants more.  And he's, like, saying, like, do you have more in you?

And I'm like, I mean I guess.  I don't know.  I didn't really hesitate too much, but I wasn't, like, like, screaming for it.  And I just remember he calls Paul and invites Paul to our villa.

Q.  What happened when Paul came over?

A.  When Paul came over, we were in the downstairs room of this villa that was already pretty decorated.  And before Paul came, I remember Sean giving me a really beautiful bracelet, and I was so happy.  And I'm -- just meant a lot to me that he gave me this really sweet bracelet.  It had two hearts on it.

Q.  What do you remember happening after Sean gave you the bracelet?

A.  I remember I embraced him.  I thanked him.  I was super happy about it, and I felt really loved by him.  And then Paul comes in.  And Paul is really nice, but I just was tired.

Q.  And what happened when Paul came in?

A.  When Paul came in, I was just -- I'm back in the outfit and we're just about to try and do another round, and I want to say this is probably like our fourth round or something.  And I remember this night because it was just really painful, and me and Paul tried to have sex but, like, I really couldn't have sex.

P66Wcom7                     Jane - Direct

Q.  Why couldn't you have sex?

A.  Because I was extremely sore at this point.

Q.  How did you react when you tried to have sex with Paul when you were very sore at this point?

A.  I just -- I don't really remember if I said anything, but I just remember Sean giving me more, like, lube and trying to lube me up a bit.  And I just remember he said something that really upset me, like, something like, oh, you can't take any more dick or something like that.  And it just pissed me off so bad, and I remember I took off my bracelet and I threw it against the wall.  And I said you only brought me here to suck dick for you, and then I stormed out of the villa.

Q.  Now, Jane, stepping back, when you agreed to go to Turks, did you know that Paul would be there?

A.  No.

Q.  Did you know that Sean would want another one of these nights?

A.  No.

Q.  After you threw the bracelet and left, what happened next?

A.  Sean was walking after me.  I didn't even know where I was going.  I was just walking around and crying.  I just wanted to get away from the situation.  And just walking in circles, walking around, and he's trying to -- come talk to me, come talk to me.

    And then finally, I just sat on some stairs of the villa,

P66Wcom7                      Jane - Direct

and I was just crying.

Q.  Did Sean come?

A.  Yes.

Q.  And did you have a conversation?

A.  Yes.

Q.  What do you remember about that conversation?

A.  I remember him saying, like, are you crazy?  Like, how can you make me look like that in front of Paul?

And I couldn't even find, like, the words at that time to, to just straight up be like -- I don't even know.  I just -- I felt like I was like choking my real things that I wanted to say.  I feel like I just said a bunch of mumbo-jumbo, but I was trying to express how frustrated I felt and just, like, how this wasn't right, this didn't feel good and that, like, what is this?  And how is this even happening right now?  I was just so frustrated.

Q.  What do you remember happening next?

A.  I remember Sean was just super disappointed.  He said I owed Paul an apology and that I need to say sorry to Paul.  And we slept in two different rooms that night.  And I ended up messaging Paul and I said I was really sorry for how I acted and that I really appreciated him coming out to see me.

Q.  Why did you apologize to Paul?

A.  Because I had made a scene.

Q.  Who told you that?

P66Wcom7                        Jane - Direct

MS. GERAGOS:  Objection.

THE COURT:  That's overruled.

A.  Sean.

Q.  Did Sean apologize to you for the way he spoke to you?

A.  No.

MS. COMEY:  Can we please pull up what's in evidence as Government Exhibit G-203 and turn to pages 73 and 74.

I'd like to start with the bottom two texts, please, and I don't want you to read the text on the right out loud. I'll read it, the first text, out loud.

Q.  At the beginning, does Paul say hi and then your true name?

A.  Yes.

Q.  And then does he say:  I just wanted to let you guys know I'm heading to the airport in a few minutes?

A.  Yes.

Q.  What's the date of this message?

A.  March 19, 2023.

Q.  Do you know where you were on March 19, 2023?

A.  I was in Turks.

Q.  How did you respond?

A.  I said:  Hey, P.  OK.  Have you texted him as well?  Does he know?

Q.  When you wrote, hey, P, what were you saying?

A.  Hey, Paul.

Q.  And when you asked, have you texted him and does he know,

P66Wcom7                    Jane - Direct

who are you referring to?

A.   Sean.

MS. COMEY:  Can we see the next messages, please.

Q.   How did Paul respond?

A.   He said:  I texted him but got no response.

Q.   And how did you respond?

A.   I said:  I haven't seen him since last night.

Q.   Can we read the next text, please?

A.   I said:  But I'll look for him and mention you're looking for him.

MS. COMEY:  Can we go to page 75, please.  Just page 75.

Q.   And what does Paul say?

A.   He says OK.

Q.   And then what do you say?

A.   I said:  Thanks again for coming over last night.  It had been 24 hours with no breaks for me and at first I was going with the flow for the second linkup, but I had warned him that I just felt overwhelmed to overperform for a moment I've never done before.  I'm not a robot, just a mix of tired, hungry, sleepy, sore.

Q.   What were you referring to when you said it had been 24 hours with no breaks?

A.   I was just referring to being this, being in this room with him and nonstop performing, sex.

P66Wcom7                    Jane - Direct

MS. COMEY:  Can we go --

Q.  I'm sorry, Jane.

A.  I was just saying I was just tired.

MS. COMEY:  Can we go to pages 80 and 81, please.

Q.  And Jane, is this a continuation of your conversation with Paul?

A.  Yes.

Q.  What did you say here in this text?

A.  I said:  We tried to argue about it last night, and he feels he didn't do anything wrong.

Q.  Who is the "he" in that sentence?

A.  Sean.

Q.  And how did Paul respond?

A.  Paul said:  The key everyone be in a good place.

Q.  And what did you say next?

A.  I said:  Turks was supposed to be us reconnecting again. We didn't speak for one and a half months because of how he handled me on my birthday.  This is our first time seeing each other, and I did not want to be with anyone else but him.

MS. COMEY:  Turn to the next page, please.

Q.  And go to the next text.

A.  He says, I hope OK.

Q.  What did you say?

A.  I said:  But those are things he wanted, and yes, I agreed because I know it makes him happy and I like when he is happy.

P66Wcom7                          Jane - Direct

Q. And what did you say in the next text?

A. I said:  But he just overdoes it sometimes.

I said:  It's been two years back to back on this, I just want some time alone to reconnect and as soon as we do, half the trip has been dedicated to just that.

Q. Jane, if you had known that Paul would be on the Turks trip, would you have gone?

A. Not at all.

MS. COMEY:  We can take this down.  Thank you.

Q. After Paul left, how much longer did that trip to Turks last?

A. I would say another day or two.

Q. What do you remember from that day or two?

A. I just remember we slept a lot.  We just -- we finally joined each other in one room and we just slept.

Q. Where did you and Sean go from Turks?

A. Miami.

MS. COMEY:  I'd like to pull up what's in evidence as Government Exhibit E-112, please.

Q. Do you recognize this?

A. Yes.

Q. What is it?

A. It's the necklace -- I'm sorry.  It's the bracelet that he got me.

Q. Who took this picture?

P66Wcom7                         Jane - Direct

A.   Me.

Q.   When did you take it?

A.   As we were departing Turks and heading to Miami on the private jet.

          MS. COMEY:  We can take this down.  Thank you.

Q.   What do you remember happening in Miami after the Turks trip?

A.   I remember Miami.  We were just resting for a couple days, and then somehow Kabrale is -- is coming, I think.  It was because I was trying to make it up to Sean about ruining Turks.

Q.   What were you trying to make up to Sean?

A.   I was just trying to make it up to him that I made a scene and I felt bad, so I wanted to make it up to him with inviting Kabrale.

Q.   Why did you feel bad about that?

A.   I don't know.

Q.   After you got back to Miami and before Kabrale came, what, if anything, had Sean said to you about Turks and what had happened with Paul?

A.   I just remember faces, just like -- I just remember, like, I knew he was upset or disappointed and that I just needed to make this up.  And -- and so -- I don't really remember the words that -- I knew I just wanted to make this up to my partner.

          MS. COMEY:  Let's pull up what's in evidence as

P66Wcom7                    Jane - Direct

Government Exhibit F-101, please.  And can we please go to page 249.  And can we please zoom in on the bottom text.

Q.  What's the date of this?

A.  This is March 16, 2023.

Q.  What do you write to Kabrale on March 16, 2023?

A.  I said:  Hey, how are you?  Hope all is well.  Sorry I haven't been in touch.  Just been busy with life.  I was wondering, I had some time off this Friday through Saturday, would you be available to come to Turks, by any chance?  You would need a passport and I think a vaccination card.  Let me know what you think.

Q.  Why did you send this to Kabrale on March 16, 2023, before the Turks trip?

A.  I can't recall.  Maybe because I wanted to also have Paul -- I mean Kabrale there, or we were -- oh.  Maybe -- I don't know.  There's some sort of invitation for Kabrale.  I don't know.

        MS. COMEY:  Can we go to the next page, please.  Can we pull up 256 -- excuse me.

Q.  What did Kabrale respond at the top?

A.  He said:  What's up, lovely?  You're good.  Yes, I will be available.  I definitely have my passport.  I don't have a vaccination card, though.

Q.  So did Kabrale end up traveling to see you then?

A.  No.

P66Wcom7                        Jane - Direct

Q.  And as you sit here today, can you remember why you sent this text to Kabrale?

A.  I know I wanted to make it up to Sean.

Q.  Make what up to Sean?

A.  Just ruining the night with Paul.

MS. COMEY:  We can take this down.  And let's go to 256 and 257, please.

Q.  Can you read the text at the bottom, on the left?

A.  I said:  Hey, how are you?  Would you happen to be available tonight for this 10:59 p.m. flight to Miami, by any chance?

Q.  And can you read the text on the other side, please?

A.  He says:  What's up, beautiful?  Yes, I could make it.

Q.  And how did you respond?

A.  I said:  OK.  Let me try and work this out.

MS. COMEY:  Can we go to 258 and 259.

Q.  And what did you say?

A.  I said:  OK.  I'm organizing it now.  It should take about an hour to get this flight.  There's only one left.  Hope I can get it in time.

Q.  Who were you with when you were booking Kabrale's flight?

A.  Sean.

Q.  Where was Kabrale coming from?

A.  Atlanta.

Q.  Where was he coming to?

A.   Miami.

Q.   And did Kabrale end up coming to Miami?

A.   Yes.

Q.   And what ended up happening?

A.   We ended up meeting him at a hotel and having a hotel night.

     MS. COMEY:  Can we go to page 266, please.  And can you zoom in on the middle text, please.

Q.   What did you write to Kabrale here?

A.   I said:  Tonight was amazing.  Thank you for always bringing that good energy.  I can't find my gold bracelet.  If you remember where I put it, let me know.  Thank you so much.

Q.   Why were you texting Kabrale tonight was amazing, thank you for always bringing that good energy?

A.   I felt like every time I saw Kabrale or the ones that I actually spoke to, I just wanted to leave them feeling good and happy and not, like, used or anything for whatever.  I just wanted them to feel like human beings.

Q.   Why did you care how they felt?

A.   Because I just do.

     MS. COMEY:  We can take this down.

Q.   After the Turks trip and the Miami trip, what, if any, agreement did you and Sean make?

A.   Oh, it was in this hotel night, I remember that this was when Sean proposed this, quote, love contract between him and

P66Wcom7                        Jane - Direct

I.

Q.   And what was that?

A.   It was him asking me what I wanted for an allowance every month, just moving forward, that that's what he was going to do for me.

Q.   And you had this conversation in March of 2023, approximately?

A.   Yes.

(Continued on next page)

P66ACom8                          Jane - Direct

BY MS. COMEY:

Q.  And what did you say in response when Sean mentioned an allowance?

A.  I said okay.

Q.  Did you come to an agreement?

A.  Yes.  I had said 15 and he said 10.

Q.  And then what ended up happening after the Turks trip with respect to that agreement?

A.  After this trip, I started looking for new places.  And I moved into a new home and just used that budget for the entirety of the rent.  I really wanted something big and spacious for my child and I to enjoy and feel like there was some sort of balance in our relationship and some place I can go home to and feel good in.

Q.  What do you mean when you say some sort of balance in your relationship?

A.  Where I felt like -- I felt like I had been giving him all my love in the ways that I could give him.  And for once, I felt like this was him giving me something where I felt that love in return.

Q.  At the time that you entered into this agreement with Sean, what was your understanding of what you had to do as part of this agreement?

A.  In that moment, I remember that we had said for two years.  And in my mind, I thought, okay, I can get a break from

P66ACom8                          Jane - Direct

everything and just enjoy for two years without having this pressure of having to perform these nights.

Q.  Why did you and Sean agree on two years?

A.  I told him that I wanted two years and not one year because I wanted him to match the time that I had spent in this relationship, two years at that time.

Q.  So in March of 2023, had you been in a relationship with Sean for a bit over two years?

A.  Yes.

Q.  So when did you move into the house where Sean was paying the rent?

A.  April 2023.

Q.  And how long did you stay there?

A.  Until currently.

Q.  And who paid the rent that entire time?

A.  Sean.

Q.  Who is paying your rent now?

A.  Sean.

Q.  After the Turks trip, what else, if anything, did Sean pay for for you?

A.  After the Turks trip, he paid for my teeth.

Q.  What do you mean?

A.  I got new veneers.

Q.  Why?

A.  Because he didn't like my teeth.

P66ACom8                    Jane - Direct

Q.  Who didn't like your teeth?

A.  Sean.

Q.  And so what did he suggest you do?

A.  He wanted me to go to this dentist and get new veneers.

Q.  How did you make an appointment with this dentist?

A.  K.K. made the appointment for me.

Q.  I'm sorry.  Who made the appointment?

A.  K.K. made the appointment for me.

Q.  And then did you get the veneers?

A.  Yes.

Q.  After you moved into your home in April of 2023, what if any money did Sean give you to pay for furniture for the house?

A.  He gave me money for furniture.  About I think 15,000.

Q.  And after that, did you ask him for more money for furniture?

A.  Yes.

Q.  Why is that?

A.  Because the house was really big and the budget, it fell a bit short.

Q.  What did you end up doing to furnish the house?

A.  I ended up opening three credit cards.

Q.  And did you end up going into debt?

A.  I did.

Q.  Between April and August of 2023, about how often did you see Sean?

P66ACom8                    Jane - Direct

A.  I saw him around the same amount of time kind of.  Yeah.

Q.  And each time you saw him, what happened?

A.  I would be with him and another man.

Q.  In a hotel night?

A.  Yes.

        MS. COMEY:  I'd like to pull up what's in evidence as Government Exhibit A-442-29, please.

        And can we go to pages 12 and 13 side by side, please.

        Can you zoom in on the bottom two pages, please.

Q.  What did Sean write to you here?

A.  He says:  Are we getting freaky tonight.

Q.  How did you respond?

A.  I put a heart on it.

        MS. COMEY:  And then let's go to the next page, please.

Q.  And can you read the top two texts, please?

A.  I said:  Yeah, of course, just haven't seen you.

Q.  And how did he respond?

A.  Wow, for real.

Q.  What's your understanding of why he was responding:  Wow, for real?

A.  Because instead of me being like yeah, like, let's get freaky and do debauchery, I kind of had this like tone of like of course, I just haven't seen you, like I miss and I want you.

Q.  Can we read the bottom text that Sean sent, please?

P66AACom8                          Jane - Direct

A.  He said --

Q.  Yeah.  What did he write you?

A.  He says:  Well, get over it please.  Look at the roof over your head.  And that pretty smile.  I don't want to do anything if that's still an issue.  Let it go.  Love you.

Q.  What's the date of this text?

A.  August 4th, 2023.

Q.  What did you understand Sean was saying to you when he said look at the roof over your head and that pretty smile?

A.  I understood him to put it in my face that the things that he has done for me.

Q.  And what did you understand he was referring to when he said:  I don't want to do anything if that's still an issue?

A.  I believe he was referring to maybe --

        MS. GERAGOS:  Objection.

        THE COURT:  That's sustained.

        MS. COMEY:  We can take this down.  Thank you.

        Let's go to Government Exhibit A-442-34.  And can we pick up pages two and three, please.

        And can we zoom in on the bottom two texts on the left-hand side.

Q.  What's the date of these texts?

A.  August 18, 2023.

Q.  What did Sean text you on that date?

A.  He said:  What's the plan, question, question, question.

P66ACom8                    Jane - Direct

Q.  How did you respond on the next page?

A.  Bless you.

I said:  Hi, okay.  We're meeting later.

Q.  And how did Sean respond?

A.  He said:  No pressure.  Just trying to plan my schedule.

Q.  And then what's the next text Sean sent?

A.  He says:  Babe, you're in charge.

Q.  What did you understand he meant?

A.  He meant that I need to set up a hotel night with someone.

MS. COMEY:  Can we jump to pages nine and ten, please.

Q.  Can you read the top two texts, please?

Is this a continuation of that same conversation?

A.  Yes.

Q.  What did you text?

A.  I said:  What's your vibe.  I miss you 100 times more than you miss me.

Q.  And what did he say in response?

A.  He said:  Never mind.  You been hyping me up for weeks about the 18th.  All good.  No stress.

Q.  What did you understand Sean was referring to when he said: You've been hyping me up for weeks about the 18th?

A.  I remember previous to these messages when we were together I was really high and I promised him something called like an all star party.

Q.  What's an all star party?

P66ACom8                          Jane - Direct

A.   An all star party in this fantasy talk just coming out of my mouth.  I was just saying that I would invite like the top three or top four guys and bring them all in one night.

Q.   Why did you say that?

A.   Because I was high.  I was with my lover.  I wanted to play into what he likes to hear.  I like making him feel excited.  I was just riling him up and it made him smile.

Q.   Let's just go -- oh, can you please go ahead and read the next text.

     What did you say?

A.   I said:  No, we don't do that.  Stop.

Q.   Why did you write that?

A.   Because I can tell he was already getting into a bad mood.

Q.   Can we read the next text you sent him, please?

A.   I said:  I love you.  I got this.  I hadn't heard from you.  I wasn't sure if you were busy.

     And I say:  But I'm just on a little time thing this time.  I just have to leave Saturday at least midday and get rest.  I have to be awake Sunday at 8:00 a.m.

Q.   And then what's the next text you sent?

A.   I said:  The last time we hung out I got a little sick.  I think I just stayed up a little too long.

Q.   What were you referring to when you said the last time we hung out I got a little sick?

A.   I was referring to the last hotel night, and I'm just

P66ACom8                    Jane - Direct

trying to express that I'm really not feeling well.

MS. COMEY:  Let's jump to pages 11 and 12.

Q.  How did Sean respond?

A.  He said:  Perfect.  Me too.

Q.  And what did you do?

A.  I put a heart on it.

Q.  And then what's the next text you sent?

A.  I said:  Okay baby.

Q.  And then what did you send next?

A.  I said:  Hotel, question mark.  Should I message the boys or K.K.  I can maybe have house available but I need help.  The curtains don't come in till next week.

Q.  Why did you say should I message the boys or K.K.?

A.  Because I was planning to maybe do this at the new house, but I don't think it was ready yet.  And I'm asking if I should just text the assistants to set up a hotel instead.

Q.  How did Sean respond?

A.  He said:  What's the earliest without stressing can I see you.

MS. COMEY:  Let's look at the next message.

A.  I said:  Checking now baby.

MS. COMEY:  Can we jump to pages 13 and 14, please.

Q.  What did Sean say next?

A.  He says:  Baby, I'm not going to lie, you amped me --

MS. COMEY:  I'm sorry.  Can we re-zoom on that.  Zoom

P66AcCom8                    Jane - Direct

out and zoom and back in.

Q.  Okay.  Go ahead.

A.  He says:  Baby, I'm not going to lie, you amped me up so hard for the 18th.  I'm trying not to feel the way you did -- you did.  You notice a hurricane coming here tomorrow.  We have planned for tomorrow.  Feel a way, he says.

Q.  What did you understand Sean was referring to when he mentioned a hurricane?

A.  At that time, there was a hurricane coming into Los Angeles supposedly and we were just talking about this hurricane that was going to be a lot of rain the next day.

Q.  What did you say next?

A.  I said:  No, you're right, baby.  And, yes, the hurricane made me feel a way to be honest.

        Bless you.

Q.  Can we read the next messages you sent?

A.  I said:  Sorry I didn't have things planned properly.  I feel like we doing the most with this hurricane coming to be honest.

Q.  What's the next message?

A.  I said:  So I was just kind of pausing, like this might not be smart.

        MS. COMEY:  Let's go to pages 15 and 16, please.

Q.  What did you say?

A.  I said:  I can make it happen tonight.

P66ACom8                          Jane - Direct

Q.   And then how did Sean respond?

A.   He says:  Text me the truth.  Wrong -- something wrong with your pussy.  Are you tired.  Are you sick.  Because this is super weird for you.  This may be something I would do, but you don't move like this unless it's another problem that you don't want to tell me about.  Is your face broken out.  Do you feel under the weather.  I just need to hit a true because I'm hearing bullshit.  I'm getting offended by it and it's not even about the fucking freak-off.  It's just that I don't feel like I'm getting the uncut truth.

And then he says:  Hope you're having a great day baby.  Just wanted to remind you because you asked me to lol.  I put the extra 15 on credit for some of the items in the house.  Now you said you wanted to finish house up by this week.  I said another 10 would do it.  You also said you wanted to design what goes into your and our personal extra bedroom.  So let me know your ideas and I can create a mood board with in-stock items that fit the vibe.

Q.   How far apart did Sean --

MS. COMEY:  Can we zoom back into those, please.  How.

Q.   Far apart did Sean send you those two texts?

A.   They were a minute away from one another.

Q.   And what was the first text about?  Or what did you understand he was saying to you in the first text?

A.   I understood that he was feeling some sort of hesitation

P66ACom8                    Jane - Direct

from me regarding this all star party or regarding just the
night being set up.  And he's trying to get down to the bottom
of whatever it is that I'm texting or feeling.

Q.  And what did you understand the second text was about?

A.  This text is him copying and pasting my text to him
previously saying that I needed extra money for furniture.

Q.  So who had originally sent the text we see in the bottom?

A.  Me.

Q.  And was Sean copying your prior text and sending it back to
you?

A.  Yes.

Q.  When you had sent him this text, what had you been asking
him about?

A.  I had been asking him to help me with more furniture for
the house.  This here -- because I could start feeling like he
wanted to start doing things in the house and I needed more
money to create, like, just comfort in the house.  It was
really sparse.

Q.  What do you mean when you say you could feel that he wanted
to do things in the house?

A.  I could feel that he started asking if the house was
available, things like that.  Which I knew meant he wanted to
start transferring these nights to the new house.

        MS. COMEY:  Can we go to the next page, please.  And
would you zoom in on the top two.

P66ACom8                          Jane - Direct

Q.  What did Sean text and how do you respond?

A.  He writes a bunch of question marks.

And I say:  I have every intention on making this happen.  You're right.  I never want to disappoint you.  But I feel I'm neglecting signals from my body that it needs a break from drugs and the no sleeping.  I feel like my body hit a wall the other time.  Maybe that's what you feel is not -- it is me not trying to admit that it's taking a toll on me differently this time.

Q.  What were you referring to when you said I feel like my body hit a wall the other time?

A.  I was referring to the previous hotel night before and how my body was just reacting differently, like I knew that I couldn't take anymore, that I -- here, I can feel myself anxious.  I know I'm anxious because I don't want to take anymore drugs.  I don't want to party.  I don't want to do anything.

Q.  Can we read the next message, please?

A.  He says:  Okay.  So don't take drugs.  Drink champagne.  We don't have to do today.  But you should switch in the future. You don't --

Q.  Stop reading.

A.  Mm-hmm.

Q.  In the next sentence does he say:  You don't need it, drunk, and a nickname of you is actually more of a freak?

P66ACom8                        Jane - Direct

A.   Yes.

Q.   And then can you continue reading?

A.   Lol, but I feel you.  Let's make a decision either way.
Love you no matter what.  Thank you for explaining.  It makes
sense.  Love you.

Q.   What was the date of that text?

A.   August 18th, 2023.

         MS. COMEY:  Let's jump now to pages 24 and 25, please.

Q.   And is this still the same date?

A.   Yes.

Q.   Is this a continuation of the same conversation?

A.   Yes.

Q.   What does Sean text you at the top of this page?

A.   He says:  Rico is free.

Q.   And how do you respond?

A.   I said:  Okay, baby.

Q.   Who's Rico?

A.   I believe that's the man who was -- the man I said his name
was Michael, but I think maybe we had called him Rico.

         Or, actually, I think this was maybe a role play that
we were doing and he was Rico.  I'm not exactly sure.

Q.   Now, can you remember as you sit here today whether Rico
was a role play or an entertainer, or no?

A.   I can't recall.

Q.   That's okay.

P66ACom8                         Jane - Direct

MS. COMEY:  Take it down.

Q.  And can you read the next text, please?

A.  I said -- I'm sorry.

I said:  Okay.  Chef too.

Q.  And what are you all talking about here?

A.  We're talking about the men that were available in the evening for the day.

Q.  For what?

A.  To come join a party and have sex.

Q.  And is this within about an hour of you talking about how you feel like your body is sending you signals to stop?

A.  Yes.

MS. COMEY:  Take that down.

Q.  Can you read what's on the next page, please?

A.  I said:  Lol.

Q.  And then what did Sean say?

A.  He said:  Is he here.

MS. COMEY:  And then can we go just to page 26, please.

Q.  What did Sean say?

A.  He says:  What time can you meet.

Q.  And how did you respond?

A.  I said:  Yeah.  So it's still an all star party as I promised you.  I'm just trying to wrap my head around it all, lol.

P66ACom8                    Jane - Direct

Q.  Why did you write I'm just trying to wrap my head around it all?

A.  Because these men are a lot of energy and they're really big and I just knew that I had to just put a lot of energy into this night, both physically and mentally.  And I was just trying to wrap my head around entertaining these men.

        MS. COMEY:  Let's take that down.

Q.  How did Sean respond?

A.  He says:  We can just do one if you want.

Q.  What did you understand him to mean when he said we can just do one?

A.  I understood him to mean that it doesn't have to be all of them.  It can just be one person.

Q.  One person for what?

A.  For sex with me.

        MS. COMEY:  Let's go to pages 34 and 35, please, side by side.

Q.  What are you texting Sean here?

A.  I'm saying:  Baby, let's start with I was super hot on everything when I said what I said.  Not that I don't want this and plan on doing this.  But last weekend I hit a wall.  You were asleep and I felt feverish.

Q.  What date did you send this?

A.  I sent this on August 18th, 2023.

Q.  And is that a couple hours after the texts we looked at

P66AComG                        Jane - Direct

earlier?

A.  Yes.

Q.  Is this a continuation of the same conversation?

A.  Yes.

Q.  What's the next thing you sent?

A.  I said:  I completely understand where you feel misled or strung along.

Q.  Can we read the next text, please?

A.  I said:  I'm not trying to keep you in that pocket.  I'm still going to be committed to making this happen.

Q.  Let's go to the next page, please.

A.  I say:  And believe it or not I just got my period.

Q.  And then what do you send in the next text?

A.  I send him a photo of a pink -- a pink toilet paper where I knew that the pink was eventually going to be more red and my period coming down.

Q.  Why did you send Sean a picture of the beginning of your period?

A.  Because I needed to prove to him that my hesitation was real and I needed to be excused for the night and just hope that he's not mad at me.

        MS. COMEY:  You can take that down.

Q.  And read the next text, please?

A.  I said that pink on that tissue is about to be bloody red by the end of the night.

P66ACom8                         Jane - Direct

MS. COMEY:  Can we turn to pages 36 and 37, please.

Q.  Can you read what you wrote?

A.  I said:  I wasn't supposed to start until tomorrow.  I'm sorry and everything is the truth.  I still want to -- I still -- I was still trying to make it all happen despite everything.

Q.  What's the next text?

A.  I said:  I think with everything going on, we should just postpone.

MS. COMEY:  And can we go to the next page.

Q.  What did you send?

A.  I said:  Telling the whole truth step by step, as crazy and all over the place as it sounds.

Q.  And how did Sean respond?

A.  He put a heart emoji.

MS. COMEY:  Can we go to page 39, please.

Q.  Is this a continuation of the same conversation?

A.  Yes.

Q.  Can you read the top two messages, please?

A.  He says:  You wasn't high.  You have been talking to me about this for weeks.  Even when we wasn't high.  Enjoy your weekend.

Q.  How do you respond?

A.  I said:  You're right.  I wasn't just high.  I was doing what I had to do to get ready for the party.  I'm sorry for the

P66Acom8                          Jane - Direct

switch up.  I'm only human.  I'm tired.  Have a great -- have a good weekend too.

Q.  What were you talking about here?

A.  I was saying -- we were talking about how I had made this promise to him and he doesn't like it when I said I just was saying that because I was high and I was trying to show him that I was like doing what I had to do to get ready for something like this and that I was sorry for switching the plans.

Q.  What did Sean write in response?

A.  He says:  This whole shit is too weird for me and it doesn't feel true.  You have had your period so many times before.  And I gave you a solution.  Champagne.  I even said we can have a curfew, 8:00 p.m.  I'm too stressed to get pressed for money this week.  For today now you acting weird as fuck.  I've tried to talk to you about it all day.  Shit is too weird for me to accept.  Now I'm in my head and I'm mad as fuck.  I've had another stressful week.  And this is wack.  Don't stress me about money ever fucking again.  You're playing with me.  I don't believe this fake ass shit.  You're getting your hair done.  You're working out.  Now you're tired.  And getting your hair done for no reason.  I don't believe you.  And you're playing with me.  I'm going to fall back.  Love.  You not being completely honest with me and that's a no no.  Deal breaker for me.  It's not adding up.  You ain't even suggest a movie night

P66ACom8                      Jane - Direct

or even coming to see me.  Fucking weird.  I'm done.

MS. COMEY:  You can take that down and I would like to jump ahead to pages 81 and 82, please.

Q.  What's the date of these texts?

A.  I said --

Q.  What's the date first?

A.  I'm sorry.  This is August 18, 2023.

Q.  And this is a few hours after the text we were just looking at?

A.  Yes.

Q.  Is this a continuation of the same conversation?

A.  Yes.

Q.  What did you write?

A.  I said:  I love you.  I'm sorry.

And I said:  Baby, call me, please.

Q.  What did you say next?

A.  I said:  Sorry about today my love.  I'll be home.  So maybe if you want to stop by after the girls game I'll be here. Love you.

MS. COMEY:  Go to the next page.

Q.  What did Sean write?

A.  He said:  Wack as fuck.  So fucking mad.

Q.  What did you understand Sean was mad about in this conversation?

A.  I understood that he was mad that I was hesitant about

P66ACom8                    Jane - Direct

making this all star party happen and he felt that something was going on and he was just mad that I just wasn't available or that I was hesitating.

Q.  What's the next text he sent?

A.  He said:  You played me.

MS. COMEY:  Let's go to pages 18 -- excuse me.  83 and 84, please.

Q.  What did Sean write at the top of this page?

A.  He goes:  Fuck you and games.  I had a rough week.  Fuck you for real.  Leave me the fuck alone.

Q.  What did you write in response?

A.  I sent him a picture of my bloody tampon.  And I said:  I wasn't playing any games.  I said I was still making it happen last night.  Even when I admitted just didn't want to do drugs. We said champagne.  I canceled all plans and got child care. Then the last thing I said is you pick and then everything went left.

Q.  Why did you send Sean a picture of your bloody tampon?

A.  I wanted to prove to him that I really wasn't available.

Q.  Can you read the next text that you wrote?

A.  I said:  You ask me what was wrong.  I admitted I finally was not feeling good and said I just got my period.  I politely just asked if I could sit this one out.  Movie night was not on my mind because my first day period does not feel good to me. I had a week of coming down and pushing through to the gym and

P66ACom8                              Jane - Direct

handling first school week.  I still have not caught up on last week's rest.

Q.  Let's leave this up for a minute.

What were you referring to when you said movie night was not on my mind?

A.  Between Sean and I, we would have these things called movie nights, where we would not have an entertainer and we would just watch pornography or we would watch one of our older tapes or newer tapes and we would just role play and fantasize.  And that's what we called movie night.

Q.  What were you referring to when you said I had a week of coming down and pushing through?

A.  I was referring to the effects of drugs, the aftermath of drugs.  And how although it can make you feel extremely euphoric in the moment, the comedown is quite the opposite effect.  And it's very depressing and really makes your mind warped and makes you feel like things are just off and weird. And I am really aware of those feelings and I would try to fight through them by working out, staying hydrated, just, just go for walks and just trying to be in good spirits.

MS. COMEY:  We can take this down and go to the next message, please.

Q.  What did you write?

A.  I wrote:  I reread all of our texts from the switch up to not feeling good, to the accusations of me lying and playing

P66AСom8                        Jane - Direct

you for money and everything was fuck me.  All because I ended up not feeling good and asking if I can postpone.  You have flaked and disappeared so many countless times on me.  I've nonstop given you these nights for two and a half years, and this is the first time I just hit a wall and was honest and asking for space to go feel better.  Now I'm waking up to more fuck me.  I'm not a liar, a cheater, a user, or a sex robot.  I'm just as hurt and upset and we need to have a serious talk about everything.

MS. COMEY:  Take that down, please.

Q.  How long after you sent that text on August 19th, 2023, did Sean respond?

A.  He responded three days later.

Q.  And what did he write three days later?

A.  He said:  Good morning.  Announce my album today.  I love you.  Hope you're well.

MS. COMEY:  Can we please go down to Government Exhibit A-442-35, which is in evidence.  And pull up pages two and three.

Q.  What's the date of these texts?

A.  These dates are August 22nd, 2023.

Q.  What did Sean write?

A.  He says:  Let's move on and stay in the light.

Q.  And then down at the bottom two, what do the bottom two say?

A.  I put a heart on that.  And then he says:  Thinking of you.

Q.  And then let's go to the other page.  Can you read what you wrote on the other page?

A.  I said:  Thank you.

Q.  And then what did you write?

A.  I said:  Not going to lie, calling me a bitch, a liar, accusing me of playing you for money, a cheater, calling me wack, bringing up my child's father and telling me fuck me over and over is not sitting right with me.  You don't disrespect your children's mothers like that.  Why would you ever think it's cool to speak to me like that.

Q.  What were you referring to here?

A.  I was referring to our fight where I wasn't available for this quote all star party and how he treated me and how he received me from that.

        MS. COMEY:  Can we take this down and look at the next text please at the bottom.

Q.  What did you write?

A.  I said:  You don't know what it's like to be a woman.  Our hormones interfere with our day to day daily, and you don't give me enough credit or respect for being calm, cool, patient, and constantly respectful of you your life and your space.  Why do I have to be so insulted and disrespected by you, all because you didn't have your way one time.

        MS. COMEY:  Can we jump now to pages eight and nine of

P66ACom8                        Jane - Direct

this exhibit.

What did Sean -- well, first of all, can we zoom in on the bottom two texts, please.

Q.  Is this a few days later?

A.  Yes.

Q.  What did Sean text you?

A.  He said:  What's really going on with you.  Like for real, question mark, question mark, exclamation point.

Q.  And what did you say on the next page?

A.  I said:  You basically told me to take a fucking Adderall, called me a bitch, a liar and fake because you couldn't bust a nut.  Then turns out my body was really shutting down on me in real life.

Q.  What were you referring to here?

A.  I was referring to an argument we had on the phone and he said why don't you take a fucking Adderall, called me a bitch, called me a liar, and was just super mean to me because I didn't give him what he wanted.

Q.  And then what did you mean when you wrote then turns out my body was really shutting down on me in real life?

A.  I meant that I knew there was something going on with me. I knew that I wasn't feeling well.  Not only from coming down, but I got my period.

MS. COMEY:  You can take that down, please.

Q.  And let's read the next two texts.  What did Sean write in

P66AСom8                    Jane - Direct

response?

A.  He says:  You think I'm playing with you and I'm not.

Q.  How did you respond?

A.  I said:  We can talk when you're back.  Good night.

MS. COMEY:  Let's go now to pages 10 and 11 please.

Q.  What is at the top right there?

A.  This is an audio message from Sean.

Q.  To who?

A.  Myself.

MS. COMEY:  Ms. Gavin, can we please play what's in evidence as Government Exhibit 442-35-A.

(Audio played)

Q.  What did you understand Sean was referring to when he told you, you needed to get on your job?

A.  I understood that -- I understood that he had certain expectations of me and that I had to fulfill them.

Q.  What was your understanding of those expectations?

A.  Taking care of him.  Being good to him.  And just making sure that he's happy.

Q.  What did that include?

A.  It included these nights.

Q.  And what did you understand Sean meant when he said he had been on my job -- on his job?

A.  I understood that he meant he felt that he was taking care of me financially.

P66ACom8                    Jane - Direct

Q.  And what did you understand Sean was communicating to you when he said he was going to disappear on you and you would have a rude awakening?

A.  I understood that, in that moment, I felt that I took that as a -- I was pretty alarmed by this message.

I -- it was just really cold and like -- it's true that at any moment he can just do that if he wanted to.

Q.  He can just do what?

A.  Cut me off.

Q.  What did Sean write after sending you that audio message?

A.  He said:  Oh, yeah, and happy Sunday.  Love.

Q.  Then going to the next page, what did you write in response?

A.  I said:  I've been on my job for two and a half years.  You just got on your job.  I'm not the one to threaten.  We can call this even and move on.

MS. COMEY:  Take that down.

Q.  And what did Sean say in response?

A.  He said:  Even.

And he says:  Get back into loving me now.  Promises only, lol.

MS. COMEY:  Can we please go to pages 13 and 14.

Q.  What did you write?

A.  I wrote:  You've been making things feel completely transactional lately and it's disheartening.

P66ACom8                    Jane - Direct

Q.  Then what did you write?

A.  I said:  You've been threatening me any chance you get. It's been a rude awakening and making me realize how you really view me.  Nobody that really cares about you calls you a liar when you're sick, then comes home to send a threatening voice note over your livelihood.  This shit is sick.

Q.  What were you referring to when you said you've been threatening me any chance you get?

A.  I felt that at any given opportunity Sean was just hovering the house over my head, like just really always brought it up in so many ways that he was paying for it and it just always felt like -- like he wanted me to know that he was doing this for me all the time.  And it felt like there was like this -- I don't know.  Like this kind of guilt tripping kind of feeling.

        MS. COMEY:  We can take this down.

Q.  And can we read the next text you wrote, please.

A.  I said:  We can figure out some time to talk like adults. I just never thought when it was my time to fall sick this is how you -- I would be treated.  Especially after all the times I've been there for you.

Q.  What were you referring to when you said:  Especially after all the times I have been there for you?

A.  Just me, just completely devoted into our relationship unconditionally.

Q.  What did Sean send you in response?

P66ACom8                         Jane - Direct

A.  An audio message.

          MS. COMEY:  Ms. Gavin, can we please play what's in evidence as Government Exhibit A-442-35B.

          (Audio played)

          Let's go now to pages 15 and 16, please.

Q.  What did you write in response?

A.  I said:  How can I move on when you haven't even offered me a sincere apology for calling me a bitch and a liar because I was sick.  You went from threatening me this morning to saying let's move on in the afternoon.  It's not okay.

Q.  What did Sean say in response?

A.  He said:  No, it was a promise, not a threat.

Q.  And what did you say?

A.  I said:  A promise of what, disappearing on me.  Please be clear.  You have been a rollercoaster of confusion.

Q.  What's the next text you sent?

A.  I said:  You know what, you don't see where you're wrong at and you don't want to apologize for the hurtful things you said.  It's cool.  I'm sick and healing.  I can't give any love right now.  If anything, I need the love.  I've realized a lot. I just want to be left alone and heal up.

          MS. COMEY:  Can we please pull up pages 17 and 18.

Q.  What did you write next?

A.  I --

Q.  Well, first, what did you send?

P66ACom8                        Jane - Direct

A.  I sent him a screenshot of something that he had sent, a flower arrangement that he sent another woman and the note attached to the flower arrangement.

Q.  Why did you send that to him?

A.  Because as I see the note, I could see how sweet and loving the note was.  And it just made me feel jealous.

Q.  Can you just read the first sentence of the text you sent after sending the card?

A.  This is the card you can send someone else, but send me a dry ass card.

Q.  What were you referring to?

A.  I was referring to around this time I had a root canal and he sent me some flowers.  And my card was just very dry.  Like love or something like that.

        MS. COMEY:  Can we go to the next page, please.

Q.  Or how did Sean respond rather?

A.  He said:  Bye.

Q.  And then can we go to the next page, please?

A.  I put a heart on bye.

Q.  And then what's the next thing you texted three days later?

A.  Three days later I say:  Tell security getting ready.

Q.  What happened in between?

A.  In between that time we're on FaceTime, we're back in good spirits.  He's telling me he loves me.  He wants to see me. And we're just back in our routine.

P66ACom8                        Jane - Direct

Q.   After that did he stop bringing up your rent in a way that felt threatening to you?

A.   No.

Q.   Did he do it again once or more than once after that?

A.   More than once.

          MS. COMEY:  Your Honor, I think this is a good place to break for the day.

          THE COURT:  Very good.

          Thank you, members of the jury, and thank you for all your hard work this week.  Especially staying late today.  I really appreciate it, and I know the parties appreciate it as well.  Same instructions I always give you, but we are hitting a weekend.  So please don't speak to each other about the case. Do not speak to anyone else about the case.  Do not do any research online or look up anything about the case.  And since it is a weekend, please avoid any coverage or any stories or news about the case.

          With that, have a great weekend.  We'll see you here to get started at 9:00 a.m. on Monday.  All rise.

          (Continued on next page)

(In open court; jury not present)

THE COURT:  Please be seated.

And, Jane, see you here back on Monday.

THE WITNESS:  Thank you so much.

THE COURT:  Have a great weekend.

(Witness not present)

All right.  Anything for us to address before we adjourn?

MS. COMEY:  Not from the government, your Honor.

MR. AGNIFILO:  Your Honor, very quickly.  I think I might do this in a letter form.  There's two exhibits that were -- we objected to, and the exhibits are E-331-F-R and E-331-H-R.  And my concern with them is they're both notes that this witness, you know, just wrote in her notebook as she described.  And they're basically just calling Mr. Combs a liar.  And the first one she says you're a pathological liar.  And that's 331-F-R.  And then 331-H-R she says you lie straight to my face.

And my concern is twofold.  One, I don't know -- and she's talking about him being a liar because he has multiple women.  Which we opened on that.  I mean, there's no conceivable way that we could have opened the door to a prior consistent statement of Mr. Combs cheating.  I mean, we opened on that.  But the more tangible problem is what the government is going to do is the government is going to use those

P66ACom8                        Jane - Direct

statements in her notes to try to establish the element of sex trafficking by fraud.  And that's dangerous and prejudicial. And so and I don't think we raised that exact objection when we said that, you know, we raised the hearsay objections.  And it wasn't really until I saw these exhibits in the context of the rest of the examination.

And so that's my concern.  And we couldn't really see how these exhibits were going to come in until they were in the context of the overall examination.  And it's very clear to me that the government is trying to build a case of sex trafficking based on fraud.  Which they have every right to do. But they can't do, what I submit, through these, these notes to herself, where she calls him a pathological liar, and that you lied straight to my face.

And so I raise that and I don't think we could have raised it before because we didn't have the context in which these exhibits would come into evidence.  But now we have that for all the context, so I'm raising it the first time I saw that particular issue.

THE COURT:  Ms. Comey.

MS. COMEY:  Yes, your Honor.  I think it's entirely appropriate both for her state of mind and as a prior consistent statement.  Mr. Agnifilo is correct that one of our theories of sex trafficking is fraud.  And these prior consistent statements show that Jane was telling the truth on

P66ACom8                        Jane - Direct

the stand when she said she felt that she had been lied to and that those lies mattered to her in her decision to whether or not see the defendant and end up in a hotel room with him.  And those prior consistent statements that she felt lied to are directly corroborative of her.  And I do think that the fact that the defense opened on saying that these were consensual and that they were not the result of sex trafficking directly goes to whether or not Jane in fact felt defrauded.

In addition, I think it goes to her state of mind because it goes to whether or not she feels she has been lied to and whether or not that lie matters to her.  Because in order to prove sex trafficking by fraud, we have to prove that the lie was material.  And one of the ways we know it was material is by understanding what was going on in the victim's mind at the time.  And in this note shows in her mind she felt she had been lied to, and it was material enough that she wrote it down repeatedly in her note.

So I don't think that the objection should be sustained.  I think it should be overruled both because it goes to Jane's state of mind and because it is a prior consistent statement.

THE COURT:  So, Mr. Agnifilo.

MR. AGNIFILO:  Yes, Judge.

THE COURT:  I just want to make sure that we're talking about the same thing.

P66ACom8                        Jane - Direct

MR. AGNIFILO:  Yes, your Honor.

THE COURT:  There are two separate issues.  One is just the admissibility of the notes.  And as Ms. Comey notes, it was offered not only as a prior consistent statement, but also as under the state of mind exception, which Ms. Comey just addressed.

But I understood what you just said to raise a different objection, which is the way in which this exhibit or these exhibits can be used in this case, which is a larger forward looking issue about the theory that the government is advancing under the fraud prong in section 1591.

I just want to make sure I'm understanding what the argument is.

MR. AGNIFILO:  You're tracking it exactly right.  And I guess it's a 403.  I suppose there's always 403.

THE COURT:  Well, it's not really the -- let me just make sure I'm understanding correctly.  You're not saying that the exhibit -- well, you objected to the exhibit.  I overruled the objection.

MR. AGNIFILO:  Yes.

THE COURT:  But you're saying even if it is admitted into evidence, whether it's a limiting instruction or some limitation on the government's ability to use the exhibit, that's what you're really talking about now.  Am I right about that?  Just to understand what you're talking about.

P66ACom8                          Jane - Direct

MR. AGNIFILO:  Yes.  I don't think a limiting instruction would go -- would be enough.

And the fear is a note to herself about Mr. Combs being a pathological liar that's really in regard to him not telling her about his multiple relationships, is easy to be misused, frankly, as my colleague just did, to say you're a liar for all purposes.

You know, and so this note to herself, which is sort of a dubious piece of evidence to begin with, is now going to be used as direct evidence of an element of the crime.  And so my concern is -- and I don't want to rehash.  I know your Honor ruled on this part.  We really didn't open the door to this part.  But now, you're right, your Honor.  There is a different context, a forward looking context now that we see the examination in total and how it's very apparent that the government, because they just said they were, were going to use these notes to herself.  And I think on balance, it -- I'm asking your Honor to reconsider the ruling in light of what we know now that we didn't know ten hours ago.

THE COURT:  Well, that's why I asked the question in the way that I did.  I don't understand -- well, the ruling, let me put it this way.  Let me take a step back.

The exhibit itself was admissible for the reasons that I previously indicated.  Because it overcame the hearsay objection for the two separate bases advanced by the

P66ACom8                          Jane - Direct

government.  And on a 403 basis, just generally speaking, it would be admissible based on the relevance to the specific incidents that are being advanced by the government as being instances of sex trafficking, which the government has outlined and now presented through the testimony of Jane.

That's just the exhibit coming into evidence.  Right now, you're raising a separate point that was not previously raised.  Which is, in the testimony, in light of the testimony that was elicited, you are concerned that looking forward the government is going to utilize this exhibit in a way that would be improper.  Because it is not consistent with the reasons why the exhibit was admitted into evidence in the first place.  And if it was proposed to be admitted for this purpose that you're talking about now, it would have been improper to do that.

And so the cure at that point would not be to strike the exhibit.  It would be to impose some other remedy looking forward.  That's what I'm trying to understand what you're asking for.  I'm not actually -- I'm not saying what the ruling is on any of this because this is the first time it's been raised.

MR. AGNIFILO:  Yes.  Everything your Honor said is exactly correct, except I think I am asking for more than a curative instruction.  I haven't had the chance to speak to my colleagues about it.  This obviously just came up.

THE COURT:  Well, why don't you put in a letter --

P66ACom8                    Jane - Direct

MR. AGNIFILO:  All right.

THE COURT:  -- on this issue that is being raised at 5:04 p.m. on a Friday.

MR. AGNIFILO:  After 18 hours of testimony.

THE COURT:  So we can give it the consideration that is due and the government can respond to that.

MR. AGNIFILO:  Very good.

THE COURT:  And I think that makes --

MS. COMEY:  Before that, just to clear it up, your Honor.  My intention in using this exhibit, and I think the way we would argue it in summation, is purely to go to Jane's state of mind, which we have to prove in order to prove materiality of the falsehood with respect to fraud.

So the purpose of that exhibit -- I don't know what Mr. Agnifilo is suggesting.  He did not object two hours ago when I put this in.  But the purpose of the exhibit, the argument that the government intends to make is the jury can use it to infer that Jane felt deceived, and it mattered to her, and it was material to her that the defendant had told this lie that the defense is going to argue is just a lie about another woman.  But to Jane, it was much more and it was material.

So that is the significance of this note that is the argument we intend to make.

THE COURT:  All right.  Understood.  So we're going to

P66AСom8                        Jane - Direct

get a letter on the issue.  The government will respond and we can pick it up on Monday.

Anything further from the defense?

MR. AGNIFILO:  Nothing from us.  Thank you.

THE COURT:  All right.  Timing.  Ms. Comey, where are we in the direct examination?

MS. COMEY:  Your Honor, I think I will end up taking most, if not all, of Monday.  I am going to try very, very hard to finish by the end of the day Monday.

THE COURT:  Very good.  Okay.

Anything else?  All right.

MR. DONALDSON:  Witnesses.

THE COURT:  Someone said something?  Mr. Donaldson.

MS. COMEY:  Witnesses after that?

MR. DONALDSON:  I asked about witnesses.

MS. COMEY:  I believe our witness list is due on Sunday, and we will provide it as ordered by the Court.

THE COURT:  And I think we're going to be having the same witness for several days.  So I think that that is what is happening in our immediate future.  But, Mr. Donaldson, if I can help in any way.

MR. DONALDSON:  No, you can't.  I'll follow the Court's orders.

THE COURT:  Okay.  All right.  Very good.  Everyone have a great weekend, and we'll see everyone back here on

P66ACom8                        Jane - Direct

Monday at 8:30.

       (Adjourned to June 9, 2025, at 8:30 a.m.)

P66ACom8                        Jane - Direct

INDEX OF EXAMINATION

Examination  of:                              Page

 JANE

Direct By Ms. Comey . . . . . . . . . . . . . .4666

                    GOVERNMENT EXHIBITS

Exhibit No.                                 Received

 A-104-13 through A-104-15, A-104-18,  . . . .4666

            A-104-23, A-104-30, A-104-31,

            A-104-60, A-104-63 through

            A-104-73, A-104-76, A-104-78,

            A-301-K, A-301-R, A-442-19,

            A-442-31 and A-442-33, sealed,

2A-313    . . . . . . . . . . . . . . . . .4716

2A-635    . . . . . . . . . . . . . . . . .4729

2A-608    . . . . . . . . . . . . . . . . .4740

2A-606    . . . . . . . . . . . . . . . . .4761

2A-634    . . . . . . . . . . . . . . . . .4763

2A-604    . . . . . . . . . . . . . . . . .4768

2A-629    . . . . . . . . . . . . . . . . .4772

2A-610    . . . . . . . . . . . . . . . . .4794

2A-603    . . . . . . . . . . . . . . . . .4798

E-331-B-R   . . . . . . . . . . . . . . . .4850

E-331-A-R   . . . . . . . . . . . . . . . .4854

E-331-FR    . . . . . . . . . . . . . . . .4877

E-331-CR    . . . . . . . . . . . . . . . .4878

E-331-HR    . . . . . . . . . . . . . . . . . .4879