P69Wcom1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
UNITED STATES OF AMERICA,

        v.                       24 Cr. 542 (AS)

SEAN COMBS,
   a/k/a "Puff Daddy,"
   a/k/a "P. Diddy,"
   a/k/a "Diddy,"
   a/k/a "PD,"
   a/k/a "Love,"

          Defendant.          Trial
-------------------------------x

                         New York, N.Y.
                         June 9, 2025
                         8:40 a.m.
Before:

            HON. ARUN SUBRAMANIAN,

                         District Judge
                         -and a Jury-

                 APPEARANCES

JAY CLAYTON
    Interim United States Attorney for the
    Southern District of New York
BY:  MADISON R. SMYSER
     EMILY A. JOHNSON
     MAURENE R. COMEY
     MEREDITH FOSTER
     MITZI STEINER
     MARY C. SLAVIK
     Assistant United States Attorneys

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom1

APPEARANCES CONTINUED


AGNIFILO INTRATER LLP
        Attorneys for Defendant
BY:  MARC A. AGNIFILO
        TENY R. GERAGOS
        -and-
HARRIS TRZASKOMA LLP
BY:  ANNA M. ESTEVAO
        -and-
SHAPIRO ARATO BACH LLP
BY:  ALEXANDRA A.E. SHAPIRO
        JASON A. DRISCOLL
        -and-
XAVIER R. DONALDSON
BRIAN STEEL
NICOLE WESTMORELAND


Also Present:   Lucy Gavin
                Shannon Becker
                Paralegal Specialists

                Raymond McLeod, Paralegal

(Trial resumed)

THE COURT:  Good morning, everybody.

Please be seated.

Welcome.  I hope everyone had a great weekend.

In terms of the issues to address this morning, I don't think there are any, but let me just review what is currently on the table.

First, we have the motion made by the government to re-call Dr. Hughes.

I understand, Ms. Shapiro, that you're going to respond to that application today.

MS. SHAPIRO:  Yes, your Honor.

THE COURT:  All right.  So we'll pick that up tomorrow.

As for the defense's motion for a mistrial, the government indicated they'd like to provide a response today. I didn't see anything objecting to that from the defense, so we'll also pick that issue up tomorrow.

As to the defense's letter regarding exhibits 331FR and 331HR, a motion was filed.  A letter was filed over the weekend, arguing that on Rule 403 grounds, these two exhibits should be stricken, but I think that there's a -- the larger argument is that if this is the nature of the government's evidence on the fraud prong of the Section 1591 offense, then that prong of the offense should be dismissed from this case.

P69Wcom1

I take it that those are the two aspects of the defense's letter.

MS. SHAPIRO:  That's right, your Honor.  Obviously that's sort of a preview of what we might argue on Rule 29, depending on how the rest of the evidence goes.  But yes, your Honor.

THE COURT:  In responding to the mistrial motion, not to make an additional burden, but this might be appropriate, given this letter just came in yesterday, to provide the government a chance to respond to both aspects of that letter, I'm happy to provide the government an opportunity to do that today.  And Jane is going to be testifying through most of the week, so I think it won't be problematic to address that tomorrow.

MS. COMEY:  We appreciate that, your Honor.  Thank you.

THE COURT:  Anything else, from the government's perspective, that we need to address today?

MS. COMEY:  Not from us, your Honor.

THE COURT:  Anything from the defense?

MR. AGNIFILO:  Not us either, Judge.

THE COURT:  All right.

So then let me see lead counsel and the court reporter in the robing room for just a moment.

(Pages 4948-4965 SEALED)

P69Wcom1                    Jane - Direct

                    (In open court)

 JANE, resumed.

            THE COURT:  Good morning.  Welcome back.

            THE WITNESS:  Thank you.

            THE COURT:  All rise -- oh, please be seated.

            This is actually my intern's first day, so it's nice
for everyone to stand up.

                    (Jury present)

            THE COURT:  Please be seated.

            Welcome back, members of the jury.  I hope you had a
good weekend.

            Jane, you understand you're still under oath today.

            All right.  Ms. Comey, you may proceed when you're
ready.

            MS. COMEY:  Thank you, your Honor.

DIRECT EXAMINATION CONTINUED

BY MS. COMEY:

Q.  Good morning, Jane.

A.  Good morning, Ms. Comey.

            MS. COMEY:  I want to start by showing a couple of
exhibits that are not yet in evidence.

            Ms. Becker, will you please pull up what's been marked
for identification as Government Exhibit 2A-206.

Q.  Jane, do you recognize that?

A.  Yes.

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

P69Wcom1                    Jane - Direct

Q.   What is it?

A.   It's a photo of J9.

Q.   Is that the same J9 you talked about in your testimony last week?

A.   Yes.

          MS. COMEY:  Your Honor, the government offers this exhibit in evidence.

          MS. GERAGOS:  No objection.

          THE COURT:  2A206 will be admitted.

          (Government Exhibit 2A-206 received in evidence)

          MS. COMEY:  Would you please publish that to the jury, Ms. Becker.

Q.   Jane, could you just tell us what was J9's job?

A.   He is one of Sean's security.

Q.   And is this the same J9 you saw bring cash to hotel rooms when you were with Sean?

A.   Yes.

Q.   Do you know J9 by any other names?

A.   I do not.

          MS. COMEY:  We can take that down.  Thank you, Ms. Becker.

          And now, Ms. Becker, would you please pull up what's been marked for identification as Government Exhibit 2A-317 just for the witness and the parties, please.

Q.   Jane, do you recognize that?

P69Wcom1                    Jane - Direct

A.   Yes.

Q.   What is it?

A.   It's a photo of Frank.

Q.   Who's Frank?

A.   He's Sean's assistant butler.

        MS. COMEY:  Your Honor, the government offers this exhibit in evidence.

        MS. GERAGOS:  No objection.

        THE COURT:  All right.  2A317 will be admitted.

        (Government Exhibit 2A-317 received in evidence)

        MS. COMEY:  Ms. Becker, would you please publish that to the jury.

Q.   Jane, can you remind us what Frank's role was for Sean, please?

A.   He was one of his assistants who would run around for him, and etc.

Q.   Is this the same Frank that you described hugging in a hotel when you were high one time?

A.   Yes.

        MS. COMEY:  We can take this down.  Thank you.

Q.   Jane, one follow-up question.

     In your text messages with Sean during your relationship, did you ever refer to someone by the letters ATL?

A.   Yes.

Q.   Who was that?

P69Wcom1                    Jane - Direct

A.   That was Kabrale.

Q.   Why did you refer to Kabrale as ATL in your texts with Sean?

A.   Because he was from Atlanta.

Q.   Who was from Atlanta?

A.   Kabrale.

Q.   Now, jane, on Friday, we ended the day going through some messages you exchanged with Sean at the end of August of 2023, and I'd like to pick up right after August of 2023.  OK?

A.   OK.

          MS. COMEY:  First, I'm going to offer in evidence Government Exhibits A-104-59P, A-104-60P and A-104-61P, which are exhibits that Ms. Geragos and I discussed that are modified to show both UTC time and Pacific time within each exhibit.

          MS. GERAGOS:  No objection.

          THE COURT:  All right.  Those exhibits will be admitted.

          (Government Exhibits A-104-59P, A-104-60P and A-104-61P received in evidence)

          MS. COMEY:  I'd like to start by pulling up Government Exhibit A-104-59P, page 2, please, Ms. Becker.

          Can we zoom in on the top message, please.

Q.   Jane, what are we looking at here?

A.   It's a text message between Sean and I.

Q.   Who sent this message?

P69Wcom1                        Jane - Direct

A.   I did.

Q.   And who did you send it to?

A.   Sean.

Q.   I want to focus now on the bottom right time and date.

Do you see what the date and time are?

A.   September 15, 2023.

Q.   And what does the time say?

A.   7:23 p.m.

          MS. COMEY:  Ms. Becker, is this 104-59-P?

          There we go.  If you could please zoom in on that top message.  I believe we were accidentally looking at A-104-59.

          Now we're looking at -P.  Let's zoom in on that text message, please.

Q.   Do you see where there are two times there?

A.   Yes.

Q.   Can you read what is in parentheses next to the top time?

A.   The top parentheses time is UTC plus 12 -- plus zero.

          MS. COMEY:  Now, Ms. Becker, if we can move this to the left.  And to the right of this, would you please pull up the stipulation marked as Government Exhibit 1310 and pull up page 3.

          Let's go to page 3, please.  And I'll note that paragraph 7 says a time stamp with the notation UTC plus zero indicates that the time stamp is displayed in UTC.

          And now let's turn back to page 1 of the stipulation,

                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300

please.  And I'll note that paragraph 2 reads that during Daylight Savings Time, which is typically between early March and early November, UTC is seven hours ahead of Pacific Daylight Time, or PDT.

We can take down the stipulation.  Thank you.

And we'll go back to A-104-59P, please.

Q.   Back to that message we were looking at, Jane, so is the top time UTC time and the bottom time Pacific Time, or Los Angeles time?

A.   Yes.

Q.   Can you read us the Los Angeles time that you sent this text, please?

A.   It is 12:23 p.m.

MS. COMEY:  Thank you.

And now I'd like to please pull up on the right of this Government Exhibit A-442-37, and we'll go to page 2.

And we'll zoom in on the top message, please.

Q.   Jane, what is this that we're seeing here?

A.   It's a text message between Sean and I.

Q.   Who sent it?

A.   Me.

Q.   And did you send this to a different phone number of Sean's?

A.   Yes.

Q.   Remind us.  Did you text Sean on different numbers over

P69Wcom1                          Jane - Direct

your relationship with him?

A.   Yes.

Q.   And how did you decide which phone to text?

A.   Just whatever we were talking on that day, or if I wanted to send messages to both phones at the same time I would.

Q.   So could you read for us the date and time of this message, please?

A.   September 15, 2023, 11:35 p.m.

Q.   And next to that does it say UTC minus seven?

A.   Yes.

Q.   So is this Los Angeles time as well?

A.   Yes.

        MS. COMEY:  Now that we've oriented ourselves to the time, I want to walk through these two exhibits.  Let's start, please, with A-104-59-P on the left.

Q.   Can you please read the first text at the top of that exhibit?

A.   Yes.  It says:  Should we have just start looking for Sunday night flights?  Miss you more.  I can't wait to hold you and kiss you.

Q.   What flights were you talking about when you sent this text to Sean?

A.   I was talking about the flights to New York to see him in New York.

Q.   So is this you talking about the trip to New York that you

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom1                    Jane - Direct

described for us in your testimony last week?

A.  Yes.

Q.  And now, on the right, can you read the text that you sent Sean about, a little less than 11 hours -- or a little more than 11 hours later?

A.  I said:  Love you.  Miss you.  Love and miss you.  Mines forever.

          MS. COMEY:  Let's keep reading on A-442-37, please.

          Can we take down what's on the left and just pull you up pages two 2 and 3 of A-442-37.

Q.  What does Sean write to you in the bottom two texts on the left?

A.  He says:  Send me some shit of you being bad, girl.

Q.  What did you understand Sean was asking you to do here?

A.  I was understood he was asking me to send him explicit videos of one of these nights.

          MS. COMEY:  Can we please look at the top text on the right.

Q.  What did Sean say to you next?

A.  He says:  When is the earliest you can get here?

Q.  And how do you respond?

A.  I say we -- we'll watch it together.  Whoever you're with needs to figure out how to get your dick hard on your own.

Q.  Why did you send Sean that?

A.  Because I was getting upset that he was asking me for

P69Wcom1                          Jane - Direct

explicit videos, and I assumed he was with another female

needing the videos to get turned on.

            MS. COMEY:  Let's go to the next text, please.

Q.  How does Sean respond?

A.  He says:  The fuck.  I got the phones.  I'm asking you to

send me what I don't have.  Just do what I say, please.  I'm

horny.

Q.  What did you understand Sean was referring to when he said

I got the phones?

A.  He's referring to the phones that have other videos of me

and these nights.

            MS. COMEY:  Let's go to pages 4 and 5 of this exhibit,

please.  Four on the left and five on the right, please.

Q.  What did Sean say next?

A.  He says:  Stop it.  Don't say no to me, please.

Q.  How did you respond?

A.  I said:  You're traveling with our phone.

Q.  What did you mean when you wrote our phone?

A.  I meant that I was getting a little bit worried that Sean

was recording on his two main lines, where people have access,

easy access to them.  And so I recommended that we just get a

whole other phone if we were to film things so that people

didn't have access to it.  So we called it our phone.

Q.  When you say Sean's two main phones, are you referring to

the two phones whose text messages we've looked at this

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

P69Wcom1                    Jane - Direct

morning?

A.  Yes.

Q.  And when you said people had easy access to it, what do you mean?

A.  They had -- his assistants and butlers and everybody had his cell phone code to his main line.

Q.  To the two phones that he texted you on?

A.  Yes.

        MS. COMEY:  We can take this down.

Q.  On the right, what are the next two messages you sent?

A.  I say:  That phone does not lock.  Please make sure you lock it.

    And I say:  You're using my videos to get your dick hard for someone else.

Q.  When you said that phone does not lock, which phone are you referring to?

A.  The one with the videos on it, the new one, the our phone.

Q.  And how does Sean reply?  I'll just say, does he reply no?

A.  Yes.

        MS. COMEY:  Let's go to pages 6 and 7.

Q.  What else does Sean write?

A.  He says:  Bye.  I was just asking you to send me something you watch.  That's it.  Good night.

    And then he says:  Tell me when you can come tomorrow.

        MS. COMEY:  We can take that down.  Thank you.

P69Wcom1                     Jane - Direct

Q.   And then looking at the right page, what do you say at the top of that page?

A.   I said:  Night.

Q.   And can we read the second message, please?

     What did you write in the second message?

A.   I said:  I'm not coming to New York.  I feel disrespected that you have to unnecessarily brag online that you fucked for 48 hours straight on a trip you said you were asleep on.  Then text me that you're horny and need my videos to get your dick hard to fuck someone else.  It's clear you just want me there to use me for a hotel binge and you have plenty of hoes for that.

Q.   Why did you send this message?

A.   Because at this time I had seen online a podcast where he was bragging about a trip with a female that he said was not doing anything on, that there was no sex involved and it was rocky and weird and that he couldn't even, like, have sex on this trip.

Q.   OK.  Let's take a step back.

     What had you seen online before sending this text message?

A.   Online I saw a podcast where he was interviewed about this trip he had taken on a yacht.

Q.   Let me just pause you there.

     Who was interviewed?

A.   Sean.

Q. And what trip was he talking about that he had taken on a yacht?

A. He was talking about a trip, a short trip from Miami to a nearby island where you can take a yacht, and it was a trip that he promised that he would take me on. But we were too exhausted from one of these hotel nights. We ended up just sleeping, and I ended up just going home. And I remember --

Q. Jane, let me pause you.

I want to focus on the podcast. OK?

A. Yes.

Q. The podcast interview, what did Sean say on that podcast interview?

A. On the podcast interview he was bragging about how he had sex for 48 hours straight.

Q. With you or some other woman?

A. Another woman.

Q. And was he talking about taking a yacht trip?

A. He was talking about that specific yacht trip, yes.

Q. And had you talked with him about this same yacht trip in the past before hearing that podcast interview?

A. Yes.

Q. About how long before hearing the podcast interview had you talked with Sean about this yacht trip?

A. I believe the podcast was aired, maybe, a month or so after this yacht trip had already happened.

P69Wcom1                      Jane - Direct

Q.   So this conversation that you originally had with Sean about the yacht trip, was it about a month before you sent this text message?

A.   Yes.

Q.   Can you tell us about, from your perspective, the conversations you had with Sean about the yacht trip approximately a month before you sent this text message?

A.   He was saying that there was no sex involved during this trip; that it was not like that and it wasn't a big deal and it was just a quick turnaround trip and just kind of downplayed the whole trip.

Q.   Before Sean told you about that, what had Sean told you he was going to do with you on a yacht?

        MS. GERAGOS:   Objection.

        THE COURT:   That's overruled.

A.   He was telling me that he was going to take me on this exact trip and that we would have this exact day.

Q.   So at that time were you in Miami?

A.   Yes.

Q.   And were you visiting Sean?

A.   Yes.

Q.   For how long?

A.   Maybe four days.

Q.   And what did you and Sean discuss about how you were going to spend those four days?

                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

P69Wcom1                         Jane - Direct

A.   That we would just be together.

Q.   And what did you two discuss about doing while you were together?

A.   Just be together.

Q.   So what was the plan for the first two days in Miami?

        MS. GERAGOS:   Objection.

        THE COURT:   That needs to be rephrased.

BY MS. COMEY:

Q.   So what did you and Sean discuss doing the first two days of that trip in Miami?

A.   The first two days we discussed that after partying we would take a yacht and do this trip.

Q.   And what do you mean by after partying?

A.   After one of these hotel nights.

Q.   So what did Sean say to you before you did that hotel night?

A.   That he would take me on a yacht on this trip.

Q.   When?

A.   In that same trip, but after a hotel night.

Q.   And did you agree to do the hotel night after he told you that?

A.   Yes.

Q.   How long did the hotel night last?

A.   Two days.

Q.   After those two days, did Sean take you on the yacht?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom1                          Jane - Direct

A.   No.

Q.   What happened instead?

A.   We just went to sleep.

Q.   And then after you went to sleep, what did you spend the next two days doing?

A.   On that same trip?

Q.   On that same trip.

A.   Just was sleeping and just recovering and resting.

Q.   Recovering from what?

A.   One of these hotel nights.

Q.   And then did you leave Miami?

A.   Yes.

Q.   And after you left Miami, what did you see on social media?

         MS. GERAGOS:  Objection.

         THE COURT:  That's sustained.

BY MS. COMEY:

Q.   After you left Miami, what happened?

A.   I noticed that on social media he had taken one of his girlfriends on the same yacht trip that he had promised me.

Q.   How did you react to that?

A.   Really upset.  Really sad.

Q.   What did you say to Sean about that?

A.   I voiced my frustrations and my hurt from seeing that.

Q.   How did Sean respond?

A.   Dismissive, like nothing.

P69Wcom1                        Jane - Direct

Q.   When's the next time you saw Sean in person?

A.   In Los Angeles.

Q.   And what happened when you saw him in Los Angeles after you'd seen him on this yacht trip on social media?

A.   He said that, let's just spend time.  Let's see each other. Meet me at the hotel.  And I met him at a hotel, and in the hotel he's further explaining how the trip was nothing and just trying to calm me down and saying that they didn't even have sex, that it was nothing.  It was so quick.  It was so short and how hard it was to even have sex on a boat and just downplaying it.

Q.   And then when you saw this podcast a month later, how did what he said on the podcast compare to what he had told you a month later in Los Angeles?

         MS. GERAGOS:  Objection.

         THE COURT:  Overruled.

A.   The comparison was, with me, he made it sound like it was nothing, and on the podcast both the banter between him and his girlfriend at the time were boasting about the trip, how they had so much sex and how specifically they had sex for 48 hours.

         MS. COMEY:  Now, Ms. Becker, I'd like to move A-442-37 to the left, please.  And on the right can we please pull up A-104-59-P, page 2.

         And can you please read, on the right -- zoom in on the right -- those two green messages.

And then can we also zoom in on the second text, on the left. And move that over. OK.

Q. So the second text on the left, what time did you send it L.A. time?

A. I sent it at 9:59 a.m.

Q. And then the first text we see on the right, what time did you send that L.A. time -- or did Sean send it L.A. time?

A. 10:15 a.m.

Q. So is this about 15 minutes after you sent the message on the left?

A. Yes.

Q. What did Sean write to you?

A. He says: What happened? I dad. But I think he means I'm sad -- earlier.

And his next message says: I'm sad. What happened?

MS. COMEY: Let's turn to page 3, please, of A-442-37 -- oh, I'm sorry, of A-104-59-P. Please turn to page 3.

Q. What do you send him at the top?

A. I sent him a text, and I say --

Q. Is the text at the top the same message that you had sent to his other phone?

A. Yes, it is.

Q. About 15 minutes later?

A. Yes.

P69Wcom1                        Jane - Direct

Q.  And then what did you say in the next text?

A.  I said:  I don't want to be used and locked in a room to perform and fulfill your fantasies.  Coming to the realization of what this really is.

MS. COMEY:  I'd like to take these down, please, Ms. Becker, and show just the witness what's been marked for identification as Government Exhibit E-331-I.  And turn to page 2, please.

Q.  Jane, do you recognize this?

A.  I do.

Q.  What is it?

A.  It's a note in my Notes app.

Q.  And what date is this entry in your Notes app?

A.  September 15, 2023.

Q.  Is that the same date as the messages we've been looking at?

A.  Yes.

Q.  When you wrote this, were you describing how you felt at the time?

A.  Yes.

MS. COMEY:  Your Honor, the government offers this in evidence.

THE COURT:  All right.  E-331-I will be admitted.

(Government Exhibit E-331-I received in evidence)

MS. COMEY:  Can we please publish that to the jury.

P69Wcom1                       Jane - Direct

Q.  So, Jane, tell us again the date of this entry in your Notes app.

A.  September 15, 2023.

Q.  Would you please read for us what you wrote?

A.  I wrote:  As much as I want to see you, I don't want to come there and be treated like a ho in a hotel room for the millionth time.

Q.  And what did you write in the next entry that same day?

A.  I said:  I don't want to be come to New York just to be treated like a ho in a hotel room.  As much as I want to see you, I just know what you want me out there for.  It doesn't make me feel good.  You got other women available who are willing to do that.

Q.  Jane, why did you write this in your Notes app?

A.  At the time I just felt like I needed to write my feeling, and I wasn't sure if I was going to send it yet, so I wanted to write it in my Notes.

Q.  And did you ultimately send some version of this language to Sean?

A.  Yes.

Q.  Later that same day?

A.  Yes.

        MS. COMEY:  Let's turn back now, Ms. Becker, please, to Government Exhibit A-59-P, and let's pull up pages 3 and 4.

Q.  Looking at the middle text on the left, what did you write

P69Wcom1                          Jane - Direct

to Sean?

A.   I said:  I don't want to be used and locked in a room to perform and fulfill your fantasies.  Coming to the realization of what this really is.

Q.   How did Sean respond?

A.   He said:  Girl, that was podcast talk.  I haven't even had sex.

Q.   What did you understand Sean was referring to when he said podcast talk?

A.   He was referring to the podcast that I got upset about, and he's just trying to say that it was purely entertainment.

Q.   Can we please read the messages that Sean sent on the next page?

A.   He says:  I was alone and sick.

          MS. COMEY:  Let's go to pages 5 and 6 of this exhibit, please.

Q.   What else does Sean write?

A.   He says:  I'm tired of your false accusations.  If you think it doing that don't fuck with me.  It's up to you because I know on Baby Love I didn't have sex with anyone.

Q.   How did you respond?

A.   I responded with a screen recording of the podcast.

Q.   Is that the podcast you've been talking about?

A.   Yes.

Q.   What else did you text him on the next page?

P69Wcom1                       Jane - Direct

A.   I said:  Your favorite time was the yacht in Bahamas that you said you would take me to and ended up going with her and came to L.A. to just binge in a hotel room, talking about 48 hours moaning and saying you went rounds.  All that talk was real.  That wasn't real podcast talk.

Q.   Now, Jane, when you wrote that you said you would take me to and ended up going with her, what were you referring to?

A.   I was referring to the promise he made me during one of these nights and didn't take me to and ended up taking her.

Q.   What promise are you referring to that Sean made you during one of these nights?

A.   That we would go on a yacht after a hotel night.

Q.   And did you end up going?

A.   No.

          MS. COMEY:  Let's go to pages 7 and 8 of this exhibit, please.

Q.   Can you read the text you sent him on the left?

A.   In quotes, I say:  You made papa proud.  Wow.

Q.   What were you referring to?

A.   I was referring to one of his quotes on the podcast, where he says, you made papa proud.

Q.   Let's read the bottom left message, please.

A.   I said:  You left that Bahamas trip and went straight to me and even told me that you were asleep and didn't have sex.  Now you're on this show telling the truth.

Q.   Let's go to the top right, please.

A.   I say:  Now you're telling me you're in NYC and haven't even had sex.  What do you take me for?  As much as I want to see you, I just know what you want me out there for.  It doesn't make me feel good.  You got other women available and willing to do that.

Q.   How did Sean respond?

A.   He says:  Bye.  Always tripping on me.

          MS. COMEY:  Let's go to page 9 of this exhibit, please, Ms. Becker.

Q.   What did you write in the top?

A.   I said:  Because the reality of what we are is sinking in.

Q.   This next message, is that the same message that you read last week to the jury?

A.   Yes.

Q.   I want to focus on a couple sentences here.

     Do you see the sentence that says I feel it's the only reason you have me around and why you pay for the house?

A.   Yes.

Q.   At this point, when you sent this text message, on September 17, 2023, how long had Sean been paying your rent at that point?

A.   A few months.

Q.   And then the next sentence, do you see the sentence that says I don't want to feel obligated to perform these nights

with you in fear of losing the roof over my head?

A.   Yes.

Q.   At this point, on September 17, 2023, for how long had you felt obligated to participate in hotel nights out of fear that Sean would stop paying your rent?

MS. GERAGOS:  Objection.

THE COURT:  Sustained.

BY MS. COMEY:

Q.   Jane, when you wrote that, what were you talking about?

A.   I was talking about the feelings I started to develop regarding Sean and this house and the little things he would say and just the little guilt-trippy things that he would say around me about the house and me feeling like I had to perform.

Q.   For how long had you felt like you had to perform?

A.   Pretty much since I got the home.

Q.   And when did you get the home?

A.   April of 2023.

Q.   And what made you feel like you had to perform after you got the home in April of 2023?

A.   Because I felt like he had made such a big purchase, and I felt that this was something I had to do in return to make him feel OK about that.

Q.   And was that just something in your head, or did Sean say things to you about that?

MS. GERAGOS:  Objection.

P69Wcom1                        Jane - Direct

THE COURT:  Rephrase.

BY MS. COMEY:

Q.  What did Sean say to you, if anything, that made you feel this way?

A.  A variety of things.  So, I would say it would be both things he would say and sprinkle in and just my own thoughts.

MS. COMEY:  Can we please, next to this -- move this over to the left -- and pull up Government Exhibit A-442-37, page 7.  And can we pull up the bottom text, please.

And can we pull up the middle text on the left as well and put them side by side.

Q.  Jane, how far apart did you send these two messages?

A.  I sent them, looks like a day apart -- oh, actually, I think I sent them exactly at the same time.

Q.  So one minute apart?

A.  Yes.

Q.  And can you read for us what you wrote on the right?

A.  I say:  I wish we could jot this back to when we first started dating and just getting to know each other.  Ever since I opened Pandora's box, I've never been able to close it.  The amount of fun turned into the entirety of our relationship, and now it's all I'm expected to do and perform for.  It's hurting me because I'm so much more than being loved in the dark in hotel rooms, doing things that make me feel disgusted with myself.  I'm confusing your lust for me as real love.  My heart

P69Wcom1                      Jane - Direct

is really in this, and it's breaking.  I don't want to play this role in your life anymore.  It sucks, sleazy and makes me feel disgusted with myself.  I feel it's the only reason you had me around and that you pay for the house.  I don't want to feel obligated to perform these nights with you in fear of losing the roof over my head.  I don't want to keep feeling like that anymore.  I'm crying as I type this.  We just need to talk like adults and figure out where we'll go from here.

          (Continued on next page)

P69Qcom2                          Jane - Direct

Q.  Why?

A.  Because I wanted to make sure he got the message.

        MS. COMEY:  Let's take down A-442-37, Ms. Becker, and pull up pages 9 and 10 of A-104-59-P, please.

Q.  What message did Sean send you on this phone right after the text you read out loud on the bottom left?

A.  He says, girl stop.

Q.  What does he send you in the top right?

A.  He says, let's talk.  I'm fucked up.  Call me ASAP.

Q.  What is above that?

A.  It's an audio message from him.

Q.  To you?

A.  Yes.

        MS. COMEY:  Ms. Becker, could we please play in evidence what's in evidence as A-104-59-A.

        (Audio played)

Q.  Jane, at the time you heard that voicemail from Sean, how did you react?

A.  I was sad that he was sick.

Q.  Where in that voice message, if anywhere, did Sean respond to you that you felt obligated to perform hotel nights because of your rent?

        MS. GERAGOS:  Objection.

        THE COURT:  Sustained.

Q.  Did Sean respond to everything you sent to him in that

                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300

audio message?

A.  No.

Q.  What did he focus on from your perspective in that audio message?

MS. GERAGOS:  Objection.

THE COURT:  Sustained.

Q.  Jane, when you listened to this audio message, did you hear anything responding to what you said about hotel nights?

A.  No.

MS. COMEY:  Let's go ahead to page 11 of Government Exhibit A-104-59-P, please.

Q.  What did you write after getting that audio message?

A.  I said, call me back.

Q.  And then about 15 minutes later, what does Sean text you?

A.  He says, love you baby, can't wait to you.

Q.  And what did you write back?

A.  I said, I love you too.

Q.  What happened between the "call me back" text and Sean's "love you baby" text?

A.  We had a FaceTime.

Q.  Do you remember what happened on that FaceTime?

A.  He said on the FaceTime just all the things that I wanted to hear just to make me calm down and feel better and get back into --

MS. GERAGOS:  Objection.  Nonresponsive.

P69Qcom2                    Jane - Direct

THE COURT:  Overruled.

Q.  Jane, you can continue.

A.  I just remember this FaceTime, he just had said a lot of the things that I liked to hear just that he left me, that he wanted to see me, that he missed me, and I calmed down.

Q.  During that conversation, did you and Sean talk about what you would do if you went to New York?

A.  I remember he said that we would have alone time, and that we would do nice things in New York together.

Q.  What sorts of things did Sean tell you you would do in New York together?

A.  That we'd go to dinner, we'd go shopping, and we'd have a proper New York trip.

Q.  Did you discuss one way or the other whether there would be a hotel night in New York?

A.  He mentioned no, nothing about hotel night.

Q.  Sorry.  Can you clarify that?  What did he say about hotel nights?

A.  He didn't say anything about it.

Q.  And so after that conversation, what was your understanding about whether there would be a hotel night if you went to New York?

A.  My understanding there would be none.

MS. COMEY:  Let's go now please to Government Exhibit A-104-60-P pages 2 and 3.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

Q.   Can you please read the text on the left?

A.   He says, good morning.  The count down begins.

Q.   How do you respond?

A.   I said, good morning.  Yes.

Q.   What does Sean say in response?

A.   He says, you in the plane yet?

Q.   What plane are you talking about here?

A.   The plane to New York that I was on.

Q.   What's the date of these texts?

A.   The date is September 17, 2023.

Q.   Can you read what you sent on the right, please?

A.   I said, not yet babe.  Car pick up in 30 minutes.  Taking off at 11:20 a.m.  I'll message you as soon as I board.  Did you get some good rest?  Get some more sleep if you can.

Q.   When you sent the message, "Taking off at 11:20 a.m.," what time was it in LA?

A.   8:38 a.m.

        MS. COMEY:  Let's go to pages 5 and 6 now of this exhibit, please.

Q.   What did you send in the middle of the page on the left?

A.   I sent a photo of my outfit.

Q.   What time -- LA time did you send him that?

A.   11:25 a.m.

Q.   Were you on the plane at this point?

A.   Yes.

P69Qcom2                        Jane - Direct

Q.  What did you write here?

A.  I said, Babe, I brought this just in case we do anything, but I didn't have time to grab the right red heels for it.  Is it okay if someone can grab a pair for me, please?

Q.  Why did you send that message to Sean?

A.  Because I really didn't have anything to match this outfit at the time, and I needed help with shoes.

Q.  Why did you bring the outfit?

A.  Because I wanted to wow him for dinner and look nice for him.

Q.  So where were you going to wear the outfit to?

        MS. GERAGOS:  Objection.

        THE COURT:  Overruled.

A.  Dinner.

Q.  How did Sean respond?

A.  He says, send all sizes.

        MS. COMEY:  Let's go now please to Government Exhibit A-104-61-P, pages 2 and 3.

Q.  Jane, what's the date of these messages?

A.  The dates are November -- I'm sorry, September 17, 2023.

Q.  Whose texts are these?

A.  Sean's.

Q.  To who?

A.  Myself.

Q.  Is this a continuation of the same conversation we've been

P69Qcom2                     Jane - Direct

reading?

A.   Yes.

Q.   What does Sean send you at 11:41 a.m. LA time?

A.   He says, let's have a good time.  Do you have your passport?  He says, we're going to dinner.  I'm have you do a little shopping.  Miss you.  Can't wait to see you.

Q.   Jane, when you ended up going to New York, did you go to dinner with Sean?

A.   We went to this really late, late night lounge thing, the only thing that was open.

Q.   Did you do shopping?

A.   I remember his team did get me a couple things but not actually going to go shopping.

Q.   Did you go out with Sean other than to that one little club?

A.   No.

Q.   Did you end up needing your passport?

A.   No.

Q.   How did you respond to Sean's texts?

A.   I said --

Q.   Did you love an earlier message of his?

A.   Yes.

Q.   And then on the next page, I won't make you read it.  A few minutes later, did you write, miss my pretty hard dick?

A.   Yes.

P69Qcom2                    Jane - Direct

Q.   Why did you send that to Sean?

A.   Because I missed him.

Q.   Who were you talking about there?

A.   Sean.

Q.   Anyone else?

A.   No.  And I say, yes, I have my passport baby.

          And I put a heart on him saying, we're going to dinner, et cetera.

          MS. COMEY:  Let's go to page 4 of this exhibit, please.

Q.   What did you write?

A.   Baby.  And then I said, you turn me on so crazy can't wait.

Q.   What were you saying you can't wait for after you were saying you turn me on?

A.   Him and his sex.

Q.   Sean?

A.   Yes.

Q.   Jane, what do you remember happening after your flight took off?

A.   On this flight that I received a message from Sean that made me a little upset.

          MS. COMEY:  Let's now pull up, please, Government Exhibit A-104-61-P, page 5 on the left and then Government Exhibit A-442-37 page 8 on the right.  Can we zoom in on the top message on the left and the top message on the right?

P69Qcom2                    Jane - Direct

Q.  Jane, the message on the left, what time LA time did Sean send that to you?

A.  1:26 p.m.

Q.  At that point where were you?

A.  On a plane.

Q.  On your way to where?

A.  New York.

Q.  What did he write?

A.  He said, hey where's chef.

Q.  What is your understanding of what Sean is referring to?

A.  He's asking where Kaprale is.

Q.  Turning now to the text on the right, what's the date and the time?

A.  September 17, 2023.  The time is 2:25 p.m.

Q.  Where were you when Sean sent you this text?

A.  On my flight as well.

Q.  What did Sean text you?

A.  He said, entertainment or movie night?  Let me know so if I have to get hotel.

Q.  What did you understand Sean was saying there?

A.  I understood that he was wanting a hotel night.

Q.  When did you read those two texts?

A.  While I was on my flight.

Q.  How did you react to seeing these two texts while you were in midair?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Qcom2                        Jane - Direct

A.  I just remember just taking a deep breath and just kind of
feeling upset and a little disappointed, a little defeated.

         MS. COMEY:  Can we look at the middle two texts on the
left and right now please, Ms. Becker?

Q.  Jane, what did you write on the left?

A.  I said, just got to Wi-Fi again, not sure baby.

Q.  What time did you send that?

A.  4:05 p.m.

Q.  What did you send on the right?

A.  Baby just got Wi-Fi again.

Q.  What time did you send that?

A.  4:07 p.m.

Q.  Why did you send Sean these messages a little after
4:00 p.m.?

A.  I was responding to both phones and just kind of trying to
brush away that question about entertainment.

Q.  Let's look at the third text on the right, please.  What
did Sean say?

A.  He says, check red phone.

Q.  What did you understand Sean was referring to when he said
check red phone?

A.  He's referring to the message he sent me from his other
phone.

Q.  Let's now look over on the left at the third text.  What
did Sean say?

P69Qcom2                          Jane - Direct

A.   He says, okay, I have a surprise if that's okay.  Just one. Don't want you to feel like an in sexy.

Q.   What did you understand Sean was telling you when he said he had a surprise and just one?

A.   I understood that he wanted me to be -- I understood that he, umm, was going to introduce me to somebody new.

Q.   In what context?

A.   In one of these hotel nights.

Q.   When you say somebody new, what are you talking about?

A.   An entertainer.

Q.   How did you feel when you read that?

A.   I hated it.

        MS. COMEY:  Ms. Becker, would you please turn to page 6 on the left and page 9 on the right.

Q.   Jane, focusing on the text on the left, what did Sean send you?

A.   He says, sending picture now.

Q.   And then what did you send you?

A.   I believe it's a picture of the man.

Q.   And what does the link say above the address?

A.   It says, cowboys for angels.

Q.   How did you respond to this message?

A.   I just remember rolling my eyes, but I'm sorry -- I meant, I said, it's not loading but we're about to land now.

Q.   And now turning to the right, what did you write to Sean at

P69Qcom2                        Jane - Direct

about the same time?

A.   I said, it's not loading about to land now.

MS. COMEY:   Let's turn now to page 8 on the left and page 10 on the right.   Looking at the first text at the top of each page, side by side if we could, Ms. Becker.

Q.   Did you send these two texts at about the same time?

A.   Yes.

Q.   To Sean?

A.   Yes.

Q.   And what did you send him?

A.   I said, zero bond casa Cipriani my friend said for private just chill drink spot if you are up for it.

Q.   Why did you send that to Sean?

A.   I was trying to suggest some nice places we could go to.

Q.   At this time were you in New York?

A.   Yes.

Q.   What happened after your plane landed in New York, Jane?

A.   I remember I was driven to the Trump Hotel in New York.

Q.   And after you went to the Trump Hotel in New York, what happened next?

A.   I was greeted by one of his stylists.   They had some shoes for me.   I changed into my outfit, and I wanted to recommend him some places we could go to because I really wanted to have dinner with him.

Q.   Do you remember which stylist brought you that outfit?

P69Qcom2                      Jane - Direct

A.   I can't remember his name.

Q.   What ended up happening that night in New York, Jane?

A.   I remember he picked me up kind of late, and I was just in the car waiting for him and our last alternative was to go to this like lounge thing almost closing.

Q.   And remind us what happened there?

A.   We bickered a bit, and I was kind of showing discomfort about these nights and how it's just being sprung on me, and he was defensive and saying that he didn't need it, and we didn't have to do it at all, and his demeanor was just defensive.

Q.   And then what ended up happening?

A.   We started riding back to the hotel, and then he gives me a pill.

Q.   What kind of pill?

A.   Ecstasy.

Q.   And then what happened after he gave you the ecstasy pill?

A.   And then I was in the hotel room, and I was back in the lingerie, heels, robe, and this new surprise was coming.

Q.   And is that the man whose photo we looked at on Friday?

A.   Yes.

Q.   Who you met in New York?

A.   Yes.

Q.   And then after that man left the hotel room, who came next?

A.   Kaprale.

          MS. COMEY:  Ms. Becker, can we please pull up what's

                    SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300

P69Qcom2                        Jane - Direct

in evidence as Government Exhibit F-101 pages 350 and 351.

Q. Jane, what are we seeing here?

A. We're seeing text messages between myself and Kaprale.

Q. What's the date of these messages?

A. The date is September 18, 2023.

Q. What did you text to Kabrale?

A. I said, hey you, would you like to come to NYC for a day.

Q. Why did you send Kabrale this text?

A. Because the surprise that Sean brought didn't go well, and I felt that I needed to make up for it.

Q. How did Kabrale respond?

A. He responded by saying, yes, I would love.

Q. What did you say?

A. I said, okay. Let me set it up now but call me right now real quick.

Q. Do you remember where you were when you were sending these texts?

A. Yes.

Q. Where were you?

A. I was in the hotel room with Sean.

Q. Let's look at the next page. Without reading it out loud, what did Kabrale send you?

A. His full name, his date of birth, and his email.

Q. How did you respond?

A. I said, Babe flight is at 10:23 a.m. Can you make that?

Q.  Who were you with when you booked that flight?

A.  Sean.

Q.  Did Kabrale end up taking that night to New York?

A.  Yes.

Q.  Did he come to the Trump Hotel?

A.  Yes.

Q.  And did you and Kabrale have sex in front of Sean at the Trump Hotel?

A.  Yes.

          MS. COMEY:  Let's go now to pages 371 and 372 of this same exhibit.  Can we look at the top two messages on the left, please.

Q.  What's the date of your message to Kabrale on the left?

A.  September 19, 2023.

Q.  What did you write?

A.  I said, Hi LOL.  Oh my God.  You're awake.  And then I said, the Whitby Hotel.

Q.  Do you remember what had happened before you sent this message?

A.  I remember at this point we were in another hotel, Sean and I.

Q.  Why were you and Sean in another hotel at this point?

A.  Because coming from the other hotel we took -- we decided to take a walk, and in that walk Sean grew really faint, and then we had to walk back to his other hotel, and we ended up

P69Qcom2                      Jane - Direct

just staying there.

Q.  So after you had sex with Kabrale at the Trump Hotel, did you and Sean go on a walk?

A.  Yes.

Q.  After that walk, did you go back to another hotel?

A.  I did.

Q.  What hotel did you go back to?

A.  I went back to the Trump Hotel.

Q.  Where did Sean go?

A.  To the Whitby.

Q.  How did --

A.  Well, because I needed my belongings, that's why I went back, and then I went back again to where Sean was.

Q.  After your walk, you went to the Trump, and where did you go from the Trump?

A.  The Whitby.

Q.  Where were you and Sean when you sent the text at the top left?

A.  At the Whitby.

Q.  How did Kabrale respond?

A.  He said, LOL.  Yes, I am.

Q.  Can we look on the right, please?  What did you text to Kabrale?

A.  I said, I'm going to ask what the status of a cash is now. Hit you in a few.

P69Qcom2                    Jane - Direct

Q.   What cash were you referring to in this text?

A.   I was referring to the cash for Kabrale.

Q.   Who were you checking on the status of the cash with?

A.   Sean.

Q.   How did Kabrale respond?

A.   He said, okay bet.  Sounds good my love.  Then he says, they trying to kick me out.

          MS. COMEY:  Can we go now to page 374 of this exhibit.

Q.   Can you read Kabrale's message on the right, please?  Is this a continuation of the same conversation with Kabrale?

A.   Yes.

Q.   Let's just read his message on the right, please?

A.   He said, I just left out.

Q.   What did you write in response?

A.   I said, okay great.  Let me know when you get your envelope.  Just say to front desk there's an envelope for Williams.

Q.   What envelope were you referring to in this text?

A.   I was referring to the envelope with cash in it.

Q.   Where had the cash come from?

A.   Sean.

          MS. COMEY:  Let's go now, please, to page 377.

Q.   Can you read the middle text you sent and Kabrale's response?

A.   I said, Did you get envelope yet.  He says, yes, I just

P69Qcom2                         Jane - Direct

picked it up.

Q.  What envelope were you talking about?

A.  The envelope with cash in it.

MS. COMEY:  We can take this down.  Thank you Ms. Becker.

Q.  Jane, what do you remember from the rest of your trip to New York in September of 2023?

A.  I remember that after that we just rested, and Sean got me sick.

Q.  Did you end up getting sick?

A.  Yes, he gave me Covid.

Q.  And then did you end up going back home?

A.  Yes.

Q.  What do you remember happening after you got home from that trip?

A.  I remember just trying to take care of myself and just trying to get rest and just try to relax.

Q.  About how long after that New York trip did you next see Sean?

A.  Fairly quickly.  Like a couple to a few days later, maybe like four days later.

Q.  Where did you next see Sean?

A.  I next saw Sean in Miami.

MS. COMEY:  Can we please pull up what's in evidence as Government Exhibit E-139 and E-141 side by side, Ms. Becker.

Q.   Jane, do you recognize these?

A.   I do.

Q.   What are they?

A.   They're photos of Sean and I in Miami at a hotel.

Q.   From when?

A.   From just a few days after our New York trip.  So I guess in September?

Q.   Of 2023?

A.   Yes.

Q.   Why did you and Sean take these pictures?

A.   We just thought it looked pretty.

Q.   Where were you?

A.   I was in the -- like the palm tree part of this hotel.

Q.   Do you remember which hotel?

A.   Edition Miami.

Q.   Do you remember what you and Sean were doing before you took these pictures?

A.   We were having drinks, and he wanted to watch footage from the New York trip on his phone.

Q.   What do you remember happening when you were at this hotel in Miami?

A.   I remember that he was really happy with me and Kabrale in New York, and he wanted like a part two, and so we had Kabrale here as well in Miami on this night.

Q.   After this Miami trip, did you go back home?

P69Qcom2                      Jane - Direct

A.   I believe so.

MS. COMEY:   We can take this down.   Thank you, Ms. Becker.

Q.   After you left this Miami trip, when is the next time you saw Sean, if you can remember?

A.   Los Angeles.

Q.   What do you remember about the next time you saw Sean in Los Angeles?

A.   I remember we got into an argument.

Q.   Do you remember what started the argument?

A.   Yes.

Q.   Can you tell us, please?

A.   I remember that Sean was hitting me about wanting to see me to set up a party, specifically set up a party.

Q.   I want to be clear.   You said hitting you.   Are you referring to texting you?

A.   Yes.

Q.   Sean was texting you?

A.   Yes.

Q.   You said a party.   What did you mean by a party?

A.   I meant that he wanted me to reach out to these guys and set up a party with them.

Q.   When you say "these guys," what are you talking about?

A.   An entertainer.

Q.   And then what happened?

P69Qcom2                    Jane - Direct

A.   And then I just noticed something online, and I noticed that while he was texting me he was actually with an ex-girlfriend of his.

Q.   How did you react to seeing that?

A.   I was furious because I didn't appreciate that he was with her while he was saying set up a party for me while he's with this other woman, and -- yeah, just didn't make me feel good.

Q.   Now, Jane, throughout your testimony, you talked about a few different women that Sean had relationships with?

A.   Yes.

Q.   Did you ever meet any of these women in person?

A.   No.

Q.   Did you ever speak with any of these women?

A.   No.

Q.   So how did you know what they were doing?

A.   Instagram.

        MS. COMEY:  Let's pull up, please, what's in evidence as Government Exhibit A-104-63 and go to pages 2 and 3.

Q.   Jane, what are we seeing here?

A.   These are text messages between Sean and I.

Q.   Let's zoom in on the top left, please.  What's the date of these messages?

A.   October 15, 2023.

Q.   Can you read what you wrote, please?

A.   I said, you got that girl next to you so figure it out.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Qcom2                      Jane - Direct

I'm not accusing.  I said, her bullshit is already starting and welcomed it back in.

Q.  What are you talking about here?

A.  I was just talking about the ex-girlfriend and just drama starting to happen again.

Q.  Is this part of the fight that you just told us about?

A.  Yes.

Q.  Let's read your next message, please.  Did you edit your prior text?

A.  Yes.

Q.  Let's go to Sean's response, please.

         What did Sean say in response?

A.  He said, girl stop.  You know I don't feed into this.  I need you.  You're the only thing that's going to put me at peace, please.

Q.  Then what did you say next?

A.  I said, you should have answered all my Facetimes this morning.  And I said, Introduce her to P.  It's not me.  It's the entertainment that puts you at peace.

Q.  When you said, "Introduce her to P," what were you referring to?

A.  I was referring to Paul, one of the entertainers.

Q.  When you said, "It's the entertainment that puts you at peace," what were you referring to?

A.  I was referring to that it's not me that puts him at peace;

P69Qcom2                        Jane - Direct

it's these nights and these desires, not me.

MS. COMEY:  Let's go to pages 4 and 5 of this exhibit, please.

Q.  What did you write next?

A.  I said, Let's stop mixing the two.  It's not me.

Q.  And then did you edit one of your prior texts?

A.  Yes.

Q.  How did Sean respond?

A.  He says, What.  Girl.  What time you free tomorrow?  I need you to don't say no to me like don't say no -- I need you to -- don't say no to me like I don't say no to you, please.

MS. COMEY:  Take that down.  Thank you.

Q.  What did you say in response?

A.  I said, You make it very clear you don't love me.  You make it very clear what you want from me once you introduce --

Q.  Without reading the next three names you say, what are you referring to?

A.  The girls he was dating.  The other girls he was dating.

Q.  And then after saying those names, what did you write?

A.  Once you introduce these women and that lifestyle, you'll be good.  Once you introduce these women to P and that lifestyle, you'll be good.

Q.  What were you referring to when you said "To P"?

A.  I was referring to Paul, the entertainer.

MS. COMEY:  We can take this down.

P69Qcom2                    Jane - Direct

Q.  Do you remember how long this fight lasted?

A.  Maybe a day and a half or so.

        MS. COMEY:  Let's pull up now, please, Government
Exhibit A-104-65, pages 2 and 3.

Q.  Jane, what are we seeing here?

A.  A continuation of this fight, and I'm texting for him to
call his ex-girlfriend, and I'm saying, bye.

Q.  Are you texting Sean?

A.  Yes.

Q.  What's the date?

A.  The date is October 16, 2023.

Q.  Is this a continuation of the same fight?

A.  Yes.

Q.  Did we skip over some messages?

A.  Yes.

Q.  What did Sean say at the bottom left?

A.  He says, I really need you.  I'm asking you not to do this.
I'm serious, please.  For real, this is a waste of time.

Q.  How did you respond?

A.  I said, You just said you're going to call someone else.
Call them.  I said, I'm not an animal.  I'm not a porn star.
Our experiences are desensitizing sex for me.

Q.  Why did you write that last text?

A.  Because that's exactly how I was feeling.  That's exactly
how I felt, and I wanted to let him know.

P69Qcom2                         Jane - Direct

MS. COMEY:  Let's go now, please, to Government Exhibit A-104-66, pages 2 and 3.

Q.  Jane, what are we seeing here?

A.  You're seeing text messages between Sean and I.

Q.  What's the date?

A.  The date is October 16, 2023.

Q.  Is this a continuation of the same fight?

A.  Yes.

Q.  Did we skip over some messages?

A.  Yes.

Q.  Can you read the top two texts on the left, please?

A.  Yes.  I say, I don't want to be fucked and mistreated.  I don't feel like performing loveless, cold sex.

He says, I don't want to.  Chill four real.  Your detective skills got your mind going crazy.

Q.  What were you referring to when you said performing loveless, cold sex?

A.  I was referring to the sex that I had with these men in these rooms.

Q.  And when Sean said, Your detective skills got your mind going crazy, what did you understand he was referring to?

A.  He was referring to me seeing the posts on Instagram of these other women posting.

Q.  Jane, what were you jealous of at this point in time?

A.  At this point in time I'm not really sure if I was even

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Qcom2                          Jane - Direct

jealous.  I think I was just really frustrated that I felt there was more pressure on me and more was asked of me out of everyone else, and it felt like there was just an imbalance that I just had to earn just basic things from my relationship like love and respect and romance that I felt like he was giving to everybody else and was clearly capable of it, but with me it just seemed impossible.

Q.  Could we please read your next two text messages?

A.  I said, I'm not a porn star.  I'm not an animal.  I said, I need a break.  I don't want to do anything.  I've hit a wall.

Q.  What were you referring to when you said, "I need a break I don't want to do anything.  I've hit a wall?"

A.  I was referring to not wanting to give my body to anybody else at all, period.

Q.  How did Sean respond?

A.  He said, I'll only make love to you.

Q.  What did you say?

A.  I said, It's been three years of me having to fuck strangers.  I'm tired.

Q.  Let's go to pages 4 and 5, please.

How did he respond?

A.  He responded by saying, so we're breaking up?

Q.  In your prior text messages, had you been suggesting breaking up entirely with Sean?

A.  No.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Qcom2                    Jane - Direct

Q.   What had you been saying you wanted?

        MS. GERAGOS:  Objection.

        THE COURT:  Overruled.

A.   I had been saying that I wanted to stop this.  I wanted to stop all of it.  I wanted to stop doing all of it.

Q.   When you say "all of it," what are you referring to?

A.   Having sex with other men.

Q.   Can you read what you wrote next?

A.   I said, my spirit and my soul is tired.  I need a break mentally and spiritually.

Q.   How did he respond?

A.   He said, you're wrong.

Q.   Let's go to the next page.

        What did you write next?

A.   I said sex is sacred to me, and I can't be used like this any more.  I just wanted to make you happy, but it's creating a war inside me.  I said I need a break.  I can't be in another hotel room doing drugs and performing exhausted sex for days.  Brain fog and can't concentrate.

Q.   What were you referring to when you wrote "brain fog and can't concentrate"?

A.   I was referring to not getting enough sleep at times.  Coming down from drugs.  My emotions being everywhere.  My hormones being everywhere, and just not being able to concentrate or focus.

                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

P69Qcom2                        Jane - Direct

Q.   As a result of what?

A.   All these nights.

Q.   Let's go to pages 6 and 7, please.

          How did Sean respond?

A.   He says, I don't want that for you.

          And I said, I need a break.

Q.   And what did Sean say next?

A.   He says, let's spend the day just me and you.  No strangers, please.

Q.   What's the date of that message?

A.   October 16, 2023.

Q.   What's the next message he sends you?

A.   He says, It's my only day off.

Q.   What did you say in response?

A.   I said, It's loveless for me.  And nothing satisfies you, and you always push me to do more and more.

Q.   What were you referring to when you said "you always push me to do more and more"?

A.   It's like it didn't matter how good the night was.  It's like he always wanted me to do more and more.

Q.   What did Sean say in response?

A.   He said, Let me make love to you.  It's filled with love.

          MS. COMEY:  Let's go to pages 8 and 9, please.

Q.   What did you say?

A.   I said, Spend the day with your family or your ex.  I need

P69Qcom2                          Jane - Direct

time to myself.

Q.  How did he respond?

A.  He said --

            MS. GERAGOS:  Can we have a brief sidebar?  I'm sorry.

            THE COURT:  We may.

            (Continued on next page)

(At the sidebar)

MS. GERAGOS:  I just don't know why we're not reading the full parts of the text message.  They're not up on the screen.  And the way she's saying it is misleading because it says "Gina."  It doesn't say "ex."  This doesn't relate to any identifying information, so I'm unclear.

MS. COMEY:  I'm happy to clarify it, your Honor.

She has expressed to me in her preparations that she's uncomfortable saying the names in the text messages.  I think part of is I think she is afraid if she says the other names, by process of elimination people will figure out who she is.  That's for her own comfort.  But in order to clarify the record, I completely understand.  I'll go back and clarify what she actually wrote was the name of a person, and that she didn't actually write ex-girlfriend.

MS. GERAGOS:  On cross I intend to use people's names.  I opened on Gina and her being an issue for the relationship.  So I just want to make it clear I will be doing that.

THE COURT:  Let's use the names, unless there's some other basis for not using the names because I -- normally you've been handling it in an appropriate way, which is to preface the discussion of the text by saying don't say the names, and so it would be very clear.  But if Ms. Geragos is then going to use the names, I think it potentially introduces confusion to have the same message discussed with names being

P69Qcom2                        Jane - Direct

used on cross and not on direct.

MS. COMEY:  Is now a good time for a break so I can warn her that's going to happen?  How long have we been going?

THE COURT:  We've been going for an hour and change.

MS. COMEY:  My concern is if I don't warn her and I ask her about the names, it might make her freeze on the stand.

THE COURT:  Let's do this, unless there's any issue from the defense.

Until we get to an appropriate landing place, why don't you just do what you were previously doing, which is to say without saying the names here and then proceed on that basis, and then we can proceed.  If that's not enough, then we can take a break.  It's not a big deal.

MS. COMEY:  I just don't want her to freeze on the stand, that's all.

THE COURT:  Why don't we take a break, that's fine.

MS. GERAGOS:  A really short one.

THE COURT:  That way we can use the names and just proceed, and everybody will be doing thing same.

MS. SHAPIRO:  I noticed in addition to this, there are various times where she misreads the texts or leaves stuff off, and I would just ask if Ms. Comey could clarify so the record is clear what the text actually says because I can't object every time.

THE COURT:  You mean when there are certain

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Qcom2                         Jane - Direct

expletives?

MS. SHAPIRO:  A couple times you said:  And then is there something explicit?  I'm not talking about that.  I'm talking about when the witness is asked to read a particular thing, I've noticed on several different occasions she will switch the word or leave something off in the middle of the text or something like that.  And I would just ask if Ms. Comey could just follow up so the record is clear.

THE COURT:  That's fine.  I haven't noticed it that often, but that's easy enough.

MS. COMEY:  I'm happy to.  I suspect it's from reading so much, but I will pay attention to it, and we will correct the record.

THE COURT:  Very good.

(Continued on next page)

P69Qcom2                    Jane - Direct

(In open court)

THE COURT:  Members of the jury, we're going to take a short break.  We'll come back at 10:45.  Have a nice break. All rise for the jury.

(Jury not present)

THE COURT:  We'll come back at 10:45 a.m.

(Recess)

(Jury present)

THE COURT:  Ms. Comey, you may proceed when ready.

MS. COMEY:  Thank you, your Honor.

BY MS. COMEY:

Q.   Jane, turning back to Government Exhibit A-104-66, pages 8 and 9, can you please read aloud the entirety of the top left text you sent to Sean on October 16, 2023?

A.   I said, Spend the day with your family or Gina.  I need time to myself.

Q.   Why did you send that text?

A.   Because I didn't want to spend time with him, and I wanted him to spend time with his family or his ex.

Q.   And now going to Sean's response, what did he write next?

A.   He says, no.  I wanna see you.  We don't have to have sex. I want to spend the day with you, please.

Q.   What did you write next?

A.   I said, You beat the love out of us.  You make it crystal clear exactly what you want from me.  The proof is in each and

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Qcom2                    Jane - Direct

all of our experiences.

Q.  Jane, that second sentence, was that:  You make it crystal clear exactly what you want me for?

A.  Yes.

Q.  And then can you read the next two text messages, please?

A.  I say, you're going to spend the day what love bombing me so you can get what you want?  It's not genuine.  I've hit a mental and spiritual wall.

Q.  Jane, what were you referring to when you wrote, you're going to spend the day what love bombing me?

A.  I was referring to how Sean is with me.  He's very charismatic, very love bomby, love bombing.  He just says all the things I want to hear.

Q.  What do you mean when you say, Sean is love bombing?

A.  I just mean that he just showers me with affection and adoration to a really persistent level, it's very overwhelming. And me having deep feelings for him, it felt good, and it was something that I wanted, so I came around it a lot.

Q.  Across your relationship with Sean, did you notice a pattern of when Sean would engage in what you just described as love bombing?

            MS. GERAGOS:  Objection.

            THE COURT:  Overruled.

A.  Yes.

Q.  What was that pattern?

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

A.   I would say that whenever he wanted me or wanted one of these nights, the love bombing and the persistency would start.

MS. COMEY:  Let's go now please to Government Exhibit A-104-67, pages 2 and 3.

Q.   Jane, are these more text messages between you and Sean?

A.   Yes.

Q.   What's the date?

A.   The dates are October 17, 2023.

Q.   Is this a continuation of the same argument that we've been reading this morning?

A.   Yes.

Q.   Did we skip over some messages?

A.   Yes.

Q.   Can you read the second text on the left please from you to Sean?

A.   I said, I'm not trying to fuck strangers to fulfill your fetishes.

Q.   How did Sean respond?

A.   He says, You got it all wrong.

Q.   What did you say?

A.   I said, You talk to me and treat me like a piece of animal anyone can fuck on.

(Continued on next page)

P69Wcom3                         Jane - Direct

BY MS. COMEY:

Q. How did Sean respond?

A. He said:  You're crazy.

Q. Throughout your relationship, how often did Sean call you crazy when you told him you wanted to stop having these hotel nights?

MS. GERAGOS:  Objection.

THE COURT:  That's sustained.

BY MS. COMEY:

Q. Had Sean called you crazy before?

A. Yes.

Q. About how many times in your relationship had Sean called you crazy up until this point?

A. Very often.

Q. In what context?

A. In the context of if I would bring up these hotel nights.

Q. What do you mean if you bring up these hotel nights?

A. If I voiced my frustrations about these hotel nights.

Q. How did you respond to this?

A. I said:  I need a break.  Please respect that.

Q. What were you asking for when you said I need a break?

A. That I needed a break from these nights and I needed a break from him.

Q. How did he respond?

A. He says:  When do I talk to you crazy.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

Case 1:24-cr-00542-AS   Document 630   Filed 01/05/26   Page 65 of 292   5026

P69Wcom3                    Jane - Direct

MS. COMEY:  Let's go to pages 4 and 5, please.

Q.  What did you write next?

A.  I said:  You want to have me suck some dick so you can jet off to an island with Gina or Yung.

Q.  And who were you referring to at the end of that text?

A.  I was referring to his ex and a girl he was dating.

Q.  And what did you say next?

A.  I said:  And have me do the dirty shit in hotel room after hotel room.

Q.  Would you please read how he responded?

A.  He says:  Baby, call me, because you're tripping.

Q.  What did you say in response?

A.  I said:  I'm mentally and spiritually drained.  This is hurting my entire being.

MS. COMEY:  Let's go to the next page.

Q.  What did Sean say in response?

A.  He said:  I'm going to leave you alone.

Q.  And what did you say next?

A.  I said:  You jet off and take every other woman on trips and dates and just make me the feel like I'm the one you want to do the dirty shit.  I'm tired.

MS. COMEY:  Let's go now, please, to what's in evidence as Government Exhibit A-104-70, pages 2 and 3.

Q.  Jane, what's the date of these messages?

A.  The date is October 17, 2023.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom3                        Jane - Direct

Q.  And who are they between?

A.  Myself and Sean.

Q.  Is this a continuation of the same fight?

A.  Yes.

Q.  Did we skip over some pages?

A.  Yes.

        MS. COMEY:  Can you take that down, that zoom-in, please.

        Ms. Becker, can we look at the messages that Jane sent on the left of the page.

Q.  Jane, what did you write here?

A.  I said:  Please just leave me alone like you leave me alone every night that you're with someone else.  Give me space like I give you space even when I need you the most.

Q.  How did Sean respond?

A.  He said:  Gotcha.

    And then he says:  I need you for real.

Q.  And is there a little less than an hour between those two texts?

A.  Yes.

Q.  How did you respond?

A.  I said:  You're coming down, so just take some vitamins. Call a girl over there.  Tomorrow you won't even feel the same about me.

Q.  What did you mean when you said, you're coming down?

P69Wcom3                    Jane - Direct

A.  I meant that I could feel that he had been partying and that the drugs were kind of wearing off and that he just needed to rest.

Q.  And why did you write, tomorrow you won't even feel the same about me?

A.  Because he would sleep and have this itch or this persistency wear off.

        MS. COMEY:  Let's go to pages 4 and 5, please.

Q.  How did Sean respond?

A.  He says:  Girl, stop.  I ain't been high.

Q.  And in the next message, does he say your true name or nickname of your true name?

A.  Yes.

Q.  And then after that, does he say:  Please, woman, please?

A.  Yes.

Q.  And then what does he send next?

A.  A voice mail.

        MS. COMEY:  Ms. Becker, would you please play Government Exhibit A-104-70A.

        (Media played)

BY MS. COMEY:

Q.  Jane, at this point, were you answering Sean's calls?

A.  No.

Q.  Why not?

A.  I was frustrated.  I didn't want to do anything that he

P69Wcom3                        Jane - Direct

wanted to do.  I just wanted to be left alone.

Q.  So why didn't you want to talk to him on the phone?

A.  Because every time Sean even got a second in my mind, then
I would be right back into whatever he wanted.

Q.  Can you read, please, the messages Sean sent you on the
right?

A.  He says:  Can I please come over there?  That's my house
too.

Q.  What did you understand Sean was referring to when he said
that's my house too?

A.  The home where he was paying my rent and the home that we
recently got.

Q.  And what does he say next?

A.  He says:  I'm coming over.

Q.  And what do you say?

A.  Are you going to let me in or not?

        MS. COMEY:  Can we go to pages 6 and 7, please.

Q.  Jane, would you please read all of the messages that Sean
sent on these two pages?

A.  Yes.  It says -- it says:  15 minutes, is your baby there.
Are you going to let me in our house, question, question,
question?

    Are you going to let me in our house, question, question,
question?

    Are you going to let me in our house, question, question,

P69Wcom3                        Jane - Direct

question?

    Are you going to let me in our house, question, question,
question?

    Are you going to let me in our house, question, question,
question?

        MS. COMEY:  Let's go to page 8, please.

Q.  Would you read the next three messages Sean sent you?

A.  He says:  Are you going to let me in our house, question,
question, question?

    Are you going to let me in our house, question, question,
question?

    Are you going to let me in our house, question, question,
question?

Q.  Through all of those text messages, what did you understand
Sean was referring to when he said our house?

A.  He was referring to the house that we got where I live.

Q.  Did you end up seeing Sean that night?

A.  I believe so.

Q.  Did you see him as he was sending you these messages,
though?

A.  No.

Q.  And as he was sending you these messages, were you
answering his calls?

A.  No.

Q.  Why not?

P69Wcom3                        Jane - Direct

A.  Because I just wanted to shut him out.

          MS. COMEY:  Can we please pull up Government Exhibit A-104-2.  Let's leave this -- sorry, Ms. Becker.  Can you leave this up on the left and, on the right, pull up A-104-71, page 2.

          Can you zoom in, please, on the top right.  And zoom in on the bottom left as well, and put them side by side so we can see the times.

Q.  Jane, is the next message that we have here on the right more than 12 hours after the message on the left?

A.  Yes.

Q.  Do you remember what Sean sent to you in the message on the right?

A.  Yes.  It was a screenshot of a conversation he had about his knees with his doctor.

          MS. COMEY:  You can zoom back out, Ms. Becker.

Q.  And then what did Sean say to you after sending you that screenshot?

A.  He says:  I'm so stressed.  Too much going on and on top of that I'm horny as fuck.  Fuck.  SMH.

Q.  What did you understand SMH to mean?

A.  Shaking my head.

Q.  So how did you react to receiving the screenshot of a message with Sean's doctor?

A.  I was -- I just turned my frustrations off, and I was

really feeling bad because of the message saying that his knees weren't good and that he needed surgery and I just started to feel bad for him.

Q. Before Sean sent you that screenshot, had you agreed to see him?

A. No.

MS. COMEY: Let's go now to page 3 of A-104-71. And Ms. Becker, you can take down A-104-70.

Q. What did you write in response?

A. I said: Just breathe and take things one step at a time. Your body wants you to take it easy. I asked my mom. She said she's going to hit me back about it, but that taking supplements is key.

Q. Why did you go from ignoring Sean to comforting him in these messages?

A. Because I felt that in that moment how he was feeling was more important and just the condition of his knees was important to me.

MS. COMEY: Let's go now, please, to Government Exhibit A-104-72, pages 7 and 8.

Q. Jane, what is the date of these messages?

A. The dates are October 18, 2023, at 5 a.m.

Q. Was that 5 a.m. UTC?

A. Yes.

Q. So would this have been late at night on October 17 in

P69Wcom3                    Jane - Direct

L.A.?

A.   Yes.

Q.   So is that later the same day?

A.   Yes.

Q.   What did you say in this message?

A.   I said:  Hi, baby.  I'm here.

Q.   And then how did Sean respond?

A.   He said OK.

Q.   Then when is the next message you send after that?

A.   I said:  Just going to shower, baby.  I'm just going to go down, but I think your fam just pulled up.

Q.   What is the date of that next message?

A.   October 19, 2023.

Q.   Between Sean's message late in the night of October 17, 2023, and your message on October 19, 2023, who were you with?

A.   Sean.

Q.   Do you remember what you did?  Just yes or no.

A.   Yes.

        MS. COMEY:  Let's take this down, please.

Q.   Jane, where did you end up going after Sean sent you that screenshot of the messages with his doctor?

A.   At a hotel.

Q.   Before you went to the hotel, where did you meet Sean?

A.   At his residence.

Q.   Which residence?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom3                        Jane - Direct

A.   The residence in Bel Air.

Q.   And between the residence and the hotel, what did you do?

A.   I believe we had what we called a sobriety party.

Q.   Was the sobriety party at the hotel?

A.   Yes.

        MS. COMEY:   I want to talk about before the sobriety party.

        Ms. Becker, would you please pull up what's in evidence as Government Exhibit E-303 and E-305.

Q.   Jane, do you recognize these?

A.   Yes.

Q.   What are they from?

A.   They're from a concert that Sean was performing on.

Q.   And do you remember who took these photos?

A.   Myself.

Q.   Where were you when you took these photos?

A.   In the crowd.

Q.   When did you take these photos?

A.   I believe I took them when I went to see him that night or so.

Q.   The night we're talking about?

A.   Yes.

Q.   Can you tell us about how you got to that concert?

A.   I remember I ended up back with Sean, and he invited me to this concert and I went and I was just there.

P69Wcom3                    Jane - Direct

Q.  And who were you with during the concert?

A.  His security.

Q.  And do you remember where you were during the concert?

A.  Just in the crowd.

Q.  And after the concert, what did you do before meeting up with Sean again?

A.  I went to the store with his other assistant.

Q.  Do you remember which assistant?

A.  Jonathan.

Q.  And why did you and Jonathan go to the store?

A.  Because Sean wanted me to get outfits for a hotel night.

Q.  And what do you remember happening when you were at the store with Jonathan?

A.  I remember Sean was getting upset and impatient because he was already in the hotel room waiting and called me a bitch.

Q.  How did you know that he was getting impatient?

A.  Because he said I'm just here waiting for you.  What the fuck is taking so long?  Called me a bitch from there.

Q.  Was this over the phone?

A.  Yes.

Q.  What happened next?

A.  And then I went to the room, and I saw him and I remember his other assistant looked really upset.

Q.  Which other assistant?

A.  Brendan.

P69Wcom3                        Jane - Direct

Q.  What happened in front of that other assistant?

         MS. GERAGOS:  Objection.

         THE COURT:  Grounds.

         MS. GERAGOS:  Assumes facts not in evidence also.

         THE COURT:  All right.

         Can we rephrase.

BY MS. COMEY:

Q.  What, if anything, happened in front of that assistant?

A.  I remember that assistant was shaking his head and just saying to me you don't deserve to be called a bitch.

Q.  What hotel were you at at this point?

A.  I believe this hotel was the L'Ermitage.

Q.  At that hotel did Sean only have sex with you like he had said in the texts we saw earlier this morning?

A.  No.

         MS. GERAGOS:  Objection.

         THE COURT:  That's overruled.

A.  No.

Q.  What happened at that hotel on October 18?

A.  I remember on this night I didn't want to take drugs and I was with multiple men this night.

Q.  Is this the night that you told us about last week?

A.  Yes.

Q.  It was the one night you did without drugs?

A.  Yes.

P69Wcom3                    Jane - Direct

Q. Who was the first entertainer you were with that night?

A. Rico or Michael, whatever his name is.

Q. Who was the second?

A. Paul.

Q. And who was the third?

A. Antoine.

Q. Between Paul and Antoine, what happened?

A. I threw up.

Q. What happened when you threw up?

A. I just remember Sean coming in the bathroom, and I just told him that I'd just thrown up, and he just said: OK, that's good. You'll feel better now. And let's go outside.

Q. And after that, did you have sex with Antoine?

A. Yes.

Q. At the end of that night, how did you feel?

A. Absolutely terrible.

MS. COMEY: Can we please pull up what's in evidence as Government Exhibit A-104-72.

Can we zoom in on the left, bottom left two texts, please.

Q. Jane, what are these?

A. These are text messages between Sean and I.

Q. What's the date?

A. October 20, 2023.

Q. Who is sending this text?

P69Wcom3                          Jane - Direct

A.  I'm sending a text to Sean.

Q.  And is this shortly after the sobriety party we just talked about?

A.  Yes.

Q.  What did you write?

A.  I said:  Baby, good morning.  I love you.  Hope you're having a great day so far.  Do you think you can put something in my account, please?  There's a few things I needed, wanted. Thank you, baby.

Q.  And did Sean respond?

A.  No.

Q.  So then looking at the --

        MS. COMEY:  Can we go back to that, please, Ms. Becker, those two.

Q.  What is the next text that you sent?

A.  I sent a text on October 21, 2023.

Q.  Was that the next day?

A.  Yes.

Q.  What did you text?

A.  I said:  Can you communicate back?  You weren't too busy communicating that you wanted a party before you left and communicating to me -- and communicating to make sure Chelsea was in D.C. as soon as you landed.  You're making me feel like you left me high and dry.

Q.  Jane, why were you asking do you think you can put

P69Wcom3                        Jane - Direct

something in my account, please?

A.   Because I was just home in this big house with no furniture, and I still wanted to get furniture around this time just to take up my time a bit.

Q.   Was your house fully furnished at this point?

A.   No.

Q.   Had you gone into debt to try to furnish it at this point?

A.   I had.

Q.   And then you referenced D.C. in the next text.

     Why did you reference D.C.?

A.   Because after this sobriety party, he went off to Washington, D.C.

Q.   And how did Sean respond on the right?

A.   With a voice note.

        MS. COMEY:  Ms. Becker, would you please play Government Exhibit A-104-72A.

        (Media played)

BY MS. COMEY:

Q.   Jane, did Sean send you that voice message about two days after the sobriety party where you threw up?

A.   Yes.

        MS. COMEY:  Let's go to page 11 of this exhibit, please.

Q.   Jane, go ahead and read the top, please.  How did you respond?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom3                    Jane - Direct

A.  I said:  I don't care about your porn star hoes or all

these words above, I really don't.

Q.  Why did you write that?

A.  Because that's not the issues I was addressing.

Q.  What do you mean that's not the issues you were addressing?

A.  I meant that the women were not what I was addressing.  I

was addressing the frustrations I felt within the relationship.

Q.  And what frustrations were those?

A.  Just not being heard about how I felt about these nights

and feeling ignored after such a traumatic evening like that.

Q.  Jane, in your communications with Sean, did you refer to

the other women he was seeing by names, like we see here?

A.  Unfortunately, yes.

Q.  Why did you do that?

A.  It was just misdirected anger, I guess.

Q.  What do you mean by misdirected anger?

A.  I think I directed my anger a lot at the women, but really

my anger was towards Sean.

Q.  Can we read the next two messages you sent to Sean, please.

A.  I said:  You told me to tell you if I needed or wanted

anything.  I said yes.  Then you just left.  I text you about

it and no word.  Can you just make sure not to make me feel

high and dry like that?  I already did not want to do anything,

and I did.

Q.  Jane, what were you referring to when you said you told me

P69Wcom3                        Jane - Direct

to tell you if I needed or wanted anything?

A.   During one of these nights, he's just saying that if I need anything to just tell him, and in this context, I believe it was for the house.

Q.   And then when you wrote I already did not want to do anything and I did, what were you talking about?

A.   I was saying that I didn't want to do a night like this and I ended up having to do one anyway.

Q.   Are you referencing the sobriety party?

A.   Yes.

Q.   What's the next text you sent?

A.   I said:  Can you make sure that you put something in my account, please?  You have me feeling a little crazy and feeling used, like I got tricked into a party, and you're not communicating.

Q.   Why did you write you have me feeling a little crazy?

A.   Because he's in these rooms telling me that he's going to help me with this and that, and then after a night like that, just to be ignored and no communication, it just -- it doesn't make anyone feel good.

          MS. COMEY:  Let's go, please, to Government Exhibit A-104-73, page 2.

Q.   Jane, are these more texts between you and Sean?

A.   Yes.

          MS. COMEY:  Can we zoom in on the top two.

P69Wcom3                         Jane - Direct

Q.   And can you tell me the date, please?

A.   The dates are October 24, 2023.

Q.   Is this a couple days after the messages we were just looking at?

A.   Yes.

Q.   What does Sean text you?

A.   How are you today?

Q.   How do you respond?

A.   I said:  Doing good.  How are you?

Q.   And then what's --

        MS. COMEY:  Let's go to the next text, please.

Q.   What's the date of the next text you send?

A.   October 25, 2023.

Q.   Is this a while after the texts we just read?

A.   Yes.

Q.   Can you please read what you wrote to Sean?

A.   I said:  Hey, I'm not going to lie.  I still feel really upset with you and how everything played out.  I just need some time to myself.  I feel violated and manipulated by you.  So if you need to make other arrangements with your -- sorry, with your stupid hoes for this week or weekend, I think you should do that.

        MS. COMEY:  Let's go to pages 4 and 5 of this exhibit, please.

Q.   Is this a continuation of the same conversation?

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

P69Wcom3                     Jane - Direct

A.   Yes.

Q.   What did you write in the top left?

A.   I said:  You agreed to match my two-year investment in this toxic ass relationship with an allowance every month that equates to the monthly expense of this home.

Q.   What were you referring to there?

A.   I was referring to the love contract where he agreed that he would start giving me an allowance which covered the rent.

Q.   How did Sean respond?

A.   He says:  You threaten me?

Q.   And what do you say in response?

A.   He said:  Now leave me the fuck alone.  For real.  On God.

Q.   Before receiving these messages, had you spoken on the phone with Sean?

A.   I had.

Q.   What happened during that conversation?

A.   In this conversation I remember voicing my frustrations and my pain and my agony about the most recent hotel night and how I wasn't OK and I wasn't feeling good, and he responds by saying, like, OK.  Cool.  What do you need?  Another three months in the house, because I'm not going to be paying for somebody that I'm not even seeing as to how I get down, something like that.

Q.   And how did you respond when Sean said that?

A.   I was livid.  I felt like what does the house have to do

P69Wcom3                    Jane - Direct

with what I'm saying?  And why when I'm in this dark moment
that you just completely flip it to the house and not listening
to where my pain is lying.

Q.  So what did you tell Sean?

A.  Are you referencing --

Q.  During your conversation before Sean texted you, you
threaten me?

A.  My reference to his past two ex-girlfriends, and I said I'm
not them.

Q.  What did you say specifically?

A.  I said I'm not Gina or Cassie.

Q.  Why did you bring up Gina and Cassie?

A.  At the time I felt that these two women had quietly left
that relationship, and in the heat of the moment I'm telling
him that I feel really violated and I've been pushed to the
edge.  And I don't know what exactly I meant in that moment,
but I'm just standing up for myself at that point.

Q.  In essence, were you telling him that you were going to
speak out about what you'd experienced in your relationship?

          MS. GERAGOS:  Objection.

          THE COURT:  Sustained.

BY MS. COMEY:

Q.  In essence, what were you telling Sean?

A.  Just like don't play with me because, in essence, the
energy was just like anger.

P69Wcom3                         Jane - Direct

MS. GERAGOS:  Objection.

THE COURT:  Sustained.

The jury should disregard the witness's last answer.

Ms. Comey, let's move on.

BY MS. COMEY:

Q.  Jane, can you please read the next messages you sent on the right?

A.  I said:  You haven't stopped threatening me over the livelihood of me and my child.

Q.  And then do you reference your child after that?

A.  I do.

Q.  OK.  And then can you read the next text?

A.  I said:  Go take your fucking meds and watch the rest of the shit you say to me.  You got me fucked up.

MS. COMEY:  Let's go to pages 6 and 7, please.

Q.  What did you say next?

A.  I said:  Fuck you and your fake apology.

Q.  What were you referring to when you said your fake apology?

A.  I was referring to him introducing the conversation like he was so empathetic about how I was feeling and that I was feeling down about that night, and then he slides in, well, if you need three more months in the house, let me know, because I'm not about to pay for you.

Q.  How did he respond in this text?

A.  He said:  All good.

Q.   Then what did you say?

A.   I said:  Match the two years like you said, and we're leaving each other alone.

Q.   What did you mean when you said match the two years like you said?

A.   I meant just for him to keep his promise with completing the two years that we agreed on as far as the home.

Q.   And what did you write next?

A.   I said:  Don't call me.  Don't text me.  I'm dead to you. Remember that before you call me.

Q.   Why did you write I'm dead to you?

A.   Because he said I was dead to him.

Q.   When?

A.   During the heat of that conversation.

Q.   After what?

A.   After he talked about the home.

Q.   What did you say in response?

A.   He says:  I'm super clear now.

        MS. COMEY:  Let's go to pages 8 and 9 of this exhibit, please.

Q.   What did you write next?

A.   I said:  Threatening me over the roof over my head ever since I fucking got here.

Q.   What were you referencing there?

A.   That ever since I got into this home I just felt like the

P69Wcom3                           Jane - Direct

home was, like, leverage for these nights.

Q.  How did Sean respond?

A.  He said:  Gotcha.

Q.  And what did you say in the next two texts?

A.  I said:  You have me on constant pins and needles and now I'm sick because of you.  Leave me alone.

Q.  And then can you just read the top text on the right?

A.  Yes.

He says --

Q.  What did Sean say in response?

A.  He says:  I will.

Q.  And then the next text --

MS. COMEY:  Ms. Becker, can you take down these and zoom in on the bottom two texts of the page, please.

Q.  The next text, does Sean reference a prior relationship of yours?

A.  Yes.

Q.  And after that, does he say, and leave me alone?

A.  Yes.

Q.  And then what does he write in the next text?

A.  He said:  Let's just leave each other alone.  You're fucking crazy for real.  Everyone warned me.

MS. COMEY:  You can stop there.

Let's go to pages 13 and 14, please.

Q.  Can you read what Sean says next?

P69Wcom3                        Jane - Direct

A.   He says:  Now you done went too far, Baby Girl.  Wish me
the best.

Q.   And what does he say at the bottom?

A.   He says:  And I'm not angry.  I'm more surprised, but the
beauty is we both don't have to do anything we don't want to
do, and I just want to go my separate way without drama.  I
don't want to let no one threaten me ever, so I want to remove
myself.  You should do the same.  You took it too far, Baby
Girl.  God bless.

Q.   Jane, when you read, but the beauty is we both don't have
to do anything we don't want to do, how did you react to
reading that?

A.   I took it as a threat.

Q.   Why?

A.   Because I know he's referencing his responsibility to the
rent.

Q.   How does that relate to the rent?

A.   Because he's saying that the beauty of this is we don't
have to do anything we don't want to do, meaning just his
responsibility.  I can read here that he's saying he's going to
release his responsibility from the relationship, which the
main one was the rent.

Q.   And when he wrote, you took it too far, what did you
understand he was referring to?

A.   My threat.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom3                        Jane - Direct

Q.   Which threat?

A.   Where I said I'm not like one of these girls.

        MS. COMEY:  Can we take that down.

Q.   What did you say in response on the right?

A.   I said:  Fuck you.  You got me sick and now you threaten the house for the millionth time, and you're mad at me about a grown ass man.

Q.   Let me stop you right there.

     In the rest of that text, do you reference the same prior relationship that Sean referenced in the other text we read earlier?

A.   Yes.

Q.   When you wrote at the top, you got me sick, what were you referring to?

A.   I was referring to that after this sobriety party I had a UTI and yeast infection that followed soon after.

        MS. COMEY:  Let's go now, please, to Government Exhibit 104-74, pages 2 and 3.

Q.   Jane, is this a continuation of the same conversation between you and Sean?

A.   Yes.

Q.   What did Sean say at the top right?

A.   He says:  I'm going to call you when I get out of this doc.

Q.   And how did you respond?

A.   I said -- I said:  Your word to me was your contract saying

                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

you'd match my two years, now going on three in January, but we shook on two years of you giving me an allowance of 10K a month.  I said I just want a new place.  You said deal.

Q.  Would you read the three texts you wrote on the other side, please?

A.  I said:  You spoiled a whole year of me in it, constantly threatening me and making me beg for shit left and right, whatever, so stick to your word like I stuck out this toxic ass relationship for almost three years.

Q.  Jane, let me stop you.

The text on the bottom, without reading it out loud, in that text, do you reference the same past relationship that you referenced in the other two messages?

A.  Yes.

MS. COMEY:  Let's go now to page 4 of this exhibit, please.

Q.  What did you write here?

A.  I said:  I heard that evil coming up out of you.  I'm cool off anything we have to talk about.

And I said:  Stick to your word, and that's it.  I've been a great person to you and I don't deserve you threatening the roof over my head that you put me in over and over and over and over again.

Q.  What were you referring to when you said, I heard that evil coming up out of you?

P69Wcom3                      Jane - Direct

A.   The way he switched from his tone.  He went from super, I thought, affectionate and then he just completely switched into, like, this, like, get out of the house kind of tone.

          MS. COMEY:  Let's go to pages 9 and 10, please.

Q.   Is this a continuation of the same conversation?

A.   Yes.

Q.   Did we skip over some messages?

A.   Yes.

Q.   Can you please read what you wrote on the left?

A.   I said:  I'm having real life triggering and PTSD from the sex nights and feel extremely violated.  I need a therapist to get this out of my head.  I opened up to you about that, and you gave me a fake apology to smoothly insert and to threaten me once again about the house.  I'm that hurt.  I don't understand.

     I said:  I did not want to go because I knew you would pair me up with a random person, and I was anxious and anxiety filled, and you didn't stop.  You emotionally manipulate me for years if you're not happy with certain sex performances.

Q.   Jane, when you referenced in the first text, I opened up to you about that and you gave me a fake apology to smoothly insert, what were you referencing there?

A.   I was referencing just my pain and agony about these nights with these men.

Q.   What conversation with Sean were you referencing in that

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom3                        Jane - Direct

text?

A.   The conversation of a hotel night, the sobriety party.

Q.   Is this you talking about the sobriety party after the fact?

A.   Yes.

Q.   And then down below, you said, even in NYC, what were you referencing there?

A.   I was referencing that trip to New York where, in midair, I'm being asked about entertainment when I thought that wasn't the case on this trip.

Q.   And was that the September 2023 trip we talked about this morning?

A.   Yes.

Q.   Can you read the next text you wrote, please?

A.   I said:  I started making my own choices because it was my way of trying to gain control since you were so OK with pairing me up with any sick motherfucker for your own sexual fetishes. It was my way of trying to find some control over the situation because you did not give a fuck to risk my health and my privacy, and I'm so upset with myself for allowing this even just up as early as last week.

Q.   What were you talking about in this text?

A.   Here, I'm talking about the two men that I had chose for myself, which were Antoine and Kabrale.

Q.   Why were you talking about Antoine and Kabrale in this text

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom3                         Jane - Direct

in October of 2023 to Sean?

A.  Because Sean would say things like, you're the one's finding men and you're the one reaching out to them and you're the one getting them here for these things, like, you want that.  And he would just always put it back to me, that I wanted these things, that it was me and that it was all me.

Q.  So why did you send this text?

A.  Because in that heated conversation, he's hearing what I'm saying about these guys and things, and then he's saying but you're the one out there looking for them and you're the one reaching out to them and DMing them, etc., etc.

Q.  Let's read the next text, please.

A.  I said:  You have two phones and hundreds of videos of me performing weekend after weekend 72 hours straight and more, and you want to gaslight me and act like you didn't know our whole fake ass relationship was purely sexual.  Please, I'm so upset right now.  I'm crying so much.

Q.  When you wrote, and you want to gaslight me, what were you referring to?

A.  I was referring to, like, he always wanted to make me feel like independently these were things that I wanted, and they were not.

Q.  Can you read the next message, please?

A.  I said:  You call me and want to call me to invalidate my feelings after I'm crying and saying how triggered I feel right

now.  I'm sick, I'm sick, I'm sick.  And me allowing you to take control over me made me sick, and then you want to threaten the roof over my head.  I can't handle your bipolar, roller coaster emotions.  I have to deal with myself and I want to go in raw.

MS. COMEY:  You can take that down.

Q.  How did Sean respond?

A.  I'm sorry?

Q.  Sean.  How did Sean respond?

A.  He said:  Can you call me?  No arguing.  No cursing.  I'm asking you to please call me.  This is out of control at this point, and I'm asking you to speak as adults that don't agree on how things went down.  But I'm at least trying to talk to you civilly.

MS. COMEY:  Can we now go, please, to pages 11 and 12 of this exhibit.

Q.  What else did Sean text you?

A.  He says:  Need to take a deep breath and calm down for real, please.

Q.  And what's the next message?

A.  He says:  If you asked me to calm down I would.  Me and you don't have no beef.  Let's stop this madness together now, please, for real.

Q.  How did you respond?

A.  I said:  I don't want to speak to you.  You are the threat

to my health and my sanity.

Q.   What did Sean say next?  In the next text, does he reference your true name using a nickname?

A.   Yes.

Q.   And does he say:  You sure?

A.   Yes.

Q.   What's the next text he sends?

A.   He says:  I'm not coming at you sideways.  I'm trying to get on the phone to just talk.

Q.   What did you say in response?

A.   I said:  You created all this evil inside me.  Leave me alone.

        MS. COMEY:  Let's go to pages 13 and 14, please.

Q.   How did Sean respond?

A.   He says:  I will if that's what you want.  You're taking this pretty far.  I don't think we need to continue going in this direction.  I can control myself and have a conversation. You don't get me overnight.  Just pick up the phone.

Q.   What did you say in response?

A.   I said:  You placed and paid all of these harmful men on me and risked my health every single time for two and a half years.  This was never love.  I regret everything and all this dark, toxic shit that entered my life.

Q.   Can you read what Sean wrote to you on the next page, please?

P69Wcom3                     Jane - Direct

A.  He says:  You hate me overnight.  Yesterday you love me and now you hate me.  This is one of the craziest flips I've ever seen from a woman.  I'm going to leave you alone for real.  You sound crazy right now.  Yes, please, talk to God.  I'm going to pray for you and us.

Q.  Let's go to the next two texts he sent, please.

A.  He says:  It's so crazy this shit you're saying.  When you calm down, you should read it.  He says you're burning a bridge that you ain't going to be able to repair tomorrow.  We need to talk now.  This can have a better outcome.

        MS. COMEY:  Let's go to page 15, please.

Q.  What did you write in response?

A.  I said:  For once today I thought you were genuine and compassionate about this trauma I'm opening up to you about, but you used it to just to smoothly insert a threat over the roof over my head.  I'm so beyond hurt.  You didn't call me to apologize or understand me.  You called me to threaten me and tell me you're taking it away.  Nothing with you is ever genuine.  I don't trust anything you're texting me or saying.

Q.  Can you please read the next two texts Sean sent after that, please?

A.  He says:  I'm done.  If you want to call me and talk like adults tonight.  If not I'm going to let it go and there ain't no coming back, and I don't want to do that.

    He said:  You have no idea, all these evil things.  Wow.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom3                    Jane - Direct

Ten hours ago, you loved me.  Now you hate me.  Come on.

And then he says:  Bottom line, I don't know you felt this way about me.  I thought you loved me, but it's clear that after one argument you don't love me.  You resent me.  This is a free country.  You don't never have to hear my voice again before what I'm trying to wait for you to call me within ten minutes.  I'm going to check out for you for good.  It's not a threat.  It's me begging you for us to have a conversation and try to salvage anything at this point after all that you said.  I'm not going to keep texting you and begging you to have an adult conversation.  You're an adult and I'm an adult.  All this petty texting, hurtful saying shit, what you saying is unnecessary.  I said two things that were unnecessary out of anger, and you're writing a whole book about everything you hate about me, but yesterday you loved me.  I'm the type of person if somebody threatens me I want to get it to their head.  I don't threaten people.  If I don't mean what I'm saying and I want to be clear and come to a resolution about any promises I made you.  That have now changed by your words and your feelings towards me.  I have no problem with you.  Is that you have a problem with me.  We're both made promises to each other that we didn't keep.  I was trying to talk to you so you just not left out there.  But if you don't want to talk to me, there's nothing I can do.

Q.  How did you react to getting that text?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom3                         Jane - Direct

A.  I think I was just taking it in.  Probably still really upset.

Q.  Did you get on the phone with Sean after this?

A.  Yes.

MS. COMEY:  Before that, let's turn to page -- before we talk about that, let's turn to page 18 of this exhibit, please.

Q.  What did you text him here?

A.  I said:  I never shorthanded you or compromised.  I gave you raw and everything, watched you while I get shoved in these dark rooms.  Do whatever you need to do.  My heart is breaking.

And I said:  You forced me into a party, got me sick, gave me a fake apology and a new threat.  How is that love?  I'm putting my phone down for the night.  My mind and my heart can't handle this.

MS. COMEY:  Now let's go to pages 20 and 21, please.

Q.  Can you read what you wrote here?

A.  I said:  A lot of truth was said today, and that's just the other side of my truth.  I erupted and I know I did.  I take responsibility for erupting out of, quote, nowhere.  Either way, have a good night and I'll talk to you tomorrow after my doc appointment.

Q.  Between the text you just read and the earlier text from the prior page, had you spoken with Sean on the phone?

A.  Yes.

P69Wcom3                        Jane - Direct

Q.  What do you remember from that call?

A.  I just remember we were just trying to have a more calmer conversation.  He was just trying to calm me down and we were just trying to calm down.

Q.  Before you wrote this text where you referenced erupting out of nowhere, had you told Sean before that you wanted to stop doing these hotel nights?

A.  Yes.

Q.  Had you told him that before the sobriety party?

A.  Yes.

Q.  About how many times?

A.  So many times.

          MS. COMEY:  Let's go to pages 23 and 24, please.

Q.  Can you read what you wrote in the bottom two texts, please?

A.  I said:  Saying all this with lightheartedness, I truthfully think I'm processing some sort of trauma and just need some healing time to get back to myself.  Sometimes these things can hit you weeks and months later because you don't know how to pinpoint your complex ill feelings.  I feel as your lover I wanted to please you and de-stress you.  I went along with things even when deep down I just wanted the night to be over or didn't want to do anything more.  You would say things like finish strong or are you tired?  Are you getting tired on me?  And I would just, quote, push through and perform and feel

exhausted and just crave to already be in bed and just finish the night.  The only thing I truly looked forward to was finally being in bed cuddled with you.

Q.   What's the next message you sent?

A.   I say:  I feel like as my lover I think you knew I would do anything for you and you knew I would, quote, finish strong until you were 120 percent satisfied, but there were so many instances where I would look at you and say subtle things to you to let you know that I was tired or wanted to stop already. I think I'm having this feeling that I feel let down, that my lover didn't protect or make me feel safe.  Instead it was always pep talks to keep me going, keep taking more of the night or else it would be a dissatisfying and disappointing evening.

Q.   Let's read the next text.

A.   I said:  I know I was consenting, and like you say on tape, you could never tell I was uncomfortable, but being in my position I just didn't want to let you down and in turn I let myself down.  I feel resentment in the pits of my stomach brewing, and I know I need counseling or therapy to help me with all of these things.  I hate repeating this, but it's my truth and I just want you to be aware of where my heart, mental and spirit is right now.  I love you very much and I love you so much that I don't want you to feel these things towards me or us.  I think I overdid it and I just need to take a pause

and flush out these ill feelings.  It's not an easy, quote, just move on, quote, feeling for me.  I'm sorry.  I just want to get better and feel like myself again and come back ready to love you in a genuine, clean slate.  I love you.

Q.  Jane, why did you write I know I was consenting at the beginning of this text?

A.  I remember we had a phone conversation and he was saying things to me like if anybody were to watch these tapes, you would have thought that you were having the best time and you look like you were consenting.  I just remember I picked up that word from him, so in this text I'm just referencing back our phone call conversation where I'm addressing this word here.  I start off the sentence by saying I know I was consenting.  I was bouncing off of a conversation we had.

Q.  Was that true, Jane?

A.  I'm still trying to figure that out.

Q.  When you say, and like you say on tape you never could tell I was uncomfortable, have you watched some of the videos of these hotel nights back?

A.  Yes.

Q.  Watching those back, could you explain to the jury what you saw?

MS. GERAGOS:  Objection.

THE COURT:  Grounds.

MS. GERAGOS:  Vague as to time.  Vague as to evidence.

P69Wcom3                    Jane - Direct

Vague as to it all.

THE COURT:  Be a little bit more specific in the question, please.

Q.  Jane, in your meetings with prosecutors before testifying here today, did you watch a sampling of multiple videos across your relationship with Sean?

A.  Yes.

Q.  Did you see essentially the same thing in every video?

A.  Yes.

Q.  What did you see?

A.  I saw me being high, following a pattern.  Majority of these tapes it was like the same show over and over again.

Q.  And when you say you were following the pattern, what pattern were you following?

A.  I was just following, just a pattern of a woman, whoever wanted to see.

MS. COMEY:  We can take this down.  Thank you.

I'd like to pull up, please, just for the witness and the parties what is marked for identification as Government Exhibit E-331-J, page 3.

And can we zoom in -- I'm sorry.  Page 2.  Can we pull up 2 and 3 side by side?  I'm sorry, Ms. Becker.

And can you zoom in on the text on the left.

Ms. Becker, I'm sorry.  Could you do E-331-J-R? That's my mistake.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

I'm saying pull up pages 2 and 3.  Zoom in on the text on the left and zoom in on the top text on the right, please.

Q.  Jane, do you recognize this?

A.  I do.

Q.  What is it?

A.  It's a note from my Notes.

Q.  What's the date when you wrote this?

A.  The date is October 26, 2023.

Q.  When you wrote this, were you describing how you felt at the time?

A.  Yes.

MS. COMEY:  Your Honor, the government offers this in evidence.

THE COURT:  E331JR will be admitted.

(Government Exhibit E-331-J-R received in evidence)

MS. COMEY:  Can we please publish this to the jury.

Q.  Jane, what's the date that you wrote this note?

A.  October 26, 2023.

Q.  Can you read for us what you wrote at the top?

A.  At the top as far as the title?

MS. COMEY:  Ms. Becker, you can take down page 2.

Let's go to page 3.  And can you zoom in on the top text, please.

Q.  And will you read what you wrote here, please?

A.  I said:  For once today I thought you were genuine and

P69Wcom3                       Jane - Direct

compassionate about this trauma I'm opening up to you about, but you used it just to smoothly insert a threat over the roof over my head.  I'm so beyond hurt.  You gaslit me all day saying you would never think I didn't want to participate. When I have had so many talks, texts and memories of me asking if it can be just us.  Women like me do come to a point where they feel like they're not going to say anything because you're going to force me your way regardless.  You have thousands of videos of me on two phones over two and a half years performing almost every weekend.  I'm having real life triggering PTSD from these sex nights and feeling extremely violated.

Q.  Jane, over the rest of this note --

        MS. COMEY:  We can zoom back out.

Q.  -- did you write things similar to the text messages that we just reviewed that you sent to Sean?

A.  Yes.

Q.  Why did you write all of these things in your Notes app?

A.  I wanted to get my truest feelings out and then I would, if I had the courage to, send them to him.

Q.  So did you end up copying and pasting some of the texts from your Notes into your texts to Sean?

A.  Yes.

        MS. COMEY:  We can take this down.  Thank you, Ms. Becker.

Q.  Jane, did you end up seeing Sean in person later that same

P69Wcom3                        Jane - Direct

day, October 26, 2023?

A.   I believe so.

Q.   What do you remember from seeing him in person?

A.   I remember that we just saw each other, and I was very weepy.  I was really depressed.  I was crying.  And he said just come over.  We'll be depressed together.

Q.   And so where did you see Sean?

A.   At the Bel Air home.

Q.   I'm sorry.  Where?

A.   At the Bel Air home.

Q.   Whose home?

A.   Sean's.

Q.   What happened when you were there?

A.   I remember it was really nice.  I felt like I was coveted by him.  I felt like I was able to talk a little bit about the pain I was feeling, and I was crying and he was comforting at this time and hugging me and saying that it would be all right and that everything was going to be OK.

          MS. COMEY:  Can we please pull up what's in evidence as Government Exhibit E115 and E116 side by side.

Q.   Jane, what are we seeing here?

A.   These are photos of me and Sean.

Q.   Sorry?

A.   These are photos of me and Sean.

Q.   From what day?

P69Wcom3                         Jane - Direct

A.   From that same day.

Q.   Where were these photos taken?

A.   In the bathroom, in his master bathroom.

Q.   Can you describe what it felt like in the moment that you took these pictures?

A.   In this moment I felt really supported by Sean.  I felt that he had really absorbed for the first time what I was saying.  I felt that he just understood me in this moment and that he just wanted to comfort me, and it was one of my favorite moments.

MS. COMEY:  We can take this down.  Thank you.

Q.   What do you remember happening over the next couple weeks after those pictures were taken on October 26?

A.   I remember we had spent some time together, no partying, which made me really happy.

Q.   When you say no partying, what do you mean?

A.   I meant no drugs, no hotel nights.  Just us.  And I remember Halloween was around the corner and I was around him getting ready for that, and I -- I accompanied him to this Halloween video shoot that he had, and that was nice.  And then when his birthday started coming around, I went back home.

Q.   How did you start to feel as his birthday was approaching?

A.   Anxious.

Q.   Why?

A.   Because it was a celebration, and with celebrations I just

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom3                    Jane - Direct

felt like they would be put on me as far as him wanting to

party really hard and calling me for a hotel night.

Q.  What ended up happening on Sean's birthday in 2023?

A.  He ended up spending it with his family, and I was able to

just be home, relax.

Q.  Did you get him a birthday present?

A.  I did.

Q.  What did you get him?

A.  I got him this mobile television that you can drag around

the room.

Q.  Why did you get Sean a mobile television for his birthday?

A.  I got him a mobile television for his birthday because in

our relationship we had these things called movie night, where

we would watch pornography or one of our old videos, and in the

instances where we had these nights, it would just be us and

the television.  So I wanted to get something that could

eliminate the process of having to invite anyone over and that

this television could suffice as an entertainer.

Q.  After Sean's birthday, what, if any, trips do you remember

Sean taking in November of 2023?

A.  He went to London.

Q.  And after Sean went to London, what do you remember

happening a little later in November of 2023?

A.  I remember that's when Cassie's lawsuit came out.

Q.  How did you first learn about Cassie's lawsuit?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom3                        Jane - Direct

A.   It was all over.  It was all over the place.  It was on Instagram, social media, internet.

Q.   How did you react to seeing news coverage and social media posts about Cassie's lawsuit?

A.   I almost fainted.  In fact, I think I did.

Q.   Why?

A.   Because -- because there was three specific pages that was just a harrowing resemblance to what I was experiencing.

Q.   You said three specific pages.

     Jane, after seeing news about Cassie's lawsuit, did you actually read her complaint?

A.   Yes, I did.

Q.   Do you remember how long it was?

A.   35 pages.

          MS. GERAGOS:  Objection.

          THE COURT:  Is there an objection?

          MS. GERAGOS:  Objection.

          THE COURT:  That's overruled.

BY MS. COMEY:

Q.   Do you remember how long it was, Jane?

A.   35 pages.

Q.   You said there were three pages.

     When you said there were three pages, what were you referring to in your earlier answer?  Without telling us the text of those pages, please.

P69Wcom3                        Jane - Direct

A.   I just remember that these pages just resembled my own experience.

Q.   And were those three pages in Cassie's complaint?

A.   Yes.

Q.   Did you screenshot those pages?

A.   Yes.

Q.   Why?

A.   Because I was bewildered.  I was -- I was just in shock.

          MS. COMEY:  Can we please pull up what is in evidence as Government Exhibit 9S-101.

Q.   Jane, do you recognize this?

A.   I do.

Q.   What is it?

A.   It's Cassie's lawsuit.

Q.   Is this the first page with just the header of Cassie's lawsuit?

A.   Yes.

Q.   Can you read the date next to the word "filed" in blue at the top?

A.   November 16, 2023.

Q.   And is this the first page of the complaint that you said you screenshotted three pages from?

A.   Yes.

Q.   Now, Jane, before seeing this lawsuit, had you ever met Cassie in person?

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

P69Wcom3                        Jane - Direct

A.   In passing, yes.

Q.   About how long before you saw this lawsuit had you met Cassie in person?

A.   I would say a very long time ago.

Q.   About what year?

A.   2015 or so.

Q.   In what context did you meet Cassie in passing in around 2015?

A.   I think it was a fashion show, and then there was a celebration for Sean, something like that, after.

Q.   That celebration for Sean, is that the same Father's Day event where you met Sean in passing years before you started dating him too?

A.   Yes.

Q.   Other than meeting Cassie in passing at those two events, had you ever met Cassie in person?

A.   No.

Q.   Had you ever communicated with her?

A.   No.

Q.   In any way, other than those two times in passing?

A.   No.

          MS. COMEY:  We can take this down.  Thank you.

Q.   Jane, how did you react to reading the three pages that you screenshotted from Cassie's lawsuit?

A.   I just -- I just -- I couldn't sleep.  I was reading these

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

P69Wcom3                          Jane - Direct

pages, and it just felt like a nightmare.  I just -- I felt so bad that I'm -- I just had a lot of sympathy for this because I could feel --

MS. GERAGOS:  Objection.

THE COURT:  Hold on for a second.

Put a new question.

BY MS. COMEY:

Q.  Jane, focusing only on your own experience and focusing only on what you had experienced with Sean, how did you react to reading those three pages?

A.  I just reacted like I can't believe I'm reading my own story.

Q.  Jane, did you communicate with Sean after seeing the lawsuit?

A.  Yes.

Q.  What do you remember about those communications?

A.  That I was just -- I was just venting.  I was just shocked. I was just in a complete state of shock.  Just messaging him and just, like, what is this?

MS. COMEY:  Can we please pull up what is in evidence as Government Exhibit E-177 side by side with E-177-M.

Focusing on M, can we zoom in on the modified date.

Q.  Jane, can you just read for us what the date is next to the modified date?

A.  The modified date is November 17, 2023.

P69Wcom3                         Jane - Direct

Q.   So is that the day after Cassie's lawsuit was filed?

A.   Yes.

          MS. COMEY:  OK.  We can take down that zoom-in, please, Ms. Becker.

Q.   Jane, what are we seeing here?

A.   These are text messages between Sean and I.

Q.   Did you screenshot these the day after Cassie's lawsuit was filed?

A.   Yes.

Q.   Whose messages are in the gray bubbles?

A.   Sean's.

Q.   And whose are in the blue bubbles?

A.   Mine.

Q.   Can you read what Sean wrote, please?

A.   He says:  SMH.  I'm stressed and sad at how this is being handled.  We're supposed to be on the same page, and it's sad that we're not.  Very sad.

Q.   What did you write in response?

A.   I said:  Before you left town I was on your phone up and down how I didn't want any more of these nights, and again I came over and you put us in it again.  You left town and no word.  The toxic, sad cycle that I'm on with you yet again. How can we both be on the same page when you don't even listen or respect anything I say.  Everything is one-sided and I catered to everything you want and need from me and put my shit

                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300

P69Wcom3                    Jane - Direct

to the side.  Four in one night, and now I'm going to the doctor.

Q.  What were you referring to when you said, four in one night and now I'm going to the doctor?

A.  I was referring to three entertainers and him.

Q.  And Sean?

A.  Yes.

Q.  From what?

A.  The sobriety party.

MS. COMEY:  Let's now pull up, please, what's in evidence as Government Exhibit A-104-75.

We can take down E177.  Thank you, Ms. Becker.

Let's zoom in on the top message.

Q.  Are these texts between you and Sean, Jane?

A.  Yes.

Q.  And the top message, is that from Sean to you?

A.  Yes.

Q.  What's the date?

A.  The date is November 15, 2023.

Q.  So is that the day before Cassie filed her lawsuit?

A.  Yes.

Q.  What did Sean write to you that day?

A.  Call whenever you.

MS. COMEY:  We can take that down.

Now, let's zoom in on your message in the middle of

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom3                              Jane - Direct

the page, please.

Q.   What's the date of this message?

A.   The date is November 19, 2023.

Q.   So is that three days after Cassie filed her lawsuit?

A.   Yes.

Q.   Would you please read what you wrote to Sean?

A.   I just said:  I just woke up because I'm nauseous.  I've been crying for three days and under stress from reading all of this.  I keep having nightmares about forced nights and all the times I felt like I couldn't say no.  I feel like I'm reading my own sexual trauma.  It makes me sick how three pages word for word is exactly my experience and my anguish, even two of my own birthdays and had me perform so many countless, national toxic years together even recently throwing up at a hotel in L.A. because I was finally sober and disgusted and felt so forced to perform back to back and just wanting it all to end. God you finally and violated me again from with all of this. The sick part is you knew this was coming and you gaslit me and made me feel crazy about the sex trauma I was developing knowing you've been here before and this is just the sick thing that you do.  I feel manipulated.  This was never love between us.  It's also clear that this was sexual exploitation that you feigned as love for your sick fetishes.

          (Continued on next page)

Q.   Jane, when you wrote "recently throwing up," were you referring to the sobriety party we talked about?

A.   Yes.

Q.   And when you wrote, "You knew this was coming and you gaslit me and made me feel crazy," what were you referring to?

A.   I was referring to the fact that he was acting like he didn't know what I was talking about when there was a whole other woman feeling the same thing.

Q.   Let's zoom out of this.  Let's zoom in on the bottom.

     What day did Sean respond?

A.   November 21, 2023.

Q.   Is that two days later?

A.   Yes.

Q.   What did he write?

A.   Call me on this phone.  Important.

     MS. COMEY:  Let's now zoom in back on the middle text of this page please, Ms. Becker.  And let's put this exhibit on the right.  And on the left, can you please pull up Government Exhibit 1301 page 1, the stipulation.

     On the right will be the stipulation.  I'm going to read paragraph 1B.

     On or about March 25, 2024, at the Miami Opa-Locka Airport in Opa-Locka, Florida law enforcement agents from Homeland Security Investigations seized the following electronic devices:

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

Government Exhibit C 300 and C 200, two cellphones from Kristina Khorram's person.

Can we please go to page 2 of this exhibit.  I'm going to read paragraph 4.

Government Exhibit C 300-A through C 364, including subdivisions thereof, are true and accurate excerpts of data extracted from Government Exhibit C 300.

Now would you please take that down that stipulation, Ms. Becker, and pull up Government Exhibit C-348.

Can we zoom in, please, on the row number one.

Q.   Now, Jane, I'm going to ask you to look at the created date underneath additional file info.  Can you read the created date, please.

A.   November 19, 2023.

Q.   Can you read the time for us, please?

A.   The time is 1:59 p.m.

MS. COMEY:  Can we now side by side with this or right next to it, pull up the message that we just looked at from Jane from that same date.

Q.   What time did you send this message?

A.   I sent it on November 19, 2023 at 1:20 p.m.

Q.   So was this file created about 40 minutes after you sent that text?

A.   Yes.

Q.   Can you just read what it says next to attachment source

P69Qcom4                         Jane - Direct

underneath additional file info, please?

A.  It says, recording.

Q.  I'd like to play now Government Exhibit C-348-AR.

     But before we do that, Jane, have you listened to this recording we're about to play before?

A.  Yes.

Q.  And the recording we're about to play, has it been -- has some of the audio been redacted to remove references as to your true name?

A.  Yes.

Q.  But is it otherwise an accurate -- does it otherwise accurately capture a conversation you were a part of?

A.  Yes.

     MS. COMEY:  Your Honor, the government offers Government Exhibit C-348-AR.

     MS. GERAGOS:  No objection.

     THE COURT:  C-348-AR will be admitted.

     (Government's Exhibit C-348-AR received in evidence)

     MS. COMEY:  Can we pull up just for the parties and witness, please, Government Exhibit C-348-AR-T.

Q.  Jane, do you recognize this?

A.  Yes, I do.

Q.  Is this a transcript of the recording we were just talking about?

A.  Yes, it is.

                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300

P69Qcom4                        Jane - Direct

Q.  Have you reviewed the transcript while listening to the recording?

A.  Yes, I have.

Q.  And did you confirm that the transcript accurately reflects what is on the recording?

A.  Yes.

        MS. COMEY:  Your Honor, I offer this as an aid to the jury to review while we play the recording.

        THE COURT:  All right.

        MS. COMEY:  May we please publish this transcript to the jury and please play Government Exhibit C-348-AR.

        Ms. Becker, I'll ask you play it for two minutes and pause at the two-minute mark, please.

        (Audio played)

Q.  Jane, we're going to pause it here at the two-minute mark. Did you know you were being recorded during this phone call?

A.  No.

Q.  Do you remember this phone call?

A.  I do.

Q.  Did you know whether anyone was listening in on the phone call?

A.  I did not know.

Q.  Jane, when you wrote "Just reading it all, it's just so like word for word what," were you referencing here?

        MS. GERAGOS:  Objection.

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

Q.  Excuse me.  When you said -- when you said — my apologies.
— "just like reading it all is just so like word for word,"
what were you referring to?

A.  I was referring to the lawsuit.

Q.  To whose lawsuit?

A.  Cassie's lawsuit.

        MS. COMEY:  Let's keep playing it please, Ms. Becker,
and pause at two minutes and 30 seconds, please.

        (Audio played)

Q.  Jane, when you said, "Who's there for me when I close my
eyes and I have these fucked up things in my head," what were
you referring to?

A.  I was referring to these really bad thoughts that I
wouldn't have without these nights, and every time I would get
a flashback, I just wanted to wash it away, just -- they were
always bad images.

        MS. COMEY:  We can keep playing it, and let's pause it
at three minutes and 45 seconds, please, Ms. Becker.

        (Audio played)

Q.  Jane, pausing at three minutes and 45 seconds right before
we paused it, what, if any, background noise were you able to
hear?

A.  I was able to hear Sean, I believe --

Q.  Without saying who, tell me the noise that you heard.

A.  Sharpie and a notepad.

P69Qcom4                    Jane - Direct

Q.  How did you recognize that noise?

A.  It was something that I heard often just him writing notes with a Sharpie and a notepad.

Q.  You heard Sean write notes with a Sharpie and notepad?

A.  Yes.

Q.  Did you recognize that same sound in the background of this recording?

A.  Yes.

        MS. COMEY:  Let's keep playing it, please.

        (Audio played)

Q.  Jane, did you understand why Sean was asking, "Are you recording me"?

A.  I did not understand why he asked me that.

Q.  Were you recording this conversation?

A.  Absolutely not.

Q.  At the time did you know that this conversation was being recorded?

A.  At the time I did not know that this conversation was being recorded.

        MS. COMEY:  Let's go ahead and play it, please.

        (Audio played)

Q.  Jane, I want to ask you a little bit about what we just heard.

        So first, right before Sean interrupted you, what were you referring to when you were saying, "Just last week I was

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

telling you"?

A.  I was referring to when I was opening up to him about --
about the trauma and the depression and me hitting a wall over
these nights.

Q.  And had you told him that before or after Cassie filed her
lawsuit?

A.  Before.

Q.  And earlier in the recording when you said, "Do you know
how like long it took me to even write that to you, like I
didn't even know if I should be writing that to you," what were
you referring to?

A.  I was referring to a long text about my feelings and how
this has all been affecting me.

Q.  Was that the text you sent less than an hour before this
conversation?

A.  Yes.

          MS. COMEY:  We can go ahead and play it.

          (Audio played)

Q.  Jane, when you were saying, "I said it's just crazy that I
was just saying all this," what were you referring to?

A.  I was referring to the time that I just recently opened up
about how I was feeling, my depression, me hitting a wall.

Q.  And in this conversation, were you able to finish what you
were saying about that?

A.  No.

P69Qcom4                        Jane - Direct

Q.   Why not?

A.   Because Sean was not wanting to hear it, and this is usually how our conversations go.

Q.   What do you mean "this is usually how your conversations go"?

         MS. GERAGOS:  Objection.

         THE COURT:  Overruled.

A.   I mean to say that if I would ever voice these concerns, that this is how I was met with those concerns.  It's very dismissive.  It's very just move on or just would be dismissed.

Q.   How often in your conversations with Sean where you talked about not wanting to do these hotel nights any more did Sean interrupt you?

A.   All the time.

Q.   How often in those same conversations did Sean talk over you and not let you finish what you were saying?

A.   All the time.

         MS. COMEY:  Let's keep playing it, please.

Q.   I'm sorry.  Before you play it, when Sean referenced, "You even brought me a videotape so we could look at what we did," what did you understand he was talking about there?

A.   He was talking about the TV that I bought him for his birthday.

         MS. COMEY:  We can play it, Ms. Becker.

         (Audio played)

Q.  Jane, after that phone call with Sean on November 19, did you speak with Sean over the phone again that same day?

A.  Yes.

MS. COMEY:  Let's go back, please, to Government Exhibit C-348 and zoom in this time on the second row.

Q.  Jane, what's the date under additional file info for this row created date, please?

A.  It's November 19, 2023.

Q.  What time?

A.  2:21 p.m.

MS. COMEY:  Can we look back at the first row and see the created date for that one so we can compare, please.

Q.  So what was the created date for the first file?

A.  November 19, 2023 at 1:59 p.m.

Q.  So is this about 22 minutes later, the second row?

A.  Yes.

Q.  And can you read what it says next to attachment source in the second row under additional file info, please?

A.  It says recording.

MS. COMEY:  I'd like to play now Government Exhibit C-348-BR and pull up just for the witness right now and the parties Government Exhibit C-348-BRT.

Q.  Jane, did you listen to this recording before coming to testify here today?

A.  Yes.

P69Qcom4                         Jane - Direct

Q.  Is that recording redacted like the one we just listened to to take out any references to your true name?

A.  Yes.

Q.  But otherwise does it accurately capture a conversation you had with Sean?

A.  Yes.

        MS. COMEY:  Let's pull up C-348-BRT.

Q.  Do you recognize this?

A.  I do.

Q.  Is that a transcript of that recording we were just talking about?

A.  Yes.

Q.  Have you listened to the recording while also reviewing the transcript to confirm the transcript is accurate?

A.  Yes.

        MS. COMEY:  Your Honor, the government offers Government Exhibit C-348-BR and would also offer C-348-BRT being an aid to the jury.

        MS. GERAGOS:  No objection to the recording and BRT being used as an aid.

        THE COURT:  So C-348-BR will be admitted and you may use the T-labeled document as an aide.

        MS. COMEY:  Thank you, your Honor.

        (Government's Exhibits C-348-BR and C-348-BRT aid received in evidence)

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

P69Qcom4                    Jane - Direct

          MS. COMEY:  Ms. Becker, would you please play the
recording and follow along with the transcript published to the
jury, please.
          (Audio played)
Q.  Jane, did you know that this recording or, excuse me, that
this conversation was being recorded?
A.  I did not.
Q.  Do you remember this conversation?
A.  I do.
Q.  Who was it with?
A.  Sean.
Q.  Did you record this conversation?
A.  Absolutely not.
Q.  Did you have any idea it was being recorded?
A.  No.
          MS. COMEY:  Let's go ahead and play it, please,
Ms. Becker.
          (Audio played)
Q.  Jane, when Sean said, "You know you ain't gotta worry about
nothing else," what did you understand he was referring to?
A.  The rent.
Q.  Your rent?
A.  Yes.
Q.  Let's go ahead and play it, please.
          (Audio played)

P69Qcom4                    Jane - Direct

MS. COMEY:  Your Honor, I think this might be a good time for the lunch break.

THE COURT:  We'll take our break for lunch.  We'll be back at 1:15 p.m.

Thank you, members of the jury.  As I always say, don't speak to each other about the case.  Don't talk to anyone else about the case.  Don't look up or try to investigate anything about the case.  With that, have a great lunch.  We'll see you back here at 1:15.

(Continued on next page)

P69Qcom4                        Jane - Direct

(Jury not present; witness not present)

THE COURT:  Ms. Comey, can we get an estimate on the remaining time.

MS. COMEY:  Your Honor, I'm confident I will finish today.  I may take through the end of the day, but I'm confident we'll finish today with direct.

THE COURT:  Very good.  Anything else from the government?

MS. COMEY:  Not at this time, your Honor.  Thank you.

THE COURT:  Mr. Agnifilo?

MR. AGNIFILO:  Nothing, your Honor.  Thank you.

THE COURT:  All right, everyone we'll see you back here at 1:15.

(Luncheon recess)

(Continued on next page)

P69Qcom4

                         AFTERNOON SESSION

                            1:15 p.m.

          THE COURT:  Anything to address before we bring the

witness back?

               (No verbal response)

          THE COURT:  Let's bring the witness back.

               (Witness present; jury present)

          THE COURT:  Jane, you understand you're still under

oath?

          Ms. Comey, you may proceed when ready.

JANE, resumed.

DIRECT EXAMINATION CONTINUED:

BY MS. COMEY:

Q.  Good afternoon, Jane.

A.  Good afternoon, Ms. Comey.

Q.  Jane, after Cassie's lawsuit was filed, when is the next

time you saw Sean in person?

A.  February of 2024.

Q.  Between November of 2023 and February of 2024, in your

mind, what was the status of your relationship with Sean?

A.  That we were on a break.

Q.  Did you still communicate with Sean at any point between

November of 2023 and February of 2024?

A.  Yes.

Q.  I want to take a look at some of those.

P69Qcom4

MS. COMEY:  Let's pull up what's in evidence as Government Exhibit A-301-C, please, page 2 and 3.  Can we zoom in on the two texts to the left, please.

Q.   Jane what are we seeing here?

A.   This is a screenshot of something I saw on Instagram.

Q.   Who did you send it to?

A.   Sean.

Q.   What date did you send it?

A.   I sent it on December 7, 2023.

Q.   Without telling us what was in the screenshot, can you tell us why you sent it to Sean, without telling us the content of the statements in the screenshot, please?

A.   It was just something that was very triggering for me.

Q.   Can you please read what you sent after -- the text that you sent after sending that screenshot to Sean?

A.   I said, I'm crying I'm so triggered by this because it's too close to some nights I felt forced.  Please stop drugging and using women for your fetish nights.  It creates demons inside of us and real trauma to women who are only doing it to please you.  Let that pain on other women stop with me.  Leave women alone who don't want to do those --

Q.   Please read the last two sentences of the text, please?

A.   I said, leave women alone who don't want to do those nights with you.  Hire prostitutes and stop emotionally harming women who love you.

P69Qcom4

Q. How did Sean respond?

A. He said, You trying to set me up this is crazy, fucking crazy, you're recording my phone calls?

Q. At that time did you understand why Sean was sending you a text like this?

A. I just felt like he was really paranoid and a bit in a frenzy around this time.

Q. Were you trying to set Sean up for anything?

A. Absolutely not.

Q. Were you trying to sue Sean?

A. Absolutely not.

Q. Did you have any plans to sue Sean?

A. Absolutely not.

Q. Have you ever filed a lawsuit against anyone?

A. Absolutely not.

Q. Have you filed a lawsuit against Sean?

A. No.

Q. Have you ever had a lawyer send a demand letter for money to Sean?

A. No.

Q. We take this down.

And now let's read the text that you wrote to Sean, please?

A. I said, no, stop calling me.  You will never understand because you're so deep in your own lies you tell yourself.  I'm

P69Qcom4

clearly in agony and mixed emotions. I'm healing and you cannot be a part of that journey. You just don't understand and you never will. I set up the men for myself because I didn't want to be set up with any more strangers it was a protective instinct for myself. You will never understand.

Q. Why did you write, "I set up the men for myself because I didn't want to be set up with any more strangers"?

A. I wrote that in response to him just saying again that I wanted these nights; that I am the one who did the outreach and things like that, and I'm here clarifying that it was a protective instinct for myself.

MS. COMEY: We can take this down. Thank you.

Q. Did you have other texts and phone conversations with Sean in December of 2023?

A. Yes.

MS. COMEY: I'd like now, please, to pull up Government Exhibit E-222 and E-223 side by side, please.

Q. Jane do you recognize these?

A. Yes.

Q. And what are they?

A. They're text messages between Sean and I.

Q. Are these screenshots of text messages that you took?

A. Yes.

Q. So whose texts are in the gray bubbles?

A. Sean.

P69Qcom4

Q.   Whose are in the blue?

A.   Me.

Q.   Is this one portion of a text conversation you had with Sean in December of 2023?

A.   Yes.

Q.   Would you please read what Sean wrote in the top left?

A.   He says, are you dating?  Be honest.  Hello.  I want in a know.  No judgment.

Q.   Then did he leave you a voice note?

A.   Yes.

Q.   Are we able to hear that in the screenshot?

A.   No.

Q.   Can you read -- I'm sorry -- did you send that voice note or did he send that voice note?

A.   I'm sorry, I sent that voice note.

Q.   Are we able to hear it in the screenshot?

A.   No.

Q.   Can you read what you wrote in the voice note?

A.   I said, Put yourself in my shoes for three years and my perspective of things and what I went through.  I became a side chick and sex worker in my own relationship.  That was really hurtful and traumatizing to be treated that way.  I don't want to date or open my heart up to anyone for awhile.  Love always takes advantage of me.  Trust issues on a thousand right now.  But I'm good.  I just want to be focused.

P69Qcom4

Q.   On the right side of the screen, do you see how there is the word "focused" and then a blue bubble at the top?

A.   Yes.

Q.   Is this a continuation of that same conversation?

A.   Yes.

Q.   What did Sean say in response?

A.   He said, Are you seeing someone?

Q.   What did you say?

A.   I just said no.  How.

Q.   What did he say?

A.   Do you wanna come see me at the top of the year?

Q.   What did you say?

A.   I said, when the holidays are over, LOL, you crack me up. See what I mean, side chick treatment.  You just be proving my point.

Q.   What did you mean by that?

A.   I meant that he's trying to see me after everybody is gone, and then he wants to see me when like his family are gone.

Q.   Then what did Sean write?

A.   He says, you think I'm playing.  Where's my Christmas present.

Q.   And what did you write in response?

A.   I said, I was only financially able to provide for --

Q.   And there's a redaction there.  Is that the name of your child?

P69Qcom4

A.  Yes.

Q.  After the name of your child, what did you write next?

A.  I had an unproductive couple of years.  It was hard to concentrate.

Q.  What were you referring to when you said you had an unproductive couple of years?

A.  I was referring to all this time that I had invested in this relationship where all that was happening majority of the time were these nights.

Q.  Why did you say you were only able to financially provide for the name of your child?

A.  Because that's all that I was able to do.

Q.  For that holiday season?

A.  Yes.

        MS. COMEY:  We can take this down.  Thank you, Ms. Becker.

        I'd like to pull up now what's in evidence as Government Exhibit A-301-H, please.  Let's start with pages 2 and 3.  Let's zoom in on the top two messages please,

Q.  Jane, what's the date of these messages?

A.  The dates are December 27, 2023.

Q.  And are these messages between you and Sean?

A.  Yes.

Q.  Is this a continuation of a conversation you had been having with Sean around this time?

P69Qcom4

A.   Yes.

Q.   What did you write here?

A.   I said, don't shit on me even more by saying I wasn't by your side after I emotionally tortured myself for three years being by your side.  Just like in these rooms.  Always never satisfied.  Always wanting to push me to do more.

Q.   What did you write next?

A.   I said, Now after being treated like a hoe for three years. Now I'm not by your side and I hurt you?  You couldn't even -- you couldn't ever handle this pain.  I'm not even the same person any more.

Q.   Would you please read what Sean wrote in response on the next page.

A.   He said, So what's the solution?  We're going into a new year.

         And then he puts a question mark on a text message that he says, You're free on the first or second, just me and you.

Q.   What are the next two texts he sends?

A.   He says, he puts a question on a text that he says, So what's the solution?  We're going into a new year.  And then he says, I don't wanna fight.

         MS. COMEY:  Let's go to pages 4 and 5 now, please.

Q.   What did Sean say next?

A.   He says, how do we move on?

P69Qcom4

Q.   What did you say?

A.   I said, I tolerated and dimmed myself for you Puff.  Please don't discredit me.

Q.   What did Sean say in response?

A.   He said, never discredited you.

Q.   What did you say?

A.   I said, I lifted you up any time you needed me in these rooms.  I took on a lot to make you happy.

          MS. COMEY:  Let's go to the next page.

Q.   What did Sean say in response?

A.   He says, you're just communicating this to me this year. We live and we learn.  That wasn't my intention.

Q.   What did you say in response?

A.   I said, yeah.

Q.   And then what did he say next?

A.   He said, Stop with the rooms.  Damn you sound like you're setting me up.  What you wanna do baby?

Q.   What did you understand Sean was referring to when he said, "Stop with the rooms"?

A.   I feel he was referring to stop mentioning or bringing up these rooms, these hotel rooms with these men.

          MS. COMEY:  Let's go to pages 6 and 7, please.

Q.   What did Sean say next?

A.   He says, Just tell me.

Q.   And what did you say?

P69Qcom4

A.  I said, I am just -- I said, I'm not I just get really triggered.  I hate to have went through all that and be discredited.

Q.  Jane, were you considering a lawsuit at this time?

A.  No.

Q.  Were you considering reporting anything to law enforcement at this time?

A.  No.

Q.  Then why were you sending these text messages to Sean?

A.  Because while everything was happening, I was also in my own same exact feeling of just feeling manipulated and violated, and I was venting to the only person that I could vent to.

Q.  Who was the only person that you could vent to?

A.  My partner.  My lover.

Q.  Who was that?

A.  Sean.

Q.  Why was Sean the only person you could vent to about this?

A.  Because I didn't tell anybody about what we had going on privately.

Q.  Why didn't you tell anyone else?

A.  Because it was just a shameful dark secret of mine.

Q.  Let's go to the next page and see how Sean responded, please.

A.  He says, girl do you wanna see me and work through it or

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Qcom4

not.  Let's make a decision.  No beef.  Let's leave this in 2022.

Q.  Stop right there.  In the next sentence, does he say, but it's on you and then use a nickname for your true name?

A.  Yes.

Q.  What does he say next?

A.  He says, how shall we proceed?

Q.  What did you say in response?

A.  I said, I invested and put my best efforts here and it didn't give me back what I was putting in.  My heart, my self-esteem, my confidence, my spirit all need some time to recover.

Q.  What did he say in response?

A.  He said, love, I understand.

Q.  Let's go to pages 8 and 9, please.

What did Sean say to you on the next page?

A.  He says, oh you not picking up phone?  Now you disappear.

Q.  What did you say in response?

A.  I said, I'm trying to cool down.  Saying I hurt you or I'm not there for you is triggering the trauma and pain I took on to make sure you were good every day.  It feels like a slap in the face.

Q.  Go to the next page and see what you sent next.

A.  I said, You're gaslighting me.

Q.  Why did you write "You're gaslighting me"?

A.  Because he was trying to warp my reality again, and I wanted to just stay strong and what I knew as my reality.

Q.  What do you mean when you say, "He was trying to warp my reality again"?

A.  He's just trying to --

MS. GERAGOS:  Objection, your Honor.

THE COURT:  You can rephrase the question, Ms. Comey.

Q.  You said you felt that he was trying to warp your reality. First, who is the "he"?

A.  Sean.

Q.  And from your experience at this time in 2023, what was your experience about how, if at all, Sean tried to warp your reality?

A.  Every time I would speak my truth or how I would be really feeling, Sean would just give me a different version of it and say it wasn't this or it wasn't that, and to just move on from whatever I was talking about.

Q.  Let's see the next message he sends, please.  The next two messages.

A.  He says, Pick up.  What.

Q.  Were you answering Sean's calls right now?

A.  No.

Q.  Why not?

A.  I didn't want him to get in my head.

Q.  And how did you respond to him saying, pick up and what?

P69Qcom4

A.   I said, And it's working so I'm trying to cool down.

Q.   What were you referring to when you said, "and it's working"?

A.   His gaslighting.

Q.   Let's jump now to pages 12 and 13 please.  Is this a continuation of the same conversation?

A.   Yes.

Q.   Would you please read for us what you wrote?

A.   I said, I don't believe the lovey dovey stuff.  You don't need to go there with me.  I was confused and couldn't concentrate for three years and feel extremely exploited, heartbroken and manipulated by you.  In that time I lost many work opportunities following you around, being high and coerced into this dark and humiliating lifestyle.  Meanwhile, my peers and colleagues excelled in both meaningful personal relationships and financial stability whereas in three years I turned down work opportunities and healthy relationships to later -- to cater to all of your exhausting fetishes and needs. I feel sexually exploited, mentally damaged and emotionally drained by you.  I want my wasted three years of time reimbursed and given back to me in the monetary amount of 100K per year and 15 months left of our two-year agreement of rent, 450K to move on from the resentment of feeling exploited, manipulated, heartbroken, drugged and all the loss of potential income.

P69Qcom4

Q. Jane, between the first text at 11:37 p.m. UTC and this next text you just read at 12:21 a.m. UTC, what happened?

A. Sean Facetimes me.

Q. Did you pick up?

A. Yes.

Q. Did you talk?

A. Yes.

Q. What do you remember from that conversation before you sent the long text you just read?

A. I remember he was saying, charge me. Charge me. Charge me for your resentment. I just need you to get over this. Just tell me what it is. I don't want any loose ends. Just charge me.

Q. What did you understand Sean was telling you to do when he said charge me?

A. I understood that he was wanting me to come up with some sort of number to make peace with our situation.

Q. Jane, at that time did you know how much money if any Sean had paid to Cassie?

A. At that time there was headlines saying what it was, but no actual confirmation or anything.

Q. So did you know?

A. No.

Q. And, again, had you threatened a lawsuit?

A. No.

P69Qcom4

Q. Had you hired a lawyer?

A. No.

Q. Had you sent a demand letter?

A. No.

Q. So whose idea was it to talk money?

A. Sean.

Q. Let's see how Sean responded. What did he say?

A. Fuck you.

Q. Look at the next page. What did he say next?

A. He said, don't ever text me again.

Q. What did you write in response?

A. I said, you made me lose out on everything.

Q. And what did he say next?

A. He said, you're a liar. Fuck you. I'm blocking you. Leave me alone baby girl. You're a liar. Opportunist fuck you I'm call the police. You trying to make up some shit I'm clear.

MS. COMEY: Let's go to pages 14 and 15, please.

Q. What did you do -- what did you send to Sean after he sent you those texts?

A. I said, you are the only opportunist here. You exploited the fuck out of me. You win. Three years of being used and you had three years of fun with my body. I said, you broke me. Our situation has never ever been fair to me. You asked me what I needed to move on and now you're upset.

P69Qcom4

I said, you were a full-time job, and you consumed my life. I got nothing out of this for three years but demons and heartbreak. You exploited my love and made me think this was love so I could give you these fetish nights.

MS. COMEY: Let's jump now, please, to pages 21 and 22.

Q. Is this a continuation of the same conversation Jane?

A. Yes.

Q. What did Sean say at the top of the page?

A. He says, so leave me alone. I'm blocking this number and I'm calling police.

Q. What did you say in response?

A. I said, you used me for your dick parties.

Q. How did Sean respond?

A. He said, God bless you.

Q. What did you say?

A. I said, And I was too stupid.

MS. COMEY: Let's go to the next page, please.

What did Sean say next?

A. He said, Leave me alone con artist.

Q. What did you say in response?

A. I said, You keep describing yourself. You cornered me into sucking and fucking dick for you and letting strangers run trains on me.

Q. What was the second word of that text?

P69Qcom4

A.   You -- I'm sorry, there's like a gash in my screen.

Q.   Can you move that so she can see it?

A.   I said, You keep describing yourself.  You conned me into sucking and fucking dick for you and letting strangers run trains on me.

MS. COMEY:  Let's go to pages 24 and 25 now, please.

Q.   What did you write next?

A.   I said, no one has ever treated me like this.

Q.   Don't read the next text, please.

In the next text, do you refer to a past relationship of yours?

A.   Yes.

Q.   Is what you say in that text something you had told Sean about previously during your relationship with Sean?

A.   Yes.

Q.   How does Sean respond?

A.   He said, You playing around.  Do you want me to call the police?  I'm asking out of respect for your family.

Q.   And then please don't read the next message, but does the next message reference another past relationship of yours?

A.   Yes.

Q.   And what you say in that message, had you talked to Sean in the past in your relationship with him?

A.   Yes.

MS. COMEY:  Let's take that down, please, and go to

P69Qcom4

the next page.

Q. What do you say on the next page?

A. I said, I'm gonna kill myself. I said, you all use me and break me.

Q. Jane, do you remember sending these texts?

A. I do.

Q. What was going through your mind when you sent these texts?

A. I just wanted everything to go black.

MS. COMEY: Can we go, please, to pages 24 and 25. I'm sorry, 26 and 27. We are on 24 and 25.

Q. Jane, can you read the next message you sent, please.

A. Till you're done with me. I hate my life.

Q. What did Sean say in response?

A. He said, breathe. Good-bye.

Q. What did you say in response?

A. I said, I just want to die.

Q. What did Sean say?

A. He said, no.

Q. What did you say next?

A. I said, you all bait like you hate me. You all break me.

Q. Jane, why did you write these texts?

A. Because I was just so overwhelmed with the evil -- just energy, and it was just so evil. This time was very evil and dark.

Q. Jane, did you continue your conversation with Sean after

this?

A.  No, I don't think so.

Q.  Did you later talk with Sean more in December?

A.  Yes.

MS. COMEY:  Let's go now to Government Exhibit A-301-I.  I'd like to go to pages 7 and 8, please.

Q.  Jane, are these more messages between you and Sean?

A.  Yes.

Q.  And is Sean referencing the earlier conversation we were just reading?

A.  Yes.

Q.  What did Sean say here?

A.  He says, okay, just don't threaten to hurt yourself.  I love you.  I'm here if you need me.

Q.  What was the date of that?

A.  December 28, 2023.

Q.  What did you write in response?

A.  I said, nobody loves me.

Q.  And going to the next page.

Did you edit that text?

A.  Yes.

Q.  And then let's go down to the next one.

How did Sean respond?

A.  He says, I will and can you do the same for me, please. Thank you.

P69Qcom4

Q.   And then what did you say?

A.   I said, called me and asked me to "charge you."  You kept pressuring me all day.  Even said lawyers would be involved insisting on this conversation on what I "need" to "move on." When I did what you asked, you spew out all of your evil on me. Then ask who I'm seeing and if I'm dating over and over again. You threaten releasing my tapes and threaten to post them.  You jab at all my wounds and not once have I called you anything out of your name.  You are psychotic.

Q.   Jane, I want to break this down.  First, when you said, "You called me and asked me to charge you," what were you referring to?

A.   I was referring to the FaceTime where he was asking me to give him a number amount because he wanted me to get over my resentment.  He wanted me to charge him, as he said.

Q.   And when you wrote, "You kept pressuring me all day, even said lawyers would be involved," what did you understand -- what were you referring to there?

A.   I remember this day he was just calling me and just putting a lot of pressure on me.  It was just back-to-back pressure phone calls.

Q.   And then later on you say, "You threaten releasing my tapes and threaten to post them."  What were you referring to there?

A.   At the height of his anger, he said, I'm just going to show your child's father these tapes, I have nothing to lose.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Qcom4

Q.  Was that over the phone?  A FaceTime?  How did he say that to you?

A.  Over the phone.

Q.  What tapes did you understand Sean was referring to?

A.  These tapes with other men at these nights.

MS. COMEY:  We can take that down.  Thank you.

I'd like to go now please to pages 10 and 11 of that same Exhibit A-301-I.

Q.  What did you write in the top left that same day?

A.  I said, You went on a bipolar tangent on me, and I have left you alone.  I have not asked you for anything.  I have politely declined all of your invitations because I know I needed some space and quiet time for myself to heal from the trauma I experienced and the mistreatment I experienced in our relationship.  You baited me today.  I was doing what you asked me to do like I always do.  I did what you asked of me, and then you went ape shit on me and started threatening me and making me cry, bringing up all my exes that have abused me, telling me you would expose my tapes and send it to my child's father is so low of you.  That is no small threat.  Your words hurt so deeply.  On top of the trauma you've already caused me I'm already heartbroken.  You're the one who's kicking me down when I'm broken.  I have been leaving you alone.

Q.  Jane, earlier in that text when you wrote, "I have politely declined all of your invitations," what invitations were you

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Qcom4

referring to?

A.   I was referring to Sean inviting me to Miami and wanting me to come over there and comfort and console him.

         MS. COMEY:  We can take this exhibit down, thank you.

Q.   Jane, after Sean threatened to release your tapes, who did you reach out to?

A.   I reached out to KK K.

Q.   Remind us who KK is?

A.   KK is Sean's chief of staff and head assistant.

Q.   Why did you reach out to KK after Sean threatened to release your tapes?

A.   Because KK is like his right brain.  She is probably one of the very few people he listens to.

Q.   How did you reach out to KK?

A.   Through text messages.

Q.   How soon after Sean threatened to release your tapes did you text KK?

A.   Very soon.

         MS. COMEY:  Ms. Becker, would you pull up just for the witness and the parties what's been marked for identification as Government Exhibit C-251 and just show pages 1 and 2.  We can zoom in on what's left in the blue, please.

Q.   Jane, do you recognize this?

A.   Yes.

Q.   What is it?

A.   It's text message between me and Kris -- KK.

Q.   And are these all text messages that you exchanged with KK?

A.   Yes.

Q.   On what date?

A.   December 28, 2023.

Q.   Did you exchange these messages with KK shortly after the conversations with Sean about releasing your tapes that we just discussed?

A.   Yes.

          MS. COMEY:  Your Honor, the government offers this Exhibit in evidence.

          THE COURT:  C-251 will be admitted.

          (Government's Exhibit C-251 received in evidence)

          MS. COMEY:  Can we publish that to the jury, Ms. Becker?  And we can zoom out.

Q.   Jane, I want to start with the message on the left.

          MS. COMEY:  I'm sorry, Ms. Becker.  Would you zoom back in on it?

Q.   Read what you wrote to KK on December 28, 2023.

A.   I said, hey, I know I would normally not involve you in anything but he just threatened me about my sex tapes that he has of me on two phones.  He said that he would expose me and send them to my child's father.  He has been bothering me for two months after all I've been asking for is my space.  I keep telling him that I just need some time with God, and that I

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Qcom4

need time to move on from him.  We broke up two weeks before the controversy for a lot of things stated in that lawsuit that I personally felt in my experience with him.  When shit hit the fan, I had already entered into my own depression caused by him.  He knew that, and all I asked for was my space and quiet time.  I'm traumatized from my experience with him, and I'm just privately healing and he keeps bothering me.  He invites me to fly me out, and I politely decline each time.  Today he went from asking me who I'm seeing over and over again and saying he feels abandoned by me, how I've hurt him, and when I reiterate all the trauma he's caused me and how mistreated I feel, he says I'm blackmailing him and then started yelling and going crazy and saying "charge him" so we can both move on.

Q.  Jane, who was the "he" you were writing about throughout this text message?

A.  Sean.

Q.  What were your recapping for KK in this message?

A.  I was recapping our really violent argument.

Q.  Is that the argument we were just talking about from December of 2023?

A.  Yes.

MS. COMEY:  Can we go to the next message, please?

Q.  What's the next thing you send to KK?

A.  I said, And after I did what he asked me to do, came up with a number for everything he's put me through, now he is

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Qcom4

threatening me and saying he would call the police and expose my tapes and send them to my child's father and all of these evil-ass bipolar psychotic episodes he's fucking having on me. Mind you, these are sex tapes where I'm heavily drugged and doing things that he asked of me for the past three years that I am currently recovering from. It's all so extremely hurtful, very hurtful. For him to exploit me all this time and then threaten me with sex tapes. Please talk some sense into him because this isn't fair to me at all whatsoever. I'm beyond hurt by him.

Q. How did KK respond?

A. She said, Hey there, about to read all this and then call you in a bit. I really haven't seen or spoken to him in two days though.

Q. What did you write in response?

A. I said, I'm sure we're both emotionally drained right now. It's okay. No need to call. I'm just really stressed with him saying he would expose my sex tapes. I just sincerely want him to give me my space and quiet time. I'm not bothering him at all for anything at all. You are his right-hand woman and woman to woman maybe if you hear my side, you can just simmer him down because he listens to you. It's okay. Enjoy your night. I'm drained. Been crying all day. I'm fine. Thank you KK.

MS. COMEY: Can we please go to page 3 of this

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Qcom4

exhibit?

Q. On page 3, what did KK say?

A. She says, Just tried you back.

Q. And then are those on December 28?

A. Yes.

Q. And then the next day on December 29, what does she send you?

A. She said, Hey there, just wanted to check in on you.

Q. Between those two last text messages on this page, did you speak with KK over the phone?

A. I did.

Q. What do you remember from that conversation with KK?

A. I remember that she was like, okay, I understand. Don't worry. Nothing is going to happen with these tapes.

And I asked her if she could please find the phones and just put them somewhere where they weren't reachable, and if she could just help me hide it and she said, okay, don't worry. He is not going to do anything like that. And why don't you guys just give each other space, like just give each other space and --

Q. I'm sorry, what phones did you ask KK to hide from Sean?

A. The phones where my tapes were on.

Q. And did KK agree to do that?

A. Yes.

Q. And then at the end of that conversation, what did KK

P69Qcom4

suggest you and Sean should do?

A.  Just give each other space.

Q.  Did she say why?

A.  She said, I always tell him all the time to just give these things space, otherwise we end up in a situation like we're in now.

Q.  What did you understand she was referring to when she said "a situation like we're in now"?

A.  A lawsuit.

Q.  Whose lawsuit?

A.  Cassie's lawsuit.

        MS. COMEY:  We can take this down.  Thank you, Ms. Becker.

Q.  After these conversations at the end of December 2023, how long did you go without having any contact with Sean?

A.  About until February -- January or so, February.

Q.  So a few weeks?

A.  Yes.

Q.  What was life like for you in January of 2024?

A.  I felt that I had finally had some quiet time and I got time with God, I got time to just listen to my voice and just have some sense of calm.

        (Continued on next page)

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom5                          Jane - Direct

BY MS. COMEY:

Q.  In January of 2024, what, if any, trips did you take?

A.  I went to Las Vegas.

Q.  How did you end up going to Las Vegas?

A.  A really good friend of mine and I were chatting, and I messaged him and I was complimenting his cousin, who is another rapper, and that rapper's girlfriend.  And I was saying, wow, I think she's just so beautiful.

Q.  And how did that lead to you going to Las Vegas?

A.  He said, well, actually, we're all going to Vegas tomorrow. If you'd like to come, you can come.

Q.  And so did you accept the invitation?

A.  Yes.

Q.  And was it an old friend of yours who invited you?

A.  Yes.

Q.  And how did you get to Las Vegas?

A.  By plane.

Q.  Whose plane?

A.  The rapper's plane.

Q.  Was that a different rapper than Sean?

A.  Yes.

Q.  And was this a rapper who you'd never had a relationship with before?

A.  Yes.

Q.  And what do you remember happening in Las Vegas on that

P69Wcom5                          Jane - Direct

trip?

A.  I remember that we all went to a play.  We all went to a

birthday dinner, and we all went to this strip club.  And then

afterwards we were invited up to their hotel room.

Q.  For these birthday party events before the hotel room,

about how many people were at the birthday party?

A.  I would say a lot of people.

Q.  So a big group?

A.  I would say a big group, yes.

Q.  Did you recognize anyone in the group?

A.  I did.

Q.  Who?

A.  Antoine.

Q.  Which Antoine?

A.  The Antoine that I had, I guess, these nights with.

Q.  So Antoine the entertainer who we talked about earlier?

A.  Yes.

Q.  How did you react to seeing Antoine at this birthday party

in Las Vegas?

A.  I reacted just fine.  We greeted each other.  We hugged,

and we were like, wow, it's so great you're here.

Q.  Did you know Antoine was going to be there?

A.  No.

Q.  Other than that time running into Antoine at the birthday

party, had you ever seen Antoine in person without Sean also

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom5                         Jane - Direct

being there?

A.  No.

Q.  You mentioned going to a hotel room that night.

    Who invited you and your friend back to the hotel room that night?

A.  A rapper.

Q.  And did you agree to go?

A.  Yes.

Q.  About how long did you end up staying?

A.  About 20 minutes.

Q.  Did you go with your friend?

A.  Yes.

Q.  Was this a male friend or a female friend?

A.  A male friend.

Q.  Were you in a relationship with this male friend or just platonic?

A.  Platonic.

Q.  And what do you remember happening in this hotel room?

A.  I remember I walked in and Antoine was having sex with a woman, and everybody was watching.

Q.  Did you recognize the woman?

A.  I didn't know who he was having sex with, no.

Q.  And who else was in the room?

A.  The rapper and his girlfriend and maybe two other people.

Q.  And what, if any, interactions did you have with the rapper

P69Wcom5                          Jane - Direct

in that hotel room?

A.  There was some little flirtatious banter, but that was it.

Q.  Other than verbally flirting with the rapper, did anything happen with the rapper?

A.  No.

Q.  And then did you leave?

A.  Yes.

Q.  Did your friend leave with you?

A.  Yes.

Q.  And after that, did you go back home?

A.  Yes.

Q.  I want to focus again on January of 2024.

    In January of 2024, how were your finances doing?

A.  They were starting to pick back up.

Q.  How is that?

A.  Because I decided to make an OnlyFans.

Q.  Why did you decide to do that?

A.  I just wanted to reclaim my independence.

Q.  And what is OnlyFans?

A.  It's a membership platform where content creators can create memberships for other fans to sign up.

Q.  And what kind of content did you create?

A.  I created lingerie, swimwear, implied nudity.  Those kind of things.

Q.  You said implied nudity?

A. Yes.

Q. What is implied nudity?

A. Where you have your hand on your body and just in sexy, suggestive ways but you're not nude.

Q. And are you alone in this content?

A. Yes.

Q. Why did you create an OnlyFans in January of 2024?

A. I just wanted to be independent again. I wanted to reclaim having that confidence where I didn't have to rely on anyone and just stand on my own two feet.

Q. Who had you been relying on?

A. Sean.

Q. Also in January of 2024, did you get any other money from any other sources?

A. My child support.

Q. And other than that, did any friend help you out with money?

A. Yes.

Q. What friend helped you out with money in January of 2024?

A. A friend named Bear.

Q. Who is Bear?

A. Bear is just a friend/colleague.

Q. Colleague in what sense?

A. In the sense that he had a band and he, in the past, would hire me to promote his band and advertise it on my social

media.

Q.  So what contact did you have with Bear in January of 2024?

A.  We started having small talk and he was just small talking with me and I think he can kind of pick up that I wasn't really doing so well financially.  And he offered me money and -- actually, he didn't offer it to me.  He just sent it to me.

Q.  How much money did Bear send you in January of 2024?

A.  9,000.

Q.  And was that in exchange for anything?

A.  He just said it's OK, just do what you want, and if you want to post for it, you can.  No big deal.

Q.  Did you see Bear in person in January of 2024?

A.  No.

Q.  So how were you communicating with him through that whole time?

A.  Text message.

Q.  Other than text message, did you have any other communications with Bear in January of 2024?

A.  No.

Q.  How did you and Sean get back in touch in February of 2024?

A.  Sean messaged me one morning and said he had a dream about me.

Q.  What did he say about that dream?

A.  He said that he had a dream about me on the Concorde and that we were on the Concorde and that it was his private jet.

P69Wcom5                         Jane - Direct

Q.  And did you end up responding?

A.  Yes.

Q.  Did you end up texting with him?

A.  Yes.

Q.  Why were you willing to text with him in February of 2024?

A.  Because I missed him dearly.

        MS. COMEY:  Can we please pull up what's in evidence as Government Exhibit A-301-I and go to pages 11 and 12.

        So looking at the bottom of page 11, can you zoom in on that.

Q.  What's the date of this text?

A.  December 28, 2023.

Q.  And who were you texting with?

A.  Sean.

Q.  And did you send this text?

A.  Yes.

Q.  And what did you text him on December 28, 2023?

A.  That:  You baited me into this psychotic bipolar episode today.  I have been leaving you alone.

Q.  What's the date of the next message Sean sends you after that?

A.  The date is February 6, 2024.

Q.  And what does he say?

A.  He says:  Sending you love.  Had a dream about you.  Hope you're well.

Q.  Did you then have a longer conversation over text with Sean?

A.  Yes.

MS. COMEY:  I'd like to go now, please, to Government Exhibit A-301-J and go to pages 2 and 3, please.

Q.  Jane, is this a continuation of that same text conversation between you and Sean on February 6, 2024?

A.  Yes.

Q.  What did Sean write you at the top of this page?

A.  He says:  I miss my pretty smile.  I forgot what it looks like.

Q.  How did you respond?

A.  I put a heart on it.

Q.  Can you read what you wrote next, please?

A.  I said:  Put a smile on it then.

Q.  How did he respond?

A.  He says:  We don't even speak your name.  You don't even speak to me no more, but I want to.  What you want to do for your birthday?  I thought you would have had plans.

MS. COMEY:  And can we go to the next.

Q.  What did he write?

A.  I said -- he says:  For real.  What you're doing and send me a picture of them pretty teeth.

He says:  Are you free on your big day?

Q.  What did you understand Sean was asking you when he wrote,

are you free on your big day?

A.  I understood that he was asking me if I was available on my birthday.

Q.  Who brought up your birthday first in this conversation?

A.  Sean.

MS. COMEY:  Let's go now, please, to Government Exhibit A-301-K and go to pages 2 and 3, please.

Q.  Is this a continuation of that same conversation between you and Sean on February 6, 2024?

A.  Yes.

Q.  What did Sean write here?

A.  He says:  I'm in Miami.  I could fly there.

Q.  How did you respond?

A.  I said:  OK.  How have you been?  Is that what you want to do?

Q.  What did you write next?

A.  I said:  You want to spend my birthday with me?

Q.  How did he respond?

A.  He said:  I would love to.

Q.  And then what did he write next?

A.  He said:  Do you want me to?

I've been good.  Day by day, but I'm in good, positive vibes only.

Q.  And then how did you respond?

A.  I responded -- I responded by putting a heart on it and

putting a heart on "I've been good day by day but I'm good,"
and I put a heart on "I would love to."

MS. COMEY:  Let's go to pages 4 and 5, please.

Q.  What did Sean say next?  Excuse me.

What did you say next?

A.  I said:  Good, stay strong.

Q.  How did Sean respond?

A.  He said:  Say what you want to do on your birthday.

Q.  What did you say next?

A.  He put a question on my text -- I'm sorry.  I put a question on a text that he sent.  Then he said:  Do you want me to.

Q.  What did you write in response?

A.  I said:  I'm a little traumatized from my past birthdays and what they ultimately led to at the end of the night.  I don't know.  I'm just being honest.

Q.  What were you referring to when you said what they ultimately led to at the end of the night?

A.  I felt that on two of my birthdays, at the end of the night, they ended up being hotel nights with these men.

Q.  What else did you write on the top of the next page?

A.  I said:  I just don't want to get my feelings hurt.  I feel disrespected for no reason.

Q.  How did Sean respond?

A.  He said:  SMH.  Didn't mean for the conversation to go

P69Wcom5                         Jane - Direct

here.  I was just asking what you were doing, and you asked me if I wanted to spend your birthday with you.  LOL.  Don't know the conversation would take this turn.  You're confusing.

Q.  Can we see what he wrote next, please?

A.  He questions my text that says put a smile on it then, and then he questions my text that says I don't know.  What do you have planned for my birthday?

          MS. COMEY:  Let's go to pages 6 and 7, please.

Q.  What else did Sean text you?

A.  And then he questions you want to spend my birthday with me, my text that says you want to spend my birthday with me.

Q.  Before all of those texts that Sean had questioned you, who brought up your birthday first in this conversation?

A.  Sean.

Q.  What did you write in response?

A.  I said:  No.  You're right.  I got flashbacks from the past and they took over for a sec.

Q.  What did you write next?

A.  I said:  It's OK.  I just know me.  It's just going to actually make me feel worse.  LOL.  Right after you got home girl's birthday and then Valentine's.

Q.  What were you referring to when said, right after you got home girl's birthday and then Valentine's?

A.  I was referring to that his other girl that he was seeing's birthday was also coming up and then following that would be

Valentine's, so that I would probably experience something short and just -- I don't know.  Not good.

Q.  I'm sorry.  What did you write on the next page?

A.  I said:  I don't even want to mix my thoughts and emotions intertwined with seeing all of that.  It's always like I get less and you go do your big one.

Q.  And what did you write below that?

A.  I said:  I'm good.  I appreciate you remembering my birthday, though.  Don't stress it.

MS. COMEY:  Let's go to pages 8 and 9, please.

Q.  What did Sean write?

A.  He said:  Well, if you change your mind and want to have a wholesome, beautiful birthday celebration, the beautiful you, let me know.  Love.

Q.  What did you write below these texts?

A.  I said -- I said:  Let's wait until it's the right timing. Given our history, the back to back of celebrations just opens up things and arguments.  I don't want to actually meet up, but go ahead.

Q.  How did he respond?

A.  He said:  I love you.  I miss you.  It was great seeing you in my dream last night.  Stay happy.  Love.

MS. COMEY:  I'd like to go now to pages 12 and 13 of this exhibit, please.

Q.  Jane, are these more texts between you and Sean?

P69Wcom5                      Jane - Direct

MS. COMEY:  Let's --

Q.  Are these more texts between you and Sean?

A.  Yes.

Q.  Can you look at the green bubble on the left, please?

A.  Yes.

Q.  What did Sean write?

A.  He said:  I was just saying that your assumption was wrong from the get.  I was going to come there and do something with you for your birthday.  You assumed I had plans this weekend, and all I am saying is you are wrong from jump.  And you asked me if I wanted to do something for your birthday.  It was your idea.  All good.  Hope you have a better day.  Love you.

Q.  Is that a continuation of the conversation we were just reading earlier?

A.  Yes.

Q.  How did you respond?

A.  I said:  You asked me three times if I'm free on my birthday.  It was more of a question, like, yeah, I'm free. Did you want to spend it with me?  Question mark.

Q.  Going to the next page, what did you write?

A.  I said:  However way it goes, I'm still hurt.

And he says:  And I thought it was just a good idea.  You just want to hate me.

Q.  What did you write in response?

A.  I said:  I'm feeling it right now, so I'm just being a

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom5                         Jane - Direct

friend.  I don't think I'm ready to see you.

Q.  How did Sean respond?

A.  He said:  Have a good night.

MS. COMEY:  Let's go to pages 15 and 16, please.

Q.  Is this a continuation of that same conversation?

A.  Yes.

Q.  What did Sean write?

A.  He says:  It's your birthday.  You deserve to let me make you feel happy.

Q.  What did you write in response?

A.  I said:  We're already having a tiff, and I'm just going to be crying.

Q.  What did he say?

A.  He said:  Give me a hug.

Q.  And what did you say?

A.  I said:  And you hate when I cry.

Q.  What did he say on the next page?

A.  He says:  You're going to be happy as a motherfucker, laughing the whole time.

Q.  And what did you say?

A.  I said:  I'm already crying right now.  You are too close to my heart.

Q.  What did he say in response?

A.  He says:  I need your laugh.  It's your birthday.  You'll be fine.

P69Wcom5                        Jane - Direct

Q.  Did you end up agreeing to go see Sean for your birthday?

A.  Yes.

Q.  Was that in February of 2024?

A.  Yes.

            MS. COMEY:  Let's go now to pages 29 and 30 of this exhibit.

Q.  Did you continue texting to plan your trip going to see Sean for your birthday?

A.  Yes.

Q.  And did you also talk over the phone at some point about that?

A.  Yes.

Q.  And can you look at the top left text on this page, please?

A.  Yes.  It says --

Q.  Would you read these, please?

A.  Yes.  I said:  OK.  Well, can you please tell me really quickly?  I'll call you in five minutes.

Q.  Then what did you say below that?

A.  I said:  Oh, she just text me, LOL.

Q.  What were you talking about there?

A.  I'm not sure if it was the travel agent or K.K.

Q.  So talking about your plans to travel?

A.  Yes.

Q.  To where?

A.  Miami.

Q.   For what?

A.   My birthday.

          MS. COMEY:  We can take this down.  Thank you.

Q.   Jane, when you left for Miami, what were you expecting?

A.   I was expecting one-on-one time with my lover.

Q.   What happened when you got to Miami for your birthday in February of 2024?

A.   I remember we had a really nice night.  I remember when I landed, Sean had candlelit the whole entryway to the other house, and I remember when I saw him, my heart started beating super fast and I feel like his heart was beating super fast too.  And we were both oddly in the same color.  And --

Q.   Let me pause you.

     Where was your birthday celebration in February of 2024?

A.   It was at Two Star, but I walked over to One Star, on the walkway he had candlelit.  It was a home just right next to his home.

Q.   You said you were oddly in the same color.

     Did you two happen to be wearing the same color clothes?

A.   Yes, it was a really unique gray color, so I thought that was nice.

Q.   And then what happened at dinner?

A.   And then I walked in and there was balloons and gifts and he had, like, a five-course dinner ready for us and music, and it was just really nice.  It was like a proper birthday dinner

that I've always wanted.

Q.  And what happened after dinner?

A.  After dinner we just started drinking.  He was telling me how much he loved me, how much he missed me, how he never wanted me to leave again.  And just me too, I was feeling the same way.  I was telling him how much I loved him so much and I missed him and -- and we just kept telling each other how much we loved one another.  And following that, we start getting high and making love.

Q.  You said you started getting high.

What drugs did you use?

A.  Ecstasy.

Q.  Who gave you the ecstasy?

A.  Sean.

Q.  After you'd taken ecstasy, what happened next?

A.  So, after that it just started to become like morning time, and I just remember him saying, like, do you want to see Don?

Q.  And how did you respond when Sean asked do you want to see Don?

A.  At this point I think I was just high and I was, like, OK.

Q.  Why did you say OK?

A.  I don't know.  I just -- at this point I'm just so used to this being the outcome of whatever we're doing that I just accept it.

Q.  So what happened next?

P69Wcom5                          Jane - Direct

A.   So then we go to the other home and I see Don and I'm with
Don for --

Q.   What other home did you go to?

A.   The home across the One Star home.

Q.   Is that Sean's home at One Star in Miami?

A.   Yes.

Q.   And what happened at One Star?

A.   Me and Don had sex and --

Q.   In front of who?

A.   Sean.

Q.   What do you remember happening after that?

A.   After that I just remember resting.  I just remember we
rested for, like, a couple days.

Q.   And then where did you go from there?

A.   From there we flew to Los Angeles.

Q.   And after you got back in Los Angeles, what was the status
of your relationship with Sean?

A.   We were back together.

Q.   After you got back together with Sean in February of 2024,
were there other nights with entertainers?

A.   Yes.

Q.   How much alone time did you get with Sean in 2024 compared
with before you took a break in the fall of 2023?

A.   I felt like there was more alone time.

Q.   And what did you and Sean do with that alone time in 2024?

P69Wcom5                          Jane - Direct

A.   Hang out and begin that would mostly lead to these type of nights.

Q.   Focusing on the period after you got back together in 2024, during that period, how many trips did you take to visit Sean?

A.   Three.

Q.   Where did you go each of those trips?

A.   Miami.

Q.   Do you remember what months those trips were in in 2024?

A.   I believe it was May, maybe July and August.

Q.   Other than those three trips to Miami in approximately May, July and August, where else did you see Sean in 2024?

A.   I saw him at my residence in Los Angeles.

Q.   About how many times do you remember seeing Sean in person in Los Angeles in 2024?

A.   I would say just maybe once or a couple times.

Q.   Where would you see Sean in Los Angeles?

A.   At our residence in Los Angeles.

Q.   At the home that you lived in?

A.   Yes.

Q.   Did you also see Sean at Mapleton?

A.   Yes.

Q.   Did you and Sean go out at all in Los Angeles or Miami?

A.   No.

Q.   Why didn't you and Sean go out at all in 2024?

A.   By this time things had really hit the fan with everything

going on, and so it was just better to just keep private and just stay away.

Q.  What do you mean when you say things had really hit the fan?

A.  I mean that a lot of things had started to really go wrong in his life, and there were a lot of media attention and press regarding Cassie's lawsuit.

Q.  When you say a lot of things had started to go wrong in his life, who are you talking about?

A.  Sean.

Q.  I want to focus still on 2024.

    Which entertainers did you see in Los Angeles in 2024?

A.  I remember seeing Antoine and I think Paul.

Q.  In Los Angeles?

A.  Yes.

Q.  About how many times do you remember seeing them in Los Angeles for a night with them?

A.  Maybe once or twice.

Q.  And were those nights like hotel nights except not at hotels; instead at a private residence?

A.  Yes.

Q.  So for each of those did you have sex with either Antoine or Paul in front of Sean?

A.  Yes.

Q.  Did you want to be having sex with other men in 2024?

P69Wcom5                          Jane - Direct

A.   No.

Q.   Who did you want to be having sex with in 2024?

A.   Just Sean.

Q.   And in 2024, who was still paying your rent?

A.   Sean.

Q.   In 2024, what did you tell Sean about your finances?

A.   I said that my website was starting to do well and that --

Q.   Which website?

A.   OnlyFans.

Q.   And when you say it was starting to do well, were you still
in debt, or were you out of debt at that point in 2024?

A.   I was finally starting to be able to pay, to get caught up
with a lot of the payments.

Q.   So were you paying off debt?

A.   Yes.

Q.   With what you were getting from OnlyFans?

A.   Yes.

Q.   How did Sean react when you told him that you'd created an
OnlyFans page?

A.   At first, he was like, wow, you didn't even ask me.  OK.
So you just did that.  And then I just said yeah.  And then the
more we talked about it in the evening and the more lucrative I
was showing him it was, he started to act more positively about
it and seemed supportive.  And actually became supportive about
it.

P69Wcom5                        Jane - Direct

Q.  Did you and Sean have other arguments in 2024, just generally?

A.  I'm sure, yes.

Q.  What, if any, arguments did you have about Bear in 2024?

A.  I remember one night when Sean and I were together, he was trying to change the music or the lights on my phone and he went through my text messages.

Q.  And how do you know he went through your text messages?

A.  Because he came into the room that I was in and said who's Bear.

Q.  What did you tell him?

A.  I said nobody.  And he said why are you texting him, like you talking to him like this, like you're trying to meet with him, you trying to see him, like I never seen you talk like this to anybody.

Q.  How did you respond?

A.  I said but I never met him.  I'm just talking with him, and he was like what happened.  And somehow the money thing got brought up.

Q.  What do you mean the money thing got brought up?

A.  That Bear had sent me money.

Q.  What do you remember next in that argument?

A.  He was just really upset.  He was just super upset.  He was just like I'm leaving and he started getting dressed, and I was just crying because I just felt really just misunderstood in

P69Wcom5                         Jane - Direct

the situation.  And I just felt, like, defeated, like I didn't even want to argue.

Q.  Did Bear come up in multiple conversations after that fight?

A.  Yes.

Q.  Who always brought Bear up in your conversations?

A.  Sean.

MS. COMEY:  I'd like to look at Government Exhibit A-207-A, please.  And let's go to pages 2 and 3.  And can we zoom in on the bottom text in the green.

Q.  What's the date of this text?

A.  The date is March 7, 2024.

Q.  Who sent this text?

A.  Sean.

Q.  To who?

A.  Myself.

Q.  What did Sean text you?

A.  He says:  What's going to happen if I come over tonight.

Q.  And then can you read on the next page how you responded, please?

A.  I said:  What's ideal for you?  Do you want me to try and have the house just to ourselves tonight?  Would that be best?

Q.  What were you referring to when you said the house?

A.  I was referring to the residence that I lived in, our house.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom5                          Jane - Direct

Q.  And can you read your next text, please?

A.  I said:  But then you're saying that your mother comes tonight, so it sounds like you're going to be away for a couple days.  So just let me know.

            MS. COMEY:  Let's go to pages 4 and 5, please.

Q.  How did he respond?

A.  He said:  Yeah, that's what I'm saying, have the house for us.  What's the earliest and what we doing?  I miss you.

Q.  How did you respond?

A.  I put in air quotes:  Your mother, LOL.

Q.  Why did you do that?

A.  Because I felt that this, him saying that he was going to be with his mother was really another way of saying he was going to be with another woman.

Q.  And so what did you understand Sean was asking you to do in the text we just read before you sent this?

A.  I understood he was trying to get me to start a night and start, like, a party.

Q.  When you say a party, what do you mean?

A.  With entertainers.

Q.  Can we read the next message you send, please?

A.  I said:  You basically want to party before your, quote, mother comes into town, LOL.

Q.  How did Sean respond?

A.  He said:  She'll be fine because I'm spending the whole

P69Wcom5                        Jane - Direct

weekend with her.

MS. COMEY:  Let's go to pages 6 and 7, please.

Q.  What did you write?

A.  I said:  You don't catch my joke, but it's OK.  LOL.

Q.  How did Sean respond?

A.  He said:  I just want to be with you.  I've been trying to just be with you.

Q.  What did you say?

A.  I said:  Will you stop it, hahaha.

Q.  And then what did you write?

A.  I said:  You want to get a party going before you spend a weekend with a boring chick.  Just keep it real.

Q.  And then below that, does Sean respond by saying bye and then a shortened version of your real name?

A.  Yes.

MS. COMEY:  Let's go to pages 8 and 9, please.

Q.  What did he write next?

A.  He writes:  For real, time out.

Q.  What did you write?

A.  I wrote -- I said:  Just spend the weekend doing your thing.  It's OK.  We can do a party like Thursday, the 14th, or Friday, the 15th.  I'll be off my period then.

Q.  What were you saying to him here?

A.  Like just let's just wait to do something like this.  I just was not wanting to do this.  I just wanted to push it

down.

Q.  By this, do you mean have sex with another man in front of Sean?

A.  Yes.

Q.  What did Sean say in response?

A.  He said:  I can still pull up on you.  We don't have to have sex.  I can just smoke and we can drink wine and may be out Friday.  Got to get to East Coast, I will see you when I'm back in April.

Q.  What did you write in response?

A.  I loved "I can still pull up on you.  We don't have to have."  And then I said:  OK, baby, we'll figure it out by today.

He says:  Why did you send me this message?  You're confusing sometimes.

MS. COMEY:  Can we jump now to pages 11 and 12.

Q.  And while we're doing that, Jane, did this conversation continue?

A.  Yes.

Q.  Did we skip ahead now?

A.  Yes.

Q.  Let's read some of these texts on this page, please.

What did you write that same day?

A.  I said:  I was suggesting tonight.  Then I remembered you said you had your mom coming tonight.  And then my joke started

P69Wcom5                          Jane - Direct

to roll in and --

Can I zoom out, because there's a gash.  I'm sorry.  Thank you.

And then I was, like:  Wait, you trying to have a party before the weekend because you're going to be occupied.

Q.   And then what's the next text?

A.   I said:  LOL.  Now I'm like now I'm being -- see you after. LOL.

Q.   How did Sean respond?

A.   He said:  My mother is coming.  What are you talking about? Maybe it's best to figure out a way to go our separate ways gracefully.  I just would appreciate it if you could sign something for me so I can have closure comfortably and have a clean, positive break.

Q.   What did you understand Sean to mean when he said I would appreciate it if you could sign something for me so I can have closure comfortably?

A.   I understood him that he was wanting me to sign something legally.  I don't know.  Just to, just to have something where he doesn't feel like I'm, like, a threat or something.

Q.   Again, had you ever told Sean you were going to sue him?

A.   No.

Q.   Had you ever sent a demand letter to him or his lawyers for money?

A.   No.

P69Wcom5                          Jane - Direct

MS. COMEY:  Let's go to page 13, please.

Q.  How did you respond?

A.  I said:  No problem.

Q.  And then what did Sean write?

A.  He said:  You making real money so I hope we can have a clean break and I don't have that burden.  Just want to move on.  I told Robin, so let's figure it out whenever you get time.  Have a beautiful day.

Q.  What did you understand Sean was referring to when he said you're making your own money?

A.  I understood Sean to basically be saying that now I'm making my own money that he can be out of this agreement with him paying my rent or any of that.

Q.  And when he said, I hope we can have a clean break, what did you understand Sean was saying?

A.  I understood him to just mean that he wanted to just break up, like, in a graceful way, a quiet way.

Q.  Did you understand why Sean wanted to break up at this point?

A.  He just seems frustrated here.

Q.  When he said I told Robin, what did you understand he was referring to?

A.  I understood he was referring to his accountant, Robin.

Q.  And what did Robin do in your life?

A.  She was responsible for paying the rent on time.

P69Wcom5                          Jane - Direct

Q.  How did you respond to this text?

A.  I said:  I'm paying off debt from three years of being unfocused and unemployed with the money I'm making now.  If you can just give me three months to include a new 10K a month bill on top of my debt from being your on-call party girl, then that would be appreciated.

Q.  What were you talking about when you said I'm paying off debt from three years of being unfocused and unemployed?

A.  I was just speaking on just the debt that I had accumulated being in this relationship plus the furniture, etc.

Q.  How did you end up in debt when you were dating a millionaire who would send you thousands of dollars at a time sometimes?

         MS. GERAGOS:  Objection.  Leading.

         THE COURT:  Sustained.

BY MS. COMEY:

Q.  How did you end up in debt during that relationship?

A.  I feel that I wasn't working myself.  I was almost kind of penny-pinching, and with the house I just wanted to make it really look nice for us, so I took on credit card loans in order to make the house cozy for us.

         MS. COMEY:  Let's go to pages 24 and 25 of this exhibit, please.

Q.  Jane, is this a continuation of the same text conversation with you and Sean?

P69Wcom5                          Jane - Direct

A.   Yes.

Q.   What did you write on the top left?

A.   You I said:  You're free from being burdened and obligated to me.  All I ask for is three months to adjust my finances accordingly.  I wish I worked in those three years.  I fucked myself.

Q.   How did Sean respond?

A.   He said:  Things get taken out of context.  Call me. Chill.  I'm not trying to argue.

Q.   On the next page, what did he say?

A.   He said:  Call me.

Q.   What did you write?

A.   I said:  You talk about abandonment but constantly make me feel abandoned and on my own.

Q.   And how did Sean respond?

A.   He said:  I would never abandon you.

          MS. COMEY:  Let's go to pages 26 and 27, please.

Q.   What did Sean write next?

A.   He said:  I think it's really wrong.  We're two adults. Let's talk when we can.  I love you so much.  I can't function when we're like this.

Q.   What did you write in response?

A.   I said:  I'm emotionally exhausted.  I don't think you realize the emotional hardhat I've had to put on for three years.  All the debt I had from not working and then keep

P69Wcom5                        Jane - Direct

myself praying silently to myself because I care too much about your own stresses over money.  You're not having your way, so you immediately threaten me with rent.

Q.  What were you referring to when you said you're not having your way, so you immediately threaten me with rent?

A.  I was referring to when I just kind of was dismissive about this party he's requesting, he immediately goes to let's just break up and I don't want this burden of this rent.

Q.  What did you write next?

A.  I said:  I'm tired of it.  You can't even make it to the two years you promised me without constantly reminding me.

Q.  What did Sean say next?

A.  He said:  You act like you don't want to be with me.

Q.  Did this conversation continue?

A.  Yes.

        MS. COMEY:  Can we go to pages 31 and 32, please, of this exhibit.

Q.  What did Sean say at the top of this page?

A.  He said Bear.

Q.  What did you understand he was referring to?

A.  I understood he was referring to the colleague that I had who helped me out.

Q.  How did you respond?

A.  He was -- I was smiling, saying:  I'm tired of threats.  I hate living like this.

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

P69Wcom5                          Jane - Direct

Q.  How did Sean respond?

A.  He said:  I see you.  Cool.

Q.  On the next page, what did he say next?

A.  He said:  Bye.

Q.  What did you say?

A.  I said:  I hate living in fear.

Q.  What were you referring to when you said I hate living in fear?

A.  I just hated being on my tippy-toes, like the roof over my head was just going to come off, like, if I made him upset or anything.

Q.  And what did Sean say in response?

A.  He said Bear.

        MS. COMEY:  Let's go to pages 33 and 34, please.

Q.  What did you write?

A.  I said:  Did you tell Robin to cut it off?

Q.  How did Sean respond?

A.  He said:  You're making money and I ain't going to leave you high and dry and if that's the way you took the text, then you're wrong.

Q.  What did you say in response?

A.  I said:  Can't believe you're doing me like this.

Q.  What did you write on the next page?

A.  I said:  I'm so mad at myself.

Q.  What did Sean say?

P69Wcom5                      Jane - Direct

A.  He said:  Hell, no.  What are you talking about?  I'm still paying.

Q.  What did you say?

A.  I said:  She just texted me that the lease is up in April.

Q.  Do you remember this conversation?

A.  I do.

Q.  What do you remember happening as you were sending these texts?

A.  I remember his accountant, Robin, had actually messaged me and wanted to remind me that my lease was up in April.

Q.  Did Sean end up continuing to pay for your rent, or did he stop paying for your rent after these messages?

A.  He continued to pay.

Q.  After these messages, did you end up speaking with Sean on the phone?

A.  Yes.

Q.  What happened in that conversation?

A.  I remember just him calming me down.

        MS. COMEY:  We can take this down.  Thank you.

Q.  Later that same month, in March of 2024, did you learn that search warrants were executed at Sean's homes?

A.  Yes.

Q.  Who, if anyone, came to your home on the day you learned about those searches?

A.  HSI.

P69Wcom5                         Jane - Direct

Q.  Did you talk with HSI that day?

A.  No.

Q.  How did you know they came to your house?

A.  On my Ring camera, and they also left a card.

Q.  And did you see that card?

A.  Yes.

Q.  What did you do after seeing that card from HSI?

A.  I called Sean's -- I called Sean.

Q.  Did Sean pick up?

A.  No.

Q.  So what did you do next?

A.  I called Faheem.

Q.  Who is Faheem?

A.  Sean's security.

Q.  What did you tell Faheem?

A.  I said that agents were at my home and they left a card. And he said OK.  I'm going to get you to Sean's lawyer.

Q.  And without telling me what you said, did you end up talking with Sean's lawyer?

A.  Yes.

Q.  Eventually did you get your own lawyer after those searches?

A.  Yes.

Q.  Who paid for that lawyer?

A.  Sean.

(212) 805-0300

P69Wcom5                        Jane - Direct

Q.   For about how long did you have that lawyer?

A.   Not very long.

Q.   And did you get a new lawyer?

A.   Yes.

Q.   And who paid for that lawyer?

A.   Sean.

Q.   Do you still have that same lawyer today?

A.   Yes.

Q.   Who was paying for that lawyer the entire time you have had that lawyer?

A.   Sean.

Q.   Focusing still on 2024, did you see Kabrale in person at all in 2024?

A.   No.

Q.   Did you speak with Kabrale over the phone in 2024?

A.   Yes.

Q.   Was that before or after the searches at Sean's homes?

A.   I think it was after.

Q.   What happened when you spoke with Kabrale on the phone after the 2024 searches?

A.   I just remember that Kabrale called me and said that he had a tape and that he was planning to release it bit by bit on the dark web.

Q.   What tape did you understand Kabrale had?

A.   Kabrale said that he had a 35-minute tape of me and him

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom5                              Jane - Direct

having sex and -- at one of these nights.

Q.  What did Kabrale say about how he got that video?

A.  I asked him, how did you get this video?  And what am I hearing here?  And he said that Sean had picked up his phone instead of his own phone and started recording with Kabrale's phone just intimate moments between us.

Q.  How did you respond when Kabrale told you that he was going to release this video?

A.  My heart was beating out of my chest, and I couldn't believe what he was saying to me.  And I just tried to remain calm.  And the next thing I thought to say was, what do you want for this tape?

Q.  What did Kabrale say?

A.  He said he wanted $10,000 for it.

Q.  What happened next?

A.  I said OK.  I'll try to make that happen for you.  And that I would call him back and not to do anything.

Q.  After that call, what did you do next?

A.  I called Sean.

Q.  What did you tell Sean?

A.  I told Sean that Kabrale just tried to extort me.

Q.  How did Sean respond?

A.  I was crying, and he was super upset and he just couldn't believe it himself, that this guy just tried to extort us and blackmail us and said that we should get the legal team on it.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom5                        Jane - Direct

Q.  I don't want you to tell me about any conversations you had
with lawyers.  OK, Jane?

A.  Yes.

Q.  Did you end up sending money to Kabrale?

A.  No.

Q.  Did you end up speaking with Kabrale again?

A.  Yes.

Q.  Or communicating with him again over the phone?

A.  Yes.

Q.  What did you tell Kabrale?

A.  I told him that I now have legal representation and what he
tried to do with that tape was considered sextortion and
blackmail and that I would not be having further communications
with him.

Q.  After you told Kabrale that you would not be having further
communications with him, did you receive any other messages
about this video?

A.  Yes.

Q.  And without saying the name, generally, what was the
message from?

A.  Generally, a really big media company.

Q.  And what did the media company say to you when they
contacted you?

A.  They said that they just bought the tape and then they were
about to publish it and do I have any comment.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom5                        Jane - Direct

Q.   How did you react?

A.   I fainted.  And I called my lawyer.

Q.   Don't tell me about your conversations with your lawyer.

Did you talk with Sean about this at some point?

A.   Yes.

Q.   How did Sean react?

A.   He just wanted to get everybody on board.  We just needed to figure out how to, how to trump the situation.

Q.   Without telling me the substance of any conversations with your lawyers, did you talk to your lawyer after having those communications with the media company?

A.   Yes.

Q.   Ultimately, did the company release the video?

A.   No.

Q.   And just yes or no.  Do you know for a fact why they did not release it?

A.   No.

Q.   After that did you ever speak with Kabrale again?

A.   No.

Q.   Now I want to talk about the first trip that you took to Miami to visit Sean after your birthday in February of 2024.

Approximately when was that first trip after your birthday in 2024?

A.   Around May.

Q.   What do you remember happening on that trip to Miami in May

P69Wcom5                      Jane - Direct

of 2024?

A.   I remember on this trip this was when the CNN video came out.

Q.   What do you mean by the CNN video?

A.   I mean that the video regarding the hotel incident with Sean and Cassie had been broadcasted.

Q.   And that happened while you were in Miami with Sean?

A.   Yes.

Q.   How did you first learn about this video?

A.   I remember we were sleeping, and one of his sons knocked on the door and said that something happened.  And then I was just by myself.  I went downstairs, and I could see that everybody was speaking amongst each other, and I sat down.  I went on my phone, and then I saw the video.

Q.   What did you see on the video?

A.   I saw Sean assaulting Cassie in a hotel lobby.

Q.   Where were you physically when you saw that video?

A.   I was physically just at table.  I was about to eat breakfast, but I lost my appetite.

Q.   In what residence were you?

A.   I was at Two Star.

Q.   What do you remember happening the day that you saw that video of Sean assaulting Cassie?

A.   Just remember it was just a very eerie day.  I just remember that Sean was just huddled with his team and his

P69Wcom5                         Jane - Direct

family, just away.  And I was primarily just alone during that day and I was just giving everybody space.

Q.  So right after you watched the video, were you able to speak with Sean right away, or were you by yourself for a bit?

A.  I was by myself.

Q.  And who was Sean with for most of that day?

A.  Family and friends.

Q.  At some point did you speak with Sean?

A.  Yes.

Q.  What happened?

A.  I remember, like, him kind of inviting me to this little huddle later on this evening.

Q.  Where was this?

A.  In the backyard.

Q.  And who was in this huddle?

A.  Just his sons, his writer and some friends.

Q.  What do you remember from that huddle after you were invited into it?

A.  I just remember that they were just trying to come up with some sort of sincere apology post or something regarding the video.

Q.  At any point did you hear Sean deny that he was the person depicted in that video assaulting Cassie?

A.  No.

Q.  At some point were you able to talk with Sean alone about

that video?

A.  At some point.

Q.  Later that same day, or no?

A.  No.

Q.  Why not?

A.  He was just quiet about it.  We were just quiet.

Q.  What do you remember from the next day?

A.  The next day I remember he showed me kind of like a final draft of what he would say that day publicly.

Q.  What do you mean a final draft?

A.  I guess this was a letter that they had been trying to finalize, and this was possibly the final draft of what he would say.

Q.  And where did you understand Sean was going to say the things in this draft?

A.  I understood that he was probably going to post it on social media.

Q.  Did you read the draft?

A.  A little bit, yes.

Q.  What do you remember from what you read?

A.  I remember that he addressed her by name.

Q.  Who?

A.  Cassie.

Q.  In the draft you saw?

A.  Yes.

P69Wcom5                         Jane - Direct

Q.   What else do you remember?

A.   I remember that I felt that it was more heartfelt, and I thought it was a good enough apologetic letter, given the circumstances.

Q.   Did you and Sean talk about what you saw in that video?

A.   No.

Q.   At some point later, did you ever talk with Sean about what happened in that video?

A.   Yes.

Q.   Once or more than once?

A.   Maybe more than once.

Q.   What do you remember Sean telling you about what happened in that video?

          MS. GERAGOS:  Objection as to time.

          THE COURT:  Vague as to time?

          MS. GERAGOS:  As to time.  Vagueness as to when.

          THE COURT:  Ms. Comey.

BY MS. COMEY:

Q.   Jane, when did Sean talk to you about what happened in that video?

A.   I would say around June or July.

Q.   Of 2024?

A.   Yes.

Q.   And what did Sean tell you?

A.   He said that -- he said that that was the only time that he

                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

P69Wcom5                          Jane - Direct

had physical violence like that.

Q.  That was the only time that who had physical violence?

A.  That Sean and Cassie had physical violence like that.

Q.  So he told you that there was no other violence in the relationship?

A.  He said that she was a hitter and that she would hit.

Q.  He said that who would hit?

A.  Cassie.

Q.  What did he say about whether he would hit her?

        MS. GERAGOS:  Objection.

        THE COURT:  Sustained.

BY MS. COMEY:

Q.  Did he say whether he would hit her?

A.  I think so, yes.

Q.  What did he say about that?

A.  I can't recall.

Q.  Going back to the day after the CNN video came out, when Sean showed you the final draft, did you give him any feedback on that final draft?

A.  I just said that I, like, that it was good and that it was, like, heartfelt, given the circumstances.

Q.  What do you remember happening next that day?

A.  I remember that K.K. was coming and that I had to go in another room.

Q.  And you said K.K. was coming.  Did Sean meet with K.K.?

P69Wcom5                        Jane - Direct

A.   Yes.

Q.   And were you part of that meeting?

A.   No.

Q.   About how long after K.K. arrived did you leave Miami?

A.   Couple hours later.

Q.   And where did you go?

A.   Los Angeles.

Q.   After you went to Los Angeles, what, if any, posts did you see Sean make on social media?

A.   I saw him make the apology post on social media.

         MS. COMEY:  Can we please pull up what's in evidence as Government Exhibit 9A-101.

Q.   Do you recognize this?

A.   I do.

Q.   What is it?

A.   It's a video of Sean apologizing about the situation.

         MS. COMEY:  And can we zoom in on the top right, please.

Q.   What kind of account is this?

A.   Instagram.

Q.   And what is the caption?

A.   "I'm truly sorry."

Q.   And whose Instagram account is this?

A.   Sean's.

Q.   Do you remember seeing this on his Instagram account after

P69Wcom5                        Jane - Direct

the CNN video came out?

A.   Yes.

          MS. COMEY:  Can we please play now what is in evidence as Government Exhibit 9A-102.

          (Media played)

BY MS. COMEY:

Q.   Jane, how did you react to seeing this video?

A.   I felt disappointed in it.

Q.   Why were you disappointed in it?

A.   I didn't feel it was genuine.

Q.   How did it compare to the final draft you had seen in Miami?

A.   I felt there was no heart in it.

          MS. GERAGOS:  Could we have a quick sidebar, please?

          THE COURT:  You may.

          (Continued on next page)

P69Wcom5                          Jane - Direct

(At sidebar)

THE COURT:  Ms. Comey, I assume that we're going to be in a position for a break at some point soon.

MS. COMEY:  Yes.  Yes, I was about to ask for one and then there was a sidebar.  I had a couple more questions left before I was ready.

THE COURT:  OK.

MR. AGNIFILO:  Couple of issues.

One, I believe there was a joint defense understanding between the witness's lawyer and us, and more to the point where I think Ms. Comey's about to go, I'm the one who said you cannot name a potential grand jury witness by name in anything that you say publicly.  So I kind of feel like we're getting into a little bit of an unfortunate position.  I don't -- I think this witness knows that.  I think.

But at the end of the day, she's right.  Cassie's name was in the original.  I said you should not address anything to who I think is a potential grand jury witness, and he wisely followed my advice.  So I don't really know kind of where we go from here, but that's my worry.

THE COURT:  All right.

MS. COMEY:  If I may, your Honor?

THE COURT:  So just to be clear, you don't have an objection to the inquiry up to now, but you have a sense of where it is going to go, and you have an objection as to that.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom5                          Jane - Direct

MR. AGNIFILO:  I think that's probably right.  But I don't know exactly where it's going to go.

MS. COMEY:  Your Honor, I'm happy to change subjects.  This is the first I'm hearing of that.  What this witness would say about the drafts was in the 3500.  So I'm very sorry.  I did not realize that we were getting anywhere near privilege.  She had never mentioned lawyers in any of her description of these events, but I will move on.  I don't need to go into this any further.

THE COURT:  There you go.  Resolved.

Mr. Agnifilo.

MR. AGNIFILO:  One second, Judge.

So -- all right.  My colleague points out that she said she was disappointed in the video, which is where I thought she was about to go with the next step.  I don't know that her feeling of the video should be part of the record.  I don't know if it's relevant.

Also, it ignores the fact -- I think she knows the reasons why that person's name wasn't in it.  So I'm just going to ask that that part be stricken, that her being disappointed --

THE COURT:  Just the last question and answer.

MR. AGNIFILO:  Yeah, I think that's right.

THE COURT:  First of all, there was no objection to the question, and there have been a few questions along these

lines with no objections.  So I think you're a little late in terms of making the objection.

MS. COMEY:  If I may, your Honor?

I've asked this witness about this multiple times. It's in the 3500.  She has never once mentioned lawyers, and I have asked her very specifically before asking her about these in our meetings, were there lawyers at Two Star, were there lawyers for this conversation, because I did not want to cross anywhere near privileged territory.  She does not remember there being lawyers, and I will also say I don't think we need to go down this road further with her, but I think if she were asked why were you disappointed, it's not just that the draft changed but also she felt that the behavior she saw in the video merited a personal apology.  So that's different from the draft changed.

THE COURT:  Let's do this.  Since this was going to be the natural ending place for a break, let's do that, because otherwise, people are listening to white noise and then we're going to take a break after.  So why don't we take a break and then we'll address it.

MS. COMEY:  That's fine.

(Continued on next page)

P69Wcom5                        Jane - Direct

(In open court)

THE COURT:  Members of the jury, this is an appropriate time for a short break, so we will take this break. Come back at 3:15.  Thank you very much.

(Continued on next page)

P69Wcom5                        Jane - Direct

(Jury not present)

THE COURT:  We'll come find you.

(Witness not present)

THE COURT:  Please be seated.

All right.  So continuing the discussion that we had at sidebar concerning the last question that Ms. Comey asked, the issue of privilege and that we did not get into, and I don't think the questioning has gone into that.

I believe Mr. Agnifilo had said that he did not understand the relevance of this line of questioning.  And so Ms. Comey, could I get a proffer of relevance as to this line of inquiry to determine whether the last question should be stricken, and the answer.

MS. COMEY:  Your Honor, I think we would consent to striking the last question, given that I can't now go into comparing the drafts.  I'm fine with strike the last question and answer, your Honor.

THE COURT:  All right.  I think that resolves the issue.

Mr. Agnifilo, anything further?

MR. AGNIFILO:  I think that does it, Judge.

MS. COMEY:  If you leave it that way, your Honor, then the record would be I ask:

"Q.  Jane, how did you react to seeing this video?

"A.  I felt disappointed in it.

P69Wcom5                        Jane - Direct

"Q.  Why were you disappointed in it?

"A.  I didn't feel it was genuine."

         And it would leave the testimony there.

         THE COURT:  So the last two.  Right.

         MS. COMEY:  And then.

         THE COURT:  So the question and the answer would be how did it compare to the final draft you had seen in Miami? And we'll strike the question and answer.

         MS. COMEY:  Correct, your Honor, because that gets into the potential privilege issues that Mr. Agnifilo raised that I was not aware of when I asked that question, and I think that addresses it, because I think her answers don't go to comparisons to the draft at all.  It's just her reaction to seeing the video.

         THE COURT:  I think that's fair.

         Mr. Agnifilo.

         MR. AGNIFILO:  I'm reviewing the transcript to see. So is your Honor going to strike everything after, how did you react to seeing this video?  I felt disappointed in it?

         THE COURT:  Ms. Comey's proposal is to strike the last question, which is how did it compare to the final draft you had seen in Miami?  And the answer is, I felt there was no heart in it.

         MR. AGNIFILO:  I'm going to ask that everything, all the questions be stricken.  They're slow walking steps toward

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

P69Wcom5                         Jane - Direct

something that is inappropriate and something that this witness -- I mean just to make it clear, there was talk about naming Cassie by name in the apology video. I'm the one who said I have every reason -- we didn't know for sure. I have every reason to believe that Cassie might be a grand jury witness, or certainly a witness, and I said you should not under any circumstances name her and make it look like this is somehow a personalized message to her.

And what I'm hearing from this whole line of questioning and answers is that it wasn't sufficiently personal. That's -- her disappointment is that it wasn't sufficiently personal. And that may be the case, but that has no business, in my opinion, being, at a trial, where I'm the one who said you can't make it personal when the person we're talking about is a potential grand jury witness.

So I mean there's issues of privilege. There's also issues of just sort of impropriety, and I think it's 403. And --

THE COURT: But there was no objection raised to any of these questions.

MR. AGNIFILO: But there was at the end. There was, because when I saw where they were going -- I didn't know where they were going, and it's almost like the last time when we had the issue with, you know, the LAPD fingerprint cards. It's not apparent that the whole line is inappropriate until you get a

little bit further down the path, but this entire line is inappropriate and so I'm asking that it all be stricken.

MS. COMEY:  Your Honor, if I may proffer the relevance, if that's all right?

THE COURT:  Yes.

MS. COMEY:  In addition to the lack of an objection, we're about to get to the next time Jane sees Mr. Combs in person, which is when he viciously assaults her repeatedly and then tells her that she has to have sex with an entertainer immediately thereafter while she was still injured.  And the fact that he was not genuine in his apology goes to -- that she watched about a violent and vicious attack on another girlfriend that was caught on video and did not genuinely apologize goes to her state of mind when she is deciding whether or not she is going to acquiesce to his demand that she engage in sex right after he has essentially done the same kind of assault to her.

(Continued on next page)

P69Qcom6                      Jane - Direct

THE COURT:  I think all the more reason.  This is a decision made by a lawyer not to name grand jury witness.  I don't see how that can be used as affirmative evidence of anything.  Had I known they were going in this direction, I would have objected right off the bat.  I didn't know where they were going.  When I knew where they were going, I objected.

It's inappropriate testimony.  It's not relevant to the trial.  And it's misleading.  No one is disputing from a factual matter anything that I'm saying, which is that I'm the one that put a stop to this in terms of naming this person.

Now that we all agree on that, we should look at all this entire line of testimony fresh, and it has no role at the trial now that we know what we all agree to be true, and it should be stricken.

THE COURT:  Well, Mr. Agnifilo, you would agree that to the extent that this later event is being addressed, and if the video and Jane's reaction in that video factors into that later event, then Ms. Comey can ask those questions, meaning despite the lack of objection as a matter of discretion, if I were to strike the last three questions because the line of inquiry is not going to be pursued, and to this extent that the jury may be left wondering where that was going, we can kind of eliminate that from the record.

Ms. Comey, if what she's saying is correct, that in

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Qcom6                          Jane - Direct

the context of this later event, that factors in, then she can ask about it because that goes to a separate issue.  It goes to that separate event and the witness's state of mind concerning that event, and that would be relevant.  And as long as there wasn't any inquiry that would divulge privileged information, it's not relevant because of the reasons why this wasn't in there, which is the current line of questioning; it's relevant in this later incident to the witness's state of mind.

And so it doesn't matter whether it's true or not or the reasons for it.  All that matters is the witness's state of mind during that later incident.  And so I see the relevance there if Ms. Comey wants to inquire and if it is truly part of that separate incident.

MR. AGNIFILO:  So there's two prongs.  One, we would have to -- if the witness was really to say that part of what was at play in this latter incident was the quality of Mr. Comb's apology in the video, we would have to say, but you know why that happened.  You know that we took her name out of it, and you're going to be -- we're going to be forced into a position of getting into conversations that are between lawyers and other people in a joint defense context which is of such limited utility.  I mean, I don't see, and maybe she'll say that, how the incidents that are going to take place in June could somehow be related by whether or not Cassie's named by name in the apology video.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

It just seems so far afield that under 403 it should be kept out.  I don't know obviously what she's going to say about the later event.  So I suppose we can see and see who she really links it to.  And if there's a 403 objection, I'll make it at that time.

But I understand your Honor's point.  I think for now I'm going to ask that this be stricken with the record as it exists.  If it turns out there's something that's relevant to her testimony with this later incident, we'll see what that is, and we'll object if we think it's objectionable.

MS. COMEY:  Your Honor, understanding that Mr. Agnifilo is raising a privilege issue, I suppose I will not object to striking this because it is a privilege issue, and I want to honor that and respect that.  I may just replay the video when the witness comes back in and ask her a couple questions, not about her reaction to it, but about what she understands that he is talking about in the video so that the record is clear that he is talking about the CNN video, and then I will not ask any more followup questions, and we will move on.

If the video becomes relevant again, I will try to flag it in advance.  Hearing the privilege issues, I'm going to try to avoid it if I can.

THE COURT:  All right.  And you can just ask for a sidebar if you feel that you need to inquire into that.

P69Qcom6                    Jane - Direct

I will instruct the jury when they return to disregard the questions and answers relating to the witness's reactions to the Instagram video.

MS. COMEY:  Your Honor, just lines 13 through 19 of the page where this came up — do I have that right — after the media was played.  I just want to make sure it's precise so that we know what is struck.

THE COURT:  Fair enough.  Maybe just to be even more simple about it, I'll say there were some questions that were asked after the video from the Instagram account was played, and the jury should disregard the questions and answers that followed.

MS. COMEY:  Thank you, your Honor.  Then we'll play it again, and I'll ask just a simple question of what did you understand Sean was talking about here, and then I'll move on.

THE COURT:  All right.

MS. COMEY:  Thank you, your Honor.

MR. AGNIFILO:  Thank you, Judge.

THE COURT:  We'll come back in five now.

(Recess)

THE COURT:  Bring the witness back in.

(Continued on next page)

P69Qcom6                      Jane - Direct

(Witness present; jury present)

THE COURT:  Please be seated.

Welcome back, members of the jury.

Before the break, there was an Instagram video played. Then there were a few questions asked after the video was played.  You are to disregard those questions and the answers given to those questions.

With that, Ms. Comey, you may continue

MS. COMEY:  Thank you, your Honor.  I'm going to play the video one more time if it's all right.  That's Government Exhibit 9 A-102.

(Videotape played)

Q.  Again, when you saw that video on Instagram in May of 2023, what did you understand Sean was referring to throughout that video?

A.  I understood take was referring to the hotel footage of him assaulting Cassie.

Q.  And, Jane, what was the next time you saw Sean in person after you watched this video where he said he committed to be a better man?

A.  I saw him in June.

Q.  Do you remember the date?

A.  June 18.

Q.  2024?

A.  Yes.

P69Qcom6                         Jane - Direct

Q.  How do you remember that date specifically?

A.  Because it was a very terrible day.

Q.  I want to talk about that day now, okay?

A.  Yes.

Q.  Where did you see Sean on June 18, 2024?

A.  I saw him at our residence in Los Angeles.

Q.  Your home where he pays the rent?

A.  Yes.

Q.  What was the plan for you and Sean to do that night?

A.  It was just for us to spend time together and see each other, and just have kind of like a date night but in the house.

Q.  Where, if anywhere, had Sean told you he was coming to or coming from when he got to Los Angeles?

A.  I believe he was on a family trip in Utah.

Q.  Do you remember who, if anyone, came with Sean to your home to help set up for that night?

A.  I believe it was Jonathan.

Q.  Who's Jonathan?

A.  One of Sean's assistants.

        MS. COMEY:  Ms. Becker, would you please pull up what's been marked for identification as Government Exhibit 2A-314 just for the witness and the parties.

Q.  Jane, do you recognize the person in that photograph?

A.  Yes.

                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

Q.   Who's that?

A.   That's Jonathan.

Q.   How do you know him?

A.   I know him through Sean as Sean's assistant.

          MS. COMEY:  Your Honor, the government offers this
Exhibit in objection.

          MS. GERAGOS:  No objection.

          THE COURT:  2A-314 will be admitted (.

          (Government's Exhibit 2A-314 received in evidence)

Q.   What you do you remember Jonathan doing at your home on
June 18, 2024?

A.   I remember Jonathan came in and helped me stock up the
fridge and put some candles around the house, and decorate the
home with red lights and bringing in Sean's belongings and just
kind of helping me make the environment cozy.

Q.   From your perspective, was the plan to have an entertainer
come over that night, or no?

A.   No.

          MS. COMEY:  Can we take that down Ms. Becker, please.

Q.   Jane, what did you wear for this night with Sean at your
own home?

A.   I wore a long brown dress.

          MS. COMEY:  Can we please pull up what's in evidence
as Government Exhibit E-248.

Q.   What's this, Jane?

P69Qcom6                        Jane - Direct

A.   This is a photo of me in the house dressed up for Sean.

Q.   Is that the dress you wore that night for Sean?

A.   Yes.

        MS. COMEY:  We can take that down.

Q.   Jane, what do you remember from the beginning of that night
on June 18, 2024, the early part of the night?

A.   I remember just us seeing each other.  I had poured some
champagne for us.  I opened our back patio, which has a really
nice view, and I just remember we were just talking and walking
around the back yard, catching up and having together time.

Q.   Did you take any pictures during that time?

A.   Yes.

        MS. COMEY:  Ms. Becker, would you please pull up
what's in evidence as Government Exhibit E-247.

Q.   Do you recognize this?

A.   I do.

Q.   What is it?

A.   It's a photo of champagne and some glasses that I had set
up for me and Sean.

Q.   When did you set this up?

A.   I set this up before he arrived.

Q.   On what day?

A.   June 18.

        MS. COMEY:  Ms. Becker, would you now pull up
Government Exhibit E-250 and E-251 side by side.

                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

P69Qcom6                         Jane - Direct

Q.  What do we see here?

A.  I see Sean.

Q.  Where?

A.  In the back patio of the house.

Q.  Of your house?

A.  Yes.

Q.  Who took these pictures?

A.  Me.

Q.  When did you take these pictures?

A.  June 18.

Q.  Of 2024?

A.  Yes.

Q.  Is this during the earlier part of the night?

A.  Yes.

        MS. COMEY:  Ms. Becker, would you now please pull up what's in evidence as Government Exhibit E-258 and E-261 side by side.

Q.  Jane, what do we see here?

A.  It's a couple photos of Sean in the living area space, and I took a photo of the house with the candles lit.

Q.  Who took these pictures?

A.  Me.

Q.  When?

A.  On June 18.

Q.  In the left picture, what part of the house is Sean in?

P69Qcom6                         Jane - Direct

A.   I would say the hallway area.

Q.   And where does that hallway lead to?

A.   The front door.

Q.   And in the right picture, what part of the house is this?

A.   This is the kitchen.  This is where bar stools are and this is the counter space.

Q.   What do we see on the counter in this picture?

A.   A candle.

Q.   Why is the lighting here red?

A.   Because we had Jonathan set up lights all red, and Sean really liked red lights.

           MS. COMEY:  Can we please pull up now what's in evidence as Government Exhibit E-264 and E-265 side by side.

Q.   What are we seeing here?

A.   This is photos of Sean in the patio in the back patio with the view.

Q.   What's out past the patio?

A.   I would say the view and a bit of the back yard.

Q.   And to the left of both of these pictures, is that where the kitchen counter is?

A.   Yes.

Q.   And what day did you take these pictures?

A.   June 18.

Q.   2024?

A.   Yes.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Qcom6                        Jane - Direct

Q.  Did you also take some videos of Sean that night?

A.  Yes.

        MS. COMEY:  Ms. Becker, would you please play what's in evidence as Government Exhibit E-260.

        (Videotape played)

Q.  Who took that video?

A.  I did.

Q.  Who's in that video?

A.  Sean.

Q.  When did you take that video of Sean?

A.  June 18.

Q.  Of what year?

A.  2024.

Q.  At some point after you took that video, did you and Sean get into an argument?

A.  Yes.

Q.  About how long after you took that video did you and Sean get into an argument?

A.  I would say maybe 30 minutes later.

Q.  And before you got into that argument, what, if any, controlled substance or alcohol had you had?

A.  I had champagne and a little tequila.

Q.  What, if any, controlled substances or alcohol had you observed Sean take?

A.  Just the same, champagne and tequila.

P69Qcom6                          Jane - Direct

MS. COMEY:  We can take this down.  Thank you, Ms. Becker.

Q.  Jane, can you tell us how the argument between you and Sean started about 30 minutes after that video?

A.  I started confronting Sean about who he was with on his family trip, and --

Q.  His family trip to Utah that he'd just come back from?

A.  Yes.

Q.  What were you confronting him about?

A.  I just -- I was making an assumption that he was with another woman, and it just had really angered me, I think at this point in our relationship.  I just was bottling up a lot of resentment and anger towards him.

Q.  So what did you say to Sean?

A.  I said, "You're a pedophile."

Q.  Was the woman he was with -- that you believed he was with in Utah an adult?

A.  Yes.

Q.  Did you believe and understand that she was over the age of 18?

A.  Yes.

Q.  Why did you say he was a pedophile then?

A.  Because I felt that he was about, I don't know, 25, 27 years her senior, and that relationship just always rubbed me the wrong way.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Qcom6                        Jane - Direct

Q.  Is that a woman who was younger than you?

A.  Yes.

Q.  But still over the age of 18?

A.  Yes.

Q.  What else did you say to Sean?

A.  I just said -- I just remember calling him a pedophile.  I said, "If a girl can't buy her own drinks what makes you attracted to her?"

Q.  Why did you say, "If a girl can't buy her own drinks"?

A.  Because I believed when they started that she was younger than 21.

Q.  But over 18?

A.  Yes.

Q.  What was your tone of voice when you were starting this argument with Sean?

A.  I think it was getting heightened.

Q.  Were you angry?

A.  Yes.

Q.  And as you were getting angry, what happened next?

A.  He bent over, and I pushed his head on the counter.

Q.  When you say, "he bent over," where were you and Sean during this argument?

A.  We were sitting on the counter, kitchen counter.

Q.  Were you sitting at those tools we saw in one of those photographs earlier?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Qcom6                        Jane - Direct

A.   Yes.

Q.   And you said Sean was bending over.  What do you mean by that?

A.   Like he was about to tie his shoe.

Q.   As he bent over, what did you do?

A.   I pushed his head on the marble.

Q.   How hard did you push his head into the marble?

A.   I gave it a good shot.

Q.   After you pushed his head into the marble, at any point that night or any later day did you see any marks or injuries on his head where it had hit the marble?

A.   No.

Q.   What happened after you pushed his head into the marble?

A.   I just remember that I went to the master bedroom --

Q.   Jane, before you went to the master bedroom.

A.   Before that, I started throwing candles everywhere.  I started taking all the candles and started throwing it.  I started taking all the glass, and I started throwing it.

Q.   Why were you doing that?

A.   I was angry with him.

Q.   Why were you angry?

A.   It was a built up mix of everything that I was angry and hated him for it in the moment.

Q.   What were you saying to him as you were throwing these things?

P69Qcom6                          Jane - Direct

A.  I said, "I hate you."  I just kept saying that I hated him.

Q.  Did any of the glass hit Sean as far as you could see?

A.  I remember a lot of wax went on Sean, but I don't remember striking him with the glass directly.

Q.  When you say wax went on him, do you mean wax went on his clothing?

A.  Yes.

Q.  What did Sean say in response as you were throwing things at him?

A.  I can't recall, but I think he was probably cursing and calling me crazy.

Q.  Do you remember his tone of voice?

A.  Angry.

Q.  At some point, did you try to leave that living and kitchen area?

A.  Yes.

Q.  Why did you try to leave?

A.  Because I knew that things were going to escalate, so I just wanted to lock myself away.

Q.  Where did you go to lock yourself away?

A.  In the master bedroom.

Q.  Now, at that point before you locked yourself away, had Sean touched you at all?

A.  Not yet.

Q.  And at that point, what had Sean said to you that made you

feel like things were escalating?

A.  I just remember he was just calling me fucking crazy, and that I put my hands on him, and I just wanted to close the door behind me, and I was like "Just leave.  Just leave.  Just leave."

Q.  Who were you saying "just leave" to?

A.  Sean.

Q.  As you were saying "just leave," where did you go?

A.  I went into the master.

Q.  And in the master bedroom, what did you do with the door to the master bedroom?

A.  I locked it.

        MS. GERAGOS:  Objection.

        THE COURT:  Can you rephrase?

Q.  What, if anything, did you do with the door when you walked into the master bedroom?

A.  I locked it.

Q.  What happened after you locked the master bedroom door?

A.  He kicked it open.

Q.  Who kicked it open?

A.  Sean.

Q.  Where did you go after Sean kicked open your locked master bedroom door?

A.  I went into the master bathroom.

Q.  What did you do in the master bathroom?

P69Qcom6                          Jane - Direct

A.  I locked it.

Q.  You locked what?

A.  I locked the door.

Q.  The door from where to where?

A.  The bathroom door, and I closed it, and I was in the bathroom.

Q.  What were you saying as you locked the master bathroom door?

          MS. GERAGOS:  Objection.

          THE COURT:  Sustained.

Q.  Were you saying anything as you locked the master bathroom door?

A.  I just kept telling him to leave.

Q.  What happened after you locked the master bathroom door?

A.  He kicked it down.

Q.  Who kicked it down?

A.  Sean.

Q.  When you say "kicked it down," do you mean literally off the hinges or just open?

A.  Literally off the hinges.

Q.  What happened next?

A.  I went into my closet.

Q.  Is your closet a walk-in closet?

A.  Yes.

Q.  What did you do in your closet?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Qcom6                      Jane - Direct

A.   I locked my closet.

Q.   Your closet door?

A.   Yes.

Q.   What, if anything, were you saying as you locked your closet door?

A.   Just kept telling him to "Leave.  Just go.  Just leave. Just go."

Q.   Throughout this whole time, was Sean saying anything?

A.   I just remember him calling me crazy and then a few other things, but later on after that --

Q.   I'm focusing on when he kicked open your door.  What do you remember him saying then?

A.   I think I remember him saying like --

        THE COURT:  Ms. Comey, let's go on.

Q.   After you locked your closet door, what happened next?

A.   He kicked it down.

Q.   Who?

A.   Sean.

Q.   Where did you go next?

A.   I went all the way to the hallway area, and I was about to leave through the front door.

Q.   And what happened as you were about to leave through the front door?

A.   Sean kicked me from the back of my thigh, and then I fell down on my butt.  And then he picked me up in a chokehold and

                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

P69Qcom6                         Jane - Direct

choked me.

Q.  Who picked you up in a chokehold?

A.  Sean.

Q.  Can you explain to the jury how Sean put you in a chokehold?

A.  He put me in a chokehold on the ground, lifted me up, and I couldn't breathe, and I was on my tippy toes.

Q.  Did he lift you up by your neck?

A.  Yes.

Q.  After Sean lifted you up by your neck in a chokehold, what happened next?

A.  I went for the front door and --

Q.  Jane, how did you get through the front door if he had you in a chokehold?

A.  I just squirmed out of it and just was fighting his -- his -- his grip on my neck.  I was just trying to get out of his grip.

Q.  Now, Jane, before you got to the front hallway and before what you just described happened, had you changed clothes?

A.  Yes.

Q.  When?

A.  When I was in the closet.

Q.  So when you were in the closet with the door locked?

A.  Yes.

Q.  Why had you changed clothes?

P69Qcom6                         Jane - Direct

A.  Because I just knew that I needed to run away and get away.

Q.  Why did that require you to change clothes?

A.  Because my dress was too tight, and I wanted to make sure
that I just put something on to get away from the situation.

Q.  So what did you change into?

A.  A really big dress, a really big like daytime summer dress.

Q.  What was on your feet?

A.  At that point high heels.

Q.  So when you went out into the front hallway and Sean kicked
you and put you in a chokehold, what were you wearing?

A.  I was wearing the looser dress.  My heels were coming off,
and I unstrapped my heels, and I made it to the front door, and
I just wanted to run and just get away from him because I
didn't want to wake up the neighbors.

Q.  Where did you run to?

A.  I was barefoot, and I ran to this that I knew he wouldn't
find me at.

Q.  About how far away from your house is this wall?

A.  I would say like maybe six blocks or so.

Q.  You ran that whole way.  What were you wearing?

A.  I was barefoot in a dress.

Q.  What did you have with you?

A.  Nothing.

Q.  Why did you have nothing with you?

A.  I just needed myself.  I just needed to get away.

P69Qcom6                        Jane - Direct

Q.   How long did you hide by this wall?

A.   Two hours.

Q.   Are you estimating?

A.   Yes.

Q.   Did you have any way of telling time?

A.   No.

Q.   Did you have any way of calling anyone?

A.   No.

Q.   What did you do after you'd hid for what felt like approximately two hours?

A.   I went on a really long way back to our residence, and I was -- like I walked like half a mile or so in the middle of the night, and I was just walking back thinking that he wasn't going to be there, and I thought that within that timeframe he'd be gone by now.

Q.   Who would be gone by now?

A.   Sean.

Q.   What did you see when you got back to your house?

          MS. GERAGOS:  Objection.

          THE COURT:  Grounds?

          MS. GERAGOS:  Assumes facts not in evidence.

          THE COURT:  Ms. Comey, could you take maybe a step back?

Q.   When you got back to your house, what, if anything, did you see?

P69Qcom6                    Jane - Direct

A.   When I turned the corner, I saw Sean walking towards me.

Q.   Where was Sean?

A.   On the street, our street.

Q.   How did you react when you saw Sean?

A.   I was scared, but I was quiet, and I just kept walking back to the house because I didn't want to wake up the neighbors and cause a scene on the street.

Q.   When you went back into the house, where did you see Sean go?

A.   I remember I went to the guest bedroom, and I locked that door too.

Q.   What happened when you locked that door?

A.   He kicked it in.

Q.   Who kicked it in?

A.   Sean.

Q.   After Sean kicked in the guest bedroom door, what do you remember happening next?

A.   I just remember there was just more glass throwing, candle throwing, and --

Q.   Who was throwing glasses and candles?

A.   Me.

Q.   Why were you throwing glasses and candles at Sean?

A.   I wanted him to get away from me.

Q.   What were you saying to Sean as you threw things at him?

A.   That I hated him.

P69Qcom6                    Jane - Direct

Q.   What do you remember happening next?

A.   I remember somehow, I don't know, I got his phone, and I called the girl.

Q.   Now before you got his phone, Jane.

A.   Yeah.

Q.   Before you got Sean's phone, did you go outside on to the patio with Sean?

A.   I did.

Q.   What happened out on the patio?

            MS. GERAGOS:  Objection.  Leading.

            THE COURT:  A very brief sidebar.

            (At the sidebar

            (Continued on next page)

P69Qcom6                          Jane - Direct

THE COURT:  So some of these objections, like the last one, are asking for very small adjustments to the questions, as I think your refined question reflected.  But I think the reason why the objections are being raised is because this is a situation where it is very important to be hyperaware of these rules about leading questions.

And so I take it that the objection is that there was no reference to the patio, and that was part of the question and so that was the nature of the objection.

MS. GERAGOS:  That's right.  We both know what the witness is going to say happened about the fight, but, for example, coming back to the house, she should have to -- she should say what happened next.  Then she saw him at the house.  Not assuming that he was at the house and not assuming what happened on the back patio.  The witness can answer the chronologically -- the story down chronologically without leading her there.

MS. COMEY:  Your Honor, respectfully, if I may, this is a very traumatic event for this witness to remember.  I am not trying to lead this witness in asking what did she see.  I am not assuming it is Sean Combs.  It could being anything.  It could be she saw balloons outside of her house.

I'm trying to guide this witness in as non-leading a way as possible through an extremely traumatic memory.  I am not trying to feed this witness any lines.  I am not trying to

P69Qcom6                        Jane - Direct

feed this witness any words.  I am, however, trying to help her

relive an extremely traumatic memory.

THE COURT:  To be very clear, I have not seen anything

that crosses any kind of line.  I want to make sure we're on

the same page as to the nature of the question.  I think it's a

couple questions at various intervals, that's it.

(Continued on next page)

P69Qcom6                         Jane - Direct

(In open court)

THE COURT:  Ms. Comey, you may proceed.

MS. COMEY:  Thank you, your Honor.

BY MS. COMEY:

Q.  Jane, just yes or no.  At some point after you got back to the house, did you and Sean end up out on the patio?  Just yes or no.

A.  Yes.

Q.  Do you remember how you ended up back out on the patio?

A.  Just ran over there.

Q.  Who ran over there?

A.  I did.

Q.  And then after you ran over there, what happened?  After you ran over there, what did Sean do?

A.  I remember that I punched him, and then he punched me.

Q.  Let me break that down, if that's okay.

You said you punched Sean.  Where did you punch Sean?

A.  I think around his temple or forehead.

Q.  At any point that night or any night thereafter, did you see any injuries on Sean where you had punched him?

A.  No.

Q.  Why did you punch him?

A.  I was angry with him.

Q.  Do you remember what you said as you did that?

A.  I said, "I hate you."

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Qcom6                    Jane - Direct

Q.  What did Sean do after you punched him?

A.  After that, I remember I ran into the back yard and just kept saying, "Leave me alone," and I went into a deep part of the back yard where I just kind of fell and just started to kind of curl up, and I just kept asking him to like leave and go.

Q.  Jane, I want to break that down a bit.  I want to make sure I have the timeline right.

You punched him, is that right?

A.  Yes.

Q.  And then immediately after you punched him, while you were still on the patio, what, if anything, did Sean do to you?

A.  He punched me.

Q.  Where did Sean punch you?

A.  In the head.

Q.  How many times do you remember Sean punching you in the head?

MS. GERAGOS:  Objection.

THE COURT:  Rephrase.

Q.  You said he punched you.  Did he punch you once or more than once?

A.  More than once.

Q.  How many times did he punch you?

A.  Twice.

Q.  Where did he punch you each time?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Qcom6                          Jane - Direct

A.  On my forehead and around my eye area.

Q.  After Sean punched you, where did you go?

A.  I went to the back yard.

Q.  What did you do when you went into the back yard?

A.  I just kind of like balled up in like a -- I just went into a ball.

Q.  A ball where?

A.  In the back yard, just I went into a ball in myself.  I was trying to like cover my head.

Q.  When you say you were in a ball and trying to cover your head, can you explain in a little more detail where you were in the back yard?

A.  Just all the way deep in the back yard, like all the way down in the back yard.  It's a very like long, narrow yard, and I was all the way down, so it's like you have to run all the way down there.

Q.  Were you standing up?  Sitting on something?  On the ground?  Where were you?

A.  I was on the ground in the grass area.

Q.  And what were you trying to cover?

A.  My head and my face and my body.

Q.  What did Sean do as you were on the ground in a ball trying to cover your face and your head?

A.  He started punching my head.  He started kicking me.  He started saying all kinds of things and just kept punching

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Qcom6                         Jane - Direct

and --

Q. What do you remember Sean saying as he was punching you?

A. That I was trying to take him away from his kids and his family.

Q. What were you saying in response?

A. I said, "No, I'm not. Just leave me alone. Just leave. Please stop."

Q. Now, Jane, I want to make sure I have this right.

Did you say that he punched you and kicked you while you were in that ball?

A. Yes.

Q. About how many times do you remember him punching you while you were balled up on the ground?

A. Several.

Q. I'm sorry?

A. Several times.

Q. And about how many times do you remember him kicking you while you were balled up on the ground?

A. Not as many times, but I felt there was all of that going on, and then he just grabs me by my arm and my hair and just starts dragging me back to the house.

Q. Jane, were you still barefoot?

A. Yes.

Q. Was Sean wearing shoes when he kicked you?

A. Yes.

P69Qcom6                        Jane - Direct

Q. You said he grabbed you.  Where did he grab you?

A. By my hair.  By my arm.

Q. And after Sean grabbed you by your hair and your arm, what did he do next?

A. Started dragging me back into the house.

Q. What was Sean saying as he dragged you by your hair and your arm back too the house?

A. Just saying that I was fucking crazy.

Q. What were you saying to him as this was happening?

A. Just kept saying, "Leave me the fuck alone.  Leave me the fuck alone.  Just leave.  Just leave."  And I just kept saying that I hated him.

Q. Where did Sean end up dragging you?

A. I just remember after this, it was like around my master bedroom, around the bathroom area and --

Q. Jane, after you got back into the house, what, if any, phone calls did either you or Sean make?

A. I took his phone, and I ended up calling the girl that I assumed he was with.

Q. Whose phone did you take?

A. Sean's.

Q. Do you remember how you got his phone?

A. I think I just saw it, and I grabbed it.

Q. Do you remember where you saw it?

A. I think it was just lying around somewhere.  I can't recall

P69Qcom6                          Jane - Direct

exactly where.

Q.  Why did you call this girl that you believed Sean was with?

A.  I was just angry and fuming.

Q.  What happened when you called this girl?

A.  I just remember I asked her if she was on this trip, and she started saying really insulting things back and --

Q.  Was the call on speaker?

A.  Yes.

Q.  What happened as you spoke with this woman on the phone?

A.  Sean was holding me down and making me listen to her insults.

Q.  I want to break that down.

        You made the phone call, is that right?

A.  Yes.

Q.  So did you have the phone in your hand at that point?

A.  At that point, yeah.

Q.  As you were holding the phone in your hand, what did Sean do?

A.  He held me down, and the girl was just saying insulting things.

Q.  And at that point where was the phone?

A.  In Sean's hand.

Q.  When you say Sean was holding you down, where was he holding you down?

A.  On the ground.

P69Qcom6                        Jane - Direct

Q.  Do you remember where you were?

A.  I think it was my bedroom.  Just in that moment I just remember more so the feeling, and I just feel wood.

Q.  What do you remember happening as Sean was holding you down and the girl was on speaker phone and the phone is in his hand?

A.  I just wanted to get away from his like grip, and so I yelled out and said --

Q.  What did you say?

A.  I said -- I told her to shut up and that he was beating my ass right now.

Q.  When you said he was beating your ass right now, who are you referring to?

A.  Sean.

Q.  What did Sean do after you said, "He's beating my ass right now"?

A.  He immediately hung up.

Q.  What, if any other, phone calls do you remember either you or Sean making in the house?

A.  I remember he FaceTimed Jonathan.

Q.  Who FaceTimed Jonathan?

A.  Sean.

Q.  Where do you remember being when Sean FaceTimed Jonathan?

A.  In the corner of the room.

Q.  Of which room?

A.  My master bedroom.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

Q. And where do you remember Sean being when he FaceTimed Jonathan?

A. Right in front of me.

Q. What do you remember happening when Sean FaceTimed Jonathan?

A. I just remember him saying, "Tell this girl that I wasn't with no girl on my family trip."

Q. Who said that?

A. Sean.

Q. To who?

A. Jonathan.

Q. Do you remember anything else from that call?

A. I just remember later on --

Q. Not later on. Just focusing on in that moment, do you remember anything else?

A. No.

Q. After Sean FaceTimed Jonathan, what do you remember happening next?

A. I went into the shower.

Q. Why did you go into the shower?

A. Just wanted to cool off.

Q. When you went into the shower. Who went with you?

A. Sean.

Q. So what were you doing in the shower?

A. I was just trying to wash up and just cool off, but I --

P69Qcom6                         Jane - Direct

Q.  Hold on one second.

        Jane, when you went into the bathroom, did you get a look at yourself in the mirror

A.  Yes, I did.

Q.  What did you see in the mirror?

A.  I saw two golf ball sizes on my forehead, really big.

Q.  Golf ball size what?

A.  Welts on my head and a black eye that was forming.

Q.  Where were those injuries in relation to where Sean had punched you?

A.  It was exactly where he had punched me.

Q.  At this point in the night or any time thereafter, did you see any injuries on Sean where you hit him?

A.  No.

Q.  How do you compare in size to Sean, Jane?

A.  I'm smaller than Sean.

Q.  When you were in the shower, what were you wearing?

A.  I was naked.

Q.  Where was Sean when you were naked in the shower?

A.  In the shower with me by the door.

Q.  Was he under the water?

A.  No.

Q.  What was he wearing?

A.  Pants.

Q.  What happened while you were in the shower and Sean was

P69Qcom6                       Jane - Direct

standing there with pants on as well?

A.   He started slapping me, smacking me really hard in my face.

Q.   How many times do you remember Sean slapping you in your face while you were in the shower?

A.   Three times.

Q.   What do you remember happening each time?

A.   Losing my balance and then finally falling.

(Continued on next page)

BY MS. COMEY:

Q. What do you remember happening each time?

A. Losing my balance and then finally falling.

Q. Falling to where?

A. The ground.

Q. Of the shower?

A. Yes.

Q. What were you saying as this was happening?

MS. GERAGOS:  Objection.

MS. COMEY:  If any -- I'll rephrase.

Q. Jane, what, if anything, were you saying as this happened?

A. I was calling him a bitch and that I hated him.

Q. You were saying that to who?

A. Sean.

Q. And what, if anything, was Sean saying while this happened?

A. I can't remember, but I'm sure he was --

Q. I don't want you to guess.

After you finished the shower, what do you remember happening next?

A. I remember just being so exhausted and I just remember just sitting there, just in the towel, and I was just so exhausted and just so tired.  And then Sean said just put some ice on it and put an outfit on.

Q. When Sean said put some ice on it, what did you understand he was referring to?

P69Wcom7                         Jane - Direct

A.   The welts on my head.

Q.   And when Sean said put an outfit on, what did you understand he was telling you to do?

A.   He wanted me to put lingerie and high heels on.

Q.   How did you respond?

A.   I did that.

Q.   What happened after you iced your welts and put a lingerie outfit and heels on?

A.   I remember we're in the living room and I remember he's using my phone to play pornography.

Q.   Who was using your phone?

A.   Sean.

Q.   What do you remember happening next?

A.   I remember he started texting Antoine.

Q.   Using what?

A.   My phone.

Q.   Who was texting Antoine using your phone?

A.   Sean.

Q.   How were you able to tell that he was doing that?

A.   Because my phone was screen mirrored to the television.

Q.   What did you see Sean texting Antoine?

A.   Hey, what are you doing, something like that.

Q.   What do you remember happening next?

A.   I remember that Sean started just scrolling up and started reading me and Antoine's messages.

P69Wcom7                        Jane - Direct

Q.   And what did you see on the screen as Sean scrolled up?

A.   Sean saw a message from Antoine and I where Antoine is saying hello, asking me how I'm doing.  I said I'm good.  How are you?  And Antoine was saying that he was good and that he had been spending some time with our, quote, mutual, quote, friends lately.

Q.   Now, Jane, when you received that message from Antoine referencing your, quote, mutual friends, who did you understand Antoine was referring to?

A.   I understood that Antoine was referring to the couple that had the Vegas birthday party.

Q.   In January of 2024?

A.   Yes.

Q.   Had you told Sean about going to that birthday party and seeing Antoine there?

A.   No.

Q.   Why not?

A.   I just -- we were on a break, and I just felt like it was unnecessary to talk about that.

Q.   How did Sean react when he saw the message from Antoine referencing a mutual friend?

A.   He said, what is this message, mutual friend?  Who is the mutual friend?  You guys don't have mutual friends.

Q.   What did you say in response?

A.   I said it was nothing.  I don't know.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom7                        Jane - Direct

Q.  Why did you lie?

A.  Because I didn't want to escalate the night that had already escalated so intensely.  I didn't need something else to escalate it further.

Q.  What do you remember happening next?

A.  I remember what happened next was next thing I know I'm -- I'm getting ready to get in my car to open the gate for Antoine.  Antoine comes.

Q.  Let me pause you there, Jane.

Why did you need to get in your car to open the gate for Antoine?

A.  Because my car has a transponder for the residence side of the gate where I can bring Antoine into.

Q.  How did you know that Antoine had arrived and that you needed to go open the gate?

A.  Because there was text messages that were exchanged that basically invited him over, and then Antoine messages that he was here.

Q.  Did you have Antoine's contact saved in your phone?

A.  Yes.

MS. COMEY:  Can we please pull up what's in evidence as Government Exhibit 3R-122 and 3R-123 side by side.

Q.  Jane, do you recognize these?

A.  I do.

Q.  What are they?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom7                        Jane - Direct

A.  They're Antoine's contact number.

Q.  Are these screenshots of your contact entries for Antoine in your phone?

A.  Yes.

Q.  Why do you have two?

A.  I believe at one point he had one number and then another moment in time he had a different number.

Q.  And on the right, whose picture do we see above the contact on the right?

A.  Antoine's.

        MS. COMEY:  We can take those down.  Thank you.

Q.  If you were already in a lingerie outfit, why were you getting in your car to go open up the gate for Antoine?

A.  Because I would have to -- I was just trying to be in something like a hoodie and sweats to drive and just bring him in.

Q.  After Antoine arrived, what do you remember happening next?

A.  I remember it was just really awkward and I wasn't really myself at all, and --

Q.  Jane, I'm sorry.  I forgot to ask you, before Antoine arrived, what, if any, conversation did you have with Sean about him texting Antoine?

A.  I said you text him?  Why would you text him?

Q.  How did he respond?

A.  He said because we're not going to end the night like this.

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

You're not going to ruin my night like this.

Q. And what did you say in response?

A. I didn't.

Q. Before Antoine came, did you do anything to cover up your injuries on your face?

A. Yes. I put makeup on my injuries and I put my hair down and pushed it to the side so you couldn't see the bruising or the welts too much.

Q. Did you have your hair cover the side of your face that was injured?

A. Yes.

Q. What, if any, conversation did you have with Sean about taking those steps to cover up your injuries?

A. He said just put some makeup on and put your hair to the side. You'll be fine.

Q. Who said that?

A. Sean.

Q. And did you do that?

A. Yes.

Q. So when Antoine arrived, what was on your injuries?

A. Makeup.

Q. And how was your hair styled?

A. I put it down and I put it right over my face.

Q. And what was the lighting like in the home when Antoine arrived?

A.   It was around dawn time, so it was just kind of gray, and when we were in my master, I remember the lights were, like, blue and purple.  I can't remember.

Q.   After Antoine arrived at your house, what do you remember happening next?

A.   I remember that I greeted Antoine and I just tried to be polite and nice and just ask him how his day was and try to make small talk.  But I could see Sean in the room just giving me this really evil stare, that he just gave me this really evil stare and he was, like, I need to talk to you.

Q.   After Sean said I need to talk to you, what did you do next?

A.   We went into the guest bedroom.

Q.   Who went into the guest bedroom?

A.   Sean and I.

Q.   And from the guest bedroom, were you able to hear what's happening in the master bedroom?

A.   No.

Q.   What happened when you and Sean were in the guest bedroom?

A.   He said that me and Antoine's text exchange wasn't sitting well with him and he wants to know who this mutual friend is and that me and Antoine did not share mutual friends, and so what was this text about mutual friend?

Q.   How did you respond?

A.   At that point I just said forget it.  I'm just going to say

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom7                          Jane - Direct

it, say everything, and I told him that in January I went to a
birthday party with this other rapper and his girlfriend and my
friend and that we all had a great time and that at the end of
the night I saw Antoine and then after that I saw Antoine in a
hotel room having sex with somebody but that I did not do
anything, and I emphasized that there was no sexual conduct, no
sexual anything between me or anyone on that trip and that
nothing happened.  And I just said exactly what happened.  And
I told him the truth.

Q.  How did Sean respond?

A.  I feel like his heart sank and he just was like I can't
believe what you're telling me right now, like could you
just -- do you have this porn star having something over on me?
Did you just cheat on me?  Did you just -- did you just slip
away from us, like, what are you doing, like you have this porn
star who has something over me.

Q.  How did you respond?

A.  I was just quiet.

Q.  What do you remember happening next?

A.  I remember we go back in the room and I just tried my best
to just kind of --

Q.  Jane, before we talk about what happened in the room, at
any point after the violence started, did you take any drugs?

A.  Yes.

Q.  When in the night did you take drugs?

P69Wcom7                          Jane - Direct

A.  Right around this time.

Q.  Can you tell us how that happened?

A.  Sean pulls me into the bathroom.  While we were with Antoine, he kind of excuses me and him, and me and Sean go in the bathroom and --

Q.  Let me pause you.

So at that point where is Antoine?

A.  He's, like, in the living room part of the master bedroom.

Q.  And are you in the bathroom with the door closed?

A.  Yes.

Q.  Is the door able to close after Sean had kicked it earlier?

A.  It's just closed but not securely.

Q.  So it didn't latch all the way?

A.  Yes.

Q.  While you were in the bathroom with Sean, what do you remember happening?

A.  I remember him opening his hand with a pill in it, and he said take this fucking pill.  Take this fucking pill.  You're not going to ruin my fucking night.  You better go out there. You're not going to ruin my fucking night.  Get out there. Suck his dick.  Fuck him.  I don't care, just you're not going to ruin my fucking night.

Q.  How did you respond?

A.  I said I don't want to, I don't want to, I don't want to.

Q.  What did Sean say when you said I don't want to?

P69Wcom7                         Jane - Direct

A.  He said then is this coercion?  And I just looked at him.

Q.  What was Sean's tone and facial expression when he said is this coercion?

A.  Just -- he just looked at me.  I just remember just him right in my face, just, just telling me -- just really close to my face.

Q.  About how far from your face was Sean's face at this time?

A.  Like an inch away.

Q.  What was his tone of voice?

A.  Forceful.

        MS. GERAGOS:  Objection.

        THE COURT:  Overruled.

BY MS. COMEY:

Q.  After Sean said is this coercion and you didn't say anything in response, what did Sean say next?

A.  He didn't say anything.  We just went back out to the bedroom.

Q.  Before you went back out to the bedroom, what happened to the pill that Sean had held out in his hand?

A.  I consumed it.

Q.  What was it?

A.  Ecstasy.

Q.  After you took the ecstasy, what happened next?

A.  I had -- I had to perform oral sex on Antoine.

Q.  For how long did you have to perform oral sex on Antoine?

                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

P69Wcom7                        Jane - Direct

A.   It just felt like forever.

Q.   Where was Sean while you were performing oral sex on Antoine?

A.   Watching.

Q.   Do you remember what he was doing?

A.   Just watching.

Q.   How did you feel while you were in that room?

A.   I just felt sick.  I just felt like I wasn't even in my own body.  I just felt disgusted.  I just felt terrible.

Q.   How did that sexual encounter with Antoine end?

A.   When he finished.

Q.   When who finished?

A.   Antoine.

Q.   After Antoine finished, what do you remember happening next?

A.   I just remember that I just excused him and I was trying to put on a good face, and I said that I would be in touch with him and he left out.

Q.   Jane, throughout your interactions with Antoine on this night, did you tell him about any of the violence that had happened earlier?

A.   No.

Q.   Why not?

A.   It's not something I would do.

Q.   Before Antoine left, what, if any, conversation did you

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom7                        Jane - Direct

have with him about money?

A.   I said that, not to worry and that I would send him something later.

Q.   Do you remember where Sean was when you told Antoine you would send him something later?

A.   I believe Sean was in the room, and I believe I was in the hallway saying goodbye to Antoine.

Q.   After Antoine left, what do you remember happening next?

A.   I just remember Sean started getting dressed and immediately just started saying all kinds of horrible things to me.

Q.   What do you remember Sean saying to you?

A.   He just said, like, I can't believe you cheated on me.  I can't believe you went outside of us.  I can't believe you went outside of what we have with this porn star, and he --

Q.   What did you understand Sean was referring to?

A.   I understood that he was trying to reference that we were part of some sort of lifestyle and that I betrayed him by being a part of someone else's lifestyle moment, this porn type of thing.

Q.   Referring to the other rapper?

A.   Yes.

Q.   For about how long did Sean say those kinds of things to you?

          MS. GERAGOS:  Objection.

THE COURT:  Can you rephrase just to be a little clearer.

BY MS. COMEY:

Q.  How long do you remember -- well, let me back up.

Was this a conversation where you were talking back and forth, or was Sean just talking at you?

A.  I remember I just had sat down on the couch and I just remember he was just walking in circles and being really upset.

Q.  And so, Jane, were you saying anything, or were you quiet?

A.  I was just quiet.

Q.  And was Sean saying things?

A.  Yes, so many things.

Q.  And for how long did that go on, where you were sitting quietly and Sean just kept saying things?

A.  Like two hours.

Q.  Do you remember what he said to you over those two hours?

A.  He said that any, any hope for us to ever even be in a relationship or anything is dead and that I was a whore and I was a cheater and I left this house and he pays for it and I went with them and I hung out with them.  And he just kept saying all those same things over and over and over again, just kept saying that I was just, like, terrible.

Q.  How did this end?

A.  His security finally came and picked him up.

Q.  Do you remember who from Sean's security came to pick him

P69Wcom7                        Jane - Direct

up?

A.   I believe it was J9.

Q.   And by this time, was it the morning of June 19?

A.   Yes.

Q.   So did this whole night span from the evening of June 18, 2024, into the morning of June 19, 2024?

A.   Yes.

Q.   What did you do after Sean left?

A.   I remember I just laid down and I just started crying and crying.  I just cried.  I just cried until I just fell asleep.

Q.   At some point after Sean and Antoine had left, did you speak with Antoine again?

A.   Yes.

Q.   Do you remember about how long after Antoine left you spoke with him again?

A.   I can't remember how long, but maybe sometime a little while after Sean left.

Q.   How did you speak with Antoine?

A.   Through text message.

Q.   What do you remember discussing with Antoine?

A.   I remember I told Antoine that there would be a package with money that I would Uber him.

Q.   Where did you get the money to Uber to Antoine?

A.   Sean sent Jonathan and security to send money to me for Antoine.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom7                         Jane - Direct

Q.  Who's Jonathan?

A.  One of the assistants.

Q.  One of whose assistants?

A.  Sean's.

Q.  And you said security.

    Who from security do you remember coming with money?

A.  I think Faheem.

Q.  Remind us who Faheem is.

A.  Sean's head security.

Q.  Had Faheem ever brought money to Sean in front of you before?

A.  Yes.

Q.  About how many times?

A.  Maybe just a few.  I can't remember too many.

Q.  In what context do you remember Faheem bringing Sean money in front of you in the past?

A.  During hotel nights.

Q.  Do you remember how much money Jonathan and Faheem brought you?

A.  I think it was around ten or $12,000.

Q.  In cash?

A.  Yes.

Q.  What was your understanding of what that money was for?

A.  I understood that it was for Antoine and for the damages in the house.

Q.  What damages in the house?

A.  On the doors.

Q.  How many doors were damaged in your home?

A.  Four.

Q.  What did you do with part of that money?

A.  I gave it to Antoine -- I sent it in an Uber to Antoine.

Q.  Do you remember how much money you sent in an Uber to Antoine?

A.  I can't remember.  Maybe three or four.

        MS. GERAGOS:  Objection.

        MS. COMEY:  I can rephrase, your Honor.

Q.  Jane, do you remember approximately how much you sent to Antoine?

A.  I think it was, maybe, roughly three or 4,000.

        MS. GERAGOS:  Objection.

        MS. COMEY:  I'm asking for an approximation, your Honor.

        THE COURT:  Wait.  Hold on.

        Grounds.

        MS. GERAGOS:  She said she doesn't know, your Honor.

        THE COURT:  That's overruled.  You got an answer, Ms. Comey.

BY MS. COMEY:

Q.  Jane, how did you get that money to Antoine?

A.  I scheduled an Uber for it and I put it in a package and I

P69Wcom7                        Jane - Direct

sent it to Antoine.

Q.   What kind of package?

A.   I put it in a bag, and I just kind of put paper on it.

        MS. COMEY:  Ms. Becker, would you please pull up what's in evidence as Government Exhibit E-266.

Q.   Jane, what's this?

A.   This is a photo that I sent Antoine that there was money in this bag and that it would be in an Uber.

Q.   When did you take this picture?

A.   I took it June 19.

Q.   2024?

A.   Yes.

Q.   And why did you take a picture of it?

A.   Because I wanted to send it to Antoine to make sure that he knew that it was coming.

        MS. COMEY:  Now, Ms. Becker, would you please pull up what's in evidence as Government Exhibit E-267 and E-268.

Q.   Jane, what do we see here?

A.   This is an Uber, and I was trying to take a photo of the license plate.

Q.   Why?

A.   Because I wanted to make sure that I had the license plate of this car that had money in it.

Q.   So is this the Uber that you put the bag that we just saw into for Antoine?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

A. Yes.

MS. COMEY: We can take these down. Thank you.

Q. What happened to the rest of the money that Faheem and Jonathan dropped off for you?

A. I was just saving it for the doors.

Q. Did you end up keeping it?

A. Yes.

Q. At some point did you speak with Antoine again?

A. Yes, I did.

Q. About how long after you Ubered him this money did you speak with Antoine again?

A. I would say sometime a couple weeks later, so --

Q. We'll talk about that in a minute.

First, did you end up repairing your doors?

A. I did not.

Q. Why not?

A. Because there were so many other bills to take care of with that money, and we just -- I've just never gotten around to it.

Q. Did you ever try to get an estimate for the door repair?

A. I tried to email a few places, but the doors are really hard to replace.

MS. COMEY: Ms. Becker, would you please pull up what's in evidence as Government Exhibit 3R-101.

Q. Jane, do you recognize this?

A. I do.

P69Wcom7                        Jane - Direct

Q.   What is it?

A.   This is an email between me and a door supplier.

Q.   What's the date that you sent this?

A.   August 27.

Q.   Of 2024?

A.   Yes.

Q.   Can you please read what you wrote beneath "hi" and the name of the person you were contacting?

A.   I said:  Hi, Stephanie.  We spoke yesterday about seeing if we could source these same exact doors -- size, look and height; also their handles.  I hope it's possible.  The measurements vary, and I'll try and get exact measurements, but it's kind of hard.  I need to find a ladder.  Hopefully you have the inventory.  There are four doors that need to be replaced fully.  Thank you.

Q.   What did you attach to this email?

A.   Attached images of the doors that needed to be sourced.

        MS. COMEY:  Can we go to the next page of the exhibit, please, Ms. Becker.

        And the next page, please.

Q.   What do we see here?

A.   This is the guest bedroom door.

        MS. COMEY:  Can you zoom in, please, Ms. Becker, on the bottom half of the door.

Q.   Jane, what do we see in this photo?

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

P69Wcom7                          Jane - Direct

A.  We see that this is -- this door is punctured by a kick.

Q.  Who kicked that door?

A.  Sean.

          MS. COMEY:  Let's go to the next page, please.

          Can you zoom in on the door handle here.

Q.  What do we see here?

A.  This is the closet door.

Q.  What, if any, damage do we see in this picture?

A.  Where on the door handle what is damaged.

Q.  What caused that damage?

A.  A kick.

Q.  By whom?

A.  Sean.

          MS. COMEY:  Can we go to the next page, please.

          Can we zoom in on the door handle, please.

Q.  What do we see here?

A.  Damage inside of the closet handle.

Q.  What caused the damage?

A.  Sean's kick.

          MS. COMEY:  Let's go to the next page, please.

          Can you zoom in around the door handle, please.

Q.  What do we see here?

A.  This is the bathroom door.

Q.  What damage do we see?

A.  Damage from a kick.

P69Wcom7                        Jane - Direct

Q.   Whose kick?

A.   Sean's kick.

MS. COMEY:   We can take this down.  Thank you, Ms. Becker.

Q.   Jane, did you take other pictures of the damage to these four doors?

A.   Yes.

Q.   Why?

A.   I was just trying to take pictures of the doors for the door suppliers.  I wanted them to have the exact door and also the handle, that specific handle.

MS. COMEY:   Ms. Becker, would you please pull up what's in evidence as Government Exhibit 3R-104 and go to pages 1 and 2.

Q.   Jane, what do we see on the left here?

A.   This is the master bedroom door.

Q.   And what do we see on the door, on the inside of the door?

A.   The thing that's supposed to be inside is off.

MS. COMEY:   Can we zoom in on the metadata on the right, please, and look at date taken.

Q.   Jane, when did you take this photo?

A.   I took it June 28, 2004.

Q.   Excuse me?  2004?

A.   Yes.

Q.   Jane, I think you said 2004.  Was that right?

P69Wcom7                         Jane - Direct

A.   Oh, I'm so sorry.

     I took it June 28, 2024.

          MS. COMEY:   Let's go now, please, to Government
Exhibit 3R-106 and 3R-107 side by side, please.

Q.   Jane, did you take these pictures the same day as the last
one we just looked at?

A.   Yes.

Q.   What are we seeing here?

A.   This is a photo of the damage on the closet door.

          MS. COMEY:   Ms. Becker, can we now please go to what's
in evidence as Government Exhibit 3R-108 and 3R-109 side by
side.

Q.   Jane, what are we seeing here?

A.   This is the master bathroom door.

Q.   Did you take these photos the same day as the others we
just saw?

A.   Yes.

          MS. COMEY:   Can you please pull up, Ms. Becker, what's
in evidence as Government Exhibit 3R-110.

Q.   Jane, what are we seeing here?

A.   This is the damage done to the bathroom door.

Q.   What caused that crack down the middle of the door?

A.   The kick.

Q.   Whose kick?

A.   Sean's kick.

MS. COMEY:  Can we please put up what's in evidence as Government Exhibit 3R-111 and 3R-112 side by side.

Q.  Jane, what do we see here?

A.  This is an image of the guest bath -- the guest bedroom door.

Q.  What caused that crack we see?

A.  From the kick.

Q.  Whose kick?

A.  Sean's kick.

Q.  Did you take all of these photos on the same day in June of 2024?

A.  Yes.

MS. COMEY:  Let's go now, please, to what's in evidence as Government Exhibit 3R-113.

Q.  What do we see here?

A.  This is the same door.

Q.  From a different angle?

A.  Yes.

MS. COMEY:  Let's go now, please, to Government Exhibit 3R-114.

Q.  What do we see here?

A.  Damage on the same door.

Q.  The same door?

A.  Yes.

Q.  What caused the crack down the middle?

A.   The kick.

Q.   Whose kick?

A.   Sean's kick.

           MS. COMEY:  Can we please pull up what's in evidence as Government Exhibit 3R-117 and 3R-118.

Q.   What do we see here?

A.   Damage from -- damage on the guest bedroom door handle.

Q.   What caused the damage?

A.   The kick.

Q.   Whose kick?

A.   Sean's kick.

Q.   Did you take all of these photos on the same day in June of 2024?

A.   Yes.

           MS. COMEY:  We can take these down.  Thank you.

Q.   Jane, after June 18th and 19th of 2024, when is the next time you saw Sean in person?

A.   Just a couple days later.

Q.   How did you end up seeing him a couple days later?

A.   Because I just missed him so bad.

Q.   How did you end up seeing him?

A.   We were both messaging each other about the night and our feelings and just how awful we were both feeling, and he was just saying the same thing over and over and over again and I was saying the same thing over and over again, and we just

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

P69Wcom7                         Jane - Direct

decided to see each other.

Q.  You said he was saying the same thing over and over again. What was he saying?

A.  He just kept saying again about how I went outside of him, that I cheated on him, that what I did was so wrong and that -- I don't know, just making me feel terrible.

Q.  And you said you were saying the same thing over and over again.  What were you saying?

A.  I just said that I was super sorry and that I love him and that nothing happened, and I just kept apologizing and just trying to comfort and console him.

Q.  What were you apologizing for?

A.  I was just apologizing for going up to the hotel room and being there with these people.

Q.  In January of 2024?

A.  Yes.

Q.  Where did you see Sean in person a couple days after June 18th and 19th, 2024?

A.  I saw him at his residence in Bel Air.

Q.  At Mapleton?

A.  Yes.

Q.  What do you remember happening when you went to his residence that day?

A.  I remember that we both just wanted to be -- we just tried to be upbeat, but we just had this, like, sorrow, this, like,

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom7                          Jane - Direct

sadness.  But we were just trying to talk and communicate and have, like, like a Sunday fun day, but it was just tense.  It was just, like, awkward.

Q.  Did you and Sean talk with Jonathan at any point that day?

A.  Yes.

Q.  The two of you together talked with Jonathan?

A.  I remember --

Q.  Just yes or no.  Did the two of you, you and Sean together, talk with Jonathan, or was it separate?

A.  I believe I was just sitting there and he FaceTimed Jonathan.

Q.  Sean FaceTimed Jonathan?

A.  Yes.

Q.  And what do you remember about that FaceTime with Jonathan that day at Sean's home?

A.  I just remember that Sean was asking him what did he see that night.

Q.  And how did Jonathan respond?

A.  He said that he didn't see anything, that there was just one point in the FaceTime that Sean had accidentally had it facing towards me and that I was in the corner crying.

Q.  That Sean had accidentally had what facing toward you?

A.  Sean had the FaceTime camera facing towards me instead of him.

Q.  What else do you remember from that day at Sean's home?

A.   I remember that Sean was basically saying that we were breaking up and that we were just going to be friends and that he loved me but what I did was so wrong and that I broke his trust and that we could never be the same again.

Q.   During this visit to Sean's home, what, if any, visible injuries did you have on you?

A.   I had a bruised eye, and my welts on my head were still pretty apparent.

Q.   Where were the welts on your head?

A.   Around my forehead, top forehead, to my left.

Q.   What, if anything, did you do to try to cover up those injuries before going over to Sean's home?

A.   I put foundation and concealer on.

Q.   Did it fully cover the bruising?

A.   The bruising kind of kept peering out a bit.

Q.   When you saw Sean that day, did you see any injuries on him?

A.   No.

Q.   Did you take any videos that day at Sean's house?

A.   Yes.

Q.   Why?

A.   Because I thought he looked nice, and I was just used to taking videos and photos of him.

Q.   Were you trying to document your injuries?

A.   No.

P69Wcom7                        Jane - Direct

Q.  Did you end up accidentally documenting some of your injuries?

A.  Yes.

        MS. COMEY:  Can we please pull up what's in evidence as Government Exhibit E-272.

Q.  Before we play it, Jane, do you recognize what's up on the screen?

A.  I do.

Q.  What's on the screen?

A.  This is me and Sean in his backyard, and we're just laying down in the backyard, just talking, hanging out.

Q.  What, if any, injuries can you see on your face right now before we play the video?

A.  I see bruising at the top and side of my eye, and I see bruising and a little bit of welt on my top left forehead.

Q.  So it's your left, but as we look at your face on the screen, is it to the right of your eye?

A.  Yes.

Q.  Was there makeup on those injuries when you took this video?

A.  Yes.

        MS. COMEY:  Can you please go ahead and play the video for one second and pause it, Ms. Becker.

        (Media played)

BY MS. COMEY:

                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

P69Wcom7                          Jane - Direct

Q.   Jane, what injuries can you see on your forehead right now?

A.   There's bruising on my forehead.

Q.   Is that the welts you were talking about?

A.   Yes.

Q.   And is that visible even underneath makeup?

A.   Yes.

        MS. COMEY:   Ms. Becker, would you please play this again and pause at 18 seconds.

        (Media played)

BY MS. COMEY:

Q.   Jane, when you put your hand up at the beginning of this video, why did you do that?

A.   Because I realized that you can kind of see my bruising on the video.

Q.   Were you trying to document your bruising in this video?

A.   No.

Q.   Why did you keep saying bestie in this video?

A.   Because when Sean was breaking up with me, he was saying that we would be best friends, and so I was kind of teasing him here and saying that he was my bestie.

        MS. COMEY:   Ms. Becker, would you please play this again and pause it at 23 seconds.

        (Media played)

BY MS. COMEY:

Q.   Jane, why did you cover your face again there?

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

P69Wcom7                        Jane - Direct

A.   I was just doing the same thing, where I just wanted to cover it for that moment that it was in frame.

          MS. COMEY:  Would you please finish playing this, Ms. Becker.

          (Media played)

          MS. COMEY:  You can take that down.  Thank you.

          Can we now please pull up what's in evidence as Government Exhibit E-333.

Q.   Jane, do you recognize this?

A.   I do.

Q.   What is it?

A.   I was on an outing with my child.

Q.   And did you take this video?

A.   Yes.

Q.   Has this video been clipped to remove any portion that references or shows your child?

A.   Yes.

Q.   Can you tell us what we're going to see at the end of this video?

A.   I was just taking a selfie video, and then I take off my glasses.  And then as soon as I see my bruises, I whipped my glasses back on.

Q.   Do you remember about how long after June 18th and 19th of 2024 you took this video?

A.   I think it was, like, a couple days later.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom7                         Jane - Direct

MS. COMEY:  Can we please play this.

(Media played)

BY MS. COMEY:

Q.  Jane, why did you put your glasses right back down after lifting them up?

A.  Because I could see that my bruises were still very visible.

Q.  Were you trying to document your injuries?

A.  No.

MS. COMEY:  We can take this down.  Thank you.

Q.  Jane, after you saw Sean at his home in Mapleton in late June of 2024, what communications did you have with him?

A.  FaceTime, text message, phone call.  Actually, more like texts, phone calls.

Q.  And what ended up happening?

A.  I'm sorry.  Can you repeat what time frame?

Q.  In late June into July of 2024, what happened in your relationship with Sean?

A.  I remember shortly after he was in this -- he went to Wyoming.

Q.  And how did you learn that he went to Wyoming?

A.  I learned it from a media outlet that posted that he was with a woman in Wyoming.

Q.  And how did you react to that?

A.  I was absolutely furious.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Wcom7                         Jane - Direct

Q.   Why?

A.   Because we just ended that kind of night and -- and amidst sort of all the controversy and everything, he was still able to plan a, another beautiful vacation for someone else he was dating.

Q.   What did you do after you saw that recording about Sean's trip to Wyoming with another woman?

A.   I just texted him a lot, and I was so frustrated and just angry and just wanted to break up, and I think I did break up with him.

Q.   And after you broke up with Sean, what, if anything, did you do to block him from communicating with you?

A.   I blocked him and his whole team from communicating.

Q.   When you say you blocked him and his whole team, what did you actually do?

A.   I blocked him, his two phones.  I blocked all of his assistants.  I blocked all of his security.  I didn't want anyone to be able to reach me.

          (Continued on next page)

P69Qcom8                          Jane - Direct

Q.   For about how long did you keep Sean and his team blocked?

A.   I would say maybe two or three weeks.

Q.   And then why did you -- well, did you unblock him after about two or three weeks?

A.   Yes.

Q.   Why?

A.   Because I saw in the media that his mom had been hospitalized, and I was concerned about her health, and so I just wanted to push whatever we had to the side, and I wanted to reach out and make sure that his mom was okay.

Q.   Did you end up having a longer text conversation with Sean after you reached out?

A.   Yes.

Q.   I want to take a look at some of that.

        MS. COMEY:  Can we pull up Government Exhibit E-332 and just pause right at the beginning, please.

        Can you just play it so we can see the very beginning? And pause it.

Q.   Jane, do you recognize this?

A.   I do.

Q.   What is it?

A.   It is a text message between Sean and I.

Q.   Is this a screen recording you made of a text thread with Sean on your phone?

A.   Yes.

P69Qcom8                         Jane - Direct

Q.  We're not going to look at all of it, but can you just read for us the first sentence -- first of all, whose messages are in the white on the left?

A.  On the white it's him.

Q.  Sean?

A.  Yes.

Q.  And who's in the blue on the right?

A.  The blue on the right is me.

Q.  Can you just read the first sentence that Sean sent you at the top?

A.  He says, Baby we was just about to start traveling but at the end of the day just so unhealthy and I have nothing but love for you.  Anything I've done to you I'm sorry.  The only thing I can wake up the sun shines in the morning, and I could just try to do better.  I just wanted you to just like really know honestly like you know just as a rapper as Puff as me like there's a lot of things that can be done, but this one was just too far for me being who I am.

Q.  What did you understand Sean was saying when he was saying "This is just too far for me"?

A.  He was referring to just that what I did was like a big no-no.

Q.  By what you did, are you referring to the trip to Las Vegas in January of 2024?

A.  Yes.

P69Qcom8                          Jane - Direct

MS. COMEY:  Ms. Becker, would you please play this for five seconds and then pause at five seconds?

Q.  Jane, can you please read what you wrote in response to Sean's text at the top?

A.  I said, That's why it just slipped out now.  I've had the worst few days of my life on my own stuff.  We were never going to start traveling.  You kept me in a box that I could never get out of and the more trips you gave to others, I realized it would never happen with me.

Q.  How did Sean respond?

A.  He said, What happened.  You okay.  Anything I can help with?

Q.  What did you say?

A.  I said, I'm the problem and always had been and treating me like that was extremely unfair.  I had to accept you didn't accept me and uncomfortable, and when we broke up I went to one birthday party.

Q.  Let me pause you.  In the next sentence, do you say the name of the rapper whose birthday party, whose trip you went on in January of 2024?

A.  Yes.

Q.  Can you read the next text, please?

A.  I said, At least you say -- at least say you understand that it wasn't cool to have me just doing hotel nights and everyone got private jets all over the world.  I don't even

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

have anything post worthy from our relationship.

Q.   Thank you.  Does the conversation go on from there, Jane?

A.   It does.

Q.   Do you continue to talk with Sean about your trip that you took with this rapper?

A.   Yes.

        MS. COMEY:  We can take this exhibit down, Ms. Becker. Thank you.

Q.   After this conversation, did you talk more with Sean?

A.   Yes.

Q.   At some point, did he invite you to see him?

A.   Yes.

Q.   Where?

A.   Miami.

Q.   And how did you respond to that invitation?

A.   I agreed to it.

        MS. COMEY:  Can we please pull up what's in evidence as E-102 and E-102 side by side.

Q.   Jane, what is this?

A.   This is a text message from -- this is a text message between Sean and I.

Q.   Did you screenshot this?

A.   Yes, I did.

        MS. COMEY:  Can we look in at the metadata for the last modified date, please.

P69Qcom8                          Jane - Direct

Q.   What's the last modified date?

A.   It is July 25, 2024.

Q.   Is that about when you remember going to Miami to see Sean?

A.   Yes.

Q.   What is Sean -- without reading it, can you tell us what Sean is texting you here?

A.   He's just telling me to get on the plane and that he loves me, and --

Q.   Did you end up getting on the plane?

A.   Yes.

         MS. COMEY:  We can take this down.  Thank you.

Q.   What do you remember happening in Miami when you went in July of 2024?

A.   I remember that Sean had gotten a really nice like hotel residence place for us to stay at.  It was really lovely.  Had a really nice view, and I felt like it was a place that I wanted and chose, and he got it for me.

Q.   When you arrived, had you been on a red eye the night before?

A.   Yes.

Q.   And then after you arrived from the red eye, what did you and Sean do at that hotel?

A.   I remember that I was it was already daytime when I landed. I was just awake.  I was waiting for him, and then he joined me like around evening time, and -- actually, oh yes, we joined

each other for dinner.  We finally went to a dinner.

Q.  And then after you went to dinner, what did you and Sean do that night?

A.  We went back to the hotel.

Q.  And what did you do?

A.  And then we just had a really good time with each other, and we just connected, and were together, and we had a really nice time with one another.

Q.  And then what happened the next morning -- did you stay up all that night?

A.  Yes.

Q.  And then what happened the next morning?

A.  I just remember that while Sean was talking to me, I just started to get dizzy.  I just started to feel a little tired, and I remember he would tell me that if at any point I ever felt tired, that I should start vocalizing it.  Just in general he was telling me that I shouldn't not say things like that, and that I can be comfortable telling him when I was tired.

Q.  Jane, when did Sean tell you that you could be comfortable telling him when you were tired?

A.  I think it was like on this trip or so.

Q.  July of 2024?

A.  Yes.

Q.  With that in mind, what did you say to Sean after you'd been awake for 24 hours?

P69Qcom8                        Jane - Direct

MS. GERAGOS:  Objection.  Leading.

THE COURT:  Can you rephrase?

Q.  What, if anything, did you say to Sean at that point?

A.  I just remember thinking to myself, maybe this is the right time where I can exercise the option of saying that I was getting sleepy, and that maybe I'd see him later on in the evening, that I just needed to take a nap.

Q.  So what did you say to Sean?

A.  I said, maybe we can just stop for now and just see each other later on tonight.

Q.  When you say "stop for now," what had you been doing all night?

A.  Just partying, dancing, having sex, and just -- I was just up.  I was just on my feet.

Q.  Just the two of you?

A.  Yes.

Q.  How did Sean respond when you suggested that you were tired and wanted to go to sleep?

A.  His whole demeanor changed.

Q.  What happened next?

A.  He just looked like agitated, like upset, and he was just like, like he just took it like a rejection or something.  And he was just like, wow, like a man spends all this money on you, and now you're saying you're tired.  And then I'm like, no, no, no, it's okay.

And then he just takes a water bottle and starts like throwing water at me, and then I was like -- and he's like -- I think he called -- he's like fucking bitch or something.  He called me a bitch.

And then I just -- he was like, "I'm sorry, you're not a bitch."

And then I was like, "No, no, no, no, it's okay.  Like I'm sorry.  Just it's okay."  And then I see an ecstasy pill and I just take it.

Q.  And then after you took the pill, what do you remember happening next?

A.  Then Sean was completely happy and he was like celebratory and like super happy and was like, "There we go, like, okay, that's right, that's the energy, like, like you hit your fuck-it button, okay, let's go."  And then we just playing music and ...

Q.  And what do you remember happening next?

A.  I just remember I just got really high, and I was like in good spirits, and I was just in like a good zone.  And that's when I was like one point that I looked over to my partner and I could tell he was kind of starting to get a little board and like I just, you know, I just always want to make Sean happy, so I said, "Umm, I miss Paul."

Q.  And how did Sean react when you said, "I miss Paul"?

A.  I just started seeing a smile coming to his face, and he

was like, "You do?"

And I was like, "I do."  And I genuinely did at that moment.

Q.  Why?

A.  Because out of everyone, I felt that Paul was really warm and really nice and as respectful as he could be with me.

Q.  What happened next?

A.  He was like, "Get him on phone."

Q.  After Sean said, "Get him on the phone," what did you do?

A.  I called Paul.

Q.  And then what happened after you called Paul?

A.  We were all so happy, and I was like, "Paul, I miss you. Like where are you?"

And like he said that he was in New York but that he was -- I said, "I'm in Miami with Sean."

And he was like, "I'm actually going to be there in a couple days."

And I said, "Okay, perfect.  Just hit us when you're out here," and this was all on speaker so ...

Q.  Did Sean end up -- excuse me.  Did Paul end up coming to Miami?

A.  Yes, he did.

Q.  About how long after that?

A.  I would say almost like a day and a half later.

Q.  What do you remember happening when Paul came to Miami?

P69Qcom8                          Jane - Direct

A.  I just remember that we left that hotel and we went to the Miami residence, and I remember Sean and I got into a cold bath just to kind of wake up, and we were in good spirits.  And we were in his master bedroom, and then we knew that like Paul was -- was on his way and like coming.

Q.  When you say his master bedroom, what residence were you in?

A.  The residence in Miami Two Star.

Q.  Did Paul end up coming to the residence in Miami at Two Star?

A.  Yes.

Q.  And when he arrived, what happened?

A.  When Paul arrived, I remember Sean gives me this spray bottle.  It was black.  And he said that it's this new thing, like it's like liquid molly, and like to do like ten or 14 sprays.

Q.  So it was in a spray bottle that you spray into your mouth?

A.  Yes.

Q.  Had you ever tried that before?

A.  No.

Q.  And what did Sean call it?

A.  Liquid molly.

Q.  Did you take it?

A.  Yes.

Q.  And after you sprayed that liquid molly into your mouth,

P69Qcom8                          Jane - Direct

how did you feel?

A.  I felt a surge of high octane sexual energy, and as soon as that sexual energy hit me, Paul comes into the door, and I just greet Paul with that intense high sexual energy.

Q.  And did you end up having sex with Paul in front of Sean at the Two Star residence?

A.  Yes.  It was the craziest moment, and like it was at an all-time high, like I had never made love to Paul like that. It was -- like it was just intense.

Q.  And had you ever tried that drug before?

A.  No.

Q.  After Paul left, how soon after that did you go home?

A.  After Paul left, I left home the next day.

Q.  Then when was the last time that you saw Sean in person?

A.  I saw him one more time in August, early August.

Q.  Of 2024?

A.  Yes.

Q.  Where was that?

A.  The Two Star.

        MS. COMEY:  Can we pull up what's in evidence as Government Exhibit E-211 and E-212, side by side here.

Q.  What do we see here?

A.  This is a photo of me and Sean in his master bathroom.

Q.  When did you take this?

A.  This was when I landed from the airport.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

P69Qcom8                        Jane - Direct

Q.  For that last trip in August of 2024?

A.  Yes.

Q.  What do you remember from that last trip in August of 2024?

A.  I just remember that when we were together, we were just in our same routine having sex and everything, and then he says, we should invite Don.

Q.  Did Don end up coming over?

A.  Yes.

Q.  Did you have sex with Don in front of Sean at Two Star?

A.  Yes.

Q.  Jane, after that trip, did you see Sean in person again before testifying in this trial?

A.  No.

Q.  Did you continue to text with him though before he was arrested?

A.  Yes.

        MS. COMEY:  I'd like to just take a look at one last text message.  Can we pull up Government Exhibit A-1202-A, pages 2 and 3.

Q.  These are the last ones I'm going to ask you to look at, Jane.  Look at the bottom two, please, on the left.

        Are these texts between you and Sean?

A.  Yes.

Q.  What's the date?

A.  The date is September 9, 2024.

P69Qcom8                        Jane - Direct

Q. What are you saying in these text messages?

A. I say, I try to be there on Friday. He wasn't saying nothing now you're backed up. But whoever you're with should be responsible for that.

Q. What were you talking about here?

A. I was talking about Sean's request to send him explicit videos.

Q. Before this message, had Sean asked you to send explicit videos?

A. Yes.

Q. When you wrote, "I try to be there on Friday," what's the "there" you were talking about?

A. New York.

Q. Where was Sean at this point?

A. New York.

Q. And where had Sean invited you to see him?

A. New York.

Q. Did you end up going to New York to see him?

A. No.

Q. Why not?

A. Because he got arrested.

        MS. COMEY: We can take this down. Thank you.

Q. Jane, after Sean was arrested, did you receive a subpoena from the U.S. Attorney's Office?

A. Yes.

P69Qcom8                         Jane - Direct

Q.   Did that subpoena require you to come to New York and meet with prosecutors and the grand jury?

A.   Yes.

Q.   About when did that subpoena require you to come to New York?

A.   November of 2024.

Q.   Did you reach out to prosecutors or did prosecutors reach out to you?

A.   Prosecutors reached out to me.

Q.   Before you received that subpoena in November of 2024, had you spoken with prosecutors or law enforcement at all?

A.   No.

Q.   After you met in New York in the grand jury in November of 2024, when was the next time you saw prosecutors in person?

A.   January of 2025.

Q.   So this year?

A.   Yes.

Q.   And between January of 2025 and your testimony at this trial, have you met with prosecutors multiple times?

A.   Yes.

Q.   Jane, in some of the texts we read, you mentioned you felt you needed therapy.  Did you start seeing a therapist?

A.   Yes.

Q.   About when?

A.   I've had therapy for about three months now.

P69Qcom8                       Jane - Direct

Q.  Jane, when did you first get a lawyer in connection with the criminal investigation in this case?

A.  I believe sometime late in 2024.

Q.  Who paid for that lawyer?

A.  Sean.

Q.  Do you still have that same lawyer today?

A.  I do.

Q.  Who is paying for that lawyer today?

A.  Sean.

Q.  How have you paid your rent since Sean was arrested?

A.  Sean still pays for the rent.

Q.  As of today?

A.  Yes.

Q.  After Sean was arrested, did you meet with his defense attorneys?

A.  Yes.

Q.  Did you meet with them multiple times between his arrest and your testimony at this trial?

A.  Yes.

Q.  Approximately when was the last time you had a meeting with Sean's defense attorneys?

A.  I would say in April.

Q.  Of this year?

A.  Yes.

Q.  And after that, did you stop meeting with Sean's defense

P69Qcom8                          Jane - Direct

attorneys?

A.  Yes.

Q.  Other than your attorney, who was the first person you ever told about what Sean did to you on June 18 and 19, 2024?

A.  The defense.

Q.  Did you tell the defense before you told the prosecutors?

A.  Yes.

Q.  Do you remember about when you told the defense?

A.  In April.

Q.  Approximately?

A.  Around, yes.

Q.  Of this year?

A.  Yes.

Q.  Why didn't you tell anyone about that day before you told the defense in the spring of this year?

A.  Because I was still processing that night, and I didn't want it to be a reality, and I just wanted to wash it away.

Q.  Why did you stop meeting with Sean's defense attorneys in April of this year?

A.  I know that I wasn't legally obligated to meet with the defense, and that it was my choice, but I still felt obligated due to my relationship.  And when it was time to meet with them again, I just asked myself why am I doing this, and I just felt the decision was just fear based and not wanting to make someone mad, and I just felt like at this point that they had

P69Qcom8                         Jane - Direct

enough of my story, that they were okay, and I just wanted to honor what I wanted to do and just honor myself.

Q.   Who did you not want to make mad?

A.   Sean.

Q.   Jane, have you ever filed a lawsuit against Sean?

A.   No.

Q.   Have you ever filed a lawsuit against anyone?

A.   No.

Q.   Do you plan to file a lawsuit against Sean?

A.   No.

Q.   Sitting here today, how do you feel about Sean now?

A.   I just pray for his continued healing, and I pray for peace for him.

          MS. COMEY:  No further questions.

          THE COURT:  Thank you, Ms. Comey.

          Thank you, members of the jury.  And thank you for staying later.  I really appreciate it.

          We'll be back here tomorrow to start at 9:00 a.m.  Do not speak with each other about the case.  Don't speak with anyone else about the case.  Do not look up, watch, or view anything about the case.  With that, we'll see you tomorrow.

          All rise.

          (Jury not present; witness not present)

          THE COURT:  Ms. Comey, anything to raise before we adjourn for the day?

P69Qcom8                    Jane - Direct

MS. COMEY:  No.  Thank you, your Honor.

THE COURT:  Anything from the defense?

MR. AGNIFILO:  Nothing from us.  Thank you, your Honor.

THE COURT:  All right.  We'll see everyone here at 8:30 tomorrow.

(Adjourned to June 10, 2025, at 8:30 a.m.)

INDEX OF EXAMINATION

Examination of:                                    Page

 JANE

Direct By Ms. Comey  . . . . . . . . . . . . .4966

GOVERNMENT EXHIBITS

Exhibit No.                             Received

 2A-206     . . . . . . . . . . . . . . . . . .4967

 2A-317     . . . . . . . . . . . . . . . . . .4968

 A-104-59P, A-104-60P and A-104-61P  . . . . .4969

 E-331-I    . . . . . . . . . . . . . . . . . .4983

 E-331-J-R   . . . . . . . . . . . . . . . . .5063

 C-348-AR     . . . . . . . . . . . . . . . . .5077

 C-348-BR and C-348-BRT aid    . . . . . . . .5084

 C-251     . . . . . . . . . . . . . . . . . .5110

 2A-314     . . . . . . . . . . . . . . . . . .5174