UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 24-cr-542 (AS) |
| SEAN COMBS, | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of Clayton Howard's motion for sanctions and its accompanying exhibits. The materials are not properly filed in this criminal case, as they deal with matters outside the scope of this action. If Mr. Howard wishes to file a claim related to the issues addressed in his motion, he should follow the appropriate procedures for filing an action in the appropriate court, or for seeking redress in the appropriate forum. For this reason, the motion is DENIED without prejudice to refiling in the appropriate manner.

The Court further acknowledges receipt of Mr. Howard's Opposition to any motion to seal his reply memorandum. This motion is DENIED as premature, given that there has been no motion to seal the reply.

SO ORDERED.

Dated: March 4, 2026
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge